August C. Venturini, Esq. (AV 2804)
Sean W. Higgins, Esq. (SH 4190)
VENTURINI & ASSOCIATES
230 Park Avenue, Suite 545
New York, NY 10169
Tel: (212) 826-6800

Attorneys for Defendants

SCHEDULED TO BE HEARD ON
January 9, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------x

YORKVILLE ADVISORS MANAGEMENT, :    Civil Action No. 06-5212 (JAG)
LLC, a Delaware limited liability company;    :
HIGHGATE HOUSE FUNDS, LTD., a    :
Cayman Islands exempted company,    :
                                                                   :
                    Plaintiffs,                                :
                                                                   :
        -v-                                                     :
                                                                   :
ADAM S. GOTTBETTER; HH ADVISORS,    :
LLC, a New York limited liability company;    :
GOTTBETTER AND PARTNERS LLP, a    :    **NOTICE OF CROSS-MOTION**
New York limited liability partnership;    :
JASON RIMLAND, ESQ.; TIM L.    :
DOCKERY, ESQ. and MICHAEL CHORSKE, :
                                                                   :
                    Defendants.                            :
------------------------------------------------------------x

TO:    Budd Larner, P.C.
        Attorneys for Plaintiffs
        150 John F. Kennedy Parkway
        Short Hills, New Jersey 07078
        Tel.: (973) 379–4800

**PLEASE TAKE NOTICE**, that upon the annexed affidavits of Adam S. Gottbetter,

Michael Chorske, Jason Rimland, Timothy L. Dockery, and August C. Venturini, each sworn to

on December 19, 2006, the exhibits annexed thereto, and the accompanying memorandum of

law, defendants will move this Court, Joseph A. Greenaway, Jr., U.S.D.J., Courtroom 404C,

1

Martin Luther King Jr. Fed. Bldg. & Courthouse, 50 Walnut Street, Room 404C,  Newark, New Jersey 07101, on January 9, 2007, at 9:30 a.m., or as soon thereafter as counsel may be heard, for an order, pursuant to 9 U.S.C. § 4, dismissing this action and compelling arbitration of the parties' dispute, and granting such other and further relief as to this Court may seem just and proper.

Dated:  December 19, 2006

VENTURINI & ASSOCIATES

By: _____

August C. Venturini (AV 2804)
Sean W. Higgins (SH 4190)
Attorneys for Defendants