August C. Venturini, Esq. (AV 2804)
Sean W. Higgins, Esq. (SH 4190)
VENTURINI & ASSOCIATES
230 Park Avenue, Suite 545
New York, NY 10169
Tel: (212) 826-6800

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------x
YORKVILLE ADVISORS MANAGEMENT,  :   Civil Action No. 06-5212 (JAG)
LLC, a Delaware limited liability company;  :
HIGHGATE HOUSE FUNDS, LTD., a  :
Cayman Islands exempted company,  :
    :
       Plaintiffs,  :
    :
   -v-  :   **AFFIDAVIT OF TIMOTHY L.**
    :   **DOCKERY IN OPPOSITION**
ADAM S. GOTTBETTER; HH ADVISORS,  :   **TO PLAINTIFFS' MOTION**
LLC, a New York limited liability company;  :   **FOR A PRELIMINARY**
GOTTBETTER AND PARTNERS LLP, a  :   **INJUNCTION AND IN SUPPORT**
New York limited liability partnership;  :   **OF DEFENDANTS' CROSS-MOTION**
JASON RIMLAND, ESQ.; TIM L.  :   **TO COMPEL ARBITRATION**
DOCKERY, ESQ. and MICHAEL CHORSKE,  :
    :
       Defendants.  :
------------------------------------------------------------x

STATE OF NEW YORK    )
           ) ss.:
COUNTY OF NEW YORK  )

TIMOTHY L. DOCKERY, being duly sworn, deposes and says:

1.    I am a defendant in the above-captioned action.  I make this affidavit: (a) in opposition to the motion of plaintiffs Yorkville Advisors Management, LLC ("YAM") and Highgate House Funds, Ltd. ("Highgate") (YAM and Highgate are referred to herein collectively as "Plaintiffs") for a preliminary injunction; and (b) in support of the cross-motion of Defendants

1

for an order, pursuant to 9 U.S.C. § 4, dismissing this action and compelling arbitration of the parties' dispute.

2.      I am an associate of Gottbetter & Partners LLP.

3.      Contrary to the allegation in paragraph "26" of the Complaint, I never represented to Sonia H. Sun that all of the warrants to purchase one million shares of common stock of Charys Holding Company Inc. (the "Charys Warrants") had been transferred to defendants HH Advisors, LLC, Jason Rimland, Esq., and Michael Chorske.

4.      Rather, on October 16, 2006, I notified Ms. Sun that Cornell Capital Partners, LP had Highgate's position regarding the Charys Warrants and that Ms. Sun should speak with Troy Rillo to get more information.

WHEREFORE, Defendants respectfully requests that Plaintiffs' motion for a preliminary injunction be denied, that Defendants' cross-motion for an order dismissing this action and compelling arbitration of the parties' dispute be granted, and that the Court award Defendants such other and different relief that is just and proper.

_____
TIMOTHY L. DOCKERY

Sworn to before me this
___ day of December 2006

_____
Notary Public

SCOTT RAPFOGEL
Notary Public, State of New York
No. 02RA6094568
Qualified in New York County
Commission Expires June 23, 2007

SCOTT RAPFOGEL
Notary Public, State of New York
No. 02RA6094568
Qualified in New York County
Commission Expires June 23, 2007

2