August C. Venturini, Esq. (AV 2804)
Sean W. Higgins, Esq. (SH 4190)
VENTURINI & ASSOCIATES
230 Park Avenue, Suite 545
New York, NY 10169
Tel: (212) 826-6800

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------x
YORKVILLE ADVISORS MANAGEMENT,  :   Civil Action No. 06-5212 (JAG)
LLC, a Delaware limited liability company;  :
HIGHGATE HOUSE FUNDS, LTD., a  :
Cayman Islands exempted company,  :
                :
      Plaintiffs,  :
                :
  -v-  :   **AFFIDAVIT OF AUGUST C.**
                :   **VENTURINI, ESQ. IN OPPOSITION**
ADAM S. GOTTBETTER; HH ADVISORS,  :   **TO PLAINTIFFS' MOTION FOR**
LLC, a New York limited liability company;  :   **A PRELIMINARY INJUNCTION**
GOTTBETTER AND PARTNERS LLP, a  :   **AND IN SUPPORT OF DEFENDANTS'**
New York limited liability partnership;  :   **CROSS-MOTION TO**
JASON RIMLAND, ESQ.; TIM L.  :   **<u>COMPEL ARBITRATION</u>**
DOCKERY, ESQ. and MICHAEL CHORSKE,  :
                :
      Defendants.  :
-------------------------------------------------------------x
STATE OF NEW YORK    )
                ) ss.:
COUNTY OF NEW YORK  )

AUGUST C. VENTURINI, being duly sworn, deposes and says:

1.     I am a member of the Bar of the State of New Jersey and of Venturini &

Associates, attorneys for defendants Adam S. Gottbetter, HH Advisors, LLC, Gottbetter &

Partners LLP, Jason Rimland, Esq., Tim L. Dockery, Esq., and Michael Chorske (collectively,

"Defendants"). I make this affidavit: (a) in opposition to the motion of plaintiffs Yorkville

Advisors Management, LLC ("YAM") and Highgate House Funds, Ltd. ("Highgate") (YAM and

1

Highgate are referred to herein collectively as "Plaintiffs") for a preliminary injunction; and (b) in support of Defendants' cross-motion for an order, pursuant to 9 U.S.C. § 4, dismissing this action and compelling arbitration of the parties' dispute.

2.      I deposed YAM, by Christopher Maloney, on November 17, 2006. A true and correct copy of the transcript of that deposition is attached hereto as Exhibit "R".

3.      I deposed YAM, by Mark Angelo, on December 12, 2006. A true and correct copy of the transcript of that deposition is attached hereto as Exhibit "S".

4.      A true and correct copy of a document produced by Plaintiffs in this action, which purports to be an email from Liang Zhao to Bob Press dated January 13, 2006, P 09153-55, marked as Angelo Ex. 2, is attached hereto as Exhibit "T".

5.      A true and correct copy of a document produced by Plaintiffs in this action, bearing bates number P 01435, is attached hereto as Exhibit "U".

6.      A true and correct copy of a document produced by Plaintiffs in this action entitled Unrealized Gains And Losses, P 01440-61, marked as Angelo Ex. 11, is attached hereto as Exhibit "V".

WHEREFORE, Defendants respectfully requests that Plaintiffs' motion for a preliminary injunction be denied, that Defendants' cross-motion for an order dismissing this action and compelling arbitration of the parties' dispute be granted, and that the Court award Defendants such other and different relief that is just and proper.

_____
AUGUST C. VENTURINI

Sworn to before me this
_19ᵗʰ_ day of December 2006

_____
Notary Public

CYNTHIA J. SMITH
Notary Public, State of New York
No. 24-4768225
Qualified in Kings County
Commission Expires Aug. 31, 2000

2