## CONFIDENTIAL MEMORANDUM

To:     Mark Angelo
From:  Adam S. Gottbetter
Re:     Highgate House Funds, Ltd.
Date:   June 1, 2005

1. Accelerate increase of net profit participation by ASG to 44.4% in Highgate House Funds Ltd. as evidenced by Section 2(a)(VII) of the advisory agreement. A new general partner will be created for the Funds in which ASG will have his 44.4% ownership.

2. Highgate House to reimburse ASG for salary for Kathy Rush, expense for accounting compliance by Andrea Nathanson and rent of Highgate House office at 488 Madison Ave. year to date and going forward.

3. Made offer to Michael Chorske comprised of a $150,000 salary per year, banking fees of 15% on deals generated by him, 10% on deals generated by ASG for him to bank and a 5% carve-out on existing banking fees on deals generated by Cornell bankers requiring his oversight. Fees include banker fees of cash and equity on Highgate financings and the equity component only (not the cash component) of related Cornell financings. Also, a discretionary year end bonus based upon the Fund's performance and his contribution to it.

4. Highgate to invest in SMTR as follows: (i) receive ten percent (10%) of commitment fee ($1.8M) then reinvest proceeds in the new deal, (ii) $200K of $.05, and (iii) $250K of $.028.

5. ASG to receive 40% of all fees on SMTR $20M investment funded by Prentice Capital, its investors, managed accounts, affiliates and partners ("Prentice").

6. Prentice to receive 30% of all income (commitment shares, draw down fees, trading profits) generated by deals originated by them. There will be NO fee participation on 2%/20% economics. ASG to receive 22% (the equivalent of Matt Beckman's ownership of Cornell) of the 2%/20% economics associated with Prentice's investment in Cornell.



EXHIBIT
Angelo 13
12/12/06