GFI MailArchiver - Email

---

**Message Headers**

| | |
|---|---|
| From | Adam S. Gottbetter <ASG@gottbetter.com> |
| To | Zimmerman, Michael <MichaelZ@prenticecapital.com> |
| Sent | Friday, October 07, 2005 3:47:56 PM |
| Archived | Sunday, November 20, 2005 9:26:24 PM |
| Size | 18.33 KB |
| Subject | RE: Fees |

---

yes, to follow.                                          .

---

**From:** Zimmerman, Michael [mailto:MichaelZ@prenticecapital.com]
**Sent:** Friday, October 07, 2005 3:40 PM
**To:** Adam S. Gottbetter
**Subject:** RE: Fees

are u giving us a propsal for commander

Michael Zimmerman
PRENTICE CAPITAL MANAGEMENT, LP
623 Fifth Avenue -- 32nd Floor
New York, NY 10022
*Phone:* 212-756-8048
*E-mail:* michaelz@prenticecapital.com

---

**From:** Adam S. Gottbetter [mailto:ASG@gottbetter.com]
**Sent:** Friday, October 07, 2005 3:41 PM
**To:** Zimmerman, Michael
**Subject:** RE: Fees

that's what i Just gave you:  the fees on the CBN for OXFV.

---

**From:** Zimmerman, Michael [mailto:MichaelZ@prenticecapital.com]
**Sent:** Friday, October 07, 2005 3:38 PM
**To:** Adam S. Gottbetter
**Subject:** RE: Fees

CBN

Michael Zimmerman
PRENTICE CAPITAL MANAGEMENT, LP
623 Fifth Avenue -- 32nd Floor
New York, NY 10022
*Phone:* 212-756-8048
*E-mail:* michaelz@prenticecapital.com

---

**From:** Adam S. Gottbetter [mailto:ASG@gottbetter.com]
**Sent:** Friday, October 07, 2005 3:39 PM
**To:** Zimmerman, Michael; Weiss, Michael
**Subject:** RE: Fees

---

D 01616

he wanted formula. for which deal?
OXFS: $300K to banker, $924K to Prentice, $276K to Highgate; 1M warrants to banker, 3M to Prentice, 1M to Highgate.

BUT I STILL NEED WIRE INSTRUCTIONS FOR PRENTICE CAPITAL.

---

**From:** Zimmerman, Michael [mailto:MichaelZ@prenticecapital.com]
**Sent:** Friday, October 07, 2005 2:52 PM
**To:** Adam S. Gottbetter; Weiss, Michael
**Subject:** RE: Fees

can u give us cash numbers?

Michael Zimmerman
PRENTICE CAPITAL MANAGEMENT, LP
623 Fifth Avenue -- 32nd Floor
New York, NY 10022
*Phone:* 212-756-8048
*E-mail:* michaelz@prenticecapital.com

---

**From:** Adam S. Gottbetter [mailto:ASG@gottbetter.com]
**Sent:** Friday, October 07, 2005 2:40 PM
**To:** Weiss, Michael
**Cc:** Zimmerman, Michael
**Subject:** Fees

CBN Banking Fees: 20% of the Banking Fees are paid to the Banker. Prentice will receive half of the fee and ASG and any Cornell bankers will share the other half. THis includes warrants, shares and cash. The balance of the Banking Fees will be split on a pro rata basis based upon the actual investment by the respective funds.
SEDA Fees: 30% of the Committment Fees (payable in shares) and the Draw Down Fees (payable in cash).

---

**From:** Weiss, Michael [mailto:MichaelW@prenticecapital.com]
**Sent:** Thursday, October 06, 2005 6:36 AM
**To:** Adam S. Gottbetter
**Subject:**

Hey Adam,

I need the following from you:

- termsheet for commander
-know how we are divying up the fees on Uluru
-outline in detail how the fees will be split going fwd and how we are going to track them and with what frequency will they be paid

Michael Weiss

D 01617

PRENTICE CAPITAL MANAGEMENT, LP
623 Fifth Avenue, 32nd Floor
New York, NY  10022
*Phone:* 212-756-8045
*Fax:* 212-756-1480
*E-mail:* michaelw@prenticecapital.com

DISCLAIMER: This e-mail message and any attachments are intended solely for the use of the individual or entity to which it is addressed and may contain information that is confidential or legally privileged. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and permanently delete this message and any attachments.

D 01618