┌─ Message Headers ─────────────────────────────────────────────────────────┐

| | |
|---|---|
| From | Adam S. Gottbetter <ASG@gottbetter.com> |
| To | Zimmerman, Michael <MichaelZ@prenticecapital.com> |
| Sent | Sunday, October 09, 2005 10:53:29 PM |
| Archived | Sunday, November 20, 2005 9:28:03 PM |
| Size | 21.20 KB |
| Subject | RE: Oxford/Uluru Fees |

└────────────────────────────────────────────────────────────────────────────┘

we need to discuss.  WE have to have some other structure of deals we bring and bank v. deals where you bring and there is no banker.

---

**From:** Zimmerman, Michael [mailto:MichaelZ@prenticecapital.com]
**Sent:** Sunday, October 09, 2005 7:14 PM
**To:** Adam S. Gottbetter
**Subject:** RE: Oxford/Uluru Fees

How are we going to handle the seda?

Michael Zimmerman
PRENTICE CAPITAL MANAGEMENT, LP
623 Fifth Avenue — 32nd Floor
New York, NY 10022
Phone: 212-756-8048
E-mail: michaelz@prenticecapital.com

---

**From:** Adam S. Gottbetter [mailto:ASG@gottbetter.com]
**Sent:** Friday, October 07, 2005 10:20 AM
**To:** Weiss, Michael
**Cc:** Zimmerman, Michael
**Subject:** Oxford/Uluru Fees

20% banker fee paid to Chris Maloney off the top on the entire investment which is earned and paid when actual investment is made.  $15M total investment of which $13M is invested next week ($10M by Prentice, $3M by Highgate) and $2M invested upon effectiveness of the registration statement ($1.5M by Prentice, $.5M by Highgate).  Attached please find Term Sheet on the CBN.  In summary, Prentice and Highgate will share on a net pro rata basis (77% and 23% respectively) banking fees of 4M warrants at $.01 and $1.2M cash.
We need to discuss the SEDA.

---

**From:** Weiss, Michael [mailto:MichaelW@prenticecapital.com]
**Sent:** Thursday, October 06, 2005 6:36 AM
**To:** Adam S. Gottbetter
**Subject:**

Hey Adam,

I need the following from you:

- termsheet for commander
-know how we are divying up the fees on Uluru
-outline in detail how the fees will be split going fwd and how we are going to track them and with what frequency will they be paid

D 01611

Michael Weiss
PRENTICE CAPITAL MANAGEMENT, LP
623 Fifth Avenue, 32nd Floor
New York, NY 10022
*Phone:* 212-756-8045
*Fax:* 212-756-1480
*E-mail:* michaelw@prenticecapital.com

DISCLAIMER: This e-mail message and any attachments are intended solely for the use of the individual or entity to which it is addressed and may contain information that is confidential or legally privileged. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and permanently delete this message and any attachments.

D 01612