## FORM OF ASSIGNMENT

FOR VALUE RECEIVED, Highgate House Funds, Ltd. hereby sells, assigns and transfers to each assignee set forth below all of the rights of the undersigned under the Warrant (as defined in and evidenced by the attached Warrant) to acquire the number of Warrant Shares set opposite the name of such assignee below and in and to the foregoing Warrant with respect to said acquisition rights and the shares of Charys Holding Company Inc. issuable upon exercise of the Warrant:

| Name of Assignee | Address | Number of Warrant Shares |
|---|---|---|
| Michael W. Chorske | 120 East End Ave., Apt. 11B New York, NY 10028 | 20,000 |
| | | |
| | | |
| | | |
| | | |

If the total of the Warrant Shares are not all of the Warrant Shares evidenced by the foregoing Warrant, the undersigned requests that a new Warrant evidencing the right to acquire the Warrant Shares not so assigned be issued in the name of and delivered to the undersigned.

Name of Holder (print):    HIGHGATE HOUSE FUNDS, LTD.

(By:) _____

(Title:)   Portfolio Manager

Dated:   January ___, 2006

D 00764

## FORM OF ASSIGNMENT

FOR VALUE RECEIVED, Highgate House Funds, Ltd. hereby sells, assigns and transfers to each assignee set forth below all of the rights of the undersigned under the Warrant (as defined in and evidenced by the attached Warrant) to acquire the number of Warrant Shares set opposite the name of such assignee below and in and to the foregoing Warrant with respect to said acquisition rights and the shares of Charys Holding Company Inc. issuable upon exercise of the Warrant:

| Name of Assignee | Address | Number of Warrant Shares |
|---|---|---|
| Michael W. Chorske | 120 East End Ave., Apt. 11B<br>New York, NY 10028 | 40,000 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If the total of the Warrant Shares are not all of the Warrant Shares evidenced by the foregoing Warrant, the undersigned requests that a new Warrant evidencing the right to acquire the Warrant Shares not so assigned be issued in the name of and delivered to the undersigned.

Name of Holder (print):  HIGHGATE HOUSE FUNDS, LTD.

(By:) _____

(Title:) Portfolio Manager

Dated: January __, 2006

D 00653

## FORM OF ASSIGNMENT

FOR VALUE RECEIVED, Highgate House Funds, Ltd. hereby sells, assigns and transfers to each assignee set forth below all of the rights of the undersigned under the Warrant (as defined in and evidenced by the attached Warrant) to acquire the number of Warrant Shares set opposite the name of such assignee below and in and to the foregoing Warrant with respect to said acquisition rights and the shares of Charys Holding Company Inc. issuable upon exercise of the Warrant:

| Name of Assignee | Address | Number of Warrant Shares |
|---|---|---|
| Michael W. Chorske | 120 East End Ave., Apt. 11B New York, NY 10028 | 20,000 |
| | | |
| | | |
| | | |
| | | |

If the total of the Warrant Shares are not all of the Warrant Shares evidenced by the foregoing Warrant, the undersigned requests that a new Warrant evidencing the right to acquire the Warrant Shares not so assigned be issued in the name of and delivered to the undersigned.

Name of Holder (print): HIGHGATE HOUSE FUNDS, LTD.

(By:)

(Title:) Portfolio Manager

Dated: January __, 2006

D 00805

## FORM OF ASSIGNMENT

FOR VALUE RECEIVED, Highgate House Funds, Ltd. hereby sells, assigns and transfers to each assignee set forth below all of the rights of the undersigned under the Warrant (as defined in and evidenced by the attached Warrant) to acquire the number of Warrant Shares set opposite the name of such assignee below and in and to the foregoing Warrant with respect to said acquisition rights and the shares of Charys Holding Company Inc. issuable upon exercise of the Warrant:

| Name of Assignee | Address | Number of Warrant Shares |
|---|---|---|
| Michael W. Chorske | 120 East End Ave., Apt. 11B New York, NY 10028 | 20,000 |
| | | |
| | | |
| | | |
| | | |

If the total of the Warrant Shares are not all of the Warrant Shares evidenced by the foregoing Warrant, the undersigned requests that a new Warrant evidencing the right to acquire the Warrant Shares not so assigned be issued in the name of and delivered to the undersigned.

Name of Holder (print):   HIGHGATE HOUSE FUNDS, LTD.

