## *Highgate House Funds Ltd.*
## ASSET RECONCILIATION
### *From 12-31-05 To 10-31-06*

| Security | 12-31-05 Market Value | Additions Purchases | Withdrawals Sales | Realized Gains | Unrealized Gains | Interest Dividends | 10-31-06 Market Value |
|---|---|---|---|---|---|---|---|
| **Aerotelesis (AOTL)** | | | | | | | |
| Aerotelesis, Inc. 10.000% Due 07-25-06 | 750,000 | 0 | -750,000 | 0 | 0 | 0 | 0 |
| Aerotelesis, Inc. 10.000% Due 10-18-06 | 750,000 | 0 | -778,333 | 0 | 0 | 28,333 | 0 |
| Aerotelesis Inc - 3.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Aerotelesis Inc - 4.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accrued Interest | 47,708 | | | | | -47,708 | 0 |
| | 1,547,708 | 0 | -1,528,333 | 0 | 0 | -19,375 | 0 |
| | | | | | | | |
| **American Petroleum (AMPE)** | | | | | | | |
| American Petroleum (Am Cap All) Rest comp | 0 | 0 | 0 | 0 | 2,283 | 0 | 2,283 |
| American Petroleum Group, Inc. - 10/4/05 (Only Fixed .85) 7.000% Due 12-31-50 | 500,000 | 0 | 0 | 0 | -250,000 | 0 | 250,000 |
| Accrued Interest | 28,486 | | | | | 29,167 | 57,653 |
| | 528,486 | 0 | 0 | 0 | -247,717 | 29,167 | 309,935 |
| | | | | | | | |
| **Cargo Connection (CRGO)** | | | | | | | |
| Cargo Connections Logisitics - 0.001 | 0 | 260 | 0 | 0 | -21 | 0 | 239 |
| | | | | | | | |
| **Cenuco (ASB)** | | | | | | | |
| Cenuco Inc - 3.92 | 0 | 0 | -198 | 198 | 0 | 0 | 0 |
| Cenuco Inc - 4.56 | 0 | 0 | -11,748 | 11,748 | 0 | 0 | 0 |
| Cenuco, Inc. 12.000% Due 11-15-10 | 6,000,000 | 0 | -6,231,519 | 0 | 0 | 231,519 | 0 |
| Accrued Interest | 92,000 | | | | | -92,000 | 0 |
| | 6,092,000 | 0 | -6,243,465 | 11,946 | 0 | 139,519 | 0 |
| | | | | | | | |
| **Charys Holdings Co (CHYS)** | | | | | | | |
| Charys Holdings Company, Inc. Restricted | 0 | 773,096 | 0 | 0 | 1,333,756 | 0 | 2,106,852 |
| Charys Holdings Co. Inc. 8.000% Due 11-16-08 | 4,000,000 | 0 | -4,158,738 | 0 | 0 | 158,738 | 0 |
| Charys Holding Company - .01 | 0 | 517,885 | 0 | 0 | -70,250 | 0 | 447,635 |
| Charys Holding Company - 0.01 | 0 | 517,885 | 0 | 0 | -70,250 | 0 | 447,635 |
| Charys Holding Company - 0.01 | 0 | 0 | 0 | 0 | 447,635 | 0 | 447,635 |
| Charys Holding Company - 0.50 | 0 | 928,847 | 0 | 0 | -182,603 | 0 | 746,244 |
| Accrued Interest | 39,111 | | | | | -39,111 | 0 |
| | 4,039,111 | 2,737,713 | -4,158,738 | 0 | 1,458,288 | 119,627 | 4,196,001 |
| | | | | | | | |
| **Cheung Tai Hong Holdings** | | | | | | | |
| Cheung Tai Hong Holdings Ltd | 0 | 515,490 | -600,908 | 85,418 | 0 | 0 | 0 |
| Cheung Tai Hong Holdings Ltd. 0.000% Due 08-08-10 | 515,894 | 0 | -515,474 | -420 | 0 | 0 | 0 |
| | 515,894 | 515,490 | -1,116,382 | 84,998 | 0 | 0 | 0 |
| | | | | | | | |
| **China World Trade Corp (CWTD)** | | | | | | | |
| China World Trade Corporation Restricted | 851,815 | 21,534 | -815,373 | 111,699 | -113,834 | 0 | 55,842 |
| China World Trade - 2.50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 851,815 | 21,534 | -815,373 | 111,699 | -113,834 | 0 | 55,842 |

