## Kathleen L. Rush

| | |
|---|---|
| **From:** | Liang Zhao [lzhao@cornellcapital.com] |
| **Sent:** | Tuesday, January 03, 2006 11:14 AM |
| **To:** | Kathleen L. Rush |
| **Subject:** | RE: Requesting Dox on Dec-05 Funding |
| **Attachments:** | HHF Monthly Asset Value - Oct05.xls; HHF Monthly Asset Value - Nov05.xls; HH LLC Stmt - Nov05.xls; HH LLC 2005 Partner Allocation.xls |

See attached.

**Liang Zhao**



101 Hudson St - Suite 3700
Jersey City, NJ 07302
Phone: (201) 985-8300 ext.111
Fax:     (201) 946-0889

**From:** Kathleen L. Rush [mailto:klr@gottbetter.com]
**Sent:** Tuesday, January 03, 2006 11:10 AM
**To:** Liang Zhao
**Subject:** RE: Requesting Dox on Dec-05 Funding

I haven't gotten around to the NANS docs yet.  I will try to get them to you today.  As mentioned to you before, the only docs signed on the ICU (Cenuco) deal were the two I sent you previously.  The deal hasn't closed yet.

What I do need is the lastest Monthly Asset Value for HHF and HHLLC.  The last one you sent me was September 30th.

**From:** Liang Zhao [mailto:lzhao@cornellcapital.com]
**Sent:** Tuesday, January 03, 2006 10:43 AM
**To:** Kathleen L. Rush
**Cc:** Michael W. Chorske
**Subject:** Requesting Dox on Dec-05 Funding

Kath,

Please forward me the $320K Nanoscience and Cenuco  (I have the Reg Rights Agrmt & Sec. Purch Agrmt) legal dox.

Let me know if you need Ei3, I only have the closing doc right now.

Thanks,

**Liang Zhao**

101 Hudson St - Suite 3700
Jersey City, NJ 07302
Phone: (201) 985-8300 ext.111
Fax:     (201) 946-0889

12/18/2006

12/18/2006