*Highgate House Funds, Ltd.*
*101 Hudson Street*
*Jersey City, NJ 07302*

2:27 PM

**Promissory Notes & Convertible Debentures:**
*(in USD)*

| # | Company Name | | Date of Instrument | Type of Instrument | Ticker Symbol | | Cost | October-05 MV | | November-05 MV | November-05 New Funding/Assign. | November-05 MTM/Conver/Redem | November-05 Accr Int |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ei3 | | 11/18/2004 | CD01 | PRIV | $ | 333,333.00 | $ 333,333.00 | $ | 333,333.00 | | | 1,415.53 |
| 2 | Ei3 | CA | 4/11/2005 | CD02 | PRIV | $ | 333,334.00 | $ 333,334.00 | $ | 333,334.00 | | | 934.25 |
| 3 | Ei3 | MA | 8/17/2005 | CD03 | PRIV | $ | 333,333.00 | $ 333,333.00 | $ | 333,333.00 | | | 1,415.53 |
| 4 | Ei3 | | 2/15/2005 | CD04 | PRIV | $ | 220,000.00 | $ 220,000.00 | $ | 220,000.00 | | | 481.28 |
| 5 | Ei3 | | 4/22/2005 | CD05 | PRIV | $ | 113,333.00 | $ 113,333.00 | $ | 113,333.00 | | | 709.18 |
| 6 | Ei3 | | 6/13/2005 | CD06 | PRIV | $ | 167,000.00 | $ 167,000.00 | $ | 167,000.00 | | | 792.70 |
| 7 | Ei3 | MA | 8/17/2005 | CD07 | PRIV | $ | 186,667.00 | $ 186,667.00 | $ | 186,667.00 | | | 1,415.52 |
| 8 | Ei3 | CP | 8/1/2005 | CD08 | PRIV | $ | 220,000.00 | $ 220,000.00 | $ | 220,000.00 | | | 934.25 |
| 9 | Ei3 | | 9/9/2005 | CD09 | PRIV | $ | 350,000.00 | $ 350,000.00 | $ | 350,000.00 | | | 1,006.85 |
| 10 | Ei3 | CA | | CompD | PRIV | $ | 1.00 | | $ | 1.00 | | | |
| 11 | Nanoscience | | 12/13/2004 | CD01 | NANS | $ | 250,000.00 | $ 250,000.00 | $ | 250,000.00 | | | 1,061.64 |
| 12 | Nanoscience | | 4/28/2005 | CD02 | NANS | $ | 250,000.00 | $ 250,000.00 | $ | 250,000.00 | | | 1,061.64 |
| 13 | Nanoscience | MA | 8/17/2005 | CD03 | NANS | $ | 504,623.29 | $ 504,623.29 | $ | 504,623.29 | | | 2,173.95 |
| 14 | A.B. Watley Group Inc. | | 12/28/2004 | Warrants | ABWG | $ | 138,246.90 | $ 175,346.90 | $ | 138,246.90 | | (37,100.00) | |
| 15 | Knock Out | | 3/9/2005 | Warrants | KNOH | $ | 300,000.00 | $ 300,000.00 | $ | 300,000.00 | | | |
| 16 | Knock Out | CA | 8/31/2005 | CD | KNOH | $ | 300,000.00 | $ 300,000.00 | $ | 300,000.00 | | | |
| 17 | Electronic Sensor Tech | | 1/31/2005 | Warrants | ESNR | $ | 500,000.00 | $ 500,000.00 | $ | 500,000.00 | | | |
| 18 | American Petroleum | | 3/8/2005 | CD | AMPE | $ | 500,000.00 | $ 500,000.00 | $ | 500,000.00 | | | 2,972.60 |
| 19 | Directview | | 4/1/2005 | CD01 | DRVW | $ | 500,000.00 | $ 500,000.00 | $ | 500,000.00 | | | 2,972.60 |
| 20 | Directview | | 5/31/2005 | CD02 | DRVW | $ | 500,000.00 | $ 500,000.00 | $ | 500,000.00 | | | 2,972.60 |
| 21 | Power Technology | CA | 3/31/2005 | Shares | PWTC | $ | 1.00 | $ 831,858.45 | $ | 831,859.45 | | 1.00 | |
| 22 | Cirtran | CP | 5/26/2005 | CD | CIRT | $ | 3,750,000.00 | $ 3,750,000.00 | $ | 3,750,000.00 | | | 15,924.66 |
| 23 | Inseq Corp (Incode) | CP | 4/11/2005 | CD01 | INSQ | $ | 375,211.45 | $ 375,211.45 | $ | 375,211.45 | | | 1,563.38 |
| 24 | Inseq Corp (Incode) | CP | 6/1/2005 | CD02 | INSQ | $ | 795,716.58 | $ 795,716.58 | $ | 795,716.58 | | | 6,758.14 |
