HIGHGATE HOUSE FUNDS, LTD.

*Daily Portfolio Summary*

Date: December 6, 2005

| SYMBOL 504 | ISSUER | DEAL TYPE | SEC. TYPE | PRINCIPAL / SECURITIES | BASIS | CLOSING | FIXED | FUTURE | CURRENT | Securities Registration | 1ST PAYMENT DUE DATE | 1ST PAYMENT DUE AMOUNT | 2ND PAYMENT DUE DATE | 2ND PAYMENT DUE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BMOO.OB | Blue Moon Group | 504 | CD | $ 25,000 | | 11/9/2004 | $0.60 & 125% A 5 | 65% A 40 | $ 0.22 | Converted $25k 11/22/2004 | 11/8/2009 | | | |
| | | 504 | CD | $ 50,000 | | 11/9/2004 | $0.60 & 125% A 5 | 65% A 40 | | NOT FUNDED | 11/8/2009 | | | |
| DNOB.OB | Donobi Inc. | 504 | CD | $ 689,600 | | 4/25/2005 | $ 0.3888 | 90% L 15 | $ 0.0360 | | 4/11/2007 | $ 783,552.00 | | |
| | | 504 | CD | $ 400 | | 4/25/2005 | $ 0.0010 | | | | 4/11/2008 | $ 472.00 | | |
| FCLE.PK | Full Circle Image, Inc. | 504 | CD | $ 600,000 | | 9/20/2005 | $ 0.0200 | 75% L 5 | $ 0.0200 | | 9/25/2007 | $ 720,000.00 | | |
| | | 504 | W | $ 300,000 | | 9/20/2005 | $ 0.0010 | | | | | | | |
| FECOr.OB | FEC Resources Inc. | 504 | CD | $ 49,000 | | 9/30/2004 | $0.10 & 125% A 5 | 100% L 40 | $ 0.0510 | | 9/29/2009 | | | |
| | | 504 | CD | $ 50,000 | | 9/30/2004 | $0.10 & 125% A 5 | 100% L 40 | | NOT FUNDED ?? | 9/29/2009 | | | |
| | | 504 | CD | $ 1,000 | | 9/30/2004 | $ 0.0400 | | | SOLD 10/25/2004 | 9/30/2009 | | | |
| GBTH.PK | Global IT Holdings, Inc. | 504 | CD | $ 950,000 | | 7/11/2005 | $ 0.0011 | 75% L 5 | $ 0.0004 | | 6/29/2007 | $ 1,045,000.00 | | |
| | | 504 | W | $ 475,000 | | 7/11/2005 | $ 0.0010 | | | | | | | |
| GWTR.PK | Global Water Technologies | 504 | CD | $ 550,000 | | 11/30/2004 | $ 0.1100 | 80% L 5 | $ 0.0300 | | 11/23/2006 | $ 605,000.00 | | |
| | | 504 | W | $ 357,000 | | 11/30/2004 | $ 0.0100 | | | | | | | |
| | | 504 | CD | $ 427,500 | | 8/22/2005 | $ 0.0800 | 80% L 5 | | | 8/14/2007 | $ 487,350.00 | | |
| | | 504 | W | $ 281,000 | | 8/22/2005 | $ 0.0010 | | | | | | | |
| HTDS.PK | Hard to Treat Diseases | 504 | CD | $ 400,000 | | 5/2/2005 | $ 0.0175 | 80% L 5 | $ 0.0055 | | 4/27/2007 | $ 456,000.00 | | |
| | | 504 | W | $ 2,000,000 | | 5/2/2005 | $ 0.0100 | | | | | | | |
