## Jason M. Rimland

| | |
|---|---|
| **From:** | Jason M. Rimland |
| **Sent:** | Wednesday, January 18, 2006 3:44 PM |
| **To:** | Troy Rillo |
| **Subject:** | Further Warrant Breakdown |
| **Attachments:** | PDFScanJob.pdf |

This is a further warrant breakdown for FRST, OXFV and ICU.

11/16/2006



**EXHIBIT**

Angelo 7
12/12/06

D 01247

# First Look Studios, Inc. (FRST)
## Fee Sharing

| Highgate House Funds | Cash Fee | Banking Fee | Warrants @ $1.11 |
|---|---|---|---|
| A    Cash Fee | $156,341.00 | | 761,420 |

| Yorkville Advisors Management | Cash Fee | Warrants @ $1.11 |
|---|---|---|
| Cash Fee | $156,341.00 | 761,420 |
| HH Advisors (44.4%) | $69,415.40 | 338,070 |
| YAM (55.6%) | $86,925.60 | 423,350 |

| Prentice Captial Mgmt | Cash Fee | Banking Fee | Warrants @ $1.11 |
|---|---|---|---|
| A    Cash Fee | $1,229,659.00 | | 5,236,580 |

| Totals | Cash Fee | Warrants @ $1.11 |
|---|---|---|
| HH Advisors | $69,415.40 | 338,070 |
| YAM | $86,925.60 | 423,350 |
| Totals: | $156,341.00 | 761,420 |

D 01248

# Cenuco Inc. (ICU)
## Fee Sharing

| Highgate House Funds | Cash Fee | Banking Fee | Warrants @ $4.56 | Warrants @ $3.92 |
|---|---|---|---|---|
| A  Cash Fee | $360,000.00 | | 91,533 | 77,220 |
| B  Banking Fee (20%) | | $72,000.00 | 18,307 | 15,444 |
| C  HH Advisors (10%) | | $36,000.00 | 9,153 | 7,722 |
| D  MWC (5%) | | $18,000.00 | 4,577 | 3,861 |
| E  CJM (5%) | | $18,000.00 | 4,577 | 3,861 |

| Yorkville Advisors Mgmt | Cash Fee | Warrants @ $4.56 | Warrants @ $3.92 |
|---|---|---|---|
| Cash Fee (A - B) | $288,000.00 | 73,226 | 61,776 |
| HH Advisors (44.4%) | $127,872.00 | 32,513 | 27,429 |
| YAM (55.6%) | $160,128.00 | 40,714 | 34,347 |

| Prentice Captial Mgmt | Cash Fee | Banking Fee | Warrants @ $4.56 | Warrants @ $3.92 |
|---|---|---|---|---|
| A  Cash Fee | $2,830,000.00 | | 961,098 | 809,757 |
| B  Banking Fee (20%) | | $566,000.00 | 192,220 | 161,951 |
| C  HH Advisors (10%) | | $283,000.00 | 96,110 | 80,976 |
| D  MWC (5%) | | $141,500.00 | 48,055 | 40,488 |
| E  CJM (5%) | | $141,500.00 | 48,055 | 40,488 |

| Totals | Cash Fee | Warrants @ $4.56 | Warrants @ $3.92 |
|---|---|---|---|
| HH Advisors | $446,872.00 | 137,776 | 116,126 |
| MWC | $159,500.00 | 52,632 | 44,349 |
| CJM | $159,500.00 | 52,632 | 44,349 |
| YAM | $160,128.00 | 40,714 | 34,347 |
| Totals: | $926,000.00 | 283,753 | 239,171 |

00081814.XLS

1/16/2006

## Oxford Ventures (OXFV)
## Fee Sharing

| | Highgate House Funds | Cash Fee | Banking Fee | Warrants @ $.01 |
|---|---|---|---|---|
| A | Cash Fee | $300,000.00 | | 91,533 |
| B | Banking Fee (CJM) (20%) | | $60,000.00 | 18,307 |

| | Yorkville Advisors Management | Cash Fee | Warrants @ $.01 |
|---|---|---|---|
| | Cash Fee | $240,000.00 | 73,226 |
| | HH Advisors (44.4%) | $106,560.00 | 32,513 |
| | YAM (55.6%) | $133,440.00 | 40,714 |

| | Prentice Captial Mgmt | Cash Fee | Banking Fee | Warrants @ $.01 |
|---|---|---|---|---|
| A | Cash Fee | $1,000,000.00 | | 3,833,333 |
| | Banking Fee (CJM) (20%) | | $200,000.00 | 766,667 |
| | Net Fees | $800,000.00 | | 3,066,666 |

| Totals | Cash Fee | Warrants @ $.01 |
|---|---|---|
| HH Advisors | $106,560.00 | 32,513 |
| CJM | $260,000.00 | 784,973 |
| YAM | $133,440.00 | 40,714 |
| Totals: | $500,000.00 | 858,200 |

00061835.XLS

1/17/2006