DEPOSITION EXHIBIT
Maloney_3
11 / 17 /06
BILL VISCONTI

Unknown

| | |
|---|---|
| **From:** | Jason M. Rimland [JMR@gottbetter.com] |
| **Sent:** | Thursday, January 19, 2006 5:22 PM |
| **To:** | Christopher Maloney |
| **Cc:** | Mark Angelo; Troy Rillo; Timothy L. Dockery |
| **Subject:** | RE: Oxford/Uluru |
| **Attachments:** | Spreadsheet re OXFV Fee Sharing (00081835-2).XLS |

We have to wait until the shareholder meeting. The breakdown is attached and I agree with your statement. The information statement is to be filed on Monday. Chris - can you put some pressure on Kerry to provide us with the missing information we need by Monday. Thanks.

---

**From:** Christopher Maloney [mailto:CMaloney@cornellcapital.com]
**Sent:** Thursday, January 19, 2006 4:36 PM
**To:** Jason M. Rimland
**Cc:** Mark Angelo; Troy Rillo
**Subject:** Oxford/Uluru

Jason:
I talked to Troy and he said that YAM has yet to receive warrants on the Oxford/Uluru transaction. As we discussed, I am to receive 900,000 of the warrants and Brian Kean is to receive 100,000. The full piece was 5,000,000 at .01 with the banker receiving 20% of 1,000,000. Brian Kean is to receive 10% of my comp or 100,000 warrants. When do you anticipate these being sent to YAM?

Be well.


**Christopher J. Maloney**
*Vice President, Corporate Finance*

 **CORNELL** CAPITAL PARTNERS

101 Hudson Street, Suite 3700
Jersey City, NJ 07302
Phone: (201) 985-8300, ext 143
Cell:    (917) 613-4619
Fax:    (201) 985-8117
WWW.CornellCapital.com
CMaloney@CornellCapital.com

11/16/2006

P005993

**Highgate House Funds**

| | Cash Fee | Banking Fee | Warrants @ $.01 |
|---|---|---|---|
| A Cash Fee | $300,000.00 | | 1,166,667 |
| B Banking Fee (CJM) (20%) | | $60,000.00 | 233,333 |

**Yorkville Advisors Management**

| | Cash Fee | Warrants @ $.01 |
|---|---|---|
| Cash Fee | $240,000.00 | 933,334 |
| HH Advisors (44.4%) | $106,560.00 | 414,400 |
| YAM (55.6%) | $133,440.00 | 518,933 |

**Prentice Captial Mgmt**

| | Cash Fee | Banking Fee | Warrants @ $.01 |
|---|---|---|---|
| A Cash Fee | $1,000,000.00 | | 3,833,333 |
| Banking Fee (CJM) (20%) | | $200,000.00 | 766,667 |
| Net Fees | $800,000.00 | | 3,066,666 |

**Totals**

| | Cash Fee | Warrants @ $.01 |
|---|---|---|
| HH Advisors | $106,560.00 | 414,400 |
| CJM | $260,000.00 | 1,000,000 |
| YAM | $133,440.00 | 518,933 |
| Totals: | $500,000.00 | 1,933,334 |

P005994