## Jason M. Rimland

**From:** Christopher Maloney [CMaloney@cornellcapital.com]

**Sent:** Thursday, March 30, 2006 1:47 PM

**To:** Jason M. Rimland

**Subject:** RE: Oxford/Uluru

DEPOSITION EXHIBIT

Maloney  12

11  1/17/06

BILL VISCONTI

You're always cool in my book my man.

---

**From:** Jason M. Rimland [mailto:JMR@gottbetter.com]
**Sent:** Thursday, March 30, 2006 12:52 PM
**To:** Timothy L. Dockery
**Cc:** Christopher Maloney
**Subject:** RE: Oxford/Uluru

Chris, are we cool de la?

---

**From:** Timothy L. Dockery
**Sent:** Thursday, March 30, 2006 12:05 PM
**To:** Jason M. Rimland
**Cc:** 'Christopher Maloney'
**Subject:** RE: Oxford/Uluru

Jason-

I just spoke to Chris about the warrant amounts.  Chris and I agreed that we will send them the 1,933,334 amount that is on the spreadsheet that you emailed to him at 11:31.  The sole difference is that instead of three warrants (one to HH Advisors, YAM and CJM) there will be two warrants - one to HH Advisors (414,400) and one to YAM (1,518,933) that combines the amount to CJM and YAM.

-Tim

---

**From:** Jason M. Rimland
**Sent:** Thursday, March 30, 2006 11:31 AM
**To:** Christopher Maloney
**Cc:** Timothy L. Dockery
**Subject:** FW: Oxford/Uluru

This is what I was going from.  I will call you after our call.

---

**From:** Jason M. Rimland
**Sent:** Thursday, January 19, 2006 5:22 PM
**To:** Christopher Maloney
**Cc:** Mark Angelo; Troy Rillo; Timothy L. Dockery
**Subject:** RE: Oxford/Uluru

We have to wait until the shareholder meeting.  The breakdown is attached and I agree with your statement.  The information statement is to be filed on Monday.  Chris - can you put some pressure on Kerry to provide us with the missing information we need by Monday.  Thanks.

11/7/2006

11/7/2006