## Timothy L. Dockery

**From:**    Timothy L. Dockery
**Sent:**    Thursday, March 30, 2006 2:21 PM
**To:**      'Christopher Maloney'
**Subject:** RE: Important

Do you have the full name for the certificate (i.e. is it Yorkville Management, LLC)

---

**From:** Christopher Maloney [mailto:CMaloney@cornellcapital.com]
**Sent:** Thursday, March 30, 2006 2:03 PM
**To:** Timothy L. Dockery; Jason M. Rimland; kpgui@aol.com
**Subject:** Important
**Importance:** High

All warrants and commitment shares need to be made out to **Yorkville Management,** not Yorkville Management
            Advisors.

**Christopher J. Maloney**
Vice President, Corporate Finance
**Cornell Capital Partners, LP**
101 Hudson Street, Suite 3700
Jersey City, NJ  07302
PH: (201) 985-8300, ext 143
C:    (917) 613-4619
Email: CMaloney@CornellCapital.com

DEPOSITION EXHIBIT
MAloney 4
11 / 17 / 06
BILL VISCONTI

11/7/2006