## Timothy L. Dockery

DEPOSITION EXHIBIT
Maloney 10
11 /17/06
BILL VISCONTI

**From:**    Christopher Maloney [CMaloney@cornellcapital.com]

**Sent:**    Friday, April 07, 2006 11:16 AM

**To:**    Jason M. Rimland; Timothy L. Dockery

**Cc:**    Brian Keane

**Subject:** FW: Oxford/Uluru warrants and comp shares to Yorkville Advsisors

Jason and Tim: Hey guys, we received the signed signature pages but the amount that you gave them for Yorkville was incorrect. You wrote in your fax dated March 30th 1,518,333 and it should be the figure below, 1,518,933. Please advise.

Warrants of 1,933,334 at $.01

      1,518,933 to Yorkville Advisors

      414,400 to HH Advisors (Adam Gottbetter's claim on Highgate's participation)

**Christopher J. Maloney**
Vice President, Corporate Finance
**Cornell Capital Partners, LP**
101 Hudson Street, Suite 3700
Jersey City, NJ  07302
PH: (201) 985-8300, ext 143
C:    (917) 613-4619
Email: CMaloney@CornellCapital.com

11/7/2006