Unknown

| | |
|---|---|
| From: | Ed Schinik [eschinik@cornellcapital.com] |
| Sent: | Wednesday, December 21, 2005 9:22 AM |
| To: | mwc@gottbetter.com |
| Cc: | Brad Singer; Troy Rillo; Mark Angelo |
| Subject: | FW: HHF Warrant Value |
| Attachments: | Highgate House Warrant Valuation Worksheet (00081363).XLS |

Mike,

I should introduce myself as I am the newly hired CFO at Cornell. As you have heard we need to do a complete review of the warrants we currently hold. We are currently pulling together all the documents and calculations on our end but please keep in mind that the valuations of Highgate's warrants and Cornell's warrants must be consistent. Once we have some more detail we will send it along.

Ed

Ed Schinik
Chief Financial Officer
Cornell Capital Partners
101 Hudson Street, Suite 3700
Jersey City, NJ 07302

(p) 201-985-8300 ext. 122
(f) 201-982-2888

---

**From:** Brad Singer
**Sent:** Wednesday, December 21, 2005 9:03 AM
**To:** Ed Schinik
**Subject:** FW: HHF Warrant Value

---

**From:** Michael Chorske - EXT
**Sent:** Friday, December 16, 2005 1:54 PM
**To:** Mark Angelo; Brad Singer; Adam - offsite
**Subject:** HHF Warrant Value

Gentlemen,

Attached please find a spreadsheet providing an estimate of the value for Highgate's warrant position. Based on the attached analysis and methodology, the total warrant value is $2.276 million. I would encourage Brad and/or Cornell's accountants to verify my methodology prior to your using these estimates to determine and communicate portfolio performance.

Please call me if you have any questions.

Mike

---

Michael W. Chorske

11/22/2006

EXHIBIT
Angelo 14
12/12/06

P09237

Highgate House Funds, Ltd.
488 Madison Avenue, 12th Floor
New York, NY 10022
(212) 400-6991 (O)
(212) 400-6901 (F)
(646) 708-3110 (M)
mwc@gottbetter.com

Highgate House Funds, Ltd.

11/22/2006

P09238

HIGHGATE HOUSE FUNDS. LTD.
WARRANT VALUATIONS

| Total Value of Warrants in Portfolio | $ | 2,276,302 |
|---|---|---|

**SmarTire Systems, Inc.**

| | | |
|---|---|---|
| Current stock price (P) | $ | 0.078 |
| Number of warrants issued | | 41,625,000 |
| Exercise Price (EX) | $ | 0.16 |
| Time to Expiration | | 4.5 |
| Volatility (standard deviation) | | 0.08 |
| Rate of interest | | 0.10 |

| | |
|---|---|
| STD X SQR(TIME) = | 0.16971 |
| P/PV(EX) = | 0.74859 |

Call Option Value/Share Price
Source: Call option value as % of share price table (Brealey & Meyers 5th Edition)

| | | | |
|---|---|---|---|
| C/P = | 0.005 | | |
| Call Option Value = C/P X Share Price = | | $ | 0.000390 |
| Value for Warrants | | $ | 16,234 |

**Xinhua China Ltd**

| | | |
|---|---|---|
| Current stock price (P) | $ | 3.490 |
| Number of warrants issued | | 465,750 |
| Exercise Price (EX) | $ | 0.00001 |
| Time to Expiration | | 5.0 |
| Volatility (standard deviation) | | 0.06 |
| Rate of interest | | 0.02 |

| | |
|---|---|
| STD X SQR(TIME) = | 0.13416 |
| P/PV(EX) = | 385,324.2 |

Call Option Value/Share Price

| | | | |
|---|---|---|---|
| C/P = | 0.950 | | |
| Call Option Value = C/P X Share Price = | | $ | 3.315500 |
| Value for Warrants | | $ | 1,544,194 |

**Charys Holding Company, Inc.**

| | | |
|---|---|---|
| Current stock price (P) | $ | 0.720 |
| Number of warrants issued | | 360,000 |
| Exercise Price (EX) | $ | 0.50000 |
| Time to Expiration | | 2.9 |
| Volatility (standard deviation) | | 0.03 |
| Rate of interest | | 0.08 |

| | |
|---|---|
| STD X SQR(TIME) = | 0.05123 |
| P/PV(EX) = | 1.8 |

Call Option Value/Share Price
C/P =                    0.515
Call Option Value = C/P X Share Price =              $          0.370656

Value for Warrants                                  $          133,436

**Charys Holding Company, Inc.**
Current stock price (P)              $       0.720
Number of warrants issued                    180,000
Exercise Price (EX)                  $       0.25000
Time to Expiration                             2.9
Volatility (standard deviation)                0.03
Rate of interest                               0.08

