Yorkvilles Advisors LLC
Adam Gottbetter Reconciliation

| | 2004-2005 Total | 44.4% due to AG | Other fees | Total Fees due HH Advisors | Amount previously paid or allocated allocated | Fees remitted back to the Fund | AG portion of fees remitted back 44.40% | AG fees not collected | Net Due from/(Owed to) YA |
|---|---|---|---|---|---|---|---|---|---|
| Offshore Incentive Fees | 565,835 | 251,231 | | 251,231 | | | | | |
| Onshore Incentive Fees | 423,283 | 187,938 | | 187,938 | (177,767) | | | | |
| Offshore Management Fees | 581,745 | 258,295 | | 258,295 | | | | | |
| Onshore Management Fees | 400,165 | 177,673 | | 177,673 | | | | | |
| Banking Fees | | | 1,868,707 | 1,868,707 | (2,070,861) | 2,178,000 | 967,032 | 347,678 | |
| Outstanding reimbursements | | | 15,600 | 15,600 | | | | | |
| Other fees | | | 113,623 | 113,623 | | | | | |
| | 1,971,028 | 875,136 | 1,997,930 | 2,873,066 | (2,248,628) | 2,178,000 | 967,032 | 347,678 | 5,084 |

Amounts paid

| | |
|---|---|
| 12/28/2004 | 50,000 |
| 4/12/2005 | 2,000 |
| 4/15/2005 | 170,000 |
| 8/4/2005 | 350,000 |
| 9/22/2005 | 27,861 |
| 10/6/2005 | 750,000 |
| 11/10/2005 | 154,000 |
| 11/21/2005 | 225,000 |
| 12/14/2005 | 342,000 |
| | 2,070,861 |

P08440

EXHIBIT

Angelo 3

12/12/06