Unknown

From:      Liang Zhao [lzhao@cornellcapital.com]
Sent:      Friday, January 13, 2006 5:09 PM
To:        Bob Press
Subject:   HHF Monthly Asset Value - Dec05

Attachments: image001.png

*Highgate House Funds, Ltd.*
*101 Hudson Street*
*Jersey City, NJ 07302*


EXHIBIT
Angelo 2
12/12/06

Promissory Notes & Convertible Debentures:
*(in USD)*

| | Company Name | | Date of Instrument | Type of Instrument | Ticker Symbol | | Cost | | November-05 MV | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A.B. Watley Group Inc. | (b) | 12/28/2004 | Warrants | ABWG | $ | 138,119.03 | $ | 138,246.90 | : |
| 2 | Aerotelesis | SC | 7/25/2005 | CD 1 | AOTL | $ | 750,000.00 | $ | 750,000.00 | : |
| 3 | Aerotelesis | SC | 10/18/2005 | CD 2 | AOTL | $ | 750,000.00 | $ | 750,000.00 | : |
| 4 | American Petroleum | | 3/8/2005 | CD | AMPE | $ | 500,000.00 | $ | 500,000.00 | : |
| 5 | Cenuco Inc. | | 11/15/2005 | CD | ICU | $ | 6,000,000.00 | $ | 6,000,000.00 | : |
| 6 | Charys Holdings Co. Inc. | | 11/17/2005 | CD | CHYS | $ | 4,000,000.00 | $ | 4,000,000.00 | : |
| 7 | Cheung Tai Hong Hldgs Ltd | | 8/8/2005 | CD | 0199.HK | $ | 514,800.00 | $ | 514,800.00 | : |
| 8 | China World Trade | CA | 4/30/2005 | Warrants [9] | CWTD | $ | 1.00 | $ | 1.00 | : |
| 9 | Cirtran | CP | 5/26/2005 | CD [10] | CIRT | $ | 3,750,000.00 | $ | 3,750,000.00 | : |
| 10 | City Networks | | 8/17/2005 | CD 1 | CSN | $ | 125,000.00 | $ | 125,000.00 | : |
| 11 | City Networks | | 12/16/2005 | CD 2 | CSN | $ | 125,000.00 | | | : |
| 12 | Directview | | 4/1/2005 | CD 1 | DRVW | $ | 500,000.00 | $ | 500,000.00 | : |
| 13 | Directview | | 5/31/2005 | CD 2 | DRVW | $ | 500,000.00 | $ | 500,000.00 | : |
| | Earthshell | CA | 5/26/2005 | CD | ERTH | $ | - | $ | 1,350,000.00 | : |
| 14 | Earthshell | CA | 5/26/2005 | Warrants [11 | ERTH | $ | 1.00 | $ | 1.00 | : |
| | Ei3 | | 11/18/2004 | CD01 | PRIV | $ | - | $ | 333,333.00 | : |
| | Ei3 | CA | 4/11/2005 | CD02 [12] | PRIV | $ | - | $ | 333,334.00 | : |
| | Ei3 | MA | 8/17/2005 | CD03 | PRIV | $ | - | $ | 333,333.00 | : |
| | Ei3 | | 2/15/2005 | CD04 | PRIV | $ | - | $ | 220,000.00 | : |
| | Ei3 | | 4/22/2005 | CD05 | PRIV | $ | - | $ | 113,333.00 | : |
| | Ei3 | | 6/13/2005 | CD06 | PRIV | $ | - | $ | 167,000.00 | : |
| | Ei3 | MA | 8/17/2005 | CD07 | PRIV | $ | - | $ | 186,667.00 | : |
| | Ei3 | CP | 8/1/2005 | CD08 | PRIV | $ | - | $ | 220,000.00 | : |
| | Ei3 | | 9/9/2005 | CD09 | PRIV | $ | - | $ | 350,000.00 | : |
| | Ei3 | CA | | CompD | PRIV | $ | - | $ | 175,000.00 | : |
| | Ei3 | | 12/15/2005 | | PRIV | $ | - | | | : |
| 15 | Ei3 | | 12/30/2005 | CD 1 | PRIV | $ | 2,432,000.00 | | | : |
| 16 | Ei3 | | 12/30/2005 | CD 2 | PRIV | $ | 1,427,000.00 | | | : |
| 17 | Electronic Sensor Tech | | 1/31/2005 | Warrants | ESNR | $ | 500,000.00 | $ | 500,000.00 | ' |
| 18 | Enclaves (Your Home) | MA | 8/12/2005 | CD | PRIV | $ | 1,750,000.00 | $ | 1,750,000.00 | : |
| 19 | Falcon Natural Gas Corp | | 7/15/2005 | P-Note | FNGC | $ | 2,000,000.00 | $ | 2,000,000.00 | : |
| 20 | Falcon Natural Gas Corp | | 10/17/2005 | P-Note | FNGC | $ | 1,000,000.00 | $ | 1,000,000.00 | : |
| 21 | First Look Media Inc. | | 11/10/2005 | CD | FRST | $ | 3,000,000.00 | $ | 3,000,000.00 | : |
| 22 | Inseq Corp (Incode) | CP | 4/11/2005 | CD 1 [13] | INSQ | $ | 375,211.45 | $ | 375,211.45 | : |
| 23 | Inseq Corp (Incode) | CP | 6/1/2005 | CD 2 [14] | INSQ | $ | 795,716.58 | $ | 795,716.58 | : |
| 24 | Inseq Corp (Incode) | | 7/7/2005 | CD 3 | INSQ | $ | 285,000.00 | $ | 285,000.00 | : |

