31-Dec-05

Highgate House Funds

| Option Ticker | Name | Position | Cost | P/L | Underlying | Strike | Exp. Date | 12/30/2005 Price | Difference | Difference % | Value | Days to Effective | Method 3 Valuation | 100 day Avg Volume | Volume Discount | Valuation Applied | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| +ABWG1 | AB Watley Group Inc | 2,682,422.00 | 0 | 44,600.04 | ABWG US | 0.01 | 6/2/2007 | 0.016 | (0.001) | 5.88% | 42,185 | 179 | 3,542 | 118,504 | 22.64% | 2,740 | 18,095 |
| +AOTL3 | AeroTelesis Inc | 150,000.00 | 0 | 147,283.45 | AOTL US | 3 | 7/25/2010 | 0.69 | (0.150) | 17.85% | 120,966 | 180 | 9,677 | 8,005 | 18.74% | 7,864 | - |
| +AOTL2 | AeroTelesis Inc | 75,000.00 | 0 | 73,103.63 | AOTL US | 4 | 7/25/2010 | 0.69 | (0.150) | 17.85% | 60,049 | 180 | 4,804 | 8,005 | 9.37% | 4,354 | - |
| +CRGO1 | Cargo Connection Logistics Holding Inc | 250,000.00 | 0 | 1,114.50 | CRGO US | 0.001 | 5/11/2008 | 0.00231 | (0.002) | 46.67% | 572 | 180 | 46 | 10,370,881 | 0.02% | 46 | 328 |
| +ICU1 | Cenuco Inc | 91,533.00 | 0 | 205,230.62 | ICU US | 4.56 | 11/15/2008 | 2.95 | (0.730) | 19.84% | 164,519 | 180 | 13,162 | 35,405 | 2.59% | 12,821 | - |
| +ICU2 | Cenuco Inc | 77,210.00 | 0 | 183,987.65 | ICU US | 3.92 | 11/16/2008 | 2.95 | (0.730) | 19.84% | 147,490 | 180 | 11,799 | 35,405 | 2.18% | 11,542 | - |
| +CHYS1 | Charys Holding Co Inc | 400,000.00 | 0 | 277,921.20 | CHYS US | 0.5 | 11/17/2009 | 1.23 | 0.180 | -17.14% | 325,565 | 180 | 26,045 | 13,153 | 30.41% | 12,125 | 202,000 |
| +CHYS2 | Charys Holding Co Inc | 200,000.00 | 0 | 189,139.12 | CHYS US | 0.25 | 11/17/2008 | 1.23 | 0.180 | -17.14% | 221,563 | 120 | 70,900 | 13,153 | 15.21% | 60,108 | 195,000 |
| +CHYS3 | Charys Holding Co Inc | 200,000.00 | 0 | 88,808.34 | CHYS US | 0.75 | 11/17/2008 | 1.23 | 0.180 | -17.14% | 104,030 | 120 | 33,290 | 13,153 | 15.21% | 28,228 | 96,000 |
| +CHYS4 | Charys Holding Co Inc | 200,000.00 | 0 | 41,354.70 | CHYS US | 1 | 11/17/2008 | 1.23 | 0.180 | -17.14% | 48,444 | 120 | 15,502 | 13,153 | 15.21% | 13,145 | 48,000 |
| +CWTD1 | China World Trade Corp | 450,000.00 | 0 | 380,481.98 | CWTD US | 2.5 | 12/3/2009 | 1.33 | (0.220) | 14.19% | 326,476 | 30 | 222,005 | 151,587 | 2.97% | 215,415 | - |
| +CWTD2 | China World Trade Corp | 450,000.00 | 0 | 288,986.49 | CWTD US | 4 | 12/3/2009 | 1.33 | (0.220) | 14.19% | 247,969 | 30 | 168,619 | 151,587 | 2.97% | 163,613 | - |
| +CSN1 | City Network Inc | 25,000.00 | 0 | 6,046.20 | CSN US | 0.001 | 8/17/2008 | 0.16 | (0.020) | 11.11% | 4,486 | 180 | 359 | 12,463 | 2.01% | 352 | 3,875 |
| +DRVW1 | DirectView Inc | 4,000,000.00 | 0 | 15,040.84 | DRVW US | 0.001 | 4/1/2008 | 0.00338 | (0.000) | 3.43% | 14,525 | 180 | 1,162 | 502,544 | 7.06% | 1,070 | 9,520 |
| +DNOB1 | Donobi Inc | 400,000.00 | 0 | 15,131.02 | DNOB US | 0.001 | 4/11/2008 | 0.05 | 0.015 | -42.85% | 21,616 | 180 | 1,729 | 9,668 | 41.37% | 1,014 | 19,600 |
| +ERTH1 | Earthshell Corp | 337,500.00 | 0 | 25,754.13 | ERTH US | 3 | 5/26/2006 | 2 | 0.230 | -12.99% | 29,101 | 180 | 2,328 | 39,649 | 8.51% | 2,130 | - |
