**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

BUDD LARNER, P.C.
Michael M. Rosenbaum, Esq. (MR-6304)
150 John F. Kennedy Parkway, CN1000
Short Hills, New Jersey 07078-0999
(973) 379-4800
Attorneys for Plaintiffs

---

YORKVILLE ADVISORS MANAGEMENT, :
LLC, a Delaware limited liability company; :
HIGHGATE HOUSE FUNDS, LTD., a Cayman :
Islands exempted company, :

                Plaintiffs, :

        vs. :

ADAM S. GOTTBETTER; HH ADVISORS, :
LLC, a New York limited liability company; :
GOTTBETTER AND PARTNERS :
LLP, a New York limited liability partnership; :
JASON RIMLAND, ESQ.; TIM L. DOCKERY, :
ESQ., and MICHAEL CHORSKE, :

                Defendants. :

---

Civil Action No. 06-5212 (JAG)

**REPLY AFFIDAVIT OF EDWARD SCHINIK**

STATE OF NEW JERSEY  )
                ) ss.:
COUNTY OF HUDSON    )

      EDWARD SCHINIK, of full age, being duly sworn upon his oath, hereby deposes and

says:

      1.     I became Chief Financial Officer of Yorkville Advisors Management, LLC on

December 19, 2005.  I submit this reply affidavit in further support of Plaintiffs' application for a

preliminary injunction.

2.      Highgate House's warrants (including the Charys Warrants issued on November 17, 2005) were always carried on its books and records as fund assets. However, historically, my understanding is that the company's internal accountants attributed no value to the warrants; they wanted to be conservative because of the uncertainties of valuing warrants.

3.      However, shortly before my hire date, I attended a pre-audit meeting with our internal accountants and our outside auditors, Goldstein Golub Kessler LLP, to discuss the 2005 yearend audit. The auditors stated that we should no longer value the warrants at zero. Instead, in order for us to receive a clean audit opinion, warrants owned by the funds would need to be valued at their fair market value in accordance with Generally Accepted Accounting Principles.

4.      After the audit meeting, we calculated the warrant values and maintained those values on an Excel spreadsheet. An example of this separate spreadsheet is annexed hereto as Exhibit A, which is the warrant value spreadsheet for Highgate House as of 12/31/05 (this document was also attached to Mr. Venturini's Affidavit as Exhibit U) ("the 12/31/05 Warrant Spreadsheet"). I am advised that this document was produced to defendants in discovery bearing bate number P01435.

5.      The four Charys Warrants are listed on the 12/31/05 Warrant Spreadsheet at lines 7 through 10 of that document, and are given values of $18,125, $60,119, $28,228, and $13,145 respectively. Moreover, the warrant values for Highgate House on an overall basis (inclusive of the Charys Warrants) totaled $1,742,541. This same $1,742,541 warrant value (which included the Charys Warrants) was inputted on the "Highgate House Balance Sheet As of December 31, 2005" printed on 2/22/06, which is annexed hereto as Exhibit B (see page P01437, "Warrants Mark to Market"). I am also advised that this document was produced in discovery bearing bate numbers P01436-P01439.

2

6.     Thus, even though certain unaudited monthly reports from 2005 (mentioned in Mr. Gottbetter's affidavit) may have listed zero values for Charys Warrants, it is clear that Highgate House's warrants – including the Charys Warrants – were given values in the Highgate House NAV as of 12/31/05 *upon completion of the 2005 yearend audit.*

7.     In Paragraph 60 of his Affidavit, Mr. Gottbetter asserts that YAM was considering "adding" some warrants into Highgate House's NAV in December 2005 in order to "boost its performance." This assertion is incorrect in two respects. First, the warrants were *always* included in Highgate House's portfolio; it's just that, prior to the audit, the warrants were given zero values as a conservative measure. Second, we did not increase warrant values merely to "boost performance" of the fund; rather, as noted above, that decision was solely as a result of discussions with outside auditors, who insisted that warrants be given their fair market value.