(By:)   _____

(Title:)   Portfolio Manager

Dated:   January __, 2006

D 00868

## FORM OF ASSIGNMENT

FOR VALUE RECEIVED, Highgate House Funds, Ltd. hereby sells, assigns and transfers to each assignee set forth below all of the rights of the undersigned under the Warrant (as defined in and evidenced by the attached Warrant) to acquire the number of Warrant Shares set opposite the name of such assignee below and in and to the foregoing Warrant with respect to said acquisition rights and the shares of Charys Holdings Company, Inc. issuable upon exercise of the Warrant:

| Name of Assignee | Address | Number of Warrant Shares |
|---|---|---|
| HH Advisors, LLC | 488 Madison Avenue, 12th Fl. New York, NY 10022 | 79,920 |
| | | |
| | | |
| | | |

If the total of the Warrant Shares are not all of the Warrant Shares evidenced by the foregoing Warrant, the undersigned requests that a new Warrant evidencing the right to acquire the Warrant Shares not so assigned be issued in the name of and delivered to the undersigned.

Name of Holder (print):  HIGHGATE HOUSE FUNDS, LTD.

(By:)  _____

(Title:)  Portfolio Manager_____

Dated:  January __, 2006

D 00724

## FORM OF ASSIGNMENT

FOR VALUE RECEIVED, Highgate House Funds, Ltd. hereby sells, assigns and transfers to each assignee set forth below all of the rights of the undersigned under the Warrant (as defined in and evidenced by the attached Warrant) to acquire the number of Warrant Shares set opposite the name of such assignee below and in and to the foregoing Warrant with respect to said acquisition rights and the shares of Charys Holdings Company, Inc. issuable upon exercise of the Warrant:

| Name of Assignee | Address | Number of Warrant Shares |
|---|---|---|
| HH Advisors, LLC | 488 Madison Avenue, 12th Fl. New York, NY 10022 | 159,840 |
| | | |
| | | |
| | | |

If the total of the Warrant Shares are not all of the Warrant Shares evidenced by the foregoing Warrant, the undersigned requests that a new Warrant evidencing the right to acquire the Warrant Shares not so assigned be issued in the name of and delivered to the undersigned.

Name of Holder (print):     HIGHGATE HOUSE FUNDS, LTD.

(By:)

(Title:)     Portfolio Manager

Dated:     January __, 2006

{00081750.1 / 0860-103}

D 00673

## FORM OF ASSIGNMENT

FOR VALUE RECEIVED, Highgate House Funds, Ltd. hereby sells, assigns and transfers to each assignee set forth below all of the rights of the undersigned under the Warrant (as defined in and evidenced by the attached Warrant) to acquire the number of Warrant Shares set opposite the name of such assignee below and in and to the foregoing Warrant with respect to said acquisition rights and the shares of Charys Holdings Company, Inc. issuable upon exercise of the Warrant:

| Name of Assignee | Address | Number of Warrant Shares |
|---|---|---|
| HH Advisors, LLC | 488 Madison Avenue, 12th Fl. New York, NY 10022 | 79,920 |
|  |  |  |
|  |  |  |

If the total of the Warrant Shares are not all of the Warrant Shares evidenced by the foregoing Warrant, the undersigned requests that a new Warrant evidencing the right to acquire the Warrant Shares not so assigned be issued in the name of and delivered to the undersigned.

Name of Holder (print):    HIGHGATE HOUSE FUNDS, LTD.

(By:)

(Title:)    Portfolio Manager

Dated:    January __, 2006

{00081751.1 / 0860-103}

D 00785

## FORM OF ASSIGNMENT

FOR VALUE RECEIVED, Highgate House Funds, Ltd. hereby sells, assigns and transfers to each assignee set forth below all of the rights of the undersigned under the Warrant (as defined in and evidenced by the attached Warrant) to acquire the number of Warrant Shares set opposite the name of such assignee below and in and to the foregoing Warrant with respect to said acquisition rights and the shares of Charys Holdings Company, Inc. issuable upon exercise of the Warrant:

| Name of Assignee | Address | Number of Warrant Shares |
|---|---|---|
| HH Advisors, LLC | 488 Madison Avenue, 12th Fl. New York, NY 10022 | 79,920 |
|  |  |  |
|  |  |  |
|  |  |  |

If the total of the Warrant Shares are not all of the Warrant Shares evidenced by the foregoing Warrant, the undersigned requests that a new Warrant evidencing the right to acquire the Warrant Shares not so assigned be issued in the name of and delivered to the undersigned.

Name of Holder (print):    HIGHGATE HOUSE FUNDS, LTD.