1

Report run at 10:37:39 AM on Friday, November 17, 2006



**EXHIBIT**
Angelo 8
12/12/06

P09335

## Highgate House Funds Ltd.
## ASSET RECONCILIATION
*From 12-31-05 To 10-31-06*

| Security | 12-31-05 Market Value | Additions Purchases | Withdrawals Sales | Realized Gains | Unrealized Gains | Interest Dividends | 10-31-06 Market Value |
|---|---|---|---|---|---|---|---|
| **CirTran Corp (CIRT)** | | | | | | | |
| Cirtran Corp | 0 | 522,780 | -155,206 | 27,963 | -103,711 | 0 | 291,826 |
| Cirtran Corp.Restricted | 0 | 761,165 | -720,783 | -40,382 | 0 | 0 | 0 |
| CirTran Corp. 5.000% Due 12-31-07 | 3,750,000 | 0 | -900,000 | 0 | 0 | 0 | 2,850,000 |
| Accrued Interest | 111,979 | | | | | 91,875 | 203,854 |
| | 3,861,979 | 1,283,945 | -1,775,989 | -12,419 | -103,710 | 91,875 | 3,345,681 |
| **City Networks (CSN)** | | | | | | | |
| City Networks Inc. - .268 7.000% Due 06-30-08 | 125,000 | 0 | -7,599 | 0 | 0 | 7,599 | 125,000 |
| City Networks Inc. - .268 7.000% Due 06-30-08 | 125,000 | 0 | -4,699 | 0 | 0 | 4,699 | 125,000 |
| City Network Inc - 0.001 | 0 | 200 | 0 | 0 | 88 | 0 | 288 |
| Accrued Interest | 3,622 | | | | | 14,583 | 18,205 |
| | 253,622 | 200 | -12,298 | 0 | 88 | 26,881 | 268,492 |
| **Directview (DRVW)** | | | | | | | |
| Directview Inc - 0.001 | 0 | 869 | 0 | 0 | -869 | 0 | 0 |
| Directivew Inc. - .015 10.000% Due 03-23-09 | 0 | 534,041 | 0 | 0 | 0 | 0 | 534,041 |
| Directview Inc. - .015 10.000% Due 03-23-09 | 0 | 528,288 | 0 | 0 | 0 | 0 | 528,288 |
| Directview Inc. 10.000% Due 05-03-09 | 500,000 | 0 | -528,288 | 0 | 0 | 28,288 | 0 |
| Directview Inc. 10.000% Due 04-01-50 | 500,000 | 0 | -534,041 | 0 | 0 | 34,041 | 0 |
| Accrued Interest | 66,806 | | | | | -2,476 | 64,330 |
| | 1,066,806 | 1,063,198 | -1,062,329 | 0 | -869 | 59,853 | 1,126,659 |
| **Earthshell (ERTH)** | | | | | | | |
| Earthshell Corp - 3.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Earthshell Corp - 3.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Ei3 Corp (private)** | | | | | | | |
| Ei3 Corporation 8.000% Due 12-26-08 | 2,432,000 | 0 | 0 | 0 | -486,400 | 0 | 1,945,600 |
| Ei3 Corporation 8.000% Due 12-26-08 | 1,427,000 | 0 | 0 | 0 | -285,400 | 0 | 1,141,600 |
| Accrued Interest | 3,430 | | | | | 257,267 | 260,697 |
| | 3,862,430 | 0 | 0 | 0 | -771,800 | 257,267 | 3,347,897 |
| **Enclaves (ECGR)** | | | | | | | |
| Enclaves Group, Inc. 12.000% Due 01-15-07 | 1,938,246 | 0 | 0 | 0 | 0 | 0 | 1,938,246 |
| Accrued Interest | 19,382 | | | | | 193,825 | 213,207 |
| | 1,957,628 | 0 | 0 | 0 | 0 | 193,825 | 2,151,453 |
| **Falcon Gas (FNGC)** | | | | | | | |
| Falcon Natural Gas Corporation 5.000% Due 11-19-06 | 3,000,000 | 0 | -3,064,932 | 0 | 0 | 64,932 | 0 |
| Accrued Interest | 105,000 | | | | | -105,000 | 0 |
| | 3,105,000 | 0 | -3,064,932 | 0 | 0 | -40,068 | 0 |