| 25 | Inseq Corp (Incode) | | 7/7/2005 | CD03 | INSQ | $ | 285,000.00 | $ 285,000.00 | $ | 285,000.00 | | | 2,420.55 |
| 26 | Inseq Corp (Incode) | | 7/7/2005 | Warrants | INSQ | $ | 1.00 | $ 1.00 | $ | 1.00 | | | |
| 27 | Magnetech | | 4/13/2005 | CD | PRIV | $ | 500,000.00 | $ 500,000.00 | $ | 500,000.00 | | | 2,547.95 |
| 28 | Strikeforce | | 4/26/2005 | CD01 | SKFT | $ | 375,000.00 | $ 375,000.00 | $ | 375,000.00 | | | 2,229.45 |
| 29 | Strikeforce | | 5/15/2005 | CD02 | SKFT | $ | 375,000.00 | $ 375,000.00 | $ | 375,000.00 | | | 2,229.45 |
| 30 | Smartire | CA | 5/20/2005 | CD01 | SMTR | $ | 600,000.00 | $ 600,000.00 | $ | 600,000.00 | | | 2,465.75 |
| 31 | Smartire | CA | 6/23/2005 | CD02 | SMTR | $ | 2,000,000.00 | $ 2,000,000.00 | $ | 2,000,000.00 | | | 16,986.30 |
| 32 | China World Trade | CA | 4/30/2005 | Shares01 | CWTD | $ | 1,350,000.00 | $ 2,498,400.00 | $ | 2,498,400.00 | | | |
| 33 | China World Trade | YA | 4/30/2005 | Shares02 | CWTD | $ | 300,000.00 | $ 624,600.00 | $ | 624,600.00 | | | |
| 34 | China World Trade | CA | 4/30/2005 | Warrants | CWTD | $ | 1.00 | $ 1.00 | $ | 1.00 | | | |
| 35 | Sagamore | CA | 5/10/2005 | CD | SGMR | $ | 4,000,000.00 | $ 4,000,000.00 | $ | 4,000,000.00 | | | 16,986.30 |
| 36 | Earthshell | CA | 5/26/2005 | CD | ERTH | $ | 1,350,000.00 | $ 1,350,000.00 | $ | 1,350,000.00 | | | 13,758.90 |
| 37 | Earthshell | CA | 5/26/2005 | Warrants | ERTH | $ | 1.00 | $ 1.00 | $ | 1.00 | | | |
| 38 | Aerotelesis | SC | 7/25/2005 | CD01 | AOTL | $ | 750,000.00 | $ 750,000.00 | $ | 750,000.00 | | | 6,232.88 |
| 39 | Aerotelesis | SC | 10/18/2005 | CD02 | AOTL | $ | 750,000.00 | $ 750,000.00 | $ | 750,000.00 | | | 2,500.00 |
| 40 | Falcon Natural Gas Corp | | 7/15/2005 | P-Note | FNGC | $ | 2,000,000.00 | $ 2,000,000.00 | $ | 2,000,000.00 | | | 19,369.86 |
| 41 | Falcon Natural Gas Corp | | 10/17/2005 | P-Note | FNGC | $ | 1,000,000.00 | $ 1,000,000.00 | $ | 1,000,000.00 | | | 4,333.33 |
| 42 | Enclaves (Your Home) | MA | 8/12/2005 | CD | PRIV | $ | 1,750,000.00 | $ 1,750,000.00 | $ | 1,750,000.00 | | | 17,835.62 |
| 43 | Cheung Tai Hong Hldgs Ltd | | 8/8/2005 | CD | 0199.HK | $ | 514,800.00 | $ 514,800.00 | $ | 514,800.00 | | | |
| 44 | City Networks | | 8/17/2005 | CD01 | CSN | $ | 125,000.00 | $ 125,000.00 | $ | 125,000.00 | | | 743.15 |
| 45 | Maximum Dynamics | CA | 8/31/2005 | CD | MXDY | $ | 150,000.00 | $ 150,000.00 | $ | 150,000.00 | | | 636.99 |
| 46 | Roanoke Tech | CA | 8/31/2005 | CD | RNKE | $ | 1,175,000.00 | $ 1,200,000.00 | $ | 1,175,000.00 | | (25,000.00) | 5,095.89 |
| 47 | Oxford Ventures Inc. | | 10/12/2005 | CD | OXFV | $ | 3,000,000.00 | $ 3,000,000.00 | $ | 3,000,000.00 | | | 15,616.44 |
| 48 | Charys Holdings Co. Inc. | | 11/17/2005 | CD | CHYS | $ | 4,000,000.00 | | $ | 4,000,000.00 | 4,000,000.00 | | |
| 49 | First Look Media Inc. | | 11/10/2005 | CD | FRST | $ | 3,000,000.00 | | $ | 3,000,000.00 | 3,000,000.00 | | |
| 50 | Cenuco Inc. | | 11/15/2005 | Loan Note | ICU | $ | 6,000,000.00 | | $ | 6,000,000.00 | 6,000,000.00 | | |