| IWNN.PK | Irwin Energy Inc. | 504 | CD | $ 500,000 | | 5/31/2005 | $ 0.0700 | 75% L 30 | $ 0.0140 | Converted $65k as of 11/15/2005 | 4/17/2007 | $ 550,000.00 | | |
| | | 504 | W | $ 500,000 | | 5/31/2005 | $ 0.0010 | | | | | | | |
| LBTN.PK | Lifeline Biotech New | 504 | CD | 40,000 | | 9/2/2004 | $0.0021 & 125% A 5 | 100% A 40 | $ 0.0090 | | 9/1/2009 | | | |
| | | 504 | CD | 50,000 | | 9/2/2004 | $0.0021 & 125% A 5 | 100% A 40 | | NOT FUNDED ?? | 9/1/2009 | | | |
| | | 504 | CD | 40,000 | | 9/2/2004 | $ 0.0010 | N/A | | SOLD 10/5/2004 | 9/1/2009 | | | |
| MAEN.PK | Maisonette International Enterprises | 504 | CD | $ 500,000 | | 2/25/2005 | $ 0.2050 | 75% L 5 | $ 0.0170 | Converted $80k as of 11/28/2005 | 2/17/2007 | $ 550,000.00 | | |
| | | 504 | W | $ 500,000 | | 2/25/2005 | $ 0.0100 | | | | | | | |
| MBTT.OB | MB Tech Inc. | 504 | CD | $ 31,750 | | 10/28/2004 | $ 0.0340 | 100% L 40 | $ 0.0550 | Converted $17k 11/22/2004 | 10/27/2009 | | | |
| | | 504 | CD | $ 50,000 | | 10/28/2004 | $ 0.0425 | 100% L 40 | | | 10/27/2009 | | | |
| | | 504 | CD | $ 1,250 | | 10/28/2004 | N/A | | | SOLD 11/9/2004 | 10/27/2009 | | | |
| MLXO.OB | Michelex Corp. | 504 | CD | $ 999,000 | | 1/7/2005 | $ 0.2000 | 75% L 30 | $ 0.0120 | | 12/29/2006 | $ 1,100,000.00 | | |
| | | 504 | CD | $ 1,000 | | 1/7/2005 | $ 0.0010 | N/A | | | | | | |
| PEKG.PK | Peak Entertainment Group Ltd. | 504 | CD | $ 295,000 | | 6/6/2005 | $ 0.00031 | 75% L 5 | $ 0.0002 | | 5/17/2007 | $ 336,300.00 | | |
| | | 504 | W | $ 60,000,000 | | 6/6/2005 | $ 0.0001 | | | | | | | |
| QBID.PK | Triangle Multimedia Ltd., Inc. | 504 | CD | 20,000 | | 8/24/2004 | $ 0.0010 | N/A | $ 0.0095 | SOLD 5/29/2004 | 8/23/2006 | | | |
| | | 504 | CD | 80,000 | | 8/24/2004 | $ 0.0013 | 50% A 40 | | SOLD 9/29/2004 | 8/23/2009 | | | |
| SCRH.OB | Scores Holding Company, Inc. | 504 | CD | $ 8,500 | | 8/12/2004 | $ 0.0180 | 50% A 40 | $ 0.0130 | | 8/11/2009 | | | |
| | | 504 | CD | $ 50,000 | | 8/12/2004 | $ 0.0225 | 50% A 40 | | NOT FUNDED ?? | 8/11/2009 | | | |
| | | 504 | CD | $ 4,000 | | 8/12/2004 | $ 0.0100 | N/A | | | 8/11/2009 | | | |
| SMPP.PK | Strategic Management & Opportunity Corp. | 504 | CD | $ 500,000 | | 4/4/2005 | $ - | 80% L 5 | $ 0.0085 | | 3/25/2007 | $ 570,000.00 | | |
| | | 504 | W | $ 100,000 | | 4/4/2005 | $ 0.0100 | | | | | | | |