STD X SQR(TIME) =      0.05123
P/PV(EX) =                 3.6

Call Option Value/Share Price
C/P =                    0.850
Call Option Value = C/P X Share Price =              $          0.612000

Value for Warrants                                  $          110,160

**Charys Holding Company, Inc.**
Current stock price (P)              $       0.720
Number of warrants issued                    180,000
Exercise Price (EX)                  $       0.75000
Time to Expiration                             2.9
Volatility (standard deviation)                0.03
Rate of interest                               0.08

STD X SQR(TIME) =      0.05123
P/PV(EX) =                 1.2

Call Option Value/Share Price
C/P =                    0.167
Call Option Value = C/P X Share Price =              $          0.120240

Value for Warrants                                  $          21,643

**Charys Holding Company, Inc.**
Current stock price (P)              $       0.720
Number of warrants issued                    180,000
Exercise Price (EX)                  $       1.00000
Time to Expiration                             2.9
Volatility (standard deviation)                0.03
Rate of Interest                               0.08

STD X SQR(TIME) =      0.05123
P/PV(EX) =                 0.9

P09240

Call Option Value/Share Price
C/P =                          -
Call Option Value = C/P X Share Price =            $              -

Value for Warrants                                 $              -

**Full Circle Image, Inc.**

| | | |
|---|---|---|
| Current stock price (P) | $ | 0.0200 |
| Number of warrants issued | | 300,000 |
| Exercise Price (EX) | $ | 0.0010 |
| Time to Expiration | | 2.8 |
| Volatility (standard deviation) | | 0.1 |
| Rate of interest | | 0.10 |

STD X SQR(TIME) =    0.16583
P/PV(EX) =           26.0

Call Option Value/Share Price
C/P =                0.990
Call Option Value = C/P X Share Price =            $        0.019800

Value for Warrants                                 $         5,940

**Global IT Holdings, Inc.**

| | | |
|---|---|---|
| Current stock price (P) | $ | 0.0002 |
| Number of warrants issued | | 475,000 |
| Exercise Price (EX) | $ | 0.0001 |
| Time to Expiration | | 2.6 |
| Volatility (standard deviation) | | 0.05 |
| Rate of interest | | 0.05 |

STD X SQR(TIME) =    0.08036
P/PV(EX) =           2.3

Call Option Value/Share Price
C/P =                0.570
Call Option Value = C/P X Share Price =            $        0.000114

Value for Warrants                                 $            54

**Global Water Technologies Inc.**

| | | |
|---|---|---|
| Current stock price (P) | $ | 0.0300 |
| Number of warrants issued | | 357,000 |
| Exercise Price (EX) | $ | 0.0100 |
| Time to Expiration | | 2.0 |
| Volatility (standard deviation) | | 0.04 |
| Rate of interest | | 0.07 |

STD X SQR(TIME) =    0.05657
P/PV(EX) =           3.4

Call Option Value/Share Price

P09241

C/P =                    0.800
Call Option Value = C/P X Share Price =                    $        0.024000

Value for Warrants                    $          8,568

Global Water Technologies Inc.
    Current stock price (P)                    $        0.0300
    Number of warrants issued                          281,000
    Exercise Price (EX)                    $        0.0100
    Time to Expiration                                 2.8
    Volatility (standard deviation)                    0.04
    Rate of interest                                   0.07

    STD X SQR(TIME) =        0.06633
    P/PV(EX) =                    3.6

    Call Option Value/Share Price
    C/P =                    0.820
    Call Option Value = C/P X Share Price =                    $        0.024600

    Value for Warrants                    $          6,913

Hard to Treat Diseases, Inc.
    Current stock price (P)                    $        0.0050
    Number of warrants issued                        2,000,000
    Exercise Price (EX)                    $        0.0100
    Time to Expiration                                 2.4
    Volatility (standard deviation)                    0.14
    Rate of interest                                   0.07

    STD X SQR(TIME) =        0.21764
    P/PV(EX) =                    0.6

    Call Option Value/Share Price
    C/P =                    -
    Call Option Value = C/P X Share Price =                    $          -

    Value for Warrants                    $          -

Maisonette International Enterprises Ltd.
    Current stock price (P)                    $        0.0200
    Number of warrants issued                          500,000
    Exercise Price (EX)                    $        0.0100
    Time to Expiration                                 2.2
    Volatility (standard deviation)                    0.18
    Rate of interest                                   0.05