11/22/2006

P09153

| # | Name | | Date | Type | Symbol | Amount 1 | Amount 2 |
|---|------|---|------|------|--------|----------|----------|
| 25 | Kipling Holding | | 12/2/2005 | CD | PRIV | $ 6,225,000.00 | |
| 26 | Knock Out | | 1/25/2005 | Pref Stk | KNOH | $ 300,000.00 | $ 300,000.00 |
| | Knock Out | | 1/25/2005 | Warrants [15 | KNOH | $ 1.00 | |
| 27 | Knock Out | CA | 8/31/2005 | Pref Stk | KNOH | $ 300,000.00 | $ 300,000.00 |
| 28 | Magnetech | | 4/13/2005 | CD | PRIV | $ 500,000.00 | $ 500,000.00 |
| 29 | Maximum Dynamics | CA | 8/31/2005 | CD | MXDY | $ 150,000.00 | $ 150,000.00 |
| 30 | Nanoscience | | 12/13/2004 | CD 1 | NANS | $ 250,000.00 | $ 250,000.00 |
| 31 | Nanoscience | | 4/28/2005 | CD 2 | NANS | $ 250,000.00 | $ 250,000.00 |
| 32 | Nanoscience | MA | 8/17/2005 | CD 3 | NANS | $ 509,246.58 | $ 509,246.58 |
| 33 | Oxford Ventures Inc. | | 10/12/2005 | CD | OXFV | $ 3,000,000.00 | $ 3,000,000.00 |
| 34 | Power Technology | CA | 3/31/2005 | Shares [16] | PWTC | $ 1.00 | $ 840,708.01 |
| 35 | Roanoke Tech | CA | 8/31/2005 | CD | RNKE | $ 1,175,000.00 | $ 1,175,000.00 |
| 36 | Sagamore | CA | 5/10/2005 | CD | SGMR | $ 4,000,000.00 | $ 4,000,000.00 |
| 37 | Smartire | CA | 5/20/2005 | CD 1 | SMTR | $ 600,000.00 | $ 600,000.00 |
| 38 | Smartire | CA | 6/23/2005 | CD 2 | SMTR | $ 2,000,000.00 | $ 2,000,000.00 |
| 39 | Strikeforce | | 4/26/2005 | CD 1 | SKFT | $ 375,000.00 | $ 375,000.00 |
| 40 | Strikeforce | | 5/15/2005 | CD 2 | SKFT | $ 375,000.00 | $ 375,000.00 |
| 41 | Xinhua China | | 11/23/2005 | CD | XHUA | $ 1,250,000.00 | |

| | | | | | | | |
|---|------|---|------|------|--------|----------|----------|
| **Total Outstanding CDs, P-Notes, Warrants and Shares** | | | | | | **$ 52,477,097.64** | **$ 45,640,931.52** |

### Sloan Securities - Equities

| Name | | Date | Type | Symbol | Amount 1 | Amount 2 |
|------|---|------|------|--------|----------|----------|
| A.B. Watley Group Inc. | | 12/28/2004 | Shares | ABWG | $ 1,700.00 | $ 21,510.00 |
| China World Trade | CA | Dec-05 | Shares | CWTD | $ 1,350,000.00 | |
| China World Trade | YA | Dec-05 | Shares | CWTD | $ 300,000.00 | |
| Dyadic | | 11/15/2005 | Shares | DIL | $ 131,701.64 | $ 106,785.00 |
| MRU Holdings | (a) | 12/31/2004 | Shares [22] | MHOI | $ 500,000.00 | $ 528,570.90 |
| Nanoscience | | 1/25/2005 | Shares | NANS | $ 330,548.00 | $ 237,677.00 |
| Power Technology | | Dec-05 | Shares [28] | PWTC | $ 1.00 | |
| Wapme Systems | | 8/31/2005 | Bonds | WPM.GR | $ 1,310,946.87 | $ 1,310,946.87 |

| | | | | | | |
|------|---|------|------|--------|----------|----------|
| **Total Sloan Securities** | | | | | **$ 3,924,897.51** | **$ 2,205,489.77** |