| +ERTH2 | Earthshell Corp | 27,000.00 | 0 | 14,100.10 | ERTH US | 3 | 8/26/2007 | 2 | 0.230 | -12.99% | 15,932 | 180 | 1,275 | 39,649 | 0.68% | 1,266 | - |
| +FRST1 | First Look Media Inc | 600,000.00 | 0 | 130.33 | FRST US | 1.11 | 11/11/2010 | 0.45 | (0.050) | 10.00% | 117 | 180 | 9 | 5,617 | 106.82% | - | - |
| +FRST1 | First Look Media Inc | 5,238,580.00 | 0 | 1,137.87 | FRST US | 1.11 | 11/11/2010 | 0.45 | (0.050) | 10.00% | 1,024 | 181 | 78 | 5,617 | 932.83% | - | - |
| +FCLE1 | Full Circle Image Inc | 300,000.00 | 0 | 1,255.63 | FCLE US | 0.001 | 8/25/2008 | 0.02 | 0.015 | -334.78% | 5,459 | 30 | 3,712 | 198,980 | 1.51% | 3,656 | 6,700 |
| +GBTH2 | Global IT Holdings Inc/CA | 475,000.00 | 0 | - | GBTH US | 0.001 | 7/11/2008 | 0.00013 | (0.000) | 56.67% | - | 180 | - | 5,360,384 | 0.09% | - | - |
| +GWTR1 | Global Water Technologies Inc | 281,000.00 | 0 | - | GWTR US | 0.01 | 11/30/2007 | 0.01 | 0.008 | -150.00% | - | 90 | - | 33,585 | 8.37% | - | - |
| +GWTR2 | Global Water Technologies Inc | 357,000.00 | 0 | 1,251.98 | GWTR US | 0.01 | 8/22/2008 | 0.01 | 0.008 | -150.00% | 3,130 | 90 | 1,377 | 33,585 | 10.63% | 1,231 | 3,213 |
| +HTDS1 | Hard to Treat Diseases Inc | 2,000,000.00 | 0 | 6,398.76 | HTDS US | 0.01 | 5/2/2008 | 0.005 | 0.002 | -42.85% | 9,141 | 180 | 731 | 1,415,350 | 1.41% | 721 | - |
| +IWNN1 | Irwin Energy Inc | 500,000.00 | 0 | 3,467.42 | IWNN US | 0.001 | 5/31/2007 | 0.013 | 0.006 | -85.71% | 6,439 | 180 | 515 | 231,710 | 2.16% | 504 | 6,000 |
| +KNOH1 | Knockout Holdings Inc | 102,360.00 | 0 | - | KNOH US | 0.5 | 1/13/2010 | 0.12 | 0.010 | -9.09% | - | 180 | - | 10,322 | 9.92% | - | - |
| +MAEN1 | Maisonette International Enterprises Ltd | | 0 | - | MAEN US | 0.01 | 2/25/2007 | 0.02 | 0.005 | -33.33% | - | 180 | - | 255,918 | 0.00% | - | - |
| +OXFV1 | Oxford Ventures Inc | 1,166,667.00 | 0 | 6,659.20 | OXFV US | 0.01 | 10/14/2010 | 0.00331 | (0.001) | 28.04% | 4,792 | 180 | 383 | 17,652,866 | 0.07% | 383 | - |
| +PEKG1 | Peak Entertainment Group Ltd | 80,000,000.00 | 0 | 1,435.20 | PEKG US | 0.0001 | 6/6/2010 | 0.00019 | 0.000 | -90.00% | 2,727 | 180 | 218 | 16,699,784 | 3.60% | 210 | 5,400 |
| +SMTR1 | Smartire Systems Inc | 4,162,500.00 | 0 | 258,502.82 | SMTR US | 0.18 | 6/23/2010 | 0.065 | (0.015) | 18.75% | 210,034 | 180 | 16,803 | 1,650,781 | 2.52% | 16,379 | - |
| +SMPP1 | Strategic Management & Opportunity Corp | 10,000.00 | 0 | - | SMPP US | 0.01 | 4/4/2007 | 0.006 | 0.005 | -500.00% | - | 180 | - | 31,779 | 0.31% | - | - |
| +SRGE1 | Surge Technologies Inc | 1,000,000.00 | 0 | - | SRGE US | 0.01 | 4/26/2007 | 0.00481 | 0.003 | -182.94% | - | 180 | - | 145,618 | 6.87% | - | - |
| +SWME1 | Swiss Medica Inc | 250,000.00 | 0 | 14,809.85 | SWME US | 0.4 | 1/21/2008 | 0.125 | (0.050) | 28.57% | 10,578 | 180 | 846 | 405,217 | 0.82% | 841 | - |
| +XHUA1 | Xinhua China Ltd | 1,035,000.00 | 0 | 2,908,339.65 | XHUA US | 0.00001 | 11/23/2005 | 3.1 | 0.290 | -10.32% | 3,208,489 | 60 | 1,796,754 | 30,031 | 34.46% | 1,177,513 | 3,208,490 |
| | | | | 5,200,650.70 | | | | | | | 5,315,236 | | 2,404,129 | | | 1,742,543 | 3,892,225 |

P01435