8.     Mr. Gottbetter also asserts that if plaintiffs "put warrants into Highgate, there would need to be a corresponding liability offset for fees owed back to bankers and portfolio managers." Gottbetter Aff., ¶ 67. This is completely incorrect. As Mr. Gottbetter knows, fees to bankers and portfolio managers are not paid directly out of the fund; rather, such fees are the responsibility of, and are paid, *by YAM.* Thus, there has never been a need for liability offsets in the Highgate House Fund for fees due to bankers or managers.

EDWARD SCHNIK

Sworn to and subscribed before me
this 8th day of January, 2007

NOTARY PUBLIC

ARLENE M. KILANOWSKI
A Notary Public of New Jersey
My Commission Expires 9/19/2011

3

# EXHIBIT A

P01435

31-Dec-05



**Highgate House Funds**

| Option Ticker | Name | Position | Cost | P L | Last Price | Other | Exp Date | Price | Valuation | 100 day | Volume | Valuation Applied |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| +ABWG1 | AB Watley Group Inc | 2,682,422.00 | 0 | 44,300.04 | ABWG US | 0.01 | 5/2/2007 | 0.015 | (0.001) | 5.68% | 42,185 | 179 | 3,542 | 118,904 | 22.54% | 2,740 | 18,095 |
| +AOTL3 | AeroTelesis Inc | 150,000.00 | 0 | 147,263.45 | AOTL US | 3 | 7/25/2010 | 0.69 | (0.150) | 17.56% | 120,886 | 180 | 9,677 | 3,005 | 18.74% | 7,504 | - |
| +AOTL2 | AeroTelesis Inc | 75,000.00 | 0 | 73,103.63 | AOTL US | 4 | 7/26/2010 | 0.69 | (0.150) | 17.56% | 60,049 | 180 | 4,804 | 3,005 | 9.37% | 4,554 | - |
| +CRGO1 | Cargo Connection Logistics Holding Inc | 250,000.00 | 0 | 1,114.50 | CRGO US | 0.001 | 8/11/2008 | 0.00231 | (0.002) | 48.67% | 572 | 180 | 46 | 10,370,581 | 0.02% | 48 | 328 |
| +ICU1 | Canuco Inc | 91,533.00 | 0 | 205,230.62 | ICU US | 4.56 | 11/16/2006 | 2.95 | (0.730) | 18.84% | 164,819 | 180 | 13,182 | 35,405 | 2.58% | 12,521 | - |
| +ICU2 | Canuco Inc | 77,210.00 | 0 | 183,697.85 | ICU US | 3.92 | 11/16/2006 | 2.96 | (0.730) | 18.84% | 147,420 | 180 | 11,793 | 35,405 | 2.18% | 11,543 | - |
| +CHYB1 | Chiyu Holding Co Inc | 400,000.00 | 0 | | CHYB US | 0.5 | 1/31/2008 | 1.23 | 0.000 | -17.34% | | 180 | | | | | |
| +CHYB2 | Chiyu Holding Co Inc | 200,000.00 | 0 | | CHYB US | 0.25 | 11/1/2008 | 1.23 | 0.180 | -17.04% | | 120 | 70,000 | | | | |