(By:)    _____

(Title:)    Portfolio Manager

Dated:    January __ , 2006

{00081752.1 / 0860-103}

D 00848

## FORM OF ASSIGNMENT

FOR VALUE RECEIVED, Highgate House Funds, Ltd. hereby sells, assigns and transfers to each assignee set forth below all of the rights of the undersigned under the Warrant (as defined in and evidenced by the attached Warrant) to acquire the number of Warrant Shares set opposite the name of such assignee below and in and to the foregoing Warrant with respect to said acquisition rights and the shares of Charys Holdings Company, Inc. issuable upon exercise of the Warrant:

| Name of Assignee | Address | Number of Warrant Shares |
|---|---|---|
| Yorkville Advisors Management, LLC | 101 Hudson St., Suite 3700 Jersey City, NJ 07302 | 100,080 |
| | | |
| | | |
| | | |
| | | |

If the total of the Warrant Shares are not all of the Warrant Shares evidenced by the foregoing Warrant, the undersigned requests that a new Warrant evidencing the right to acquire the Warrant Shares not so assigned be issued in the name of and delivered to the undersigned.

Name of Holder (print): HIGHGATE HOUSE FUNDS, LTD.

(By:) _____

(Title:) Portfolio Manager

Dated: January __, 2006

{00001710.1 / 0062-102} CHRMS1/416093.6

D 00734

## FORM OF ASSIGNMENT

FOR VALUE RECEIVED, Highgate House Funds, Ltd. hereby sells, assigns and transfers to each assignee set forth below all of the rights of the undersigned under the Warrant (as defined in and evidenced by the attached Warrant) to acquire the number of Warrant Shares set opposite the name of such assignee below and in and to the foregoing Warrant with respect to said acquisition rights and the shares of Charys Holdings Company, Inc. issuable upon exercise of the Warrant:

| Name of Assignee | Address | Number of Warrant Shares |
|---|---|---|
| Yorkville Advisors Management, LLC | 101 Hudson St., Suite 3700 Jersey City, NJ 07302 | 200,160 |
| | | |
| | | |
| | | |

If the total of the Warrant Shares are not all of the Warrant Shares evidenced by the foregoing Warrant, the undersigned requests that a new Warrant evidencing the right to acquire the Warrant Shares not so assigned be issued in the name of and delivered to the undersigned.

Name of Holder (print):  HIGHGATE HOUSE FUNDS, LTD.

(By:)  _____

(Title:)  Portfolio Manager

Dated:  January ___, 2006

{00081749.1 / 0860-103}

D 00663

## FORM OF ASSIGNMENT

FOR VALUE RECEIVED, Highgate House Funds, Ltd. hereby sells, assigns and transfers to each assignee set forth below all of the rights of the undersigned under the Warrant (as defined in and evidenced by the attached Warrant) to acquire the number of Warrant Shares set opposite the name of such assignee below and in and to the foregoing Warrant with respect to said acquisition rights and the shares of Charys Holdings Company, Inc. issuable upon exercise of the Warrant:

| Name of Assignee | Address | Number of Warrant Shares |
|---|---|---|
| Yorkville Advisors Management, LLC | 101 Hudson St., Suite 3700 Jersey City, NJ 07302 | 100,080 |
| | | |
| | | |
| | | |
| | | |

If the total of the Warrant Shares are not all of the Warrant Shares evidenced by the foregoing Warrant, the undersigned requests that a new Warrant evidencing the right to acquire the Warrant Shares not so assigned be issued in the name of and delivered to the undersigned.

Name of Holder (print):   HIGHGATE HOUSE FUNDS, LTD.

(By:) _____

(Title:)   Portfolio Manager

Dated:   January __, 2006

{00081753.1 / 0860-103}

D 00795

## FORM OF ASSIGNMENT

FOR VALUE RECEIVED, Highgate House Funds, Ltd. hereby sells, assigns and transfers to each assignee set forth below all of the rights of the undersigned under the Warrant (as defined in and evidenced by the attached Warrant) to acquire the number of Warrant Shares set opposite the name of such assignee below and in and to the foregoing Warrant with respect to said acquisition rights and the shares of Charys Holdings Company, Inc. issuable upon exercise of the Warrant:

| Name of Assignee | Address | Number of Warrant Shares |
|---|---|---|
| Yorkville Advisors Management, LLC | 101 Hudson St., Suite 3700 Jersey City, NJ 07302 | 100,080 |
| | | |
| | | |
| | | |

If the total of the Warrant Shares are not all of the Warrant Shares evidenced by the foregoing Warrant, the undersigned requests that a new Warrant evidencing the right to acquire the Warrant Shares not so assigned be issued in the name of and delivered to the undersigned.

Name of Holder (print):   HIGHGATE HOUSE FUNDS, LTD.

(By:)   _____

(Title:)   Portfolio Manager

Dated:   January __, 2006

{00081754.1 / 0860-103}

D 00858