2

Report run at 10:37:39 AM on Friday, November 17, 2006

P09336

*Highgate House Funds Ltd.*
ASSET RECONCILIATION
*From 12-31-05 To 10-31-06*

| Security | 12-31-05 Market Value | Additions Purchases | Withdrawals Sales | Realized Gains | Unrealized Gains | Interest Dividends | 10-31-06 Market Value |
|---|---|---|---|---|---|---|---|
| **First Look Studios** | | | | | | | |
| First Look Studios Inc - 1.11 | 0 | 0 | -3,000 | 3,000 | 0 | 0 | 0 |
| First Look Studios, Inc. 10.000% Due 11-09-10 | 3,000,000 | 0 | -3,095,000 | 0 | 0 | 95,000 | 0 |
| Accrued Interest | 42,500 | | | | | -42,500 | 0 |
| | 3,042,500 | 0 | -3,098,000 | 3,000 | 0 | 52,500 | 0 |
| **Global IT Holdings Inc** | | | | | | | |
| Global IT Holdings Inc - .001 | 0 | 0 | 0 | 0 | 821 | 0 | 821 |
| **Greenshift (GSHF)** | | | | | | | |
| Greenshift Corporation | 0 | 269,090 | -322,722 | 53,632 | 0 | 0 | 0 |
| **Inseq** | | | | | | | |
| Inseq Corporation | 0 | 740,732 | -876,461 | 135,729 | 0 | 0 | 0 |
| Inseq Corporation 10.000% Due 01-27-07 | 375,211 | 0 | -404,122 | -463 | 0 | 29,374 | 0 |
| Inseq Corporation 10.000% Due 06-01-07 | 795,717 | 0 | -795,717 | 0 | 0 | 0 | 0 |
| Inseq Corporation 10.000% Due 07-07-07 | 285,000 | 0 | -354,652 | 0 | 0 | 69,652 | 0 |
| Accrued Interest | 124,208 | | | | | -124,208 | 0 |
| | 1,580,136 | 740,732 | -2,430,952 | 135,267 | 0 | -25,183 | 0 |
| **Kipling Holdings (KPLHF)** | | | | | | | |
| Kipling Holdings, Inc. 7.000% Due 12-01-10 | 6,225,000 | 0 | 0 | 0 | 0 | 0 | 6,225,000 |
| Accrued Interest | 35,102 | | | | | 363,125 | 398,227 |
| | 6,260,102 | 0 | 0 | 0 | 0 | 363,125 | 6,623,227 |
| **Knockout Holdings (KNOH)** | | | | | | | |
| Knockout Holdings, Inc. | 600,000 | 0 | 0 | 0 | -480,000 | 0 | 120,000 |
| Knockout Holdings Inc - 2.25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 600,000 | 0 | 0 | 0 | -480,000 | 0 | 120,000 |
| **MRU Holdings Inc. (UNCL)** | | | | | | | |
| MRU Holdings, Inc. Restricted | 482,142 | 0 | -570,125 | 87,983 | 12,006 | 0 | 12,006 |
| **Magnetech (TAPED)** | | | | | | | |
| Magnetech Integrated Services Corp. 6.000% Due 02-28-07 | 500,000 | 0 | 0 | 0 | 0 | 0 | 500,000 |
| Accrued Interest | 21,500 | | | | | 25,000 | 46,500 |
| | 521,500 | 0 | 0 | 0 | 0 | 25,000 | 546,500 |
| **Maximum Dynamics Inc (MXDY)** | | | | | | | |
| Maximum Dynamics Inc 0.000% Due 08-31-50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accrued Interest | 0 | | | | | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Nanoscience (NANS)** | | | | | | | |
| Nanoscience Technologies Inc | 125,448 | 0 | -173,373 | 47,924 | 0 | 0 | 0 |
| Nanoscience Technologies 8.000% Due 12-14-08 | 1,050,359 | 0 | 0 | 0 | 0 | 0 | 1,050,359 |