| City Networks | | TBA | CD02 | CSN | **Prepaid $125K** | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Outstanding CDs, P-Notes, Warrants and Shares** | | | | | **$ 46,270,603.22** | **$ 35,637,559.67** | **$ 48,575,461.67** | | | | |

**Sloan Securities - Equities**

| Company Name | Date of Instrument | Type of Instrument | Ticker Symbol | | Cost | October-05 MV | | November-05 MV | | November-05 MTM/Conver/Redem |
|---|---|---|---|---|---|---|---|---|---|---|
| Dyadic | 11/15/2005 | Shares | DIL | $ | - | $ 106,785.00 | $ | - | | (106,785.00) |
| A.B. Watley Group Inc. | 12/28/2004 | Shares | ABWG | $ | 1,700.00 | $ 1,360.00 | $ | 21,510.00 | | 20,150.00 |
| Nanoscience | 1/25/2005 | Shares | NANS | $ | 330,548.00 | $ 359,414.00 | $ | 237,677.00 | | (121,737.00) |
| Wapme Systems | 8/31/2005 | Bonds | WPM.GR | $ | 1,310,946.87 | $ 1,310,946.87 | $ | 1,310,946.87 | | - |
| MRU Holdings | 12/31/2004 | Shares | MHOI | $ | 500,000.00 | $ 611,427.96 | $ | 528,570.90 | | (82,857.06) |
| Roanoke Tech | 8/31/2005 | Shares | RNKE | $ | 25,000.00 | | $ | 25,000.00 | | 25,000.00 |
| **Total Sloan Securities** | | | | | **$ 2,168,194.87** | **$ 2,389,933.83** | **$ 2,123,704.77** | | | |

**Highgate House LLC - Fund of Fund Investments**

| Company Name | Date of Instrument | Type of Instrument | Ticker Symbol | | Cost | October-05 MV | |
|---|---|---|---|---|---|---|---|
| - Global Water Tech | | CD01 | GWTR | $ | 550,000.00 | | |
| - Global Water Tech | Sep-05 | CD02 | GWTR | $ | 427,500.00 | | |
| - Michelex (f/k/a Hindsight) | Jan-05 | CD | MLXO | $ | 1,000,000.00 | | |
| - Maisonette Int'l Enterp | Mar-05 | CD | MAEN | $ | 250,000.00 | | |
| - RFM Capital LLC | | CD | PRIV | $ | 815,000.00 | | |
| - Seaforth Meridian Ltd. | | CD | PRIV | $ | 50,000.00 | | |
| - Strategic Mgt & Opp Corp | Apr-05 | CD | SMPP | $ | 500,000.00 | | |
| - SuperNova | | PIPE | PRIV | $ | 50,000.00 | | |
| - MB Tech | Apr-05 | CD | MBTT | $ | 50,000.00 | | |
| - Surge Tech | | CD | SRGE | $ | 300,000.00 | | |
| - Donobi | May-05 | CD | DNOB | $ | 700,000.00 | | |
| - Hard to Treat Disease | May-05 | CD | HTDS | $ | 420,000.00 | | |
| - Cargo / Championlyte | May-05 | CD | CRGO | $ | - | $ (500,000.00) | |
| - Irwin Energy | Jun-05 | CD | IWNN | $ | 250,000.00 | | |
| - Peak Entert. Group Ltd. | Jun-05 | CD | PEKG | $ | 295,000.00 | | |
| - Global It Holdings | Jul-05 | CD | GBTH | $ | 475,000.00 | | |
| - Full Circle Image | Oct-05 | CD | FCLE | $ | 300,000.00 | $ 300,000.00 | |
| - Global Marine Ltd | Dec-05 | CD | GLBM | **Prepaid $275K** | | | |
| **Total Highgate House LLC** | | | | | **$ 6,432,500.00** | **$ 6,686,778.53** | **$ 6,682,955.36** |