00078961

Securities Type Legend:
BN = Bank Note; C = Common Stock; C-PF = Convertible Preferred Stock; C-RL = Common Stock w/ Restrictive Legend;
CB = Conv. Bond; CD = Conv. Debenture; CN = Conv. Note; PN = Promissory Note; W = Warrant

HIGHGATE HOUSE FUNDS, LTD.

Date:          December 6, 2005

*Daily Portfolio Summary*

| SYMBOL | ISSUER | DEAL TYPE | SEC. TYPE | PRINCIPAL / SECURITIES | BASIS | CLOSING | FIXED | FUTURE | CURRENT | Securities Registration | 1ST PAYMENT DUE DATE | 1ST PAYMENT DUE AMOUNT | 2ND PAYMENT DUE DATE | 2ND PAYMENT DUE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SRGE.PK | Surge Technologies | 504 | CD | $ 600,000 | | 4/26/2005 | $ 0.0400 | 75% L 30 | $ 0.0009 No bid price available, trade price only. | | 4/6/2007 $ | 660,000.00 | | |
| | | 504 | W | 1,000,000 | | 4/26/2005 | $ 0.0100 | | | | | | | |
| **506 REGISTERED** | | | | | | | | | | | | | | |
| AKC.A | Access Pharmaceuticals, Inc. | BN | BN | $ 1,316,500 | | 4/4/2005 | $ 4.0000 | N/A | $ 1.0300 | REDEEMED 10/10/05 | 11/1/2005 $ | 265,415.42 | 12/1/2005 $ | 247,757.99 |
| STFT-PRIV. | Strikeforce Technologies | BN | BN | $ 375,000 | | 4/27/2005 | | | | EFFECTIVE 6/3/05 | 4/27/2007 $ | 427,500.00 | | |
| | | BN | BN | $ 375,000 | | 5/6/2005 | | | | | 5/6/2007 $ | 427,500.00 | | |
| | | | C | 150,000 | | | | | | | | | | |
| **506 UNREGISTERED** | | | | | | | | | | | | | | |
| AMPE.OB | American Petroleum Group Inc. | CD | CD | $ 500,000 | | 3/8/2005 | $ 0.6500 | N/A | $ 0.1700 | DUE 9/4/05 NO FILING AS OF 11/22/05 | 10/4/2005 $ | 620,416.67 | | |
| | | CD | C | 50,000 | | 3/8/2005 | $ 0.0100 | | | SEDA | | | | |
| AOTL.OB | AeroTelesis Incorporated | BN | BN | $ 1,500,000 | | 7/25/2005 | $ 1.1170 | N/A | $ 0.8100 | DUE 8/24/05 NO FILING AS OF 11/22/05 | 11/1/2005 $ | 164,554.79 | 12/1/2005 $ | 136,458.33 |
| | | | W | 150,000 | | 7/25/2005 | $ 3.0000 | | | | | | | |
| | | | W | 75,000 | | 7/25/2005 | $ 4.0000 | | | SEDA | | | | |
| CHYS.OB | Charys Holding Co., Inc. | BN | CD | $ 4,000,000.00 | | 11/17/2005 | $ 0.7730 | 80% L 5 | $ 0.9000 | DUE 2/15/2006 | 11/16/2008 | | | |
| | | BN | W | 400,000 | | 11/17/2005 | $ 0.5000 | N/A | | | | | | |
| | | BN | W | 200,000 | | 11/17/2005 | $ 0.2500 | N/A | | | | | | |
| | | BN | W | 200,000 | | 11/17/2005 | $ 0.7500 | N/A | | | | | | |
| | | BN | W | 200,000 | | 11/17/2005 | $ 1.0000 | N/A | | | | | | |
| CIRT.OB | CirTran Corp. | CD | CD | $ 3,750,000 | | 5/26/2005 | $ 0.1000 | 100% L 20 | $ 0.0260 | FILED 9/23/05 NO ADD'L FILING AS OF 11/22/05 SEDA CANCELLED MAY 2005 | 12/31/2007 $ | 4,237,500.00 | | |
| CRGO.OB | Cargo Connection Logistics Corp. | HHMN 506 | CD | $ 999,750 | | 5/11/2005 | $ 0.0260 | 75% L 3 | $ 0.0040 | DUE 8/8/05 NO FILING AS OF 11/22/05 | 4/27/2007 $ | 1,099,725.00 | | |
| | | HHMN 506 | CD | $ 250 | | 5/11/2005 | $ 0.0010 | | | | 4/27/2007 $ | 275.00 | | |
| | | HHF | W | 250,000 | | 5/11/2005 | $ 0.0010 | | | | | | | |
| CSN.A | City Networks, Inc. | CD | CD | $ 125,000 | | 8/10/2005 | $ 0.2640 | N/A | $ 0.2100 | DUE 9/14/05 NO FILING AS OF 11/22/05 | 2/10/2006 $ | 150,729.17 | | |
| | | CD | W | 25,000 | | 8/10/2005 | $ 0.0010 | | | | | | | |
| | Second Tranche not funded yet 9/27/05 | CD | CD | | | | | | | SEDA | | | | |
| | | CD | W | | | | | | | | | | | |
| DRVW.OB | DirectView, Inc | CD | CD | $ 500,000 | | 4/1/2005 | $ 0.0240 | | $ 0.0027 | FILED 6/1/05 SB-2/A FILED 9/21/05 | 4/1/2006 $ | 535,000.00 | | |
| | | CD | W | 4,000,000 | | 4/1/2005 | $ 0.0010 | | | NO ADD'L FILING AS OF 11/22/05 | | | | |
| | | CD | CD | $ 500,000 | | 5/23/2005 | $ 0.0240 | | | | 5/23/2006 $ | 535,000.00 | | |
| ECGR.OB | Enclaves Group, Inc. | 506 | CD | $ 1,881,660.77 | | 5/16/2005 | 100% A 5 | N/A | $ 0.2500 | NO FILING AS OF 11/22/05 | 9/15/2006 | | | |