    STD X SQR(TIME) =        0.26495
    P/PV(EX) =                    2.2

    Call Option Value/Share Price
    C/P =                    0.540

P09242

Call Option Value = C/P X Share Price =          $          0.010800

Value for Warrants                               $             5,400

**Strategic Management & Opportunity Corp.**

| | | |
|---|---|---|
| Current stock price (P) | $ | 0.0090 |
| Number of warrants issued | | 100,000 |
| Exercise Price (EX) | $ | 0.0100 |
| Time to Expiration | | 1.3 |
| Volatility (standard deviation) | | 0.05 |
| Rate of interest | | 0.07 |

STD X SQR(TIME) =      0.05590
P/PV(EX) =                  1.0

Call Option Value/Share Price
C/P =                      0.020
Call Option Value = C/P X Share Price =          $          0.000180

Value for Warrants                               $                18

**Surge Technologies, Inc.**

| | | |
|---|---|---|
| Current stock price (P) | $ | 0.0009 |
| Number of warrants issued | | 1,000,000 |
| Exercise Price (EX) | $ | 0.0100 |
| Time to Expiration | | 1.3 |
| Volatility (standard deviation) | | 0.42 |
| Rate of interest | | 0.05 |

STD X SQR(TIME) =      0.48491
P/PV(EX) =                  0.1

Call Option Value/Share Price
C/P =                         -
Call Option Value = C/P X Share Price =          $                 -

Value for Warrants                               $                 -

**AeroTelesis Inc.**

| | | |
|---|---|---|
| Current stock price (P) | $ | 0.9000 |
| Number of warrants issued | | 150,000 |
| Exercise Price (EX) | $ | 3.0000 |
| Time to Expiration | | 4.6 |
| Volatility (standard deviation) | | 0.16 |
| Rate of interest | | 0.10 |

STD X SQR(TIME) =      0.34254
P/PV(EX) =                  0.5

Call Option Value/Share Price
C/P =                      0.004
Call Option Value = C/P X Share Price =          $          0.003600

Value for Warrants                                          $         540

**AeroTelesis Inc.**
Current stock price (P)                        $      0.9000
Number of warrants issued                             75,000
Exercise Price (EX)                            $      4.0000
Time to Expiration                                       4.6
Volatility (standard deviation)                         0.16
Rate of interest                                        0.10

STD X SQR(TIME) =      0.34254
P/PV(EX) =                 0.3

Call Option Value/Share Price
C/P =                        -
Call Option Value = C/P X Share Price =         $         -

Value for Warrants                             $         -

**Cargo Connections Logistics Holdings Inc.**
Current stock price (P)                        $      0.0032
Number of warrants issued                            250,000
Exercise Price (EX)                            $      0.0010
Time to Expiration                                       2.4
Volatility (standard deviation)                         0.1
Rate of interest                                        0.05

STD X SQR(TIME) =      0.15546
P/PV(EX) =                 3.6

Call Option Value/Share Price
C/P =                    0.800
Call Option Value = C/P X Share Price =         $      0.002560

Value for Warrants                             $         640

**City Networks, Inc.**
Current stock price (P)                        $      0.1500
Number of warrants issued                             25,000
Exercise Price (EX)                            $      0.0010
Time to Expiration                                       2.7
Volatility (standard deviation)                         0.07
Rate of interest                                        0.07

STD X SQR(TIME) =      0.11431
P/PV(EX) =               179.7

Call Option Value/Share Price
C/P =                    0.990
Call Option Value = C/P X Share Price =         $      0.148500

|  |  |  |
|---|---|---|
| Value for Warrants | $ | 3,713 |

**DirectView, Inc.**

| | | |
|---|---|---|
| Current stock price (P) | $ | 0.0065 |
| Number of warrants issued | | 4,000,000 |
| Exercise Price (EX) | $ | 0.0010 |
| Time to Expiration | | 2.2 |
| Volatility (standard deviation) | | 0.18 |
| Rate of interest | | 0.07 |

STD X SQR(TIME) =   0.26495
P/PV(EX) =   7.5

Call Option Value/Share Price
C/P =   0.990
Call Option Value = C/P X Share Price =   $   0.006435

Value for Warrants   $   25,740

**EarthShell Corp.**

| | | |
|---|---|---|
| Current stock price (P) | $ | 2.0500 |
| Number of warrants issued | | 337,500 |
| Exercise Price (EX) | $ | 4.0000 |
| Time to Expiration | | 0.5 |
| Volatility (standard deviation) | | 0.07 |
| Rate of interest | | 0.12 |

STD X SQR(TIME) =   0.04950
P/PV(EX) =   0.5

Call Option Value/Share Price
C/P =   -
Call Option Value = C/P X Share Price =   $   -

Value for Warrants   $   -

**First Look Studios, Inc.**

| | | |
|---|---|---|
| Current stock price (P) | $ | 0.5600 |
| Number of warrants issued | | 600,000 |
| Exercise Price (EX) | $ | 1.1100 |
| Time to Expiration | | 4.9 |
| Volatility (standard deviation) | | 0.05 |
| Rate of interest | | 0.10 |