### Highgate House LLC - Fund of Fund Investments

| Name | Date | Type | Symbol | Amount |
|------|------|------|--------|--------|
| - Global Water Tech | | CD01 | GWTR | $ 550,000.00 |
| - Global Water Tech | Sep-05 | CD02 | GWTR | $ 427,500.00 |
| - Michelex (f/k/a Hindsight) | Jan-05 | CD | MLXO | $ 1,000,000.00 |
| - Maisonette Int'l Enterp | Mar-05 | CD | MAEN | $ 250,000.00 |
| - RFM Capital LLC | | CD | PRIV | $ 815,000.00 |
| - Seaforth Meridian Ltd. | | CD | PRIV | $ 50,000.00 |
| - Strategic Mgt & Opp Corp | Apr-05 | CD | SMPP | $ 500,000.00 |
| - SuperNova | | PIPE | PRIV | $ 50,000.00 |
| - MB Tech | Apr-05 | CD | MBTT | $ 50,000.00 |
| - Surge Tech | | CD | SRGE | $ 300,000.00 |
| - Donobi | May-05[29] | CD | DNOB | $ 700,000.00 |
| - Hard to Treat Disease | May-05[30] | CD | HTDS | $ 420,000.00 |
| - Cargo / Championlyte | May-05 | CD | CRGO | $ - |
| - Irwin Energy | Jun-05 | CD | IWNN | $ 250,000.00 |
| - Peak Entert. Group Ltd. | Jun-05 | CD | PEKG | $ 295,000.00 |
| - Global It Holdings | Jul-05 | CD | GBTH | $ 475,000.00 |
| - Full Circle Image | Oct-05 | CD | FCLE | $ 300,000.00 |
| - Global Marine | Dec-05 | CD | GLBM | $ 275,000.00 |

11/22/2006

P09154

| | | |
|---|---|---|
| Total Highgate House LLC | $ 6,707,500.00 | $ 6,682,955.36 |
| Total Outstanding CDs, P-notes, Warrants and Shares | $ 63,109,495.15 | $ 54,529,376.65 |

**Cash:**

*Banks - JP Morgan Chase*

| | | |
|---|---|---|
| Highgate House Funds Ltd. | $ | 500.41 |
| Highgate House Global Ltd. | $ | 0.81 |
| Highgate House USA LP | $ | 0.20 |

*Commercial Paper - JP*

| | | |
|---|---|---|
| Highgate House Funds Ltd. | $ | - |
| Highgate House Global Ltd. | $ | 508.00 |
| Highgate House USA LP | $ | 501.00 |

*Banks - Wachovia*

| | | |
|---|---|---|
| Highgate House Funds Ltd. | $ | 2,389,960.37 |
| Highgate House Global Ltd. | $ | 31,788.00 |
| Highgate House USA LP | $ | 2,480.23 |

*Escrow Accounts*

| | | |
|---|---|---|
| David Gonzales Escrow | $ | 112,500.00 |
| Gottbetter Escrow | $ | - |
| **Total Bank** | | **$ 2,538,239.02** |

*Brokerages*

| | | |
|---|---|---|
| Sloan Securities Corp. | $ | 645,000.00 |
| Merrill Lynch | $ | 5,073,980.87 |
| **Total Brokers** | | **$ 5,718,980.87** |
| **Total Cash** | | **$ 8,257,219.89** |
| *Grand Total* | $ 63,109,495.15 | $ 62,786,596.54 |

(a) MRU Holdings - received 142,857.14 shares at $3.50 per share on 12/17/04

(b) Total ABWG warrants and shares were 6,541,067. $340,410.67 was wired to ABWG ($0.052 per share), there was a

(c) Prepaid investment for May

1   Highgate House original transaction
2   Assinged from Cornell
3   Purchased from Cornell
4   Assigned from Montgomery
5   Purchased from Montgomery
6   Assigned from YAM
7   Purchased from YAM

11/22/2006

P09155