| +CHYB3 | Chiyu Holding Co Inc | 200,000.00 | 0 | | CHYB US | 0.75 | 11/1/2008 | 1.23 | 0.180 | -17.14% | | 120 | | | | | |
| +CHYB4 | Chiyu Holding Co Inc | 200,000.00 | 0 | | CHYB US | 1 | 1/1/2008 | 1.23 | 0.180 | -17.10% | | 120 | | | | | |
| +CWTD1 | China World Trade Corp | 450,000.00 | 0 | 380,481.98 | CWTD US | 2.5 | 12/3/2009 | 1.33 | (0.220) | 14.19% | 328,470 | 30 | 222,008 | 151,587 | 2.97% | 215,418 | - |
| +CWTD2 | China World Trade Corp | 400,000.00 | 0 | 256,896.49 | CWTD US | 4 | 12/3/2009 | 1.33 | (0.220) | 14.19% | 247,966 | 30 | 168,819 | 151,587 | 2.97% | 163,613 | - |
| +CSN1 | City Network Inc | 25,000.00 | 0 | 5,046.20 | CSN US | 0.001 | 8/17/2008 | 0.16 | (0.020) | 11.11% | 4,486 | 180 | 358 | 12,483 | 2.01% | 352 | 3,075 |
| +DRVW1 | DirectView Inc | 4,000,000.00 | 0 | 15,040.84 | DRVW US | 0.001 | 4/1/2008 | 0.00038 | (0.000) | 3.43% | 14,525 | 180 | 1,162 | 502,544 | 7.96% | 1,070 | 9,520 |
| +DNOB1 | Donobi Inc | 400,000.00 | 0 | 15,131.02 | DNOB US | 0.001 | 4/11/2008 | 0.05 | 0.015 | -42.86% | 21,616 | 180 | 1,729 | 9,568 | 41.37% | 1,614 | 19,800 |
| +ERTH1 | Earthshell Corp | 337,500.00 | 0 | 26,764.13 | ERTH US | 3 | 5/25/2008 | 2 | 0.230 | -12.90% | 29,101 | 180 | 2,328 | 39,649 | 5.51% | 2,130 | - |
| +ERTH2 | Earthshell Corp | 27,600.00 | 0 | 14,100.10 | ERTH US | 3 | 8/26/2007 | 2 | 0.230 | -12.90% | 15,932 | 180 | 1,275 | 39,649 | 0.69% | 1,268 | - |
| +FRST1 | First Look Media Inc | 600,000.00 | 0 | 130.33 | FRST US | 1.11 | 11/11/2010 | 0.45 | (0.050) | 10.00% | 117 | 180 | 9 | 5,617 | 106.82% | - | - |
| +FRST1 | First Look Media Inc | 5,238,580.00 | 0 | 1,137.57 | FRST US | 1.11 | 11/11/2010 | 0.45 | (0.050) | 10.00% | 1,024 | 181 | 79 | 5,617 | 932.65% | - | - |
| +FCLE1 | Full Circle Image Inc | 300,000.00 | 0 | 1,255.63 | FCLE US | 0.001 | 8/25/2008 | 0.02 | 0.015 | -334.79% | 8,459 | 30 | 3,712 | 198,980 | 1.51% | 3,686 | 5,760 |
| +GBTH2 | Global IT Holdings Inc/CA | 475,000.00 | 0 | - | GBTH US | 0.001 | 7/11/2008 | 0.00013 | (0.000) | 56.67% | - | 180 | - | 5,350,384 | 0.09% | - | - |
| +GWTR1 | Global Water Technologies Inc | 261,000.00 | 0 | - | GWTR US | 0.01 | 11/30/2007 | 0.01 | 0.006 | -150.00% | - | 90 | - | 33,585 | 8.37% | - | - |