3

P09337

### Highgate House Funds Ltd.
## ASSET RECONCILIATION
*From 12-31-05 To 10-31-06*

| Security | 12-31-05 Market Value | Additions Purchases | Withdrawals Sales | Realized Gains | Unrealized Gains | Interest Dividends | 10-31-06 Market Value |
|---|---|---|---|---|---|---|---|
| Nanoscience Technologies Inc - 0.01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nanoscience Technologies, Inc. 8.000% Due 12-14-08 | 320,000 | 0 | 0 | 0 | 0 | 0 | 320,000 |
| Accrued Interest | 1,442 | | | | | 82,488 | 83,930 |
| | 1,497,250 | 0 | -173,373 | 47,924 | 0 | 82,488 | 1,454,289 |
| **Nexus Nano Electronics (f/k/a Sagamore Holdings, Inc) (NXNO)** | | | | | | | |
| Nexus Nano Electronics (f/k/a Sagamore) | 0 | 70,000 | -85,000 | 85,000 | 3,915,000 | 0 | 3,985,000 |
| Nexus Nano Electronics Restricted | 0 | 85,000 | -70,000 | 0 | -15,000 | 0 | 0 |
| Sagamore Trading Group 5.000% Due 05-15-50 | 4,000,000 | 0 | 0 | 0 | -4,000,000 | 0 | 0 |
| Accrued Interest | 125,556 | | | | | -125,556 | 0 |
| | 4,125,556 | 155,000 | -155,000 | 85,000 | -100,000 | -125,556 | 3,985,000 |
| **Not classified** | | | | | | | |
| csuswpm | 0 | 530,783 | -460,709 | -70,074 | 0 | 0 | 0 |
| **Oxford Ventures (ULUR)** | | | | | | | |
| Oxford Ventures, Inc. - 1.50 10.000% Due 12-31-07 | 3,000,000 | 0 | -3,140,635 | 0 | 0 | 140,635 | 0 |
| Oxford Ventures Inc - 0.01 | 0 | 0 | -198 | 198 | 0 | 0 | 0 |
| Accrued Interest | 65,833 | | | | | -65,833 | 0 |
| | 3,065,833 | 0 | -3,140,833 | 198 | 0 | 74,802 | 0 |
| **Power Technology (PWTC)** | | | | | | | |
| Power Technologies, Inc. | 533,374 | 6,072 | -407,676 | -75,732 | -26,338 | 0 | 29,700 |
| **Roanoke Technology (RNKE)** | | | | | | | |
| Roanoke Technology Corporation | 11,875 | 2,942 | -12,421 | 7,009 | -9,405 | 0 | 0 |
| Roanoke Technology Corp. 5.000% Due 12-06-07 | 0 | 375,000 | 0 | 0 | -375,000 | 0 | 0 |
| Roanoke Technology Corp. 5.000% Due 09-30-50 | 1,175,000 | 0 | -375,000 | 0 | -800,000 | 0 | 0 |
| Accrued Interest | 73,601 | | | | | 45,521 | 119,122 |
| | 1,260,476 | 377,942 | -387,421 | 7,009 | -1,184,405 | 45,521 | 119,122 |
| **Smartire (SMTR)** | | | | | | | |
| Smartire Systems Inc - 0.16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Smartire Systems, Inc. - .028 5/20/06 5.000% Due 05-20-99 | 600,000 | 0 | 0 | 0 | 0 | 0 | 600,000 |
| Smartire Systems, Inc - .1125 5/20/06 10.000% Due 06-23-99 | 2,000,000 | 0 | -60,000 | 0 | 0 | 60,000 | 2,000,000 |
| Accrued Interest | 122,444 | | | | | 191,667 | 314,111 |
| | 2,722,444 | 0 | -60,000 | 0 | 0 | 251,667 | 2,914,111 |
| **Startech Environmental (STHK)** | | | | | | | |
| Startech Environmental Corp Restricted | 0 | 18,956 | -18,956 | 0 | 0 | 0 | 0 |
| **Strike Force (SKFT)** | | | | | | | |
| Strikeforce Technologies (HHF) | 0 | 437,173 | -678,772 | 258,119 | 7,080 | 0 | 23,600 |
| Strikeforce Technologies (HHF) | 0 | 18,888 | -19,237 | 349 | 0 | 0 | 0 |