Total Highgate House LLC November-05 MTM/Conver/Redem: (3,823.17)

| | | Cost | October-05 MV | November-05 MV |
|---|---|---|---|---|
| **Total Outstanding CDs, P-notes, Warrants and Shares** | | **$ 54,871,298.09** | **$ 44,714,272.03** | **$ 57,382,121.80** |

2:27 PM

*Highgate House Funds, Ltd.*
*101 Hudson Street*
*Jersey City, NJ 07302*

Promissory Notes & Convertible Debentures:
*(in USD)*

| Company Name | Date of Instrument | Type of Instrument | Ticker Symbol | Cost | October-05 MV | November-05 MV | November-05 New Funding/Assign. | November-05 MTM/Conver/Redem | November-05 Accr Int |
|---|---|---|---|---|---|---|---|---|---|
| Cash: | | | | | | | | | |
| *Banks - JP Morgan Chase* | | | | | | | | | |
| Highgate House Funds Ltd. | | | | | $ 1,000.00 | $ 500.41 | | | |
| Highgate House Global Ltd. | | | | | $ 0.41 | $ 0.81 | | | |
| Highgate House USA LP | | | | | $ 0.44 | $ 0.20 | | | |
| | | | | | | | | | |
| *Commercial Paper - JP Morgan Chase* | | | | | | | | | |
| Highgate House Funds Ltd. | | | | | $ - | $ - | | | |
| Highgate House Global Ltd. | | | | | $ 56,227.53 | $ 508.00 | | | |
| Highgate House USA LP | | | | | $ 1,016.10 | $ 501.00 | | | |
| | | | | | | | | | |
| *Banks - Wachovia* | | | | | | | | | |
| Highgate House Funds Ltd. | | | | | $ 17,119,800.06 | $ 2,389,950.37 | | | |
| Highgate House Global Ltd. | | | | | $ 587,665.70 | $ 31,788.00 | | | |
| Highgate House USA LP | | | | | $ 1,956.16 | $ 2,480.23 | | | |
| **Total Banks** | | | | | **$ 17,767,666.40** | **$ 2,426,739.02** | | | |
| | | | | | | | | | |
| *Escrow Accounts* | | | | | | | | | |
| David Gonzales Escrow | | | | | | $ 112,500.00 | | | |
| Gottbetter Escrow | | | | | $ - | $ - | | | |
| **Total Escrow** | | | | | **$ -** | **$ 112,500.00** | | | |
| | | | | | | | | | |
| *Brokerages* | | | | | | | | | |
| Sloan Securities Corp. | | | | | $ 548,872.91 | $ 645,000.00 | | | |
| Merrill Lynch | | | | | $ 5,063,358.78 | $ 5,073,980.87 | | | |
| **Total Brokers** | | | | | **$ 5,612,231.69** | **$ 5,718,980.87** | | | |
| | | | | | | | | | |
| **Total Cash** | | | | | **$ 23,379,898.09** | **$ 8,257,219.89** | | | |
| **Grand Total** | | | | $ 54,871,298.09 | $ 68,094,170.12 | $ 55,639,341.59 | $ 13,000,000.00 | $ (332,151.23) | $ 178,555.11 |

1  Highgate House original transaction
2  Assinged from Cornell
3  Purchased from Cornell
4  Assigned from Montgomery
5  Purchased from Montgomery
6  Assigned from YAM
7  Purchased from YAM
8  Assigned from HH LLC
9  Purchased from HH LLC