00078961

Securities Type Legend:
BN = Bank Note; C = Common Stock; C-PF = Convertible Preferred Stock; C-RL = Common Stock w/ Restrictive Legend;
CB = Conv. Bond; CD = Conv. Debenture; CN = Conv. Note; PN = Promissory Note; W = Warrant

HIGHGATE HOUSE FUNDS, LTD.

*Daily Portfolio Summary*

Date:   December 6, 2005

| SYMBOL | ISSUER | DEAL TYPE | SEC. TYPE | PRINCIPAL / SECURITIES | BASIS | CLOSING | FIXED | FUTURE | CURRENT | Securities Registration | 1ST PAYMENT DUE DATE | 1ST PAYMENT DUE AMOUNT | 2ND PAYMENT DUE DATE | 2ND PAYMENT DUE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EI3-PRIV | EI3 Corporation | CD | CD | $ 333,333 | | 11/18/2004 | $ 0.3700 | 100% L 30 | $ — | N/A | 11/18/2006 $ | 349,999.65 | | |
| | | CD | CD | $ 220,000 | | 2/15/2005 | $ 0.3700 | 100% L 30 | | | 2/15/2007 $ | 242,000.00 | | |
| | | CD | CD | $ 113,333 | | 4/22/2005 | $ 0.3700 | 100% L 30 | | | 4/22/2007 $ | 124,666.30 | | |
| | | CD | CD | $ 167,000 | | 6/13/2005 | $ 0.3700 | 100% L 30 | | | 6/13/2007 $ | 183,700.00 | | |
| | | CD | CD | $ 220,000 | | 7/29/2005 | $ 0.3700 | 100% L 30 | | | 7/29/2007 $ | 242,000.00 | | |
| | | CD | CD | $ 350,000 | | 9/9/2005 | $ 0.3700 | 100% L 30 | | | 9/9/2007 $ | 385,000.00 | | |
| ERTH.OB | EarthShell Corp. | BN | PN | $ 1,350,000 | | 5/27/2005 | $ — | | $ 2.1000 | FILED 6/9/05 Withdrawal Request 9/27/05 | 9/26/2005 $ | 163,500.00 | 10/26/2005 $ | 162,000.00 |
| | | BN | W | 337,500 | | 5/27/2005 | $ 4.0000 | | | | | | | |
| FNGC.OB | Falcon Natural Gas Corp. | PN | PN | $ 2,000,000 | | 6/30/2005 | | | $ 0.3000 | FILED 4/28/2005 SB2/A FILED 10/27/05 | 9/2/2005 $ | 83,333.33 | 9/9/2005 $ | 83,333.33 |
| FRST.OB | First Look Studio, Inc. | CD | CD | $ 3,000,000 | | 11/11/2005 | $ 1.1100 | 95% I 30 | $ 0.5100 | 10/0/28 Due 4/6/2006 | | | | |
| | | CD | W | $ 600,000 | | 11/11/2005 | $ 1.1100 | N/A | | | | | | |
| INSQ.OB | Inseq Corporation | CD | CD | $ 795,716.58 | | 6/1/2005 | $ 0.0010 | N/A | $ 0.0021 | DUE 7/1/05 NO FILING AS OF 11/22/05 SEDA CANCELLED 9/26/05 | 9/1/2005 $ | 79,571.66 | 10/1/2005 $ | 79,019.08 |