STD X SQR(TIME) =   0.11087
P/PV(EX) =   0.8

Call Option Value/Share Price
C/P =   -
Call Option Value = C/P X Share Price =   $   -

Value for Warrants   $   -

P09245

Inseq Corporation

| | | | |
|---|---|---|---|
| Current stock price (P) | $ | 0.0016 | |
| Number of warrants issued | | 300,000,000 | |
| Exercise Price (EX) | $ | 0.0010 | |
| Time to Expiration | | 2.4 | |
| Volatility (standard deviation) | | 0.05 | |
| Rate of interest | | 0.10 | |

STD X SQR(TIME) =    0.07773
P/PV(EX) =    2.0

Call Option Value/Share Price
C/P =    0.500
Call Option Value = C/P X Share Price =    $    0.000800

Value for Warrants    $    240,000

Oxford Ventures, Inc.

| | | | |
|---|---|---|---|
| Current stock price (P) | $ | 0.0035 | |
| Number of warrants issued | | 1,166,667 | |
| Exercise Price (EX) | $ | 0.0100 | |
| Time to Expiration | | 4.8 | |
| Volatility (standard deviation) | | 0.16 | |
| Rate of interest | | 0.10 | |

STD X SQR(TIME) =    0.35176
P/PV(EX) =    0.6

Call Option Value/Share Price
C/P =    0.014
Call Option Value = C/P X Share Price =    $    0.000049

Value for Warrants    $    57

A.B. Watley Group Inc.

| | | | |
|---|---|---|---|
| Current stock price (P) | $ | 0.0250 | |
| Number of warrants issued | | 6,541,067 | |
| Exercise Price (EX) | $ | 0.0100 | |
| Time to Expiration | | 5.4 | |
| Volatility (standard deviation) | | 0.08 | |
| Rate of interest | | 0.08 | |

STD X SQR(TIME) =    0.18619
P/PV(EX) =    3.7

Call Option Value/Share Price
C/P =    0.830
Call Option Value = C/P X Share Price =    $    0.020750

Value for Warrants    $    135,727

P09246

**China World Trade Corp.**

| | | | | |
|---|---|---|---|---|
| Current stock price (P) | $ | 1.7500 | | |
| Number of warrants issued | | 450,000 | | |
| Exercise Price (EX) | $ | 2.5000 | | |
| Time to Expiration | | 4.0 | | |
| Volatility (standard deviation) | | 0.08 | | |
| Rate of interest | | 0.08 | | |

STD X SQR(TIME) = 0.16000
P/PV(EX) = 0.9

Call Option Value/Share Price
C/P = 0.022
Call Option Value = C/P X Share Price =            $        0.038500

Value for Warrants                                  $        17,325

**Dyadic International, Inc.**

| | | | | |
|---|---|---|---|---|
| Current stock price (P) | $ | 1.7600 | | |
| Number of warrants issued | | 75,075 | | |
| Exercise Price (EX) | $ | 5.5000 | | |
| Time to Expiration | | 3.8 | | |
| Volatility (standard deviation) | | 0.04 | | |
| Rate of interest | | 0.08 | | |

STD X SQR(TIME) = 0.07832
P/PV(EX) = 0.4

Call Option Value/Share Price
C/P =                      -
Call Option Value = C/P X Share Price =            $              -

Value for Warrants                                  $              -

**Electronic Sensor Technology, Inc.**

| | | | | |
|---|---|---|---|---|
| Current stock price (P) | $ | 0.4200 | | |
| Number of warrants issued | | 525,000 | | |
| Exercise Price (EX) | $ | 1.0000 | | |
| Time to Expiration | | 2.1 | | |
| Volatility (standard deviation) | | 0.12 | | |
| Rate of interest | | 0.08 | | |

STD X SQR(TIME) = 0.17320
P/PV(EX) = 0.5

Call Option Value/Share Price
C/P =                      -
Call Option Value = C/P X Share Price =            $              -

Value for Warrants                                  $              -

**KnockOut Holdings**

P09247

Current stock price (P)                         $         0.2200
Number of warrants issued                                102,360
Exercise Price (EX)                             $         0.5000
Time to Expiration                                          4.0
Volatility (standard deviation)                            0.02
Rate of interest                                           0.08

STD X SQR(TIME) =        0.04000
P/PV(EX) =                   0.6

Call Option Value/Share Price
C/P =                                   -
Call Option Value = C/P X Share Price =                  $            -

Value for Warrants                                       $            -


                        Total Value of Portfolio Warrants              $ 2,276,302

P09248