| +GWTR2 | Global Water Technologies Inc | 357,000.00 | 0 | 1,251.96 | GWTR US | 0.01 | 8/22/2008 | 0.01 | 0.006 | -150.00% | 3,130 | 90 | 1,377 | 33,585 | 10.63% | 1,231 | 3,215 |
| +HTDS1 | Hard to Treat Diseases Inc | 2,000,000.00 | 0 | 6,398.76 | HTDS US | 0.01 | 9/2/2008 | 0.005 | 0.002 | -42.86% | 9,141 | 180 | 731 | 1,415,350 | 1.41% | 721 | - |
| +IWNN1 | Irwin Energy Inc | 500,000.00 | 0 | 3,467.42 | IWNN US | 0.001 | 3/31/2007 | 0.013 | 0.006 | -55.71% | 6,439 | 180 | 515 | 231,710 | 2.16% | 504 | 6,000 |
| +KNOH1 | Knockout Holdings Inc | 102,380.00 | 0 | - | KNOH US | 0.5 | 1/13/2010 | 0.12 | 0.010 | -8.00% | - | 180 | - | 10,322 | 9.92% | - | - |
| +MAEN1 | Maisonette International Enterprises Ltd | | 0 | - | MAEN US | 0.01 | 2/26/2007 | 0.02 | 0.005 | -33.33% | - | 180 | - | 255,018 | 0.00% | - | - |
| +OXPV1 | Oxford Ventures Inc | 1,165,667.00 | 0 | 6,659.20 | OXPV US | 0.01 | 10/14/2010 | 0.00331 | (0.001) | 28.04% | 4,792 | 180 | 399 | 17,602,980 | 6.07% | 350 | - |
| +PEIG1 | Peak Entertainment Group Ltd | 60,000,000.00 | 0 | 1,435.20 | PEIG US | 0.0001 | 6/6/2010 | 0.00019 | 0.000 | -90.00% | 2,727 | 180 | 215 | 16,669,764 | 3.60% | 210 | 8,408 |
| +SMTR1 | Smartire Systems Inc | 4,162,500.00 | 0 | 256,502.82 | SMTR US | 0.16 | 6/23/2010 | 0.065 | (0.015) | 18.75% | 210,034 | 180 | 16,803 | 1,650,781 | 2.52% | 16,379 | - |
| +SMPP1 | Strategic Management & Opportunity Corp | 10,000.00 | 0 | - | SMPP US | 0.01 | 4/4/2007 | 0.006 | 0.003 | -900.00% | - | 180 | - | 31,772 | 0.31% | - | - |
| +SRGE1 | Surge Technologies Inc | 1,000,000.00 | 0 | - | SRGE US | 0.01 | 4/28/2007 | 0.009 | -182.94% | - | 180 | - | 145,618 | 8.57% | - | - |
| +SWME1 | Swiss Medica Inc | 250,000.00 | 0 | 14,809.85 | SWME US | 0.4 | 1/21/2008 | 0.125 | (0.050) | 28.57% | 10,676 | 180 | 846 | 405,217 | 0.62% | 541 | - |
| +XHUA1 | Xinhua China Ltd | 1,035,000.00 | 0 | 2,906,339.65 | XHUA US | 0.00001 | 11/23/2008 | 3.1 | 0.280 | -10.32% | 3,206,490 | 60 | 1,796,754 | 30,031 | 34.46% | 1,177,513 | 3,206,490 |
| | | 5,200,850.70 | | | | | | | | | 8,315,236 | | 2,404,129 | | | 1,742,558 | 3,582,225 |