4

P09338

## Highgate House Funds Ltd.
## ASSET RECONCILIATION
### From 12-31-05 To 10-31-06

| Security | 12-31-05 Market Value | Additions Purchases | Withdrawals Sales | Realized Gains | Unrealized Gains | Interest Dividends | 10-31-06 Market Value |
|---|---|---|---|---|---|---|---|
| Strikeforce Technologies Inc 8.000% Due 04-27-07 | 375,000 | 0 | -370,000 | 0 | 0 | 0 | 5,000 |
| Strikeforce Technologies, Inc. 7.000% Due 05-06-07 | 375,000 | 0 | -65,000 | 0 | 0 | 0 | 310,000 |
| Accrued Interest | 37,469 | | | | | -4,616 | 32,853 |
| | 787,469 | 456,061 | -1,133,009 | 258,468 | 7,080 | -4,616 | 371,453 |
| **Swiss Medica, Inc (SWME)** | | | | | | | |
| Swiss Medica Inc - 0.40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Veridium (VRDM)** | | | | | | | |
| Veridum | 0 | 1,500,000 | -3,324,694 | 1,824,694 | 0 | 0 | 0 |
| Veridium Corporation 0.000% Due 03-03-08 | 0 | 1,000,000 | -1,000,000 | 0 | 0 | 0 | 0 |
| Veridium Corporation 0.000% Due 02-22-10 | 0 | 500,000 | -500,000 | 0 | 0 | 0 | 0 |
| Accrued Interest | 0 | | | | | 0 | 0 |
| | 0 | 3,000,000 | -4,824,694 | 1,824,694 | 0 | 0 | 0 |
| **Wapme (WPM)** | | | | | | | |
| Wapme Systems AG | 0 | 799,488 | -195,849 | -603,639 | 0 | 0 | 0 |
| Wapme Systems 0.000% Due 08-24-10 | 1,262,496 | 0 | -1,330,249 | 67,753 | 0 | 0 | 0 |
| | 1,262,496 | 799,488 | -1,526,098 | -535,886 | 0 | 0 | 0 |
| **Xinghua China (XHVA)** | | | | | | | |
| Xinghua China Ltd. 2.000% Due 11-22-10 | 1,250,000 | 0 | 0 | 0 | 0 | 0 | 1,250,000 |
| Xinhua China Ltd - .00001 | 0 | 178,851 | 0 | 0 | -121,317 | 0 | 57,534 |
| Accrued Interest | 2,639 | | | | | 20,833 | 23,472 |
| | 1,252,639 | 178,851 | 0 | 0 | -121,317 | 20,833 | 1,331,006 |
| **ZZZ - Highgate LLC** | | | | | | | |
| Stragtegic Management - .01 | 0 | 5 | 0 | 0 | -5 | 0 | 0 |
| Surge Technologies - .01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Irwin Energy Inc - .001 | 0 | 16,742 | 0 | 0 | -15,231 | 0 | 1,511 |
| Global Water Technologies - .01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gottaplay Interactive (Donobi) - .001 | 0 | 11,862 | 0 | -11,862 | 0 | 0 | 0 |
| Hard to Treat Diseases - .01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Global Water Technologies - .001 | 0 | 1,330 | 0 | 0 | -1,330 | 0 | 0 |
| Full Circle Image Inc - .001 | 0 | 489 | 0 | 0 | -241 | 0 | 248 |
| PKG Entertainment - .3003 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 30,428 | 0 | -11,862 | -16,807 | 0 | 1,759 |
| **ZZZ - Not classified** | | | | | | | |
| Chase Operating | 500 | 3,003,799 | -3,004,561 | 0 | | 262 | 0 |
| Electronic Sensor Tech, Inc. Restricted | 127,500 | 0 | -111,080 | -16,420 | 0 | 0 | 0 |
| Highgate House LLC | 6,957,955 | 0 | -3,103,860 | -90,287 | 605,667 | 0 | 4,369,475 |
| Merrill Lynch | 76,622 | 0 | -75,752 | -1,631 | | 760 | 0 |
| Sloan Euro | 0 | 1,351,305 | -1,351,141 | -164 | 0 | 0 | 0 |
| Sloan HKD | 0 | 515,474 | -515,490 | 16 | 0 | 0 | 0 |
| Sloan USD | 1,172,945 | 13,666,775 | -14,821,735 | -730 | | 77,526 | 94,781 |
| Wachovia Commercial Paper | 0 | 1,507,329 | -1,507,329 | 0 | | 0 | 0 |
| Wachovia Money Market | 0 | 2,397,638 | -2,403,384 | 0 | | 5,880 | 134 |