| | | CD | CD | $ 285,000 | | 7/7/2005 | $ 0.0040 | N/A | | | 9/1/2005 $ | 28,500.00 | 10/1/2005 $ | 28,302.08 |
| MXDY.OB | Maximum Dynamics, Inc. | CD | CD | $ 200,000 | | 4/21/2004 | $ 0.2820 | 80% L 5 | $ 0.0220 | DUE ??? - WAITING FOR RR AGR FROM CCP SB-2 FILED 6/29/04; SB-2/A #3 FILED 9/1/04 | | | | |
| | | CD | CD | $ 200,000 | | 6/30/2004 | $ 0.1260 | 80% L 5 | | Withdrawal Request 10/26/05 | | | | |
| NANS.OB | Nanoscience Technologies, Inc. | BN | CD | $ 254,623 | | 12/17/2004 | $ 1.2000 | N/A | $ 0.5100 | FILED 7/28/05 DUE 10/30/05 - NO ADD'L FILING AS OF 11/22/05 | 4/28/2008 $ | 292,816.78 | | |
| | | BN | CD | $ 250,000 | | 4/28/2005 | $ 1.2000 | N/A | | On hold - see SER @ G&P | 4/28/2008 $ | 287,500.00 | | |
| | | BN | C-RL | 305,548 $ | 1.000 | Jan-05 | | | | | | | | |
| | | BN | C-RL | 69,992 $ | 0.071 | Jan-05 | | | | | | | | |
| | | BN | C-RL | 150,000 $ | 0.100 | Jan-05 | | | | | | | | |
| | | BN | C-RL | 54,160 $ | 0.092 | Jan-05 | | | | | | | | |
| OXFV.OB | Oxford Ventures, Inc. | BN | CD | $ 3,000,000.00 | | 10/14/2005 | $ 1.5000 | N/A | $ 0.0040 | DUE 11/28/05 NO FILING AS OF 11/29/05 | 10/14/2010 | | | |
| | | BN | W | 1,166,667 | | | $ 0.0100 | N/A | | | | | | |
| PWTC.OB | Power Technology, Inc. | CD | C | 8,849,558 $ | 0.070 | 11/19/2004 | $ 0.0360 | N/A | $ 0.0900 | PIGGYBACK PER EZHAO ONLY SHARES PURCHASED NOT DEBENTURE | 10/1/2005 $ | 108,724.22 | 11/1/2005 $ | 100,429.59 |
| RNKE.OB | Roanoke Technology, Inc. | CD | CD | $ 825,000 | | 9/30/2004 | $ 0.0022 | 80% LVWA 5 | $ 0.0004 | DUE 7/1/05 SB-2/A #2 FILED 7/5/05 - PER SEC NOT EFFECTIVE AS OF 11/7/05 | 9/30/2007 $ | 948,750.00 | | |
| | | CD | CD | $ 375,000 | | 12/6/2004 | $ 0.0014 | 80% LVWA 5 | | | 12/6/2007 $ | 431,250.00 | | |
| SMTR.OB | SmarTire Systems, Inc. | BN | BN | $ 2,000,000 | | 6/23/2005 | $ 0.1125 | N/A | $ 0.0870 | FILED 7/22/05 Withdrawal Request 9/23/05 | 6/23/2006 ASSIGNED TO LCC GLOBAL | | | |
| | | | W | 4,162,500 | | | $ 0.1600 | | | | | | | |

00078961

Securities Type Legend:
BN = Bank Note; C = Common Stock; C-PF = Convertible Preferred Stock; C-RL = Common Stock w/ Restrictive Legend;

D 01301

HIGHGATE HOUSE FUNDS, LTD.