# EXHIBIT B

10:43 AM

02/22/06

Accrual Basis

## Highgate House Funds, Ltd.
## Balance Sheet
### As of December 31, 2005

|  | Dec 31, 05 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **1000.0. Total Cash** | |
| 1000. Cash- Chase Operating | 500.41 |
| 1006. Cash- Merrill Lynch | 76,622.18 |
| 1010. Cash - Wachovia | 2,304,565.52 |
| 1014. Sloan Securities | 1,172,945.04 |
| **Total 1000.0. Total Cash** | 3,554,633.15 |
| **Total Checking/Savings** | 3,554,633.15 |
| **Other Current Assets** | |
| 1300. Interest Receivable | 1,275,913.14 |
| 1340. Fee Receivable | 313,750.00 |
| 1390. Allowance for Receivables | -27,130.16 |
| **1400. Marketable Securities** | |
| **1420. Sloan Securities** | |
| **China World Trade** | |
| Cost | 1,252,460.00 |
| Mark to Market | -400,644.88 |
| **Total China World Trade** | 851,815.12 |
| **Electronic Sensor Tech** | |
| Cost | 500,000.00 |
| Mark to Market | -372,500.00 |
| **Total Electronic Sensor Tech** | 127,500.00 |
| **MRU Holdings** | |
| Cost | 500,000.00 |
| Mark to Market | -17,857.63 |
| **Total MRU Holdings** | 482,142.37 |
| **Nanosciences** | |
| Cost | 272,500.53 |
| Mark to Market | -147,052.04 |
| **Total Nanosciences** | 125,448.49 |
| **Roanoke Tech Corp** | |
| Cost | 25,000.00 |
| Mark to Market | -13,125.00 |
| **Total Roanoke Tech Corp** | 11,875.00 |
| **Wapme Systems** | |
| Cost | 1,310,948.87 |
| Mark to Market | -48,450.87 |
| **Total Wapme Systems** | 1,262,498.00 |
| **Total 1420. Sloan Securities** | 2,861,276.98 |
| **Total 1400. Marketable Securities** | 2,861,276.98 |
| **1500. Investments- Long** | |
| **1505. Highgate House LLC** | |
| Mark to Market | 216,171.94 |
| 1505. Highgate House LLC - Other | 6,741,783.42 |
| **Total 1505. Highgate House LLC** | 6,957,955.36 |
| **1510. Stocks & Warrants** | |
| **A.B. Watley Group Inc.** | |
| Cost | 138,246.90 |
| Mark to Market | -138,246.89 |
| **Total A.B. Watley Group Inc.** | 0.01 |
| **Knock Out** | |
| Cost | 600,000.00 |

Page 1

**P01436**

10:43 AM

02/22/06

Accrual Basis

## Highgate House Funds, Ltd.
## Balance Sheet
### As of December 31, 2005

|  | Dec 31, 05 |
|---|---|
| **Total Knock Out** | 600,000.00 |
| **Power Tech** | |
| Cost | 0.88 |
| Mark to Market | 533,373.92 |
| **Total Power Tech** | 533,374.80 |
| **Warrants Mark to Market** | 1,742,541.00 |
| **Total 1510. Stocks & Warrants** | 2,875,915.81 |
| **1550. Debentures** | |
| **Aerotelesis** | |
| Cost | 1,500,000.00 |
| **Total Aerotelesis** | 1,500,000.00 |
| **American Petroleum** | |
| Cost | 500,000.00 |
| **Total American Petroleum** | 500,000.00 |
| **Cenuco Inc.** | |
| Cost | 6,000,000.00 |
| **Total Cenuco Inc.** | 6,000,000.00 |
| **Charys Holdings Co. Inc.** | |
| Cost | 4,000,000.00 |
| **Total Charys Holdings Co. Inc.** | 4,000,000.00 |
| **Cheung Tai Hong Holding Ltd** | |
| Cost | 514,800.00 |
| Mark to Market | 1,094.00 |
| **Total Cheung Tai Hong Holding Ltd** | 515,894.00 |
| **Cirtran** | |
| Cost | 3,750,000.00 |
| **Total Cirtran** | 3,750,000.00 |
| **City Network** | |
| Cost | 250,000.00 |
| **Total City Network** | 250,000.00 |
| **Directview** | |
| Cost | 1,000,000.00 |
| **Total Directview** | 1,000,000.00 |
| **EI3** | |
| Cost | 3,859,000.00 |
| **Total EI3** | 3,859,000.00 |
| **Falcon Gas** | |
| Cost | 3,000,000.00 |
| **Total Falcon Gas** | 3,000,000.00 |
| **First Look Media Inc.** | |
| Cost | 3,000,000.00 |
| **Total First Look Media Inc.** | 3,000,000.00 |
| **Inseq Corp (Incode)** | |
| Cost | 1,455,928.03 |
| **Total Inseq Corp (Incode)** | 1,455,928.03 |
| **Kipling Holdings Inc.** | |
| Cost | 6,225,000.00 |
| **Total Kipling Holdings Inc.** | 6,225,000.00 |
| **Magnetech** | |
| Cost | 500,000.00 |