5

Report run at 10:37:39 AM on Friday, November 17, 2006

P09339

*Highgate House Funds Ltd.*
## ASSET RECONCILIATION
*From 12-31-05 To 10-31-06*

| Security | 12-31-05 Market Value | Additions Purchases | Withdrawals Sales | Realized Gains | Unrealized Gains | Interest Dividends | 10-31-06 Market Value |
|---|---|---|---|---|---|---|---|
| Wachovia Operating | 2,304,566 | 38,957,555 | -41,943,008 | 680,848 | | 163 | 124 |
| Wachovia Subs | 0 | 2,455,369 | -2,458,272 | 0 | | 2,903 | 0 |
| AB Watley Group - .01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Electronic Sensor Technology Inc - 1.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 10,640,089 | 63,855,243 | -71,295,611 | 571,632 | 605,667 | 87,494 | 4,464,514 |

**TOTAL PORTFOLIO**

| | | | | | | | |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| External Additions | 10,148,963 |
| External Withdrawals | -46,066,221 |
| Total Fees | 678,487 |
| Average Capital | 43,262,200 |
| Total Gain after Fees | 3,201,255 |
| IRR for 0.83 Years | 7.40 |

6

Report run at 10:37:39 AM on Friday, November 17, 2006

P09340

| | | 12/1/05 | Debit | Credit | 12/31/05 |
|---|---|---|---|---|---|
| 1000 | Cash - Citibank | 77,466.39 | 0.00 | (13,124.39) | 64,342.00 |
| 1001 | Cash Transfers | 0.00 | 0.00 | - | 0.00 |
| | Due from Broker | | | | |
| 1005 | Due from Sloan Securities | 1,771,748.13 | 80,595.77 | - | 1,852,343.90 |
| 1000 | Due from A.B. Watley S.A.L. | 0.00 | 0.00 | - | 0.00 |
| 1005 | Due from A.B. Watley Person | 0.00 | 0.00 | - | 0.00 |
| | | 1,771,748.13 | | | 1,852,343.90 |
| 1010 | Common Stock-ISHM (Cost) | 0.00 | 0.00 | - | 0.00 |
| 1011 | Common Stock-ISHM (MTM) | 0.00 | 0.00 | - | 0.00 |
| 1015 | Common Stock - ICTD (Cost) NSQ | 4,476.00 | 0.00 | (4,476.00) | 0.00 |
| 1016 | Common Stock - ICTD (MTM) | 6,667.00 | 0.00 | (6,667.00) | 0.00 |
| 1017 | BIBM/CTD shares receivable | 290.00 | 0.00 | - | 290.00 |
| 1520 | CS-HTDS(cost) | 78,592.52 | 0.00 | - | 78,592.52 |
| 1521 | CS-HTDS(MTM) | -47,042.25 | 47,042.25 | (46,398.37) | -46,398.37 |
| 1525 | CS-SMPP(cost) | 29,017.30 | 0.00 | - | 29,017.30 |
| 1528 | CS-SMPP(MTM) | -10,881.68 | 10,881.68 | (21,782.75) | -21,782.75 |