*Daily Portfolio Summary*

Date:    December 6, 2005

| SYMBOL | ISSUER | | DEAL TYPE | SEC. TYPE | PRINCIPAL / SECURITIES | | BASIS | CLOSING | FIXED | | FUTURE | CURRENT | Securities Registration | 1ST PAYMENT DUE DATE | AMOUNT | 2ND PAYMENT DUE DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *OTHER* | | | | | | | | | | | | | | | | | |
| 0199.HK | Cheung Tai Hong Holdings Limited | | PIPE PIPE | C | 9,090,909.000 | | | 8/11/2005 | HK$ .44 | | N/A | $ 0.3950 | | | | | |
| ABWG.PK | A B Watley Group Inc. | | PIPE | W | 6,541,067 | | Various | 12/31/2004 | $ | 0.0100 | JMR HANDLING CONVERSIONS | $ 0.0300 | EFFECTIVE 1/28/05 | | | | |
| CWTD.OB | China World Trade Corporation | | PIPE | C | 900,000 | $ | 1.500 | 12/3/2004 | $ | 1.5000 | N/A | $ 1.6000 | SB-2/A FILED 9/28/05 | | | | |
| | | | PIPE | C | 225,000 | $ | 1.500 | 12/3/2004 | | | | | NO ADD'L FILING AS OF 11/22/05 | | | | |
| | | | PIPE | W | 450,000 | $ | - | 12/3/2004 | $ | 2.5000 | | | | | | | |
| DIL.A | Dyadic International, Inc. | | PIPE | C | 150,150 | $ | 3.330 | 11/24/2004 | | | | $ 2.0300 | EFFECTIVE 1/28/05 | | | | |
| | | | PIPE | W | 75,075 | | | 11/24/2004 | $ | 5.5000 | | | | | | | |
| ESNR.OB | Electronic Sensor Technology Inc. | HHF | PIPE | C-RL | $ 500,000 | $ | 1.000 | 1/28/2005 | $ | - | N/A | $ 0.5400 | PIGGYBACK NO FILING AS OF 11/22/05 | | | | |
| | | HHF | PIPE | W | 500,000 | | | 1/28/2005 | $ | 1.000 | N/A | | | | | | |
| | | HHMN | PIPE | C-RL | $ 25,000 | $ | 1.000 | 1/28/2005 | $ | - | N/A | | | | | | |
| | | HHMN | PIPE | W | 25,000 | | | 1/28/2005 | $ | 1.000 | N/A | | | | | | |
| ISHM.OB | InfoSearch Media Inc. | | PIPE | C | $ - | | 0.500 | 12/23/2004 | $ | 0.5000 | N/A | $ 1.0000 | SOLD 9/23/05 | | | | |
| KNOH.OB | KnockOut Holdings | | PIPE | C-PF | 6,398 | $ | 46.893 | 1/13/2005 | $ | 0.2931 | N/A | $ 0.2900 | Piggyback | | | | |
| | | | | | when pref converted to common: 160:1 = 1,023,680 @ .2931/sh | | | | | | | | | | | | |
| | | | PIPE | W | 102,360 | $ | - | 1/13/2005 | $ | 0.5000 | N/A | | FILED 5/11/05 - NO ADD'L FILING AS OF 11/22/05 | | | | |
| | | | | | per 6/30/05 10QSB exercise price reduced from $2.25 to $0.50 | | | | | | | | | | | | |
| MAGN-PRIV | Magnetech Integrated Services | | PIPE | CD | $ 500,000 | | | 4/13/2005 | CD + Int \ 0.3404926 | | N/A | $ - | N/A | 2/28/2007 | $ 556,383.56 | | |
| | | | PIPE | W | 528,645 | | | 4/13/2005 | $ | 0.0010 | N/A | | | | | | |
| MHOL.OB | MRU Holdings Inc. | | PIPE | C-PF | 142,857 | $ | 3.500 | 12/17/2004 | $ | 3.5000 | N/A | $ 4.0400 | EFFECTIVE 7/21/05 | | | | |
| SNGI-PRIV | Super Nova Group, Inc. | | PIPE | C | 16,392 | $ | 6.100 | 3/16/2005 | | | | $ - | | | | | |
| | | | PIPE | W | 8,196 | | | | $ | 1.5000 | | | | | | | |
| WPM.DE | Wapme Systems AG | | PIPE | CB | 12,366 | € 86.000 or US$101.4499 | | 8/24/2005 | € 1.71 OR US$2.0172 | | 100% A 45 | $ 0.6500 | | | | | |
| | | | | CB | | | | | | | | | | | | | |
| | *Second Tranche not funded as of 9/27/05* | | | | | | | | | | | | | | | | |

00078961

Securities Type Legend:
BN = Bank Note; C = Common Stock; C-PF = Convertible Preferred Stock; C-RL = Common Stock w/ Restrictive Legend;
CB = Conv. Bond; CD = Conv. Debenture; CN = Conv. Note; PN = Promissory Note; W = Warrant

Page 4 of 4