Page 2

P01437

# Highgate House Funds, Ltd.
## Balance Sheet
### As of December 31, 2005

| | Dec 31, 05 | |
|---|---:|---:|
| **Total Magnetech** | | 500,000.00 |
| **Maximum Dynamics** | | |
| Cost | 150,000.00 | |
| Reserve for Uncollectible | -149,999.99 | |
| **Total Maximum Dynamics** | | 0.01 |
| **Nanoscience** | | |
| Cost | 1,370,359.20 | |
| **Total Nanoscience** | | 1,370,359.20 |
| **Oxford Ventures Inc.** | | |
| Cost | 3,000,000.00 | |
| **Total Oxford Ventures Inc.** | | 3,000,000.00 |
| **Roanoke Tech** | | |
| Cost | 1,175,000.00 | |
| **Total Roanoke Tech** | | 1,175,000.00 |
| **Sagamore** | | |
| Cost | 4,000,000.00 | |
| **Total Sagamore** | | 4,000,000.00 |
| **Smartire** | | |
| Cost | 2,600,000.00 | |
| **Total Smartire** | | 2,600,000.00 |
| **Strikeforce** | | |
| Cost | 750,000.00 | |
| **Total Strikeforce** | | 750,000.00 |
| **The Enclaves Group Inc.** | | |
| Cost | 1,938,246.00 | |
| **Total The Enclaves Group Inc.** | | 1,938,246.00 |
| **Xinhua China Ltd.** | | |
| Cost | 1,250,000.00 | |
| **Total Xinhua China Ltd.** | | 1,250,000.00 |
| **Total 1550. Debentures** | | 51,639,427.24 |
| **Total 1500. Investments- Long** | | 61,473,298.41 |
| **1600. Due from Affiliate** | | |
| 1610. Due from YAM/YA | | 1,550,000.00 |
| 1620. Due from CCP | | 74,169.87 |
| 1630. Due from Montgomery | | 255,000.00 |
| **Total 1600. Due from Affiliate** | | 1,879,169.87 |
| **Total Other Current Assets** | | 67,778,278.24 |
| **Total Current Assets** | | 71,330,911.39 |
| **TOTAL ASSETS** | | 71,330,911.39 |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Other Current Liabilities** | | |
| **2000. Due to Feeders** | | |
| 2002. Due to Offshore | | 10,961,987.36 |
| **Total 2000. Due to Feeders** | | 10,961,987.36 |
| **2101. Accrued Expenses** | | |
| 2120. Legal Fees | | 3,649.38 |

P01438

10:43 AM

02/22/06

Accrual Basis

## Highgate House Funds, Ltd.
## Balance Sheet
### As of December 31, 2005

|  | Dec 31, 05 |
|---|---|
| **Total 2101. Accrued Expenses** | 3,649.38 |
| **2200. Due to Affiliate** | |
| 2260. Due to G&P LLP | 15,925.00 |
| **Total 2200. Due to Affiliate** | 15,925.00 |
| **2400. Due to Limited Partners** | 30,485.00 |
| **Total Other Current Liabilities** | 11,012,046.74 |
| **Total Current Liabilities** | 11,012,046.74 |
| **Total Liabilities** | 11,012,046.74 |
| **Equity** | |
| **3010. Shareholders Equity** | |
| 3020. Subscriptions | 71,392,676.05 |
| 3030. Redemptions | -18,570,189.29 |
| **Total 3010. Shareholders Equity** | 52,822,486.76 |
| 3900. Retained Earnings | 107,126.50 |
| Net Income | 7,389,251.39 |
| **Total Equity** | 60,318,864.65 |
| **TOTAL LIABILITIES & EQUITY** | 71,330,911.39 |

P01439