| 1530 | CS-PEKG (Cost) | 1,350.43 | 0.00 | (731.25) | 619.18 |
| 1531 | CS-PEKG (MTM) | -150.00 | 731.25 | - | 581.25 |
| 1535 | Common Stock-MBTT (Cost) | -0.09 | 0.00 | - | -0.09 |
| 1538 | Common Stock-MBTT (MTM) | 0.00 | 0.00 | - | 0.00 |
| 1540 | Common Stock-GWTR (Cost) | 9,039.25 | 2,629.11 | (7,462.10) | 1,203.26 |
| 1541 | Common Stock-GWTR (MTM) | -3,428.00 | 3,428.00 | (427.74) | -427.74 |
| 1600 | Debentures-BMOO (Cost) | 25,000.00 | 0.00 | - | 25,000.00 |
| 1601 | Debentures-PEKG (cost) | 285,000.00 | 0.00 | - | 285,000.00 |
| 1610 | Debentures-LBTN (Cost) | 40,000.00 | 0.00 | - | 40,000.00 |
| 1620 | Debentures-BIBO (Cost) | 0.00 | 0.00 | - | 0.00 |
| 1621 | Debentures - ICTD (Cost) | 0.00 | 0.00 | - | 0.00 |
| 1630 | Debentures-FRUEF (Cost) | 49,000.00 | 0.00 | - | 49,000.00 |
| 1640 | Debentures-GWTR (Cost) | 987,500.00 | 0.00 | (2,500.00) | |
| 1650 | Debentures-SCRH (Cost) | 4,000.00 | 0.00 | - | 4,000.00 |
| 1651 | Debentures - HTDS (cost) | 0.00 | 0.00 | - | 0.00 |
| 1652 | Warrants - HTDS (cost) | 0.00 | 0.00 | - | 0.00 |
| 1660 | Debentures-MBTT (Cost) | 80,500.00 | 0.00 | - | 80,500.00 |
| 1670 | Debentures-MLXO (Cost) | 649,000.00 | 0.00 | - | 649,000.00 |
| 1681 | Debenture - CSYT (cost) | 5,000.00 | 0.00 | (5,000.00) | 0.00 |
| 1691 | Debentures - SMPP (cost) | 440,000.00 | 0.00 | - | 440,000.00 |
| 1692 | Debentures - Donobi (cost) | 700,000.00 | 0.00 | - | 700,000.00 |
| | Securities Owned at Market | 6,213,918.45 | | | 6,717,741.45 |
| 1710 | Audrey Aloysius - Principal | 162,500.00 | 0.00 | - | 162,500.00 |
| 1720 | Audrey Aloysius - Interest | 28,154.78 | 0.00 | - | 28,154.78 |
| 1730 | Audrey Aloysius - Discount | 60,000.00 | 0.00 | - | 60,000.00 |
| 1740 | SCRH - Principal | 0.00 | 0.00 | - | 0.00 |
| 1750 | QBID - Principal | 0.00 | 0.00 | - | 0.00 |
| 1780 | Loan Rec - Super Nova | 50,000.00 | 0.00 | - | 50,000.00 |
| | Loan Receivable | 300,654.78 | | | 300,654.78 |
| 1900 | Due from GP | 1,817.00 | 0.00 | (1,817.00) | 0.00 |
| 1910 | Partnership Interests ESNR(EST) | 22,000.00 | 0.00 | (5,000.00) | 17,000.00 |
| 1111 | Suspense Acct | -4,125.00 | 4,125.00 | - | 0.00 |
| | | 8,383,477.75 | | | 8,952,092.13 |

P09341