Rosenbaum Aff., Exh. F, Part 2

**Page 198**

A. Early January. To clarify, it was over the Christmas holiday that I made the decision to -- to leave Yorkville/Highgate and although I made a decision on vacation I continued to think about it and then finalized my decision when I returned to New York.

Q. Okay. Let me show you the assignments of the Charys warrants. Exhibit 28. These assignments, if you look at the bottom right-hand side you'll see they all have different bates stamp numbers on them.

A. Yes, sir.

Q. Do you recall the specific date that these assignments were executed, Mr. Gottbetter?

A. No, sir.

Q. Do you recall the month?

A. Yes, sir.

Q. When?

A. In or about January 2006.

Q. In or about, but that -- that can be anywhere from December, January -- December '05, January '06?

A. Let me correct my answer, I apologize. In January 2006.

Q. How come there's no day or date on

**Page 199**

there?

A. I don't know. I -- I signed -- it was put in front of me, I signed it. I don't date -- I don't date the document.

Q. Do you know when in January this was signed?

A. I just testified I don't know the date in which I signed it.

Q. Who prepared these assignments, Mr. Gottbetter?

A. Someone. I don't know who actually typed it up. I would assume Mr. Rimland or he would have instructed someone to type it up.

Q. And when did you ask Mr. Rimland to have these assignments prepared?

A. As part of our cleaning up of the Highgate files in the beginning of January.

Q. You don't know the precise date?

A. No.

Q. Was it -- was it before January 9th, if you know? If you don't know, you don't know.

A. I don't know.

Q. Was it before January 13th, if you know?

A. I don't know.

**Page 200**

Q. Was it before January 19th, if you know?

A. It would be before January 19th.

Q. How do you know that?

A. Because that's the date that our -- my resignation became effective.

Q. Your resignation from Yorkville?

A. Yes. And subsequently Highgate.

Q. When you say subsequently, when did you ever resign from Highgate?

A. January 19th.

Q. You weren't an officer of Highgate, were you?

A. That's not what I testified to earlier.

Q. You said you may have been a director. You said you weren't aware of being -- and you said you weren't even aware of what Highgate company you were director of to be precise.

A. No, let's be precise. Highgate, I said, is a master feeder structure with two feeders and a master. The best of my recollection I'm -- I was a director of Highgate House the master fund. Whether I was on the board of the feeder funds, I don't know. That's number one. Number two, I was

**Page 201**

the co-manager of -- of Highgate House Funds.

Q. For Yorkville? You were a co-manager of Highgate on behalf of Yorkville, that's what your written agreement says?

A. No, co-manager with Yorkville.

Q. I'm sorry. You're -- no, let's be precise.

A. Please.

Q. Let's be precise. Your agreement, Exhibit 2, is between you and Yorkville -- Yorkville Advisors, correct?

A. Can I have a copy of it now?

MR. VENTURINI: Yeah, I'll find it.

A. Thank you.

Q. It's an agreement between you and Yorkville, correct?

A. Yes, with regard to the co-managing of Highgate House Funds.

Q. So you were working for Yorkville, that's who your employer was --

MR. VENTURINI: Objection.

Q. -- correct?

A. No.

Q. That's not what this agreement says, that you're not -- you're not working for Yorkville

51 (Pages 198 to 201)

Page 202

as a co-manager of one of its funds, which is Highgate?

A.   Again, sir, you're mischaracterizing. I was not an employee of Yorkville.

Q.   You were associated with Yorkville?

A.   That's different than being an employee.

Q.   I never said you were an employee, but I don't --

A.   You want to read back the record.

Q.   You were associated with Yorkville, correct?

A.   I'm sorry.

Q.   You were associated with Yorkville; is that correct?

MR. VENTURINI:  Let me object to the extent it calls for a legal conclusion 'cause I don't know where you're going with this, but the document obviously speaks for itself.

Q.   Is it correct you were associated with Yorkville?

MR. ROSENBAUM: I never asked what the relationship is.

A.   I had a contractural relationship with Yorkville for the primary purpose of

Page 203

co-managing the Highgate House Funds.  That's my testimony, sir.

Q.   That's fine.  That's fine.  Do you know of any documents -- any documents — any Highgate documents that gave you authority to sign Highgate documents on its behalf?  Excuse me.  Do you want me to repeat the question?

A.   I understand the question.  To assign Highgate documents --

Q.   On behalf of Highgate?

A.   Highgate House Funds, LTD?

Q.   Highgate House Funds, LTD.  Here's my question, do you know of any documents -- strike that.  Do you know of any Highgate House Fund documents, including, but not limited to, board of director resolutions or any other Highgate House Funds documents that gave you the authority to sign documents on behalf of Highgate House Funds?  If you do, you do.  You don't, you don't.

A.   It was my understanding that I had the authority to sign for Highgate House Funds as a director of Highgate House Funds and as the co-portfolio manager of Highgate House Funds.

Q.   That's not what I asked you.  I asked whether you were aware of any documents that gave

Page 204

you the authority you just spoke of.  Any documents, Highgate House Fund documents, that gave you the authority to sign on its behalf.

A.   It is to the best of my knowledge and my recollection that there are documents which gives me that authority.

Q.   Highgate House Fund documents?

A.   Yes.

MR. ROSENBAUM:  I'm not aware of them.  So that's another document I'm going to need from you, Auggie.

Q.   I'm not aware of any such documents, and I'm putting that right on the record, that gives you any authority to sign anything on behalf of Highgate House Funds documents.  So if you have them that's one of the documents I'd like Auggie to bring tomorrow.

MR. VENTURINI:  We'll take that into consideration.

MR. ROSENBAUM:  Well, you'll get a letter.

Q.   Let's assume that perhaps, and I'm not saying this is so, that there is such a document somewhere -- are you listening, Mr. Gottbetter, or are you reading?  If you're reading I'll wait.

Page 205

A.   I'm not listening, sir, I'm reading.

Q.   I'll wait 'till you're done reading.

A.   Sorry.

Q.   All right.  Let's assume that somewhere, and I'm not saying this is a fact, but let's just assume somewhere there might be a document which -- which someone could construe to authorize you to sign on Highgate's behalf.  Let's assume that.  Is it correct that you signed the warrant assignment -- the Charys warrant assignments after you decided to leave Highgate and Yorkville?

MR. VENTURINI:  Well, let me object to the question.  I think that, you know, in terms of it's a hypothetical I object to it, but you can ask him the question the latter part as being a factual question.  So, I object to the hypothetical nature.

MR. ROSENBAUM:  I just want to make sure that should one chance out of a thousand you produce something tomorrow that shows that he's an authorized signature, not that I think you will, but the one chance out of a thousand you might I want to just cover this because I'm not going to have him tomorrow.

Q.   And so my question is, let's assume

52  (Pages 202 to 205)

Page 206

that such a document exists, is it fair to state that you nevertheless signed the warrant -- the Charys warrant assignment after you decided to leave Highgate?

MR. VENTURINI: Well, I think you can, again, answer the latter part of the question without taking into account the first part of the question.

Q. You can answer.

MR. VENTURINI: So, my objection is noted.

A. Yes.

Q. And you -- you signed that warrant -- that document after you gave written notice to Yorkville of the -- of the termination of your relationship, correct?

MR. VENTURINI: Objection, asked and answered.

Q. Correct? The notice was dated January 11th.

A. What notice is January 11th?

Q. The notice you gave to Yorkville to terminate your --

A. I think that's incorrect, sir.

Q. You didn't give notice on January

Page 207

11th?

A. I don't think so, sir.

Q. Yeah, you did. Let me show it to you.

A. Please.

Q. Yeah, look at Exhibit 4.

A. This is not my notice.

Q. Your notice was two days before, but it was inaccurate you said.

A. January 9th.

Q. January 9th you gave notice, but you gave -- you gave a corrected notice on January 11th, correct?

A. That is correct.

Q. All right. Is it correct to state that you signed the assignments on behalf of Highgate after January 9th?

A. Yes, I believe that's true.

Q. Okay. Do you think that was appropriate for you to sign something on behalf of Highgate after you had given notice of your termination of your relationship with Yorkville and perhaps even Highgate?

MR. VENTURINI: Objection, you can answer.

Page 208

A. As I testified earlier numerous times now, I had entitlement to those warrants retitled in my name since my conversation with Mr. Angleo in or about June or July of 2005. And as part of cleaning up the file and giving them accurate files, we made the necessary assignments as part of all of our termination work, which is in one of your exhibits.

Q. That's not my question.

A. What is your question?

Q. My question is, did you think it was appropriate after you gave notice of your disassociation with -- with Yorkville and Highgate in -- on January 9th, after that, do you think it was appropriate for you to nevertheless sign a document on behalf of Highgate? If you do, you do. You don't, you don't.

MR. VENTURINI: Same objection. I think he answered the question, but I think he's looking for a yes or no summary, but --

A. In compliance with my agreement with Yorkville I was still acting on behalf of Highgate and I was memorializing those items which needed to be taken care of and that -- the assignment of five or six companies was one of them.

Q. So, you memorialized this -- you

Page 209

memorialized an -- an oral agreement that you say you had with Mr. Angleo back in May, June or July of '05, the first time you decided to memorialize this was after you gave notice to Yorkville and Charys of your termination; is that correct?

MR. VENTURINI: Objection, that's not what he testified to.

MR. ROSENBAUM: That's exactly what he just testified to and if not he'll tell me.

MR. VENTURINI: He's been testifying all day as to the sequence of events of what lead up to his actions and you summarized it and only take a piece of it.

Q. Just answer the question anyway you can.

MR. VENTURINI: Objection.

Q. Let me repeat it. You decided to memorialize an agreement, an oral agreement that you had with Mr. Angleo --

A. No.

Q. Let me finish the question then you'll answer it. You decided to memorialize this oral agreement that you said you had with Mr. Angleo made in May, June or July of '05 some time after January 9th of '06; is that correct?

53 (Pages 206 to 209)

Page 210

A.    I carried out the instructions or the direction of Mr. Angleo given to me in June or July of 2005 and did so at the time where it became appropriate.

Q.    Okay. And that was some time in January of '06. So six months later --

MR. VENTURINI: Objection.

Q.    -- correct?

MR. VENTURINI: That's --

A.    As I previously testified, there was no need in June or July of 2005 to assign the warrants because at that time there was nothing in some cases to assign or no pressing need to assign.

Q.    When you determined there was this pressing need after -- some time after January 9th of '06 to execute this assignment on behalf of Highgate, the Charys warrants, you have no recollection of giving Highgate a copy of that assignment that you executed at any time before we started this litigation; is that correct?

A.    I don't recall providing a copy to Yorkville. It was not a significant event.

Q.    All right. And by the way, Mr. Rimland when he sent his June 14th e-mail to Charys saying that he was an escrow agent on behalf of

Page 211

Gottbetter and Partners, he didn't copy Highgate either, did he? You can take a look at it if you'd like.

MR. VENTURINI: Objection, either he did or didn't.

MR. ROSENBAUM: That's what I want to find out. He didn't copy Highgate either.

MR. VENTURINI: He said he didn't receive the e-mail.

MR. ROSENBAUM: Well, we'll see what the e-mail says.

Q.    You must have it there. Do you have it? Take a look at mine.

MR. VENTURINI: Well, the document speaks for itself.

Q.    Give me a copy of it. This e-mail Exhibit -- sorry, Exhibit 30 --

A.    Yes, sir.

Q.    -- doesn't show that Mr. Rimland copied Highgate on the e-mail telling Charys -- telling Charys that it was -- that Gottbetter and Partners was an escrow agent with respect to the warrants -- with respect to the Highgate House warrants and requesting Charys to reissue them? He didn't send a copy of that to Highgate, did he?

Page 212

MR. VENTURINI: Objection.

A.    I don't know.

Q.    The e-mail doesn't reflect that he did, did he?

A.    I don't know.

MR. VENTURINI: Objection.

A.    I can't tell that from this e-mail.

Q.    Well, does it show anywhere on this e-mail, sorry to look over you shoulder, does it show anywhere on this e-mail that Highgate received -- that Highgate was designated as receiving a copy?

MR. VENTURINI: Well, let me note an objection. The e-mail is cut off at the top. We can't tell. He doesn't know about this e-mail. It speaks for itself. It's inappropriate for you to ask him that question.

MR. ROSENBAUM: The e-mail is not cut off at the top.

MR. VENTURINI: It's an inappropriate question.

Q.    From the e-mail that I'm showing you, and it's not cut off at all, does it indicate that a copy of this was sent to Highgate?

MR. VENTURINI: Objection, instruct

Page 213

not to answer.

MR. ROSENBAUM: On what grounds?

MR. VENTURINI: On the grounds that it's not his document, he's never it seen before, he didn't get the e-mail, the document speaks for itself. You don't need to ask him that question.

MR. ROSENBAUM: Fine. I'm putting on the record now that the e-mail does not reflect that Mr. Rimland thought it important enough to send a copy of -- of the e-mail to Highgate for whom he says he's acting as an escrow agent.

MR. VENTURINI: Well, it's your deposition if you want to sit here and testify then it's your time to waste.

MR. ROSENBAUM: I'm giving you the opportunity to reject it, but you don't want it that's fine with me.

MR. VENTURINI: I'm not here to testify.

MR. ROSENBAUM: Your client doesn't want it and you won't let him testify so.

MR. VENTURINI: It's not his document.

MR. ROSENBAUM: It doesn't matter.

Q.    Let's go on. The assignments, you

54  (Pages 210 to 213)

## Page 214

have those, right? I gave them to you.

A.    I put them all.

Q.    Can you tell me why there are, let's see, 25 assignment -- 25 different assignments executed, apparently anyway?

A.    Why such a large number?

Q.    Yes.

A.    I don't know.

Q.    Let's deal with some of them. Mr. Chorske, the first assignment is to him. It's bates stamped D double 0643. Do you see that, the first one?

MR. VENTURINI:  First page?

MR. ROSENBAUM:  Yes.

A.    I'm sorry.

Q.    The first -- the first page, D double 0643. Do you see that?

A.    Yes, sir.

Q.    It shows 40,000 warrants to Mr. Chorske. You want to take a nap? We can go off the record you can take one.

A.    It's not directed to you.

Q.    That's off the record. I was not being fresh on the record. I don't blame you for being tired though.

## Page 215

A.    Sorry, I'm okay.

Q.    It's 40,000 -- 40,000 warrants to Mr. Chorske?

A.    Yes, sir.

Q.    Do you know why he was issued these 40,000 warrants?

MR. VENTURINI:  Objection to form. Why was he assigned them?

MR. ROSENBAUM:  Yes.

A.    Mr. Chorske was named the banker on the Charys transaction and in accordance with his agreement with HHH -- HH Advisors, excuse me, and my agreement with Mark Angelo and YAM, he was entitled to his warrants off of the top as I explained this morning about how bankers -- my understanding bankers were being paid.

Q.    I see. These are bankers warrants? In other words, the Chorske warrants are bankers warrants?

A.    Mr. Chorske was the banker on the transaction and would be paid as the banker.

Q.    What percentage of the million warrants was he entitled to as the banker?

A.    It is my understanding now --

Q.    No, then. What was your

## Page 216

understanding back in January of '06 when you executed this?

A.    I don't remember. It's a year ago. My understanding now is he was a -- what we call a 10 percent banker.

Q.    So he was entitled to 100,000 warrants?

A.    Yes, that's correct.

Q.    All right. This assignment, all the warrants to Chorske, total more than 100,000. If you look at the warrants. If you look at -- I'll give you the bates stamp number. Double 0643 is 40,000, correct?

A.    Yes, sir.

Q.    Double 0653 is 40,000, correct?

A.    Yes, sir.

Q.    And those are to Chorske?

A.    Yes, sir. They appear to be, yes.

Q.    Okay. If you look at double 0683 that's 40,000, correct?

A.    Yes.

Q.    If you look at double 0714 that's 20,000, correct?

A.    Yes, sir.

Q.    And that's also Chorske?

## Page 217

A.    Yes, sir.

Q.    If you look at double 0764 that's 20,000 to Mr. Chorske as well, correct?

A.    Yes, sir.

Q.    And also double 0775 that's another 20,000 to Mr. Chorske, correct?

A.    Yes, sir.

Q.    You're not even looking?

A.    'Cause I looked through it already while you were flipping pages, sir.

Q.    And if you look at double 0805 that's another 20,000 to Mr. Chorske, correct?

A.    Yes, sir.

Q.    All right. If you look at double 0838 that's another 20,000 to Mr. Chorske, correct?

A.    Yes.

Q.    Double 0868 that's another 20,000 to Mr. Chorske, correct?

A.    Yes.

Q.    Those are all the warrants that I can see in this package that were issued to Mr. Chorske. Do you have any reason to differ with that?

MR. VENTURINI:  Let me note an objection. First of all, these are the assignments.

MR. ROSENBAUM: I'm sorry assignment,

55 (Pages 214 to 217)

DOERNER & GOLDBERG, INC.
5 Becker Farm Road * Roseland, NJ 07068

973-740-1100
1161 Broad St. * Ste. 110 * Shrewsbury, NJ 07702

Page 218

you're right.

MR. VENTURINI: There may be some duplication of assignments.

MR. ROSENBAUM: I don't know whether there is or isn't, but I'm just telling you what the document says.

MR. VENTURINI: -- the final -- you have the warrants as they were issued.

Q.    In any event, there's no other warrants in this package that I saw issued to Mr. Chorske, and if I'm wrong tell me.

MR. VENTURINI: I'm sorry.

Q.    There's no other warrants in this package that I can see, other than what I've just delineated, issued to Mr. Chorske?

MR. VENTURINI: No other assignments you mean?

Q.    No other assignments.

A.    In this package?

Q.    Yes.

MR. VENTURINI: Well, we didn't put this package together.

MR. ROSENBAUM: Well, we got these from you.

MR. VENTURINI: I know but you

Page 219

packaged them and my point is just --

Q.    There's 240,000 warrants in this package to Mr. Chorske. I just added up the ones I just read to you.

A.    Okay.

MR. VENTURINI: My only comment was that some of them might be duplicates.

MR. ROSENBAUM: Maybe, maybe not, I don't know.

MR. VENTURINI: Can't really tell from -- the numbers on the bottom are --

MR. ROSENBAUM: We'll get to it I assure you. Be patient. Be patient.

MR. VENTURINI: That might have made this process go a little faster.

Q.    Do these warrants total 240,000?

MR. VENTURINI: Objection. There's no warrants here.

Q.    I mean these assignments total 240,000, correct?

A.    That's what they appear to show.

Q.    And that's 24 percent of the million?

A.    I believe that the package that you've provided is not reflective or accurate.

Q.    I didn't provide -- you gave these to

Page 220

me, I didn't provide them to you.

MR. VENTURINI: We didn't package it like this.

MR. ROSENBAUM: You packaged it exactly like this.

MR. VENTURINI: Let me note for the record that the bates stamp numbers of all the pages are out of order. So these were picked.

Q.    There aren't any -- I represent to you that these are the total number of assignments that you gave to us. Given that representation, whatever it's worth, they total -- the assignments to Chorske total 240,000.

MR. VENTURINI: Well --

Q.    Assuming the accuracy of my arithmetic, what was the percentage you now understand him to be entitled to? The percentage of the total warrants.

A.    Well, I don't -- I don't agree with your analysis on 240,000 warrants.

Q.    You do the arithmetic yourself. That's what they total. That's what they total. Now you want to check my arithmetic, but arithmetically that's what they total, the warrants -- the assignments to Chorske.

Page 221

A.    It's inaccurate and misleading.

Q.    What, the warrant -- the assignments that you gave us?

A.    The documents you've put in front of me.

Q.    They're your documents. How can I be inaccurate or misleading, you signed them?

MR. VENTURINI: Well, first of all --

MR. ROSENBAUM: He's answering -- I'm asking him, Auggie. When I ask you I'll say, Mr. Venturini. Then you can answer the question. I haven't said that yet.

MR. VENTURINI: Thank you, but your question is misleading and I must note an objection. The objection is that some of these might be duplicates and we can't tell --

MR. ROSENBAUM: They might be. They may not be. All I'm saying is --

MR. VENTURINI: May I finish my objection?

MR. ROSENBAUM: No.

Q.    The documents -- of the documents that I gave you, whether some are duplicates or not, they total 240,000 assignments of warrants to Mr. Chorske. I don't know whether they're duplicates or

56 (Pages 218 to 221)

Page 222

not, but that's what they total.

MR. VENTURINI: Again, objection because we can't tell whether some of these in this package in Exhibit 28 are duplicates of each other and, therefore, would double and perhaps tripple the accounting.

MR. ROSENBAUM: I hear you.

Q. But my question is, notwithstanding that these total 240,000, how many do you understand Mr. Chorske to be entitled to? That's my question.

MR. VENTURINI: That's a proper question.

MR. ROSENBAUM: That's what I asked before.

Q. How many is he entitled to, Mr. Gottbetter? Take your time.

A. This package is inaccurate because the total assignments are in excess of a million warrants. Therefore, this cannot be inaccurate.

Q. In any event, how much was Mr. Chorske entitled to?

A. It is my understanding now that Mr. Chorske should have received 10 percent of the Charys warrants off of the top.

Q. 200,000 warrants?

Page 223

MR. VENTURINI: No.

A. No. 10 percent of a million.

Q. I'm sorry. I apologize, my arithmetic is bad. 100,000 warrants?

A. That is correct.

Q. When you signed the assignments back in January of '06 was that your understanding that he was entitled to just 10 percent?

MR. VENTURINI: I think he testified something differently, but --

MR. ROSENBAUM: Let him testify, Auggie, please.

Q. Was that your understanding back in January when you signed --

A. I don't recall what my understanding was back in January. My recollection was that he was a banker on the transaction. It became -- as I've testified a few minutes ago, it came to my attention recently that there was a mistake made and he should have been a 10 percent banker, not a 20 percent banker.

Q. So, you're saying as a 10 percent banker he's entitled to 100,000 warrants? 10 percent of a million is 100,000.

A. That is correct.

Page 224

Q. Take a look at the e-mail dated June 14th that Mr. Rimland sent to Charys, Exhibit 30. You have it there, I gave you a copy of it.

A. Yes, sir.

Q. The e-mail refers to an attachment. Do you see that? Attached are the original warrants, and then it says they want them transferred in accordance with the schedules that says, quote, "revised warrant calculation." Do you see that?

A. Yes.

Q. MWC is Mr. Chorske's initials?

A. Yes, sir.

Q. And here, according to Mr. Rimland, Mr. Chorske is entitled 135,200 warrants out of the million, correct? That's what this says.

MR. VENTURINI: Well, the document again speaks for itself.

MR. ROSENBAUM: Right, thank you.

Q. That's what this says?

A. Yes.

Q. Okay. Do you know why Mr. Rimland told Charys that Mr. Chorske is entitled to 135,200 warrants instead of the 100,000 that you say you now understand?

Page 225

A. My understanding is that Mr. Chorske was under the belief he was entitled to 20 percent, assigned of his portion of his 20 percent to Mister --

Q. Rimland?

A. That was my recollection -- that is my recollection.

Q. That he assigned a portion of his 20 percent to Mr. Rimland?

A. Yes.

Q. Well, if you add the -- JMR is Mr. Rimland?

A. Yes.

Q. If you add 135,200 to Mr. Rimland's 40 that totals only 175,200, correct? That's not -- that's not 200,000. Don't guess. If you don't know just tell me you don't know.

A. Trying to remember. Trying to remember 'cause I've never seen this document before so --

Q. So you have nothing to remember then. If you never seen it before there's no basis for you remembering anything.

A. Now what's the question now?

Q. Do you know why Mr. Rimland over here

DOERNER & GOLDBERG, INC.
5 Becker Farm Road * Roseland, NJ 07068

973-740-1100
1161 Broad St. * Ste. 110 * Shrewsbury, NJ 07702

Page 226

said that Mr. Chorske's entitled to 135,200 warrants when at least -- at least as of that time you -- you and your company apparently were of the view that he, Chorske, was entitled to 20 percent or 200,000 warrants?

MR. VENTURINI: Objection. He just said that that was a recent discovery.

MR. ROSENBAUM: That's what I just said. Listen to my question.

MR. VENTURINI: Maybe I'm not hearing you, but what I'm hearing is --

MR. ROSENBAUM: You're not hearing me.

A.   As I learned recently Mr. Chorske should have been a 10 percent banker.

Q.   Recently means some time after June of '06, correct?

A.   Yes.

Q.   So, why -- up until that time you were of the view that he, Chorske, was entitled to 20 percent of the warrants, correct?

A.   Yes.

Q.   All right. And why then in June of '06 did Mr. Rimland tell Charys that Chorske was only entitled to 135,200 warrants, if you know?

Page 227

A.   I don't know.

Q.   That's all you have to tell me, you don't know. Don't guess. Bear with me. What's the basis of your understanding that Mr. Chorske is only entitled to 10 percent?

A.   Some document was produced that stated or was brought to my attention -- I mean, I've seen the document. It was brought to my attention by Mr. Rimland and/or Mr. Chorske that in fact Mr. Chorske should have only been a 10 percent banker and not a 20 percent banker.

Q.   So this is a document shown to you by Mr. Rimland?

A.   No, I didn't say that.

Q.   You said he just --

A.   No, that's not what I said, sir. What I said was that Mr. Rimland and/or Mr. Chorske referred to a document which said that he should have been a 10 percent, not a 20 percent banker.

Q.   Do you know what document he was referring to?

A.   I don't recall at this time, no.

Q.   Let me see if I can help.

A.   Thank you.

Q.   Show you a document 7, P-7. That's

Page 228

an e-mail from Mr. Rimland to Theresa Frogga dated November 1, the top one is. Do you see that?

A.   Yes.

Q.   And you got a copy that -- at least it shows a copy to you, correct?

A.   It says Adam.

Q.   That's you?

A.   I mean, I can't testify that I know that it's me and I --

Q.   Okay.

A.   Well, I can't. You told me not to guess, right?

Q.   You have every reason to believe that that's you, Mr. Gottbetter?

A.   To the best of my knowledge it's me.

Q.   All right. Then it's talking about the Charys transactions, C-H-Y-S. Do you see that?

A.   Yes, sir.

Q.   What does it say to the banker's fee?

A.   Banker's fee on this deal is only seven percent. Therefore, the disbursement should be as -- you know, should be as follows.

Q.   And then it talks about 210,000 for the banker's fee to YAM. That's Yorkville Management, correct?

Page 229

A.   Yes.

Q.   And then that's 7 percent of 3 million obviously, correct?

A.   Yes.

Q.   All right. So, according to this document from Mr. Rimland over here the banker's fee to -- to YAM, not Mr. Chorske, is 7 percent not -- not 10 percent, correct?

A.   With regard to the cash fee.

Q.   Okay. Well, if the cash fee -- banker's fee is only 7 percent. Do you have any reason to believe any portion of the warrants would be less than 7 percent for the banker's fee?

A.   Could be more. Doesn't have to be the same.

Q.   Do you know of any documentation that reflects that it's more than -- that the banker's fee on the warrants is any more than 7 percent?

A.   Not that I recall.

Q.   Okay. Do you know how much of the cash was paid to YAM as a banker's fee on the Charys transaction?

A.   No, I don't recall.

Q.   Okay. Bear with me. All right. Let me show you what we marked as Exhibit P-23. That's

58 (Pages 226 to 229)

Page 230

a letter that you wrote on October 26th of this year to Mr. Rillo, correct?

A. It appears to be that.

Q. And you copied both myself and Mr. Venturini on this letter?

A. Well, you're counsel to Yorkville.

Q. Right. Why did you write this letter to Mr. Rillo? What was the purpose of that?

A. I didn't draft this letter. So may I read it?

Q. Who did?

A. Mr. Rimland.

Q. Well, did you review it before it was -- before you signed it?

MR. VENTURINI: Well, the witness wants to read the document.

Q. You can read it. My question is, did you review the letter before you signed it? Then take as much time as you want to read it.

A. Mr. Rimland advised me as to the contents. I'm sure I gave it a quick look and signed it, but I'm going to read it now, please.

Q. Sure. Absolutely.

A. Yes, I remember this letter.

Q. Just so I'm clear, did you or did you

Page 231

not review it before you signed it?

A. No. Mr. Rimland advised me of the contents and I signed the letter.

Q. All right. So he told you what it said?

A. He told me what it said. It was not a major issue at the time. We were not involved in this litigation. So, it was a prefunctery ministerial act.

Q. You're saying a letter to Mr. Rillo and to outside counsel, which is me, was just ministerial? Is that what you -- is that what you're telling us?

A. Yeah, but now we had to do it under the guise of counsel because you're now involved.

Q. Let's take a look at the warrants that you had -- say you told Charys to reissue in this October 26th letter. According to this letter you're still of the view that the banker's fee to Chorske is 200,000 warrants, correct? That's what the letter says.

A. That's correct.

Q. Yet, in Mr. Rimland's e-mail, June 14th e-mail to Charys, same Mr. Rimland that drafted this letter, he said that Mr. Chorske was only

Page 232

entitled to 135,000 warrants, correct?

A. No, that's not what he said.

Q. No. Yes, he did and I'll show it to you.

A. No, you're drawing a conclusion from that e-mail.

Q. I'm just reading the e-mail. In the e-mail Exhibit 30 it says that Mr. Chorske is entitled to 135,000.

A. No.

Q. I'm just reading it. Is entitled to 135,200 warrants that's what it says.

A. That's not what it says, sir. You're drawing a conclusion.

Q. Is M -- MWC Michael Chorske?

A. Yes, it is.

Q. And how many warrants is Mr. Rimland asking be issued to him?

A. That's different than what you keep stating.

Q. How many warrants is Mr. Rimland asking be issued?

A. 135,200.

Q. Now, in your October 26th letter drafted by Mr. Rimland --

Page 233

A. That doesn't mean that's what he's entitled to.

Q. Just answer my question.

A. Your question is --

Q. Let me ask it then --

A. Your question is --

MR. VENTURINI: Please don't argue.

A. -- confusing and misleading.

Q. Let me ask the question and then you can comment any way you can.

A. I've tried.

Q. Mr. Rimland drafted your October 26th letter, correct?

A. Yes, sir.

Q. And he says the banker's fee is 200,000 warrants --

A. Yes, sir.

Q. -- is what he says. In the e-mail that he sent to Charys in June he says that Mr. Chorske was entitled to 135,200 warrants?

A. That's not what that e-mail says, sir, for the second time.

Q. That's not what it says?

A. It's not what it says.

Q. Am I misreading this e-mail?

DOERNER & GOLDBERG, INC.
5 Becker Farm Road * Roseland, NJ 07068
973-740-1100
1161 Broad St. * Ste. 110 * Shrewsbury, NJ 07702

Page 234

A.    You are. In -- no where in this e-mail does it say Mr. Chorske is entitled to 135,000 warrants. I don't see that there.

Q.    You don't see that --

MR. VENTURINI: Michael.

Q.    You don't see the initials MWC? Do you see that?

A.    I do, sir.

Q.    And that's Mr. Chorske's initials?

A.    Yes, sir.

Q.    How many warrants is Mr. Rimland asking to be issued to Mr. Troy?

A.    135,200.

Q.    In what capacity, as a banker's fee?

A.    Doesn't say that. And it doesn't say he's entitled to anything in this -- in this e-mail.

Q.    Was Mr. Chorske --

A.    You're drawing that conclusion, sir.

Q.    Is Mr. Chorske -- was he the banker on the Charys transaction?

A.    Yes, sir.

Q.    Does he have any other basis for entitlement to warrants other than as a banker's fee?

A.    No, sir.

Page 235

Q.    Okay. Do you know why there's a difference between the 135,200 warrants Mr. Rimland is asking Charys to issue in June and the 200,000 warrants as a banker's fee in your October 26th letter? Do you know why?

A.    No, I do not.

Q.    I didn't think so. Let's talk about the warrants that are distributed to Highgate that -- copies of which --

MR. VENTURINI: Same documents.

MR. ROSENBAUM: Yeah, October 26th letter.

Q.    You said that Highgate is getting, one, two, three, four, four different warrants. That's what the letter says, correct?

A.    Yes, sir.

Q.    First one it says it's getting a warrant for 88,960 warrants; is that correct?

A.    That's what it says.

Q.    All right. Turn to the third page of the document.

A.    Yes, sir.

Q.    Actually, the fourth page. It says 2.1, Exercise of Warrant. It says, quote, "This warrant shall entitle the holder to purchase at the

Page 236

exercise price 88,960 warrants." Do you see that?

A.    Yes, sir.

Q.    Did you prepare these warrants, you or someone from your office prepare these warrants?

A.    I cannot tell from this document.

Q.    Well, do you know whether Charys prepared these warrants?

A.    This appears to be our form of warrant, but it does not have our documentation stamped at the bottom.

Q.    Well, it doesn't have any documentation stamped at the bottom.

A.    That's what I just said.

Q.    But it appears to be at least a form of warrants that your office used?

A.    Yes, it appears to be our form of warrants.

Q.    So the first warrant says it's for 88,960 shares, correct? On the second page.

A.    Yes, sir.

Q.    And that comports with your October 26th letter, correct? Where you said you're giving Highgate 88,960 warrants.

A.    Yes.

Q.    All right. The next one, looking at

Page 237

your October 26th letter, next one says you're giving them an additional 177,920 warrants. Do you see that --

A.    Yes.

Q.    -- in the October 26th letter? All right. Turn if you would to the next warrant second page 2.1 of the letter. Do you see it?

A.    Would you give me a bates stamp number, sir?

Q.    Yeah. No, I can't 'cause there's no bates stamp. Oh, here. Yeah, I'm sorry. 6163, do you see that?

A.    Yes.

Q.    That warrant is for 400,000 shares in 2.1; is that correct?

A.    That's what it says.

Q.    Okay. No where in your October 26th letter do you indicate, does Mr. Rimland over here on your behalf indicate that Highgate is entitled to 400,000 warrants, does it?

MR. VENTURINI: That's not the same question.

MR. ROSENBAUM: Would you let me ask the question and let him answer it.

MR. VENTURINI: You're misleading the

DOERNER & GOLDBERG, INC.                                973-740-1100
5 Becker Farm Road * Roseland, NJ  07068    1161 Broad St. * Ste. 110 * Shrewsbury, NJ  07702

Page 238

witness.

MR. ROSENBAUM: I'm not misleading the witness at all.

MR. VENTURINI: I can't allow you to mislead the witness.

MR. ROSENBAUM: If you want to volunteer, let him answer the question and then say whatever you want to say.

Q. Is there anything in your letter that refers to 400,000 warrants?

A. I honestly don't understand -- I don't understand the issue.

Q. I'm not raising an issue. I'm asking you a question. Is there anything in your October 22nd -- 26th letter that says that Highgate gets 400,000 warrants, either there is or there isn't?

A. It says it gets 444,800 warrants.

Q. Is there anything that says it's entitled to one warrant in the amount of 400,000? Yes or no.

A. No. Not one single warrant, no.

Q. Do you know then why this warrant was issued to Highgate for 400,000 shares? Do you have any idea?

MR. VENTURINI: Objection. That's

Page 239

not what the document says.

MR. ROSENBAUM: It's exactly what it says in 2.1.

MR. VENTURINI: If you turn to page one it's a different amount.

MR. ROSENBAUM: I'm looking at 2.1 and then we'll look turn -- to your page. I'm not going to forget it.

MR. VENTURINI: No, because you're assuming that the warrant was issued for 400,000.

MR. ROSENBAUM: It was. It says so right here. This warrant shall -- let's read it together. In fact, you read it, you read 2.1.

MR. VENTURINI: I'm not reading it.

MR. ROSENBAUM: Well, I'll read it then, Auggie, if you won't.

Q. 2.1, "This warrant shall entitle the holder to purchase at the exercise price, 400,000 shares of common stock." Did I read that accurately? Yes or no. I'll get to what you want to talk about, I promise. Did I read that part accurately?

A. Did you read that sentence accurately --

Q. Yeah.

Page 240

A. -- on page 2. -- section 2.1 on DO1663?

Q. Yes.

MR. VENTURINI: The document speaks for itself.

A. Yes.

MR. VENTURINI: It is what it is.

A. It appears to say that.

Q. Mr. Venturini wants to point out so I'll go the way the river is flowing. The top of --

MR. VENTURINI: Am I the river?

MR. ROSENBAUM: You want to be a river so I'll give you that credit.

Q. He points out to both of us document D1662.

A. Yes, sir.

Q. Which is the first page of that?

A. Yes.

MR. ROSENBAUM: Okay. You satisfied, Auggie. So I'm not going to overlook it.

MR. VENTURINI: Thank you, I appreciate that.

A. Settled?

Q. Yeah. That says "warrant to purchase 177,920 shares," correct?

Page 241

A. It appears to say that, yes.

Q. So, paragraph 2.1 is in conflict with the first page, correct?

A. Yes.

Q. All right. You didn't prepare this warrant, Mr. Rimland apparently did, is that fair to state?

A. I didn't prepare this warrant. This is our form. Whether Mr. Rimland typed it up or not and filled in the numbers, I do not know.

Q. But you have no reason -- you can't account then for the difference between the 400,000 and the 179,000, you don't know?

A. I would call it a typo.

Q. Well, it's a lot more than a typo, but call it whatever you want.

A. Oh, seems to me to be a typo, but I --

Q. How does a secretary translate 179,000 just typographically into $400,000 -- 400,000 shares? How do you do that?

MR. VENTURINI: Objection, hypothetical.

MR. ROSENBAUM: He said it's a typo, but he doesn't know.

61 (Pages 238 to 241)

Page 242

A. I don't know. I don't know why there's a discrepancy.

Q. Okay, thank you. Let me show you another document.

A. Done with this one, sir?

Q. Well, let me just finish.

A. Okay.

Q. You raised an issue. On your October 26th letter.

A. Yes.

Q. Just to reiterate, the banker's fee totals 200,000 shares, correct?

A. It appears to say that, yes.

Q. But that's not what Mr. Chorske ultimately got, correct?

A. I don't know what Mr. Chorske ultimately got.

Q. Did he get any warrants -- any Charys warrants?

A. To my knowledge he got -- no, I do not know if he actually received Charys warrants or not.

Q. Do you know whether as a result of the reassignment -- I'm sorry, the assignment. Let me start over. Do you know as a result of the

Page 243

reissuance of the warrants that are mentioned in your October 26th letter, Mr. Chorske got any warrants?

MR. VENTURINI: Objection to form.

A. I did not -- I have not seen Mr. Chorske's warrants. So I cannot tell you that I've seen them. Whether they've actually been retitled? No, I do not know for a fact 'cause I've never seen them.

Q. Now, you're telling us that he's not entitled to 200,000, he's entitled to 100,000, correct?

A. Yes.

Q. And then I showed you a document that says the banker's fee is at 7 percent?

A. No, you showed me a document which says that the cash banking fee is 7 percent.

Q. Right. And you know of no document that says that the warrant portion of the banker's fee is any different than 7 percent, correct?

MR. VENTURINI: Objection.

A. I didn't think I said that either. It is my understanding now that the banking fee with regard to the warrants would be 10 percent.

Q. What's that understanding based on

Page 244

other than what Mr. Rimland may have told you 'cause Mr. Rimland is not particularly accurate?

A. Yeah. No, that wouldn't have been from Mr. Rimland.

Q. Where was it from?

A. My recollection is that Mr. Chorske was a 10 percent banker.

Q. What's the understanding based on?

A. My understanding --

Q. In the Charys transaction?

A. In the Charys transaction.

Q. What's it based on if it's not from Mr. Rimland?

A. It's my understanding that in conversations that I recall with Mr. Angleo when we would discuss who the banker was, what they would get, we discussed that Chorske would be a 10 percent banker.

Q. For cash and warrants?

A. I don't recall about the cash. I'm recalling about the warrants.

Q. Well, in your conversation with Mr. Angleo did you have -- when you're discussing Chorske's banker's fee on the Charys transaction, did anybody distinguish the banker's fee relating to

Page 245

warrants and cash?

A. I don't recall making that distinction. However -- however, there were other things going on at the time of November of 2005 with regard to cash fees that may have impacted that decision.

Q. Lots of things may have happened. I just want to know what you remember. Do you remember anything -- any discussion with Angelo --

A. I don't remember.

Q. Let me finish the question. Any discussion with Angelo where -- as it relates to the Charys transaction where there was a discussion about a different percentage of banker's fees for warrants than for cash?

A. I don't recall having a specific conversation with Mr. Angelo on why the cash fees and the warrant fees for the banker would differ on the Charys transaction.

Q. Thank you.

(Discussion held off the record.)

MR. RIVERA: We're going off the record. The time is 3:34 p.m. This ends tape number four.

(Recess was taken.)

DOERNER & GOLDBERG, INC.
5 Becker Farm Road * Roseland, NJ 07068

973-740-1100
1161 Broad St. * Ste. 110 * Shrewsbury, NJ 07702

Page 246

MR. RIVERA: We're back on the record. The time is 3:44 p.m. This begins tape number five.

Q. You said you wanted to clarify something before we went back on the record?

A. Yes, sir.

Q. Whatever it is that you want to clarify is it something that you discussed with Mr. Venturini in the break?

MR. VENTURINI: Objection. Instruct him not to answer as to attorney/client privilege.

MR. ROSENBAUM: No, that you can't. Any discussions that he has with you during a deposition is fair game and you know darn well you should not be discussing the testimony during a break.

MR. VENTURINI: Instruct not to answer.

Q. Did you have any -- yes or no, did you have any discussions with Mr. Venturini during the break? Don't tell me what the substance was. Just tell me whether you spoke to him.

MR. VENTURINI: Did you speak to me during the break? You can answer that question.

A. I spoke to Mr. Venturini during the

Page 247

break.

Q. All right. And now you want to clarify something?

A. Yes.

Q. Go ahead.

A. I thought you were trying to confuse me before. With regard to having authority, I signed many documents routinely on behalf of Highgate House Funds. Those documents were provided to and seen by Mr. Angleo and Mr. Rillo, who is sitting with us today, and the assignments were no different than any other document I signed on behalf of Highgate House in the ordinary course of me being co-portfolio manager of Highgate House. 'Cause you kept asking me over and over if I had the authority and I wanted to clarify my response 'cause I don't think I said that.

Q. You didn't, but you said the documents -- you just said the documents that you signed on behalf of Highgate House were seen by Mr. Angelo and Mr. Rillo, that's just what you said?

A. Some of them, yes.

Q. The assignments that you signed for Charys on behalf of Highgate House after you gave your resignation notice, that was never seen by Mr.

Page 248

Rillo or Mr. Angelo at the time you executed those documents, were they?

A. I don't know.

Q. 'Cause you didn't send them to Mr. Rillo or to Mr. Angleo at that time, did you?

MR. VENTURINI: Asked and answered.

Q. Did you?

MR. VENTURINI: Asked and answered.

Q. You can answer it.

A. I didn't send the documents to anyone. Someone in my office would have handled that.

Q. And you didn't instruct anybody in your office to send them to Mr. Angleo and Mr. Rillo at the time you did -- at the time you signed them, did you?

A. I don't recall that.

Q. No, okay. So, if in fact you did you -- if in fact you had some authority to sign documents on behalf of Highgate House, with an underscore on the if, there are documents you said that were seen by Mr. Rillo and Mr. Angleo, but these warrants -- the Charys warrants or the assignment for the warrants, you have no knowledge of that being seen by Mr. Angleo or Mr. Rillo,

Page 249

correct?

MR. VENTURINI: Objection, mischaracterizes his testimony.

MR. ROSENBAUM: That's exactly what he testified. You know, withdrawn. We'll let the record state what it says.

Q. Let's talk about the warrants set forth in your --

A. Which document now?

Q. I'm going to show you your warrants in your October 26th letter, what was it, P-23?

A. This one?

Q. Yeah.

A. Thank you.

Q. The banker's fee warrants, the 200,000 warrants. You see that?

A. Yes, sir.

MR. ROSENBAUM: I didn't mark these before. Can you mark these -- this P-47, this P-47A, this P-47B, and this P-47C.

(Documents received and marked P-47, P-47A, P-47B and P-47C for identification.)

Q. I'm showing you what we've marked -- what the Reporter marked as P-47 and then P-47A, P-47B and P-47C. These are warrants issued -- each

DOERNER & GOLDBERG, INC.
5 Becker Farm Road * Roseland, NJ 07068

973-740-1100
1161 Broad St. * Ste. 110 * Shrewsbury, NJ 07702

Page 250

of them are different warrants issued to Michael Chorske. Just take a look at them and I want to ask you some questions about it.

A.    Where does it have Mr. Chorske's name?

Q.    On the front page, first page.

A.    Okay.

Q.    Have you looked at all four documents, Mr. Gottbetter?

A.    I am, sir.

Q.    Okay. First, each of these documents are dated November 17th of 2005. Do you see that on the last page?

A.    Okay.

Q.    You can look at all of them. They're all dated the same date.

A.    Okay.

Q.    The notice that Mr. Rimland gave to Charys to issue -- to reissue the warrants was in June of '06, that's Exhibit 30. Do you recall that?

A.    To retitle the warrants?

Q.    Yeah. That notice was dated June 14th of '06.

A.    Plaintiff's 30?

Q.    Yeah.

Page 251

A.    Yes, the date was -- appears to be June 14th.

Q.    Who was it that inserted the November 17th, '05 date in these reissued warrants, do you know?

A.    I have no idea.

Q.    Do you know whether it was Mister -- I'm sorry. Do you know whether it was someone associated with your office that probably prepared these?

A.    I have no idea.

Q.    Do you know why the November 17th, '05 date is on here? Do you know or you don't know.

A.    I have no idea.

Q.    Okay, interesting. Who signed these warrants on behalf of Charys, do you have any idea?

A.    Well, the written words are Billy Ray, Jr., Chief Executive Officer and there's a signature that appears above it.

Q.    So you presume that it was Billy Ray?

A.    I don't know Billy Ray's signature.

Q.    Do you know Billy Ray?

A.    Yes, I do.

Q.    Have you ever spoken to him about these reissued warrants?

Page 252

A.    No, I have not.

Q.    Have you spoken to him at all about the Charys warrants that were -- the million of them that were issued to Highgate?

A.    The only conversation I had with Mr. Ray was as a result of your litigation.

Q.    When did you speak to him?

A.    I spoke to Mr. Ray some time after you filed for your order for your injunction.

Q.    Tell me about your conversation with him, please.

A.    Very simple. I told him that there was a fee dispute with Cornell and Yorkville because I didn't want him to think that the -- the words being communicated by Yorkville and Angelo to the company were accurate. And I wanted him to know it was a fee dispute and it will be resolved and I apologize for the inconvenience it was obviously causing him.

Q.    Did you discuss the entitlement to the million or part of the million -- any part of the million warrants?

A.    I don't think I got into the substance of the dispute. It's more along the lines of, we have a fee dispute. You know, a portion of

Page 253

these warrants belong to me and, you know, Yorkville is improperly taking them and I said, it's going to be resolved and I apologize for the inconvenience.

Q.    And what did he say?

A.    He said, okay. You know, fine.

Q.    Did you have any discussion about the warrants that were apparently reissued prior to this litigation?

MR. VENTURINI: Objection to form.

A.    I didn't discuss with him any of the mechanics of re -- of retitling. I didn't discuss delivery. I didn't discuss peoples names. All I said to Mr. Ray is what I've testified to already.

Q.    Okay. And you have no knowledge as to why these warrants, which Mr. Rimland asked be issued in June of '06, were dated November of '05? You have no knowledge as to why that happened?

A.    No, I'd be speculating.

Q.    Okay. Do you know whether in fact that's indeed Mr. Ray's signature?

A.    Well, as I just testified a minute ago, I don't know Mr. Ray's signature. So -- and I'm not a handwriting expert.

Q.    The answer is, no, you don't know?

A.    I can't tell you if it's his

DOERNER & GOLDBERG, INC.
5 Becker Farm Road * Roseland, NJ 07068

973-740-1100
1161 Broad St. * Ste. 110 * Shrewsbury, NJ 07702

Page 254

signature or not.

Q.    Assuming that it is, do you have any idea when he signed this?

A.    No.

Q.    Could this -- could these have been signed back in November of '05 and just a different title page put on them?

A.    I don't know.

Q.    Could be though?

A.    I'm not going to say that. I don't know that.

Q.    Well, was it Mr. Rimland you think that prepared the warrants -- these warrants, Exhibits 47A through --

MR. VENTURINI: You've asked that question at least three or four times.

MR. ROSENBAUM: I may have, I just don't remember what his answer was.

Q.    A through C, did he prepare them?

A.    Let me refresh your recollection. What I testified to was that this appears to be our form of warrant, but it does not have our document stamp on it on the lower left having been produced by our document system. So I can't say for sure who prepared them.

Page 255

Q.    We'll have to ask Mr. Rimland if he prepared them.

A.    You can ask him tomorrow.

Q.    We'll do that tomorrow.

MR. ROSENBAUM: Be prepared to answer that one.

MR. VENTURINI: Homework assignment.

Q.    Right. Now if you totalled the number of warrants in P-47A through C, they total 135,200 warrants. You're more than welcome to do the arithmetic.

A.    I've already done it.

Q.    Correct that there were 135,200 warrants?

A.    I'm sorry.

Q.    Am I correct that they total 135,200 warrants?

A.    Yes, sir.

Q.    Okay. And that's a number of warrants that Mr. Rimland in his June 14th e-mail said that Mr. Chorske should receive, correct?

MR. VENTURINI: Again, the document speaks for itself.

Q.    Is that correct?

A.    That's a better characterization.

Page 256

Q.    Fine. That's what Mr. Rimland's June 14th e-mail says?

A.    That's what it seems to indicate, yes.

Q.    So, apparently that which Mr. Rimland told to Charys in June somebody fulfilled that request and there was 135,200 warrants issued to Mr. Chorske?

A.    I don't know that personally.

Q.    Well, here they are. Do you have any reason to believe that these aren't the warrants issued -- P-47 aren't the warrants issued to Mr. Chorske, P-47A through D?

A.    I don't have reason to believe they are or not.

Q.    Have you seen any other warrants issued to Mr. Chorske other than the ones I just showed you P-47A through D?

A.    No, I have not.

Q.    Well, simple question, since Mr. Chorske -- since Mr. Chorske was issued -- apparently issued 135,200 warrants can you tell me why the banker's fee in your October 26th, '06 letter is listed as 200,000 warrants?

A.    No, I don't know why.

Page 257

Q.    Okay, bear with me a second please. I want to show you the Charys closing binder, Exhibit 16.

A.    Thank you.

Q.    This is one of the documents that was in HHA's files that was given back to Highgate after you left.

A.    Okay.

Q.    All right. Talk to you about the banker's fee for a moment. Take a look if you would at page 17.

MR. VENTURINI: Page 17 of what?

MR. ROSENBAUM: This document.

A.    What tab?

Q.    Oh, I apologize. I apologize.

A.    It's okay.

Q.    Of tab one.

A.    Yes, sir.

Q.    Under paragraph G, fees and expenses.

A.    Uh-huh. Yes.

Q.    Look at the last line it says, quote, "The company shall also pay Yorkville Advisors Management, LLC a fee equal to 7 percent of the purchase price which would be deducted from the monies deposited in escrow by the buyer at the

DOERNER & GOLDBERG, INC.
5 Becker Farm Road * Roseland, NJ 07068

973-740-1100
1161 Broad St. * Ste. 110 * Shrewsbury, NJ 07702

Page 258

closing and the second closing as the context so requires." End parens. I read that accurately, correct?

A. Yes, you did.

Q. Is that the banker's fee, the 7 percent?

A. Well, this specifically has to do with the cash banker's fee, not the warrant banking fee.

Q. Is there anything in here that says that the warrant banker's fee is any different than the 7 percent?

A. It wouldn't be in this document.

Q. Where would it be?

A. That would be a discussion between Mark Angelo and myself and the banker.

Q. Well, you said you don't remember whether or not there was any difference in the banker's fee for the warrants or the cash portion in your discussions with Angelo?

A. No. What I said was, I don't recall a specific conversation delineating why there would be a different banking fee for the warrants versus the cash. Doesn't mean it didn't happen, number one, and number two, it wouldn't be in this

Page 259

document.

Q. You said that. So you don't remember any discussion with Angelo concerning a banker's fee for the warrants any different than for the cash? That's what I just asked you.

MR. VENTURINI: So you asked him.

A. My recollection is that there would be a 10 percent banking fee to Chorske on the deal. That was my recollection.

Q. But it turns out your recollection was partial -- the very best partially inaccurate 'cause this -- this document says 7 percent of the cash --

MR. VENTURINI: Objection.

Q. -- correct?

A. Well, as I said, I don't recall a conversation delineating why there would be a difference, but obviously there's a difference.

Q. Why do you say there's a difference if you don't remember a conversation?

A. Because -- no, because based upon what the banking fee for the cash is different than the banking fee for the warrants.

Q. Why do you think the banker's fee for the warrants is different than the banker's fee for

Page 260

the cash given the fact you don't remember a specific conversation with Angelo about it? That's my question.

A. Because I never recall having a 7 percent banking fee on a deal let alone on warrants.

Q. Well, apparently there was a 7 percent banker's fee here for the cash. That's what this transaction -- that's what the document says, correct? I know you don't remember, but that's what the document says?

A. That's what the document says.

Q. Okay. And my question -- and you said you don't remember any conversation with Mark Angelo differentiating the banker's fee for Charys for the warrants or for the cash, that's what you said, correct?

MR. VENTURINI: Objection, asked and answered.

A. Hold on, there's confusion. You tried to trick me.

Q. I didn't try to trick you.

A. You did. What this is is the banking fee charged to the company, not the banking fee that goes from Yorkville to Chorske. That's where you've tried to trick me today. I just caught it.

Page 261

Q. I didn't try to trick you at all.

A. You did.

MR. VENTURINI: Maybe he doesn't know that.

THE WITNESS: Well, then his people at his table know.

A. This is the banking fee paid by the company to Yorkville that could be anywhere from 7 to 10 percent as your client testified last week, and as I will testify to. What then the banker on the deal gets on that 7 percent is a different story and would not be in this document. And I just figured it out because it would never be mentioned in this document. This isn't Chorske's 7 percent. It's Yorkville's 7 percent. Chorske gets 10 percent of this 7 percent and 10 percent of the warrants which is why I don't recall any delineation of difference between banking fees and warrants and cash 'cause it never happened because it's not relevant.

Q. Why then if you say that the banker's fee --

A. See. I'm sorry it took me so long to figure out the maneuver you were trying to pull there.

66 (Pages 258 to 261)

Page 262

Q.    I was trying to pull? You're creating. I think you're creating, but I don't want to argue.

MR. VENTURINI: Gentlemen, please.

MR. ROSENBAUM: Auggie, you're right. For the first time today you're right. I'm not going to argue with you.

Q.    I don't want to argue with you either, Mr. Gottbetter, but tell me why then --

MR. VENTURINI: Can we mark the transcript where you agree with me. I just want to show people that.

Q.    Tell me why then in exhibit --

MR. VENTURINI: Seven is that what it is? I want to hurry this along so you can get done today.

A.    This is an important point.

Q.    Why in Exhibit 7, do you have it there, it says the banker's -- in the e-mail from Rimland to --

A.    The banker's fee --

Q.    Let me finish. Let me finish the question so at least we put it all in context. Why in this November 1, '05 e-mail from Rimland to Fragga and you and others, he says, quote, "The

Page 263

banker's fee on this deal is only 7 percent and, therefore, the disbursement should be --"

A.    Excellent question, Mr. Rosenbaum, because what happens is the banking fee goes to YAM and Theresa Frogga has to know how much money to hold back for YAM. What YAM's deal is with Michael Chorske or anybody else never gets at this level of the deal. The deal is 10 percent for Chorske.

Q.    10 percent of what?

A.    Of the banking fees. 10 percent of the 7 percent, 10 percent of the warrants. You're confusing the word, and I can understand why you may have confused it, I'll give you the benefit of the doubt. The banking fee and -- and Cornell would change the word that they used, okay. So, let's call it banking fee charged to the issuer is 7 percent, sometimes it could be 8, 9 or 10 percent. In your example this morning you used 10 percent because that was very customary. Here in Charys, Billy Ray negotiated a 7 percent banking fee. Why? Because Mr. Mirman was the introducing party and he also had to get paid a fee. If Cornell would have charged its 10 percent banking fee and Mr. Mirman would charge his fees, it would be too expensive. So he negotiated a 7 percent banker's fee for

Page 264

Yorkville. That has nothing to do with the 10 percent Mr. Chorske is going to get on the cash and the 10 percent Mr. Chorske is going to get on the warrants.

Q.    Let's assume you're correct.

A.    Oh, I am correct.

Q.    Well, I'll give you the benefit of the doubt. That still does not entitle Mr. Chorske to 200,000 warrants?

A.    As I testified to earlier, that mistake was recognized and will be corrected.

Q.    And it still doesn't entitle Mr. Chorske to 135,200 warrants, does it? 10 percent --

A.    That's the same issue.

MR. VENTURINI: Same question.

Q.    It doesn't entitle him to anything other than 100,000 warrants, if you're correct?

A.    I am correct. And that is correct.

Q.    All right. So, there was a mistake in Mr. Rimland's e-mail, the June 14th e-mail, is that what you're saying, considering Mr. Chorske banker's fees?

A.    Based upon the knowledge that I have now, it is my recollection that Mr. Chorske should have received a 10 percent banker's fee on the

Page 265

warrants and the cash, regardless of what the company was paying YAM.

Q.    And according to the warrants I just showed you he received more than that?

A.    That's correct.

Q.    Okay. So Mr. Rimland made a mistake in his June 14th e-mail; is that correct?

A.    Well, you'll ask Mr. Rimland about that tomorrow.

Q.    The e-mail based --

A.    I never saw that e-mail before today.

Q.    I showed it to you. It says 135,200 warrants Mr. Chorske is entitled to. That's what it says.

A.    It doesn't say what he's entitled to. You keep mischaracterizing it, Mr. Rosenbaum.

MR. VENTURINI: Michael, let him finish.

Q.    It says he is to receive 135,200 warrants. That's what it says, correct?

A.    That's different than entitlement.

Q.    And it says also, and I showed you the warrants where Mr. Chorske apparently received 135,200 warrants, correct?

A.    That's correct.

67 (Pages 262 to 265)

Page 266

Q.    And you're saying that's too many warrants for Mr. Chorske?

MR. VENTURINI:  Asked and answered.

A.    Yes, I am.

Q.    So your letter -- your October 26th letter to Mr. Rillo in which you copied me was also incorrect as to the amount of warrants Mr. Chorske is entitled to, correct?

A.    Well, it's all part of the same mistake, Mr. Rosenbaum.

Q.    So, when -- I don't want to say it. I don't want to get you any more aggravated than I already made you.

A.    No, I'm not aggravated. I'm quite pleased that I finally figured out the rues. May I please request some more water, sir.

Q.    Let me show you a document.

A.    Thank you.

Q.    Okay.

A.    Are we done with this, sir?

Q.    Yeah.

A.    I figured you would be.

Q.    Document 11 on it's upper left-hand side -- let me see. Yeah, it says Highgate House Funds Limited, correct?

Page 267

A.    Yes, sir.

Q.    All right. And it's dated December 14th of '05. Do you see that?

A.    Yes.

Q.    If you turn to the third page of that document, it says page three of five.

A.    Yes.

Q.    That shows Highgate House books reflecting the ownership of a million Charys warrants, does it not?

MR. VENTURINI:  Objection to form.

A.    No that -- that's incorrect.

Q.    Okay. Isn't that what it shows?

A.    These are not Highgate House's books.

Q.    It says Highgate House's funds on the upper left.

A.    This is a document I created internally for myself.

Q.    Okay. It says Highgate House Funds Limited?

A.    Yeah, but it's not the books of Highgate House.

Q.    It says, Highgate House Funds, correct? You created this?

A.    Yes, I did.

Page 268

Q.    I understand that. It says Highgate House Funds on the upper left?

A.    Yes, it does.

MR. VENTURINI:  Let me note an objection. You start asking questions, you haven't establish any foundation for the document.

MR. ROSENBAUM:  You've got to give me time. Give me time.

MR. VENTURINI:  Normally it's the first thing you do.

MR. ROSENBAUM:  I'm inexperienced so just bear with me.

MR. VENTURINI:  No, you're very experienced and -- and you're tricking the witness or at least attempting to.

MR. ROSENBAUM:  I'm going to keep my mouth shut.

Q.    You prepared this document when, Mr. Gottbetter?

A.    First of all --

Q.    When did you prepare the document? That's what I'm asking you. You said it's your document. When did you prepare it, you or someone from your firm. When was it prepared?

A.    May I answer now?

Page 269

Q.    Yeah.

A.    Okay. First of all, let's clarify, I myself didn't personally type it in. Someone in my --

Q.    When was the document prepared by you or your firm?

A.    The document is a live document which is created everyday.

Q.    Okay.

A.    The date that this was printed out evidently is December 14th, 2005.

Q.    All right. And what was the information taken from as set forth in this document? What books and records?

A.    When Highgate closed transactions --

Q.    Uh-huh.

A.    -- that we were responsible for closing, we had information on, we then made record of the debenture and the warrants. Deals we didn't close we would try to obtain that information from Yorkville's offices.

Q.    So, is it fair to state that this -- the information in this document was taken either from Highgate or from Yorkville's records?

MR. VENTURINI:  Objection.

68 (Pages 266 to 269)

Page 270

A.    It's too ambiguous about what Highgate's records are, but when we closed transactions I kept a record of every transaction we did and that transactions that were assigned to us or put in our portfolio or closed on our behalf I would get that information so I could try to keep my own record of the positions.

Q.    Okay.

A.    Because the documents provided to me were confusing at best.

Q.    Okay. In any event, when you prepared this document you reflected that a deal was closed with Charys in which one million warrants were issued, correct?

A.    That is correct.

Q.    And this document on the upper -- is labeled Highgate House Funds Limited. It's dated 12/14/05, correct?

A.    That's what it says.

Q.    Okay. I'm going to show you another document. This is a document showing a valuation date of a whole bunch of securities as of January 31, '06. Do you see it? Look over here. Do you see that this document shows a value date of January 31 of '06?

Page 271

A.    Yes, sir.

MR. VENTURINI:  Are you asking him a question again?

MR. ROSENBAUM:  I just did. I just asked him. You missed the question. I'll ask it again though if you want to hear it.

MR. VENTURINI:  No, I don't want to hear it again. Let me note an objection that we haven't established any foundation for this document.

MR. ROSENBAUM:  I'm about to get to it.

Q.    Have you seen this document before, Mr. Gottbetter?

MR. VENTURINI:  Thank you.

A.    I saw this document in -- in preparation for this deposition --

Q.    Okay.

A.    -- but not prior to this litigation.

Q.    You mean when you were preparing with Mr. Venturini?

A.    Yes.

Q.    Okay. When, yesterday?

MR. VENTURINI:  Well --

MR. ROSENBAUM:  Just asked when. I

Page 272

didn't say what.

MR. VENTURINI:  Let me note an objection.

Q.    Did you prepare with him yesterday?

MR. VENTURINI:  You can answer that question.

Q.    Yesterday was Wednesday.

A.    Wednesday? Yes, I met with Mr. Venturini yesterday in preparation of my deposition today.

Q.    How long did you meet with him?

A.    Hours.

Q.    I know. How many?

A.    Three-and-a-half hours.

Q.    Okay. And this is one of the documents you saw you said?

MR. VENTURINI:  Let me note an objection.

MR. ROSENBAUM:  He already testified to it.

MR. VENTURINI:  He's already testified. As long as you don't claim it's a waiver of any attorney/client privilege I'll allow him to answer. Do you claim that, Mr. Rosenbaum?

MR. ROSENBAUM:  Well, it's a waiver

Page 273

only with respect to this for the moment.

MR. VENTURINI:  Well, do you -- well, no.

MR. ROSENBAUM:  He waived it. He said he saw this when he prepared with you yesterday. By the way, documents that he looked at is not privileged, but I don't want to argue with you.

MR. VENTURINI:  You claimed the privilege during Mr. Angelo's deposition actually.

MR. ROSENBAUM:  Doesn't mean I'm right. Means I'm pulling the wool over your eyes.

MR. VENTURINI:  May I quote you on that?

Q.    In any event, this document shows Charys warrants -- a million Charys warrants, correct?

A.    I'm sorry?

MR. VENTURINI:  Well --

Q.    It shows a million Charys warrants, correct?

MR. VENTURINI:  The document speaks for itself.

Q.    Correct?

MR. VENTURINI:  Wait. You haven't

69 (Pages 270 to 273)

Page 274

established whether this witness has prepared it or drafted it or --

MR. ROSENBAUM: I'll get to it. I can only ask one question at a time.

Q. It only shows -- strike that. It shows a million Charys warrants, correct?

MR. VENTURINI: Objection, the document speaks for itself.

Q. Is that correct? You can answer it.

MR. VENTURINI: Objection, the document speaks for itself.

Q. You can answer it and then we'll go on, it will save time.

MR. VENTURINI: No. I instruct not to answer.

A. I'll advise you again, sir, Mr. Venturini is my counsel. I have to be directed by him, not by you.

Q. This document not only reflects a million warrants, it shows a valuation under the value column of those warrants, correct?

MR. VENTURINI: Objection, instruct not to answer.

MR. ROSENBAUM: Because the document speaks for itself?

Page 275

MR. VENTURINI: That's right, and he has no personal knowledge.

MR. ROSENBAUM: Well, we're going to find out.

MR. VENTURINI: If you want him to read it, we're not going to waste our time just reading documents into the record that he has no personal knowledge of.

Q. Well, let me -- let me be clear. This document shows a million warrants, Charys warrants, valued -- each warrant is valued. The first one is valued at -- I think it's $395,203. The next one is valued at $216,970 --74 dollars. And the next two -- the next one is valued at $182,277 and change. And the final one is valued at $169,577. That's what it says. If you differ with that tell me now, otherwise we'll go on.

MR. VENTURINI: Well, the document again says what it says. It speaks for itself.

Q. When was the first time --

MR. VENTURINI: And we have no knowledge.

MR. ROSENBAUM: Don't answer for him, Auggie. I'm going to ask him.

MR. VENTURINI: I didn't answer for

Page 276

him.

Q. When was the first time you saw this document?

A. Within the last several days.

Q. Okay. You didn't see it at the time it was issued back in, presumably, in January of '06?

MR. VENTURINI: Objection.

A. We don't know whether it was issued in January of '06.

Q. You didn't see when it was issued whenever it was issued?

MR. VENTURINI: We don't even know if it was issued.

A. I don't know when this document was created allegedly. I don't know if it even existed in January '06. Who knows when this document was created. So I can't testify --

Q. All you can testify to is what it says then?

MR. VENTURINI: No, the document speaks for itself. I'm not going to let him testify as to what it says if he has no personal knowledge.

Q. All you can testify to, if your attorney ever permitted you to utter a word, is to

Page 277

what the document says, correct? That's all you can testify to because you don't know anything about it.

MR. VENTURINI: You can answer the latter question if you know anything about the document.

Q. Is that correct?

A. Hold on. You guys got to sort this out because I'm now confused. Am I supposed to answer a question?

MR. VENTURINI: You can answer.

Q. Answer the question. You don't know -- you can't testify to anything about this document because you never saw it, is that what you're telling me?

MR. VENTURINI: Except in the course of this litigation?

A. I've only seen this document in the last few days and I have no idea the veracity, the truthfulness of it, when it was created or anything else. So I don't know what I can possibly tell you about it.

Q. Okay. You see on the far left column it says option ticker? Do you see that?

MR. VENTURINI: Are you going to ask a question, that's --

70 (Pages 274 to 277)

Page 278

MR. ROSENBAUM: I asked the question.

MR. VENTURINI: That's a factual question.

A. I see the word, yes.

Q. And under that it says, Highgate House Funds? I just want to make sure I'm looking at this properly. That's what it says, correct?

MR. VENTURINI: Again, the document speaks for itself.

Q. You can answer the question.

MR. VENTURINI: No, I instruct not to answer.

Q. Do you differ with me that it says Highgate House Funds?

MR. VENTURINI: Instruct not to answer.

MR. ROSENBAUM: On what grounds?

MR. VENTURINI: On the grounds that we're wasting our time.

MR. ROSENBAUM: We're wasting our time listening to your ridiculous objections, but I have no choice.

MR. VENTURINI: I'm not going to have the witness read documents that he has no personal knowledge of.

Page 279

MR. ROSENBAUM: I just asked what it says. I agree, he said he had no knowledge I just want to make sure we can understand what this document purports to be.

Q. It purports to be a document of Highgate House Funds, that's what it says, correct?

MR. VENTURINI: If you say so.

MR. ROSENBAUM: Thank you.

Q. Do you agree with Mr. Venturini that that's what it says?

MR. VENTURINI: Objection, instruct my client not to answer.

MR. ROSENBAUM: What are you afraid of, Auggie?

MR. VENTURINI: I'm afraid of wasting time.

MR. ROSENBAUM: Well you're wasting time by instructing him not to answer.

MR. VENTURINI: I want you to move on. You have 45 minutes.

MR. ROSENBAUM: I don't have 45 minutes.

MR. VENTURINI: You have 45 minutes. We're leaving at five.

MR. ROSENBAUM: Well, then he'll come

Page 280

back.

MR. VENTURINI: Get to a real question.

MR. ROSENBAUM: He'll come back if we're not done.

MR. VENTURINI: I don't think so. We have been here all day. We had a half hour lunch so you can finish and now you're wasting time having him read documents where he has no personal knowledge into the record.

Q. If you look at -- if you look at P0147 that's further on in the document.

MR. VENTURINI: I'm sorry, which one?

MR. ROSENBAUM: P0147.

A. Is that the page titled April?

MR. VENTURINI: They all have P0147.

Q. Do they?

A. No, they're cut off. Oh, yeah 47. I assumed four --

Q. Six pages into the document.

A. Hold on, page entitled June? What page are you --

Q. No.

A. Sorry.

Q. Three, four, five, six.

Page 281

A. Okay.

MR. VENTURINI: Is that P01477?

MR. ROSENBAUM: Yes.

A. 77, okay.

Q. That also lists million Charys, does it not?

MR. VENTURINI: Well, wait a second. Wait a second. Let's see if the witness has ever seen this document before.

A. I have never seen this document.

Q. That may be. Does it list Charys warrants?

MR. VENTURINI: Again, the document speaks itself. Instruct you not to answer.

Q. You disagree that it shows Charys warrants?

A. Mr. Rosenbaum, is this document from 2006?

Q. The document is from July of 2006.

A. I have never seen any documents from 2006 because I resigned in January 19th, 2006.

Q. My question is -- my question is, does it show a million Charys warrants? That's my only question.

MR. VENTURINI: Objection. Instruct

71 (Pages 278 to 281)

Page 282

you not to answer.

MR. ROSENBAUM: Okay, we'll do it the hard way, Auggie.

Q. So, you can't differ to what it says obviously? You have no knowledge as to the accuracy of this document?

A. I have no knowledge to the accuracy of this document, when it was or for what purpose it was created.

Q. You can't testify that it's inaccurate, correct, 'cause you have no knowledge about it?

A. I can't testify about it period.

Q. Okay, that's fine. So, if -- if Highgate people say that this document was first published -- the first page was published in January of '06 you can't differ with that?

A. I have no knowledge about it.

Q. Good, thank you. Take a look at Exhibit 13. Exhibit 13 is -- Exhibit 13, have you seen that before?

MR. VENTURINI: Can I ask you a question, do you have original tabs or are these all copies?

MR. ROSENBAUM: These are all

Page 283

photocopies.

MR. VENTURINI: They're all photocopies?

Q. Have you seen this document before, Mr. Gottbetter?

A. In preparation for this litigation I have, sir.

Q. What about before?

A. No.

Q. Have you ever asked -- when you were working for Highgate or for -- I'm sorry, when you were working as — sorry. When you were working for Yorkville as a Highgate Fund manager did you have access to Highgate Fund's statements showing unrealized gains and losses?

MR. VENTURINI: Objection to the mischaracterization of the beginning part of the question. It mischaracterizes his testimony.

Q. You can answer the question.

A. The document that I saw with regard to the portfolio was the daily portfolio summary report prepared by Yorkville's office and then provided to me by Mr. Angleo.

Q. Did you --

MR. VENTURINI: I'm sorry, which one?

Page 284

A. The daily portfolio summary provided by Yorkville and Mark Angelo to me.

Q. In addition to that document, did you ever ask for any other -- when you were working for Yorkville, did you ask for any other Highgate documents other than the one you just identified?

A. Any other documents?

Q. As it relates to Highgate's portfolio?

A. I asked for the documents that relate to Highgate's portfolio and what I was given was the daily portfolio summary.

Q. Okay.

A. Not this document.

Q. Let me show you Exhibit 14.

A. The daily portfolio summary that Yorkville and its accounting department prepared and gave to me on an Excel -- I guess like an Excel spreadsheet, that document was provided to me. I created my own summary document, which you showed me earlier, and this document I have never seen, just to make it clear.

Q. You never asked for that type of document when you were with Yorkville, did you?

A. Didn't know that it existed.

Page 285

Q. Okay. Do you have Exhibit 14 here?

A. I do.

Q. All right. Have you ever seen this document before?

A. No.

Q. Take a look at P01483, that's part of this document.

A. Yes, sir.

Q. Under Highgate House Funds that shows a million warrants -- million Charys warrants, doesn't it?

MR. VENTURINI: Objection. Let's see if he's ever seen this document before or knows anything about it.

MR. ROSENBAUM: He says he didn't see it before. Listen to his question -- listen to his answer.

MR. VENTURINI: I'm listening, but we're talking about the first page.

MR. ROSENBAUM: I wasn't talking about the whole document.

Q. Does page 01483 show a million Charys warrants, does it not?

MR. VENTURINI: We'll take your word for it. Instruct not to answer.

72 (Pages 282 to 285)

Page 286

Q. And it shows a valuation of those warrants, doesn't it?

MR. VENTURINI: If you know that this document has a valuation you can -- you can testify to that.

A. I've never seen this document. I see headings on the document. I don't know what this document means. And again, I don't know when it was created. Is it created September 2006?

Q. Well, you said you don't know.

A. No, it's written here.

Q. Well, let's assume that's when it was created.

A. Then I haven't seen it in September 2006 because I resigned in January 2006. Let me finish, sir, please.

Q. Go ahead.

A. I said, if it was created in September 2006 I haven't seen it 'cause I resigned in January of 2006.

Q. In any event, the document has a column -- there are columns as you said, correct? Correct?

MR. VENTURINI: I'm sorry.

MR. ROSENBAUM: He's looking to you

Page 287

you might as well open your mouth.

A. It's part of the same objection, sir.

MR. VENTURINI: I'm coughing so, you know, I can't object all the time, but I think that it's the same thing. I don't know why you're wasting your time on this. It's not his document. He doesn't know. He has no personal knowledge.

MR. ROSENBAUM: I'm not wasting my time.

MR. VENTURINI: I know -- tell me.

MR. ROSENBAUM: Because -- since you asked for a proffer because you said these -- the Highgate Charys warrants never appeared on Highgate's records and were fees to Yorkville. These documents reflect just to the contrary. Let me finish. These are documents that reflect just to the contrary, as does the NAV.

MR. VENTURINI: And you can argue that.

MR. ROSENBAUM: And I'm not giving -- I'm not arguing. I'm showing him documents. If he doesn't want to testify to them that's fine. I'm giving you every opportunity to try to refute the facts. If you don't want to that's fine. Let me ask my question given my proffer.

Page 288

MR. VENTURINI: But you're not asking him to refute the facts. You're asking him what this document says and it speaks for itself. He has no personal knowledge and it's an improper question.

Q. This has a column on it called valuation of plot, does it not?

MR. VENTURINI: We'll take your word for it.

Q. On page 01483, as Mr. Venturini says, he takes my word for it. So, given the fact that he now takes my word for it, you see it also lists a value for Charys warrants, does it not?

MR. VENTURINI: Well, again, if you have personal knowledge --

MR. ROSENBAUM: Do you take my word for it?

MR. VENTURINI: Well, if you have personal knowledge of it then the witness can testify to it.

A. I don't know what this document means, I don't know what it says, I've never seen it.

Q. You do know what it says because I'm showing it to you. You can read it as well as I can.

A. Yeah, but you're not a portfolio

Page 289

manager, you're a litigator.

Q. I can read.

A. Doesn't mean you know what it means.

Q. I know what it means and you know what it means. It means that as of November -- I'm sorry, as of September of '06 Highgate valued these warrants at 905,00, 509,000, 509,000 and 509,000, correct? Is that what it means? If you want to differ you tell me.

MR. VENTURINI: You can --

Q. Tell me.

A. I think that's the basis for this fee dispute today, sir.

Q. Just answer whether you agree or disagree with the way I read the document, that's what I'm asking you.

MR. VENTURINI: I think that the document speaks for itself and I instruct him not to answer.

MR. ROSENBAUM: Fine. Can I have -- give me a two minute break.

MR. VENTURINI: Sure.

MR. RIVERA: We're going off the record. The time is 4:25 p.m.

(Recess was taken.)

73 (Pages 286 to 289)

Page 290

(Document received and marked P-48 for identification.)

Q. Let me show you Exhibit 48, Mr. Gottbetter.

A. 48?

Q. It's a Highgate House Fund's balance sheet of as of 12/31/05?

A. Yes, sir.

MR. RIVERA: Counsel, we're not on the record.

(Discussion held off the record.)

MR. RIVERA: We're back on the record. The time is 4:35 p.m.

Q. Okay, ready? You're looking at Exhibit P-48, correct, Mr. Gottbetter?

A. Yes, sir.

Q. And that's a Highgate House Fund's balance sheet as of December 31 of '05, correct?

MR. VENTURINI: Objection. That's what it says.

Q. That's what it says?

A. That's what it says.

Q. Have you seen this document before?

A. No, not -- I've seen this document in connection with this litigation.

Page 291

Q. But other than that you haven't seen it?

A. Never.

Q. All right. Did you ever ask for a copy of Highgate's balance sheet as of 12/31/05, before you were -- before you left Highgate in January of '06?

A. A balance -- no, I did not ask for a formal balance sheet of Highgate House Funds.

Q. Okay. Just a quick question then about this document.

A. Sure.

Q. Bear with me.

A. Are you looking for the Charys warrants?

MR. VENTURINI: There's no question pending.

A. Sorry.

Q. Take a look at -- sorry, Rich -- page two please of this P-48 document.

A. Yes.

Q. Do you see where it says, "Warrants marked to market a million seven --

MR. VENTURINI: Again, same objection.

Page 292

MR. ROSENBAUM: I haven't finished my question.

MR. VENTURINI: All right. Please ask a question.

MR. ROSENBAUM: Well, I can't if you're speaking.

Q. Do you see -- do you see warrants marked to market has a value of a million seven -- $1,742,541? Do you see that?

MR. VENTURINI: Objection, the document speaks for itself, but if you want to address his attention to page two, I mean, he's there.

Q. Do you see that number, Mr. Gottbetter?

MR. VENTURINI: You want him to look at the 1.7 million dollar number?

MR. ROSENBAUM: Yeah.

MR. VENTURINI: Okay, he can look at that.

A. I see the number 1.742,541.

Q. Do you know what warrants that consists of? Either you do or you don't.

A. No, I do not.

Q. Let me show you Exhibit U to Mr.

Page 293

Venturini's affidavit that he's filed yesterday I guess it is.

MR. VENTURINI: Can I note my objection now?

MR. ROSENBAUM: To what, to your affidavit?

MR. VENTURINI: Yeah. Actually, you might be right on that one.

Q. Here's Exhibit U.

MR. VENTURINI: Yes, you are.

Q. I got to find Exhibit U.

MR. VENTURINI: Because we have to leave early, not early on time, at five o'clock, I'm going to help you along.

A. Let's help him.

MR. ROSENBAUM: I got it. Do you have Exhibit U? You're showing it to him?

MR. VENTURINI: I'm going to find it.

MR. ROSENBAUM: I have it here.

MR. VENTURINI: Oh, you have it?

A. I'm going to use my coaster. Yes, sir.

Q. Exhibit U --

THE WITNESS: This okay?

A. I'm saying it's okay.

DOERNER & GOLDBERG, INC.    973-740-1100
5 Becker Farm Road * Roseland, NJ 07068    1161 Broad St. * Ste. 110 * Shrewsbury, NJ 07702

Page 294

Q.    Take his. Take his.

MR. VENTURINI: I haven't found mine. It's before this one, right?

MR. ROSENBAUM: It's right here.

MR. VENTURINI: I have it. I have it. I have it.

A.    Okay.

Q.    It's bates stamp P01435. Do you see that?

A.    Yes, sir.

Q.    All right. Number -- the number on the bottom --

A.    Yes.

Q.    -- it says 1,742,541, correct?

MR. VENTURINI: Well, I think, again you haven't established a foundation for this document.

MR. ROSENBAUM: I will.

MR. VENTURINI: If you want to say that the number is the same you can argue that.

Q.    Do you see the number 1,742,541, that's all I'm asking?

MR. VENTURINI: You want to ask him to point. Okay, his attention is directed there.

Q.    Do you see it?

Page 295

A.    I see the number 1,742,541 strike 00.

Q.    And have you seen this document before, P01435?

A.    No, I have not seen this document before and do not know when it was created.

Q.    It says on it that -- the upper left, December 31 of '05. Do you see that?

MR. VENTURINI: Again --

Q.    Do you see it?

MR. VENTURINI: -- objection. I mean --

Q.    Do you see the date, that's all I'm asking?

A.    What's the meaning of the date?

Q.    Do you see the date? And I'll get to my next question.

MR. VENTURINI: Okay, we see a date.

A.    I see the date.

Q.    The date is December 31 of '05, correct?

A.    That's what it says.

Q.    All right. Now, at least as of December 31, '05 you were still doing work for Yorkville, correct?

MR. VENTURINI: Objection to form.

Page 296

Q.    Is that correct?

MR. VENTURINI: Objection.

Q.    You're still employed by -- still working with Yorkville -- associated with Yorkville?

MR. VENTURINI: Objection.

Q.    You can answer.

A.    Yes, I was.

Q.    And you could have asked for any documents relating to Highgate's investments made -- made as a result of your efforts, correct?

MR. VENTURINI: Well --

Q.    You could have?

A.    I did.

Q.    Okay. And you could have asked for Highgate's balance sheet as of 12/31/05, correct?

A.    Yes. I could have asked for whatever I wanted to ask for and they would have given me what they wanted to give me.

Q.    But you didn't ask for Highgate's balance as of 12/31/05, did you?

MR. VENTURINI: While he was there?

MR. ROSENBAUM: Yes.

A.    In December of '05 I did not ask for, nor did I receive, Highgate's balance sheet.

Q.    Okay. Had you done so, you would

Page 297

have received Exhibit P-48. This is my statement to you, you would have received Exhibit 148 and any backups you wanted. That's my representation. Given that fact, can you tell me why you didn't ask for the Highgate balance sheet as of 12/31/05?

MR. VENTURINI: Objection to form.

Q.    You can answer.

MR. VENTURINI: If you possibly understand it you can answer it.

Q.    You can answer it.

A.    One, I don't understand why you're making that statement to me, and two, I don't understand why you're asking me why I didn't ask for a balance sheet.

Q.    Let me tell you why I'm making the statement.

A.    Please.

Q.    So you can shake -- you not shake your head.

A.    I'm just confused.

Q.    Well, let me clarify it.

A.    Please.

Q.    That balance sheet, the one I just showed you, P-48 shows that carried on Highgate's books are one million Charys warrants with a value

DOERNER & GOLDBERG, INC.
5 Becker Farm Road * Roseland, NJ  07068

973-740-1100
1161 Broad St. * Ste. 110 * Shrewsbury, NJ  07702

Page 298

set forth in the document titled -- set forth in Exhibit U in Mr. Venturini's affidavit. That's why I'm asking you. And I'm asking you because you've taken the position that those warrants were never carried a value on Highgate's books. That's why I'm asking you. So given that -- given that which I've just told you, and that which you've just seen, do you have any reason to differ with the information of P-48 and P-49?

A.    Absolutely.

Q.    You do?

A.    Yes.

Q.    And tell me why.

A.    Because when Mr. Angelo came to me in November of 2005 and disclosed the fact that he had overstated the return of Highgate by 1.4 million dollars, one of the ways he -- several ways he told me we were going to make up that shortfall. One was, I was not going to receive banking fees for the balance of the year, either would Yorkville. And then to help — that was not going to be enough fees. So then he said, let's take a look at the warrants that we have and see if that will be enough to make up the shortfall.

I then instructed Mr. Chorske to do a

Page 299

valuation of the warrants that -- of which I had a 44 percent interest after the banker, if there was one, had an interest. Did the analysis. I provided that to Mr. Angleo some time in December of '05 and he told me that wasn't going to work and we have to find other ways to make up the shortfall. Therefore, it was my understanding that the warrants were not included in Highgate because otherwise why would we be looking to add the warrants to the Highgate Fund to make up the overstated shortfall.

Q.    You say the warrants in Yorkville -- Yorkville -- as a Yorkville asset?

A.    Under Yorkville's control subject to my 44.4 interest in those warrants after the deduction of any warrants due any banker.

Q.    So, therefore, those warrants would have been reflected on Yorkville's book as an asset?

A.    I don't know where Mark would have reflected it. It is my understanding that Mark played loose with the warrants and moved them where he needed to move them in order to get accomplished what he wanted to get accomplished.

Q.    If they weren't on not Highgate's books then they had to be on Yorkville's books?

A.    Not necessarily.

Page 300

Q.    Well, whose books were they on 'cause I've shown you documents reflected they're on Highgate's books, but you don't believe that.

A.    No, you haven't because what you showed me was a document, sir, dated February 22, 2006.

Q.    Yeah.

A.    That's not 2005.

Q.    Which is a balance sheet as of 12/31/05.

A.    Purports to be.

Q.    Right. So -- but you're saying -- you're saying that even though that balance sheet reflects the Charys warrants, whatever they're valued at, that that's inaccurate, is that what you're telling us?

MR. VENTURINI: Objection. There's nothing about the Charys warrants on Exhibit 48.

MR. ROSENBAUM: There is. If you look, we've just established that.

MR. VENTURINI: We have not established that.

A.    We have not. You asked me that question. I don't see the word Charys on Exhibit 48.

Page 301

Q.    You did on -- you did on -- you did on document 1435, didn't you?

A.    But, sir, you just testified that document 48 had the Charys warrants. I'm telling you --

Q.    It does.

A.    Can you please show me where it says Charys warrants?

Q.    Sure. Sure, I'll be happy to.

A.    I missed it.

Q.    You did?

A.    Yes, I did.

Q.    You sure?

A.    Positive.

Q.    All right. Do you see this number warrants to market $1,742,541? Yes or no.

A.    That does not say Charys warrants.

Q.    Yes or no, do you see the number? We'll get to it. Do you see the number? The number is there, isn't it?

A.    I'm correcting your statement, your inaccuracy.

Q.    Is the number there. I'm sorry. Is the number there, Mr. Gottbetter? Either it is or it isn't.

76 (Pages 298 to 301)

Page 302

A.    Which number?

Q.    I'll do it again. $1,742,541, do you see that number on the balance sheet where it says warrants mark to market? Yes or no.

MR. VENTURINI: The question is whether the Charys --

MR. ROSENBAUM: I'm going to get to it. I can only ask one question at a time.

Q.    Do you see that number?

A.    Mr. Rosenbaum --

Q.    Do you see the number, that's my question?

MR. VENTURINI: Okay.

Q.    That's my question.

A.    Mr. Rosenbaum, you've confused me.

Q.    No I haven't. You want to pretend you're confused.

A.    You told me the Charys warrants were document 48. I can have Shaunna read back the record.

Q.    Just answer my question. Do you see the number 1,742,541?

MR. VENTURINI: Objection, instruct not to answer we've been through this already. Please get to your point.

Page 303

MR. ROSENBAUM: Look, you can't instruct him not to answer when he asked me to give him information, it doesn't make sense.

MR. VENTURINI: Because we asked where the Charys warrants --

MR. ROSENBAUM: I'm going to do it. I can only ask one question at a time. I'm tying it to another document. You know it and I know it.

Q.    Do you see the number $1,742,541?

MR. VENTURINI: Objection.

Q.    Do you see it or you don't?

MR. VENTURINI: Objection, instruct not to answer we've been through this. Please ask a real question.

MR. ROSENBAUM: This is a real question.

A.    I've answered that question. Yes, I see the number.

Q.    All right, thank you. And do you see the same number on P -- where the heck is it? Exhibit U, thanks. Exhibit U to Mr. Venturini's affidavit, the same number, $1,742,541?

MR. VENTURINI: The document speaks for itself.

Q.    Do you see it? It's there. It's

Page 304

there, isn't it?

MR. VENTURINI: Well, the document speaks for itself.

Q.    It's there.

MR. VENTURINI: The document speaks for itself.

Q.    Answer the question. He didn't tell you not to answer.

MR. VENTURINI: Instruct not to answer.

MR. ROSENBAUM: I figured you'd say that.

Q.    And the number on Exhibit U, the $1,742,000 includes the value of Charys warrants, doesn't it?

MR. VENTURINI: Objection.

A.    I don't know that.

Q.    Well it says it. It says it. That's what the document says, doesn't it?

MR. VENTURINI: Mr. Rosenbaum --

Q.    Doesn't it say, Mr. Gottbetter?

MR. ROSENBAUM: You can instruct him not to answer as long as you want.

MR. VENTURINI: I'm instructing him not to answer because you're arguing with the

Page 305

witness and you're testifying. Instruct not to answer. This is becoming abusive.

MR. ROSENBAUM: No, what's becoming abusive is your instructions, but that means you can't -- you can't refute it when we put it in our brief and affidavit so that's fine with me.

MR. VENTURINI: Please move on. You have limited time. Get to something important.

Q.    Almost done, let's see.

A.    Good. Done with this?

Q.    Okay. Let me show you what we've marked as Exhibit 22.

A.    Thank you.

Q.    That's an e-mail from you to Mr. Angleo dated May 19th, correct, of '06, correct?

A.    Yes, sir.

Q.    Okay. You're telling Mr. Angleo in this e-mail, quote, "I don't know if you have -- if you have seen this yet, but this is what Ed put together for fees in 2005. As you can see, there is little owed to us in cash. The issues for us is dividing up the securities that were issued in 2005, their performance of the Highgate positions through June 2007 and some incidental expenses. Let's talk today about the ICU and FRST issue as I learned more

DOERNER & GOLDBERG, INC.
5 Becker Farm Road * Roseland, NJ 07068

973-740-1100
1161 Broad St. * Ste. 110 * Shrewsbury, NJ 07702

Page 306

last night after we spoke." Do you see that?

A.    I do see that.

Q.    Okay. Now, what was attached to this, the last page shows that --

MR. VENTURINI: I don't have a last page.

A.    I don't have that, sir.

Q.    You don't have it?

A.    No, sir.

MR. VENTURINI: I have a three page document.

Q.    Let me give you mine. Let me show you the last page of it. What's attached to this is a document entitled Yorkville Advisors, LLC, Mr. Gottbetter. Do you see that?

MR. VENTURINI: Is there a bates number on that?

Q.    No. And it shows that -- that you're owed $5,084. You see I've highlighted that in yellow. Do you see that?

A.    Yes, sir, I see.

Q.    All right. So it shows -- do you have any reason to differ with the accuracy of that that you're owed $5,084?

A.    I do now.

Page 307

Q.    What about when you -- when this was drafted?

A.    At the time I trusted Yorkville and Mark Angelo that the numbers were accurate.

Q.    And then also in the e-mail you said, "Since that amount is relatively small," you said, "the issue for us is then dividing up the securities that were issued in 2005," correct? That's what it says. That's what your e-mail says.

A.    Okay. Yes.

Q.    And securities, as you've indicated earlier, includes shares, debentures, warrants, correct?

A.    Yes.

Q.    All right. So, you said that's still an open issue, that is, the division of the securities that were issued in '05 -- 2005, correct?

MR. VENTURINI: Well, objection. I think --

MR. ROSENBAUM: Let the man answer. That's not even remotely objectionable.

MR. VENTURINI: I think it is.

Q.    Answer the question.

MR. VENTURINI: Objection. You can answer.

Page 308

A.    You have to repeat the question.

Q.    There was an open issue, that is, the division of securities that were issued in '05, 2005?

A.    Yes.

Q.    And you said, "let's talk about it," correct?

A.    Yes.

Q.    Any time between -- any time after May 19th of '06 and October 26th of '06 did you have any conversations with Mark Angelo concerning the division of securities issued in 2005? Yes or no.

A.    Excellent question. I tried to have communications --

Q.    Did you --

A.    -- with --

Q.    I want to know whether you actually spoke --

A.    I'm going to answer the question, Mr. Rosenbaum, if you let me finish.

Q.    Go ahead. Go ahead.

A.    If a witness wants to talk you should let him talk. I tried to have communications with Mr. Angleo since late January through until about a couple of weeks ago. I had one conversation in that

Page 309

period of time. We were supposed to have a meeting and he stood me up, but we did speak on the phone for 30 minutes about a couple of issues and a pending transaction, but I tried in vein, via e-mail, telephone call, third party communication, to have a conversation with Mark regarding the division of securities and any other fees and other related issues.

Q.    And the bottom line is, whether it's his fault, your fault or nobody's fault, you never had that conversation?

A.    Mr. Angleo never returned any of my phone calls or communications to discuss it.

Q.    Let's blame it on him. He never got back to you so you didn't have a discussion -- so you never had a discussion with him about the division of the securities issued in 2005, correct?

A.    I never discussed the formality with Mr. Angleo, no.

Q.    And, therefore, in June of '05 -- '06 Mr. Rimland over here sent that e-mail to Charys asking Charys to divide the warrants in accordance -- the Charys warrants in accordance with that e-mail, correct?

MR. VENTURINI: Objection to the

78 (Pages 306 to 309)

Page 310

linkage.

Q. Correct?

A. We assigned the warrants in January as part of the division and my separation from Yorkville. When they were subsequently retitled was some point later.

Q. June, according to Mr. Rimland's June 14th e-mail.

A. I've seen the June 14th e-mail. I don't know if that's the first communication, but I did see the communication.

Q. And including the securities that you wanted to discuss the division of with Mr. Angleo in May of '06 was -- were the warrants, correct? That's what you said a few moments ago.

MR. VENTURINI: Objection. He did not say that a few moments ago.

MR. ROSENBAUM: He said exactly -- you know what, Auggie, I'm going to call you on this one. Read back his answer to the question where I asked him where -- I think he said warrants were included in the securities.

MR. VENTURINI: You said securities are and that's the definition of securities. Doesn't mean that these securities mentioned in this

Page 311

particular document --

MR. ROSENBAUM: Let him answer. I'll swear you in later. I'm going to call you on this one.

MR. VENTURINI: I don't have to be called on it. I remember the testimony.

MR. ROSENBAUM: All right. You don't have to read it.

Q. Included in this securities that you wanted to discuss the division of were warrants, correct? That's what you said before.

MR. VENTURINI: That's not what he said before.

A. The warrants -- the warrants that were issued in the -- in the first and second quarter of 2006 which required communication with Angelo had to do primarily with Sanuco, Oxford Eu LaRu and First Look.

Q. This memo -- this e-mail rather talks about securities that were issued in 2005 not in the first quarter of 2006, does it not?

A. For clarification.

Q. Does it not say that, Mr. Gottbetter? Yes or no.

A. We're playing with the word issued

Page 312

now.

Q. I'm reading it. It says, quote, "The issues for us are dividing up the securities that were issued in 2005." That's what you said in your e-mail, correct?

A. I don't --

Q. I just read it verbatim.

A. Mr. Rosenbaum, I don't recall exactly what I'm referring to in securities. What I'm telling you is my recollection is there was three particular items that we had an issue about. They were, ICU Sanuco, Oxford Eu LaRu and First Look. Those were issues that were earned or deals that were done in 2005, but the issuance itself wasn't going to occur until 2006. Which is why we had all those e-mails and charts back and forth, which Mark signed off on and Mr. Rillo signed off on, with regard to how to break those down. I was trying to talk to Mr. Angleo about those. He wouldn't talk to me about them. So we made charts for everyone to look at.

Q. That's not what I asked you.

A. Well, that's my understanding.

Q. This e-mail -- your e-mail dated May 19th talks about securities issued in 2005. That's

Page 313

the words that you used? Yes or no, Mr. Gottbetter.

MR. VENTURINI: Well, please don't argue with the witness.

A. You're playing with the word issue.

Q. I asked you whether -- all I asked you whether that's what it says. Isn't that what it says?

MR. VENTURINI: It says what it says. If you want to ask him what he meant.

Q. You're talking in here -- I'll repeat it to you about the dividing up securities that were issued in 2005. Isn't that what the e-mail says? Yes or no.

MR. VENTURINI: Objection. The e-mail speaks for itself. If you want to understand what he meant by securities you can ask him that question.

MR. ROSENBAUM: I didn't ask him that.

MR. VENTURINI: Then instruct you not to answer. The document speaks for itself and he already testified to it. You have five minutes please get to a real question.

Q. Isn't that what the e-mail says that you -- that you want to discuss with Mr. Angleo securities, quote, that were issued in 2005?

79 (Pages 310 to 313)

Page 314

MR. VENTURINI: Objection. Asked and answered. Do not answer. Please move on to another topic. You have five minutes.

MR. ROSENBAUM: I'm going to go well beyond the five minutes. If you walk out and leave I'll just take his deposition again. So doesn't matter to me.

MR. VENTURINI: You're going to have to get approval because you're wasting time. You're wasting time.

Q. The Eu LuRu Oxford securities were not issued in 2005, were they? Issued.

A. As I testified earlier this morning, they were supposed to be issued in 2005, but because of an impossibility 'cause there wasn't enough shares authorized by the company that issuance was deemed not to actually, technically to have occurred, but would occur in 2006, but it relates to a deal done in 2005 which would be subject to my compensation agreement of 2004.

Q. When was First Look securities issued?

A. Same thing --

Q. 2006?

A. -- the transaction was done in 2005

Page 315

and the securities were not -- let me try to remember, forgive me. The transaction was definitely done in 2005. When the securities were issued or retitled I don't recall if it was '05 or again, if it rolled over into '06. I believed it rolled over into '06.

Q. And finally, Sanuco. When were those securities issued?

A. Same thing, transaction was a little bit complicated. We signed the transaction in or about November of '05, but we had to make it a bridge transaction because it too required shareholder approval which was going to take some time. So the anticipation was that deal would close in March '06. The deal was done in November, but again, it couldn't be finalized and the warrants actually issued until March or April of '06.

Q. So, both the three deals, First Look, Sanuco and Oxford Eu LuRu, the securities were actually issued in '06?

A. But they were deals that were done.

Q. For deals done -- I'll give you that. For deals done in '05 --

A. It's deals done in '05.

Q. Right.

Page 316

A. I am not drawing legal conclusions about the word issued in the e-mail. What I'm referring to are transactions that were done in '05 that needed to be cut up in '06 because they weren't being finalized 'till '06.

Q. Your e-mail doesn't say that.

A. That's what it means.

Q. Doesn't say that.

A. But that's what it means. If you don't want me to tell you what it means then don't ask it.

MR. VENTURINI: Let me note an objection. You asked him what securities meant. He's explaining it and now you're arguing with him.

MR. ROSENBAUM: I'm not asking him what securities meant.

MR. VENTURINI: You did ask him what the securities meant and he said it meant the three deals.

A. Let's wrap it.

Q. It's up to you, I can't keep you here, but you're going to come back.

MR. VENTURINI: Well, three minutes use it wisely.

Q. Did you ever have a specific

Page 317

conversation with Mr. Angleo concerning you taking in HH Advisors name a portion of the Charys warrants? Just I want to know about conversations, if any, that you had with Mr. Angleo just concerning Charys warrants, if you had any?

A. I had a blanket agreement with Mr. Angleo in or about June or July 2005 authorizing me to take HH Advisors warrants in its name in any deal that I was entitled to those warrants subject to me opening an account with Gator at Sloan Securities so Mark could watch how I sold the shares of -- underlying those warrants.

Q. By the way, did you ever open that account at Sloan Securities?

A. Nope, didn't need to.

MR. ROSENBAUM: All right. Okay, I have about an hour, an hour-and-a-half to go. If you're walking out just tell me now and we'll talk to the judge.

MR. VENTURINI: Well, I was trying to give you some leeway, but it's like about a minute to five. So, if you want to ask him anything else.

MR. ROSENBAUM: I have more than a minute to go.

MR. VENTURINI: You're not entitled

80 (Pages 314 to 317)

Page 318

to a second day with this witness.

MR. ROSENBAUM: I'll finish in an hour-and-a-half.

MR. VENTURINI: You're not entitled to a second day with this witness.

MR. ROSENBAUM: I'm not asking -- if you stick around for an hour, an hour-and-a-half, yes or no?

MR. VENTURINI: I can't do that, he can't do that and you're not entitled to it.

MR. ROSENBAUM: Well, then we'll have to call the judge.

MR. VENTURINI: All right. Call the judge. Are we off the record?

MR. ROSENBAUM: Yeah.

MR. RIVERA: We're going off the record. The time is 5:01 p.m.

(Deposition concluded at 5:01 p.m.)

(Witness excused.)

(Whereupon the deposition concluded at 5:01p.m.)

Page 319

CERTIFICATE

I SHAUNNA H. MORAN, a Notary Public, Certified Shorthand Reporter of the State of New Jersey, and Registered Professional Reporter, do hereby certify that the foregoing is a true and accurate transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

_____
SHAUNNA H. MORAN, C.S.R., R.P.R.
Certified Shorthand Reporter
License No. X100213700

DOERNER & GOLDBERG, INC.
5 Becker Farm Road * Roseland, NJ 07068

973-740-1100
1161 Broad St. * Ste. 110 * Shrewsbury, NJ 07702

**A**

able 40:4 102:1
above-entitled 1:19
Absolutely 230:23 298:10
abusive 305:2,4
accelerate 68:25 87:25
accelerated 63:22
acceleration 92:3 93:20
access 283:14
accomplished 299:21,22
account 59:2 85:3 100:23 206:7 241:12 317:10 317:14
accounting 82:17 114:9 222:6 284:17
accrued 56:10
accruing 56:16
accuracy 220:15 282:5,7 306:23
accurate 91:25 163:5 171:3 208:5 219:24 244:2 252:16 307:4 319:7
accurately 116:17 144:2 145:24 146:9 158:5 184:3 239:20,22 239:23 258:2
acknowledge 120:6 158:7
acknowledgment 88:3
acquiring 32:17
act 26:8 87:11 169:16,25 231:9
acted 161:8 163:16 164:19
acting 169:19 208:21 213:11
action 1:2 5:13 12:24 140:12 154:4 319:12,15
actions 159:25 160:1,19,19 209:12
actual 39:24 67:8 67:11,22 81:21
Adam 1:8,9 5:11 5:14 10:20 35:6

78:18 228:6
add 38:24 225:11 225:14 299:9
added 8:16 219:3
addition 24:17 32:11 51:16 56:17 58:7 72:1 122:20,25 123:3 124:1 128:22 284:3
additional 52:19 67:10,11 122:17 237:2
address 68:20 145:5 292:12
administarial 151:8
administerally 161:9
administerial 97:8 127:22
administrarial 126:14
administration 34:2
administrative 68:21
admissible 134:21
admitted 7:8
adult 27:10,11
advice 136:14,18 139:18 147:10 148:4
advise 178:9 274:16
advised 113:5 132:20,22,23 136:21 230:20 231:2
advisement 124:17
Advisors 1:4,10 5:11 23:8,10,15 35:18 36:8 37:13,13 44:22 44:23 45:9,11 45:16,17,24 46:17,21 48:12 48:15,17 49:4 50:25 51:6,22 63:18 65:6 66:14 68:11 69:11 70:6 72:3 77:1 86:24 87:18 88:12 92:10 95:24 104:11 106:6

107:15 108:6
119:16 121:3
123:12 124:2
127:13 149:18
150:4 163:2
170:6 201:11
215:12 257:22
306:14 317:2,8
advisory 42:9
Advisor's 95:9 101:24 106:7,14 163:14 171:12 172:1
affect 48:22 88:11 160:2,20
affidavit 4:7 85:23 86:4,5,13 87:1 88:22 89:4 89:5,14,15,21 89:24,24 90:4 90:11,13,20,24 90:25 91:5,6 107:13 108:5,14 108:16 109:2,9 109:19,25 110:4 110:7 111:4,7 111:12 119:3 144:11,23,23 145:6 146:17,20 146:22 293:1,6 298:2 303:22 305:6
affidavits 90:22 90:23 91:7 144:13,15
affiliate 50:24
affiliation 113:14
afield 186:4,8
afraid 279:13,15
afterthought 85:2
age 24:8
agency 12:4
agent 28:17 143:24 144:5 146:6 148:20,24 149:7,8,14 158:8 210:25 211:22 213:11
aggravated 266:12,14
ago 75:9 126:18 132:15 191:15 191:24 197:6 216:3 223:18 253:22 308:25 310:15,17
agree 34:16 120:6

152:19 159:17
164:16 168:2
172:17 185:6
220:19 262:11
279:2,9 289:14
agreed 40:21 68:24 69:9,10 70:3,5 84:25 85:1 88:10 92:9 99:6 122:5 149:19
agreement 20:7 23:11 37:24 39:6,9,10,17 41:2,4,9,13,22 42:20 43:24 44:4 48:16 49:1 50:15 53:15 63:17,20 64:10 64:14 74:25 75:15 76:2 79:17 84:2,7,9 85:13 86:15,21 88:10,14,17,21 94:12 97:14 98:2 100:9,16 100:22 101:13 101:14 102:15 106:24 114:6 116:10 118:15 120:22 121:4 123:18 124:4 126:15 150:18 156:22 158:4 161:9,10,12,20 161:25 162:19 162:20,25 163:6 163:6,8,10,15 163:19 175:9,17 175:20 201:4,9 201:15,24 208:20 209:1,18 209:18,23 215:12,13 314:20 317:6
agreements 20:2
ahead 26:21,24 38:4 58:16 61:7 62:5 84:12 88:1 102:10 106:25 130:8,21 131:11 247:5 286:17 308:21,21
al 5:12
alleged 163:1 190:4 193:22 195:8

allegedly 276:16
allow 238:4 272:23
allowed 113:6 152:11
alterations 192:19 194:4
amalgamated 57:2
ambiguous 134:20 270:1
amendment 87:24
amount 36:17 49:5 53:10 74:6 164:24 183:10 187:4 238:19 239:5 266:7 307:6
amper 20:5
analysis 139:15 220:20 299:3
and/or 51:3 132:16 134:12 137:13 185:3 227:9,17
Angelo 3:18,19,20 26:23 27:5,15 28:20 41:7 79:17,22 87:15 97:6 100:19 104:11 111:23 117:14 156:22 157:7 161:8,12 163:7,9,20 197:23 215:13 245:9,12,17 247:21 248:1 252:15 258:16 258:20 259:3 260:2,14 284:2 298:14 307:4 308:11 311:17
Angelo's 31:16 36:3 37:4 85:13 171:4,11,22 273:10
Angleo 23:18 27:4 27:24 29:1,10 30:15 36:12 68:8,21,24 69:8 69:20 70:3 89:6 91:15,20 92:7 92:12 93:19 94:13,17,23 95:24 96:24 97:2,13 98:3 106:17 112:18

116:1,22 158:13
163:13 164:6,18
170:18,20 171:8
172:4 208:3
209:2,19,23
210:2 244:15,23
247:10 248:5,14
248:22,25
283:23 299:4
305:15,17
308:24 309:12
309:19 310:13
312:19 313:24
317:1,4,7
**annexed** 134:16
**announcement**
 126:17
**annual** 56:17
**answer** 6:4,15,17
 6:21,23 13:5,6,8
 14:21 15:12,13
 17:3,15 21:8,24
 21:25 22:1,6,8
 25:23 33:7
 43:13,19 44:1
 46:8 58:25 62:9
 62:18 64:12
 66:13 68:7
 75:13 78:16
 79:13 96:7,11
 96:12 98:18
 100:14 101:22
 102:2 103:11,11
 105:22 107:21
 107:22 110:1
 114:15,16
 118:22 131:25
 135:7,14,24
 136:7,21 142:3
 142:8,24 147:5
 147:9,22,23,24
 148:17 152:6
 153:7 154:24,25
 155:7,11,12,14
 155:15,16,16,19
 155:22,23 156:7
 156:12,14
 159:13 161:7
 168:20 169:7
 170:22 171:7
 173:21,24
 174:11 175:11
 175:13 178:22
 182:2,10,15,21
 182:21,23 184:2
 184:7 185:10,11
 186:16,20

192:15 193:11
193:15,19
198:23 206:6,9
207:25 209:14
209:22 213:1
221:11 233:3
237:24 238:7
246:11,18,24
248:9 253:24
254:18 255:5
268:25 272:5,24
274:9,12,15,23
275:23,25 277:3
277:9,10,11
278:10,12,16
279:12,18
281:14 282:1
283:19 285:17
285:25 289:14
289:19 296:6
297:7,9,10
302:21,24 303:2
303:13 304:7,8
304:10,23,25
305:2 307:20,23
307:25 308:19
310:20 311:2
313:20 314:2
**answered** 21:6,23
 43:11,17 45:25
 78:25 81:13
 96:5 107:19
 133:5 134:18
 137:5 138:1
 139:13 147:21
 153:11 155:1,13
 155:17 156:5
 167:2 169:18
 178:24 185:9
 206:18 208:18
 248:6,8 260:18
 266:3 303:17
 314:2
**answering** 65:16
 88:18 102:11
 172:6 221:9
**answers** 4:9 133:6
 133:9,15,18,24
 135:19 136:22
 187:1
**anticipation**
 315:14
**anybody** 22:25
 31:10 42:19
 119:14 125:23
 126:9,20 128:20
 138:22 139:2

244:25 248:13
263:7
**anyway** 43:1
 89:18 154:25
 155:15 209:14
 214:5
**apart** 69:25,25
**apologize** 75:23
 108:22 198:24
 223:3 252:18
 253:3 257:15,15
**apparent** 112:12
**apparently** 143:5
 143:5 214:5
 226:3 241:6
 253:7 256:5,22
 260:6 265:23
**appear** 180:2,3
 216:18 219:21
**appeared** 61:13
 287:13
**appears** 108:18
 117:17 157:19
 173:11 179:22
 184:14 230:3
 236:8,14,16
 240:8 241:1
 242:13 251:1,19
 254:21
**applicable** 72:3
**appreciate** 240:22
**Apprentice**
 118:13
**approached** 23:18
 26:22 68:7
**appropriate**
 19:16 207:20
 208:11,14 210:4
**approval** 171:23
 314:9 315:13
**approximately**
 5:6 32:7 47:16
 47:17 70:10
 116:14,14
**April** 280:15
 315:17
**argue** 62:7 110:15
 110:21 165:11
 174:6 175:24
 186:22 233:7
 262:3,7,8 273:7
 287:18 294:20
 313:3
**arguing** 92:25
 110:17 165:14
 287:21 304:25
 316:14

**argument** 175:22
**arithmetic** 220:16
 220:21,23 223:4
 255:11
**arithmetically**
 220:24
**arms** 113:7
**arose** 112:10
**arrangement** 39:3
 39:23 40:13
 106:16
**arrangements**
 158:4
**aside** 67:5
**asked** 14:20 19:16
 20:21 21:12,22
 23:12 33:1,5
 39:1 42:21,24
 43:11,17 45:25
 48:21 62:11
 65:2 81:13 93:1
 94:7 96:4
 102:12 104:10
 107:19 110:12
 114:7 118:21
 120:18 130:7,10
 130:19 131:1,6
 132:9 137:5,25
 138:19 139:8
 147:18,21
 151:22 153:4
 155:5,5 156:5
 156:17,24 161:4
 167:2 169:18
 183:14 185:9
 187:16 192:23
 193:3 197:5,7,9
 202:22 203:24
 203:24 206:17
 222:13 248:6,8
 253:15 254:15
 259:5,6 260:17
 266:3 271:5,25
 278:1 279:1
 283:10 284:10
 284:23 287:12
 296:8,14,16
 300:23 303:2,4
 310:21 312:22
 313:5,5 314:1
 316:13
**asking** 20:20
 46:10 55:7
 118:20 125:13
 128:9 135:8,20
 136:4,13,14
 141:23,25

142:18 155:10
 165:15 174:19
 174:21,22 193:7
 193:9 221:10
 232:18,22
 234:12 235:3
 238:13 247:15
 268:5,22 271:2
 288:1,2 289:16
 294:22 295:13
 297:13 298:3,3
 298:6 309:22
 316:15 318:6
**asks** 19:24
**aspect** 114:20,23
**aspects** 34:21 35:1
**asset** 55:12 60:24
 61:11,18 62:14
 113:15 299:12
 299:17
**assets** 54:7 60:4
 60:14 72:14,14
 82:24 83:6,7,9
**assign** 127:2
 150:23 153:2
 163:21 164:22
 170:5,18 171:4
 203:8 210:11,13
 210:13
**assignable** 107:3
**assigned** 123:18
 124:3 128:15
 156:21 161:10
 169:10 215:8
 225:3,8 270:4
 310:3
**assigning** 127:23
**assignment** 4:5
 120:24 121:1,2
 124:5 128:1
 130:22 131:20
 164:11 171:6
 205:10 206:3
 208:23 210:16
 210:19 214:4,10
 216:9 217:25
 242:24 248:24
 255:7
**assignments**
 121:8 123:21
 124:9,14 125:14
 125:20 126:4,6
 126:11,20,24,25
 127:10 128:22
 129:3,6,19
 153:25 169:22
 170:12 198:8,9

198:14 199:9,15
205:10 207:16
208:6 213:25
214:4 217:24
218:3,16,18
219:19 220:10
220:12,25 221:2
221:24 222:18
223:6 247:11,23
assistance 138:20
associate 11:13,21
11:22 47:4
associated 26:18
41:7 119:7
125:24 126:9
139:5 171:9
187:9 188:3
189:5,11,16
197:2,11 202:5
202:11,14,20
251:9 296:4
associates 2:8,14
8:20 23:7
137:24 140:7
association
187:18,23
assume 20:11
31:8 35:8 37:5
42:1 53:18 54:1
54:13 56:3 58:1
64:13 77:6
105:8 106:12
119:7 125:1
127:8 139:11
196:6 199:12
204:22 205:4,6
205:9,25 264:5
286:12
assumed 280:19
assuming 192:8
220:15 239:10
254:2
assumption 77:8
assure 195:25
219:13
assured 113:2
attached 83:9
85:22 86:6,13
141:3 143:25
146:8 224:6
306:3,13
attaching 143:6
attachment 141:3
224:5
attachments
141:2
attempting

268:15
attendance 31:20
attention 71:9
223:19 227:7,9
292:12 294:24
attorney 6:16 7:4
14:25 19:15
26:14 148:18
161:24 276:25
319:11,13
attorneys 2:6,10
5:15 12:4
attorney/client
135:6 246:11
272:23
attributable
164:23
Auggie 17:19
174:17 193:12
204:11,16
221:10 223:12
239:16 240:20
262:5 275:24
279:14 282:3
310:19
Auggie's 17:19
augment 62:24
63:2 79:19
August 2:8 5:22
13:22 23:17
33:11,14 34:16
40:22 96:10
101:25 118:24
195:20
authority 169:24
170:20 171:15
171:19 203:5,17
203:21 204:1,3
204:6,14 247:7
247:15 248:19
authorization
131:13,18
authorize 205:8
authorized 154:1
205:21 314:16
authorizing 317:7
available 36:8
Avenue 2:9 5:25
average 35:12
37:7
Avi 28:12
awake 71:2,2
aware 18:1 61:16
129:8,15,19
137:13 139:12
141:6,9 180:10
194:22 196:22

200:17,18
203:25 204:9,12
A-V-I 28:12
a.m 1:25 5:6
80:16 81:4
83:13

**B**

B 3:12 4:1,10 5:24
back 24:16 34:2
34:10 37:4
44:18 66:12
79:8,9 80:23,25
81:2,3 83:24
95:22 97:25
105:24,25 108:1
111:13 114:9
115:21 125:9
151:5 152:20,23
155:23 156:21
156:24 158:14
158:19,24 159:2
168:6,6,11,13
168:19,21,22
169:4,9 180:19
202:10 209:2
216:1 223:6,13
223:16 246:1,5
254:6 257:6
263:6 276:6
280:1,4 290:12
302:19 309:15
310:20 312:16
316:22
backups 297:3
bad 223:4
balance 4:11 64:7
64:8,19 65:5,19
109:1,9,19
110:5,7 127:3
290:6,18 291:5
291:8,9 296:15
296:20,24 297:5
297:14,23
298:20 300:9,13
302:3
bank 53:7
banker 35:22,23
63:10,10,13
64:5,19 65:4,5
76:23 79:16
215:10,20,21,23
216:5 223:17,20
223:21,23
226:15 227:11
227:11,19
234:19 244:7,16

244:18 245:18
258:16 261:10
299:2,15
bankers 215:15
215:16,17,18
banker's 36:7
37:10 53:6,21
65:13,13,20,25
76:19 228:19,20
228:24 229:6,11
229:13,17,21
231:19 233:15
234:14,23 235:4
242:11 243:15
243:19 244:24
244:25 245:14
249:15 256:23
257:10 258:5,8
258:11,19 259:3
259:24,25 260:7
260:14 261:21
262:19,21 263:1
263:25 264:22
264:25
banking 35:7,16
35:21 36:4
52:10 58:24
67:10 84:14,20
88:5 243:17,23
258:8,23 259:8
259:22,23 260:5
260:22,23 261:7
261:18 263:4,10
263:14,16,20,23
298:19
base 32:14 114:18
based 36:16 58:5
58:20 63:16
76:7,14 81:11
81:20 82:11,12
82:14,16 116:13
147:10 243:25
244:8,12 259:21
264:23 265:10
basic 115:17
basically 6:14
45:23 102:3
111:25 134:25
basis 16:9 37:7
39:2 49:11,12
56:17 57:18
67:11 78:19
113:10 158:2
163:12 174:12
174:13 225:22
227:4 234:22
289:12

bates 3:22 198:11
214:10 216:12
220:7 237:8,11
294:8 306:16
bear 75:7 172:12
227:3 229:24
257:1 268:12
291:13
Beckman 112:18
becoming 305:2,3
beginning 47:6
103:19 112:11
199:17 283:17
begins 83:25
108:21 109:20
125:10 180:20
246:2
behalf 12:11
41:24 44:23
121:25 125:20
154:5 169:19,23
169:25 170:13
201:3 203:6,10
203:18 204:3,14
205:8 207:16,20
208:15,21
210:16,25
237:19 247:8,12
247:20,24
248:20 251:16
270:5
belief 82:18 225:2
believe 29:16
30:15 31:15
32:5 46:20
114:20 119:4
143:16 173:1
176:18,22
207:18 219:23
228:13 229:12
256:11,14 300:3
believed 315:5
belong 253:1
belonged 65:5,6,7
76:23 77:1
79:15
benefit 113:9
263:13 264:7
benefits 74:21
81:12
benefitted 79:25
Benjamin 7:11
berry 24:10
best 7:1,1 15:14
32:21 33:16
47:19 50:5
59:20 61:17

82:18 99:7,22
99:23 101:15
104:5 113:23
114:17 115:6
179:11 188:9
190:1,18 191:10
191:16 200:22
204:4 228:15
259:11 270:10
**Bethlehem** 7:19
**better** 75:22
255:25
**beyond** 118:11
314:5
**big** 34:11 126:16
**Billy** 143:12,13
251:17,20,21,22
263:20
**binder** 3:23 159:3
257:2
**bit** 36:22 47:23
71:6 86:1,24
87:2 98:10
315:10
**black** 24:9 82:8
**blame** 96:18
142:9,12,15
214:24 309:14
**blanket** 317:6
**board** 114:19
115:2 200:24
203:15
**book** 299:17
**books** 55:13 62:15
62:20 83:6
267:8,14,21
269:14 297:25
298:5 299:24,24
300:1,3
**bother** 195:11
**bottom** 198:9
219:11 236:10
236:12 294:12
309:9
**bought** 67:7
**box** 86:16
**break** 60:18 70:17
70:19,23,25
80:11 95:11
96:23 125:4,12
125:12 167:21
180:13,14
181:12 246:9,16
246:21,24 247:1
289:21 312:18
**breaking** 88:23,25
**bridge** 315:12

**brief** 305:6
**bring** 28:17,23
29:22 30:5
204:16
**bringing** 29:25
32:14
**broad** 32:18 34:18
56:1 103:9
132:1 134:19
148:22
**broader** 30:16
31:6 32:13
**broke** 8:21,24
9:20
**broken** 156:22
**broker** 28:15
32:17
**brought** 32:1,2
55:3 227:7,8
**Budd** 1:23 2:3 5:7
**building** 34:12
**bunch** 55:5
270:22
**burdensome**
134:20 135:4,11
135:20,21 136:5
**bus** 41:22
**business** 24:4 25:5
26:6,8 27:9,11
27:16 28:2
34:22 39:9,13
39:18,23 40:2,5
40:9,13 41:13
47:4 77:5
124:20 160:3,21
**buy** 37:1
**buyer** 257:25
**B2** 72:17

_____
**C**
_____
**C** 1:18 2:1,8 4:10
134:16 179:18
254:19 255:9
319:1,1
**calculated** 36:16
134:21
**calculation** 224:9
**calendar** 116:13
**call** 28:16 30:12
44:14 192:22
196:4 216:4
241:14,16
263:16 309:5
310:19 311:3
318:12,13
**called** 7:24 38:13
52:16,20 66:22

98:21 197:3
288:5 311:6
**calls** 74:23 136:13
202:17 309:13
**capacity** 47:14
145:21 150:14
234:14
**capital** 2:15 27:1
36:4 37:6 38:17
46:15 51:1 76:1
180:22 181:4,21
182:4 183:2,17
184:18 185:12
188:12 197:4,7
197:11
**Capital's** 118:13
**caption** 5:10
**Cardozo** 7:11
**care** 127:7 130:5
208:23
**career** 7:22
**carried** 118:12
126:15 210:1
297:24 298:5
**carry** 62:14,19
**carving** 123:1
**case** 5:10 15:7
72:13 144:13
**cases** 124:1
210:13
**cash** 35:7,24 51:2
52:10 53:7,7
58:24 84:14,19
229:9,10,21
243:17 244:19
244:20 245:1,5
245:15,17 258:8
258:19,24 259:4
259:13,22 260:1
260:7,15 261:19
264:2 265:1
305:21
**caught** 260:25
**cause** 29:23 30:21
35:14 66:17
72:20 101:25
112:6,16 122:21
128:17 132:1
163:4 169:9
184:15 186:17
188:21 190:10
191:21 202:17
217:9 225:19
237:10 243:8
244:1 247:14,16
248:4 259:12
261:19 282:11

286:19 300:1
314:15
**causing** 252:19
**Cayman** 1:5
114:18
**Central** 30:14
31:12,13
**certain** 66:19
88:22 158:1
182:4 184:20
185:7 187:8
189:1
**certainly** 6:8
19:18
**Certified** 1:20
319:4,20
**certify** 319:6,10
**chance** 205:19,22
**change** 195:1
263:15 275:15
**changes** 42:4
194:4
**characterization**
91:24 100:15
109:25 111:10
164:17 255:25
**charge** 38:7 56:11
263:24
**charged** 35:22
51:20 260:23
263:16,23
**charges** 35:6,15
35:16 38:1
52:13
**chart** 144:1 146:8
**charts** 312:16,20
**Charys** 3:23 4:5,6
20:3,5,8 21:16
21:18 110:9
121:7,8,9
122:12,13,18
123:3,16,21,21
123:24,25 124:5
126:7,12 127:17
128:1,9,23
129:3,6,9,9,18
129:25 130:5,6
131:2,19 132:5
132:12,17,23
134:13 137:4,14
137:17 138:15
138:24 139:10
139:24 141:7,10
143:13 145:20
145:21 149:3,7
149:9,20,24
150:2,10,18,25

151:9,13,24
152:4,24 153:10
153:16 154:9,22
156:4 157:2
158:8,22 159:3
159:5,11 160:7
160:12 163:22
164:12 165:6,23
167:25 168:14
168:22 169:4,17
170:13,25
172:11,16,22
173:9 176:5
177:1,4,17,23
178:9 179:4,7,9
180:4 181:5
183:3,20 187:8
189:5,11,17,20
189:22,25
190:19 191:1,14
192:10,12,18
193:2,22 194:3
194:18,19,23
195:1,7 196:4
196:16 198:8
205:10 206:3
209:4 210:17,24
211:20,21,24
215:11 222:24
224:2,23 226:24
228:17 229:21
231:17,24
233:19 234:20
235:3 236:6
242:18,21
244:10,11,24
245:13,19
247:24 248:23
250:19 251:16
252:3 256:6
257:2 260:14
263:19 267:9
270:13 273:16
273:16,20 274:6
275:10 281:5,11
281:15,23
285:10,22
287:13 288:12
291:14 297:25
300:14,18,24
301:4,8,17
302:6,18 303:5
304:14 309:21
309:22,23 317:2
317:5
**Charys's** 189:1
192:20 194:5

check 137:1
220:23
cherry 123:24
Chief 251:18
choice 278:22
Chorske 1:13
20:5 46:5,20
47:2,3,10,18
129:10 130:12
131:1,9 132:16
137:3,14 143:15
170:6 187:21
214:10,20 215:3
215:10,18,20
216:10,17,25
217:3,6,12,15
217:18,21
218:11,15 219:3
220:13,25
221:25 222:10
222:21,23
224:15,23 225:1
226:4,14,20,24
227:4,9,10,17
229:7 231:20,25
232:8,15 233:20
234:2,17,19
242:14,16 243:2
244:6,17 250:2
255:21 256:8,13
256:17,21,21
259:8 260:24
261:15 263:7,8
264:2,3,8,13,21
264:24 265:13
265:23 266:2,7
298:25
Chorske's 144:20
224:12 226:1
234:9 243:6
244:24 250:4
261:14
chosen 184:16
Christmas 198:2
chronology 191:9
circle 112:17
cite 75:17
City 30:25 34:2
Civil 1:2 5:13
claim 116:20
120:2 153:18
272:22,24
claimed 273:9
claiming 116:22
clarification
46:10 63:19
89:19 311:22

clarify 18:14
46:12 57:10
65:1 67:17
84:22 94:4
121:14,22
131:25 198:1
246:4,8 247:3
247:16 269:2
297:21
clarifying 95:3
classify 30:20
cleaning 127:21
164:20 199:16
208:4
clear 6:9 7:2
50:21 61:6
62:13 70:2
96:21 122:24
153:23 230:25
275:9 284:22
clearly 33:17 35:5
client 12:23 30:4
31:25 47:4
213:20 261:9
279:12
clients 12:22
13:11
client's 29:25 30:2
140:5
close 34:6 101:3
269:20 315:14
closed 31:15
269:15 270:2,5
270:13
closer 102:21
closing 3:23 159:3
257:2 258:1,1
269:18
Club 30:14 31:14
32:4
clubs 27:11
clue 155:6,6
coaster 293:21
college 7:16
column 274:21
277:22 286:22
288:5
columns 286:22
combined 162:3
come 14:25 16:23
62:21 111:13
141:22,24 168:6
193:12 195:20
195:22 198:25
279:25 280:4
316:22
comes 140:20

comma 45:19
commencement
5:2
commencing 1:24
comment 15:23
61:10 93:2
219:6 233:10
commentary
189:1
comments 188:11
189:20
Commission
101:9 103:1
165:20 167:1,5
167:9,14 168:1
192:1
commissions 20:7
commit 33:25
common 26:5
51:2 59:22
84:14 181:16
239:19
commonly 24:22
180:24
communicated
137:18 194:23
194:24 252:15
communicating
15:7
communication
131:15 133:1
141:9 158:12
190:25 191:4,13
191:19 192:11
192:18 193:1,21
194:3 309:5
310:10,11
311:16
communications
21:14,17 44:7
132:5,10,11,12
134:12 135:7
137:3,8,12
138:23 190:4
308:14,23
309:13
companies 24:18
25:8,9,11,13,16
25:17,19 26:2
27:3 31:25 35:8
38:1 99:17
103:3 114:2
121:13 122:9,11
123:4 125:15
128:15,21,22
208:24
company 1:4,5,10

24:24,25 25:1
26:7 27:7,7,16
32:2,12 37:23
41:7 42:9 45:19
47:12 48:5,7,8
49:3 50:23 51:5
51:21 52:18
53:1,11,20
55:12 72:1,5,21
98:13,16,21
165:22 166:3
188:4 197:2,10
200:19 226:3
252:16 257:22
260:23 261:8
265:2 314:16
compared 84:19
compensation
35:13 44:3
47:25 51:7,12
58:20 84:10,13
114:6 116:9
118:1,9,15
162:3 314:20
complaint 167:19
172:15,21 173:3
181:19
complete 42:12
185:3
completed 169:12
completely 78:6
complex 86:24
87:7 88:23
163:12
compliance 12:9
22:22 208:20
complicated
36:22 87:3
97:20 108:15
110:23 315:10
complied 139:17
comply 138:20
148:3
comports 236:21
comprised 52:24
concept 34:18
concern 112:17
113:11 195:12
concerned 102:4
113:14
concerning 20:2,5
20:16 21:14,18
42:2 44:7 91:15
94:17,23 95:17
95:24 96:24
97:2 104:19
259:3 308:11

317:1,4
concerns 112:10
113:12
concluded 318:18
318:20
conclusion 74:23
88:5 135:13,17
135:24 136:1,13
146:24 202:17
232:5,14 234:18
conclusions 147:1
316:1
concrete 33:12
78:14
condition 85:2
conditions 72:7
conduit 25:18
confirm 116:9
179:23 184:12
confirmed 97:13
conflict 241:2
confuse 96:19
247:6
confused 96:17
263:13 277:8
297:20 302:15
302:17
confusing 54:5
63:23 233:8
263:12 270:10
confusion 63:19
260:19
conjunction 163:6
Connecticut 7:8
connection 13:17
20:8 42:18 48:5
48:6 49:2 50:25
103:25 107:9,14
120:7 176:21
177:2 178:2
290:25
consent 131:11,13
156:10 163:13
164:8
consideration
204:19
considering 27:8
264:21
consistent 43:2
62:22
consists 292:23
construe 205:7
contact 28:5
contain 159:4
content 97:10
contents 230:21
231:3

context 14:23
  58:11 258:1
  262:23
continue 49:2
continued 33:8
  198:4
contractural
  202:24
contradicting
  64:3 67:18
contrary 106:16
  106:23 287:15
  287:17
contribute 80:1
  81:19 82:9
  181:14
contributed 78:23
control 112:22
  116:25 118:11
  299:13
controls 35:19
convenient
  180:12
conversation
  32:19 69:8,12
  69:17 80:8 85:7
  85:8 91:14 92:7
  92:8,12 94:16
  95:17,23 96:1
  96:24 97:1,5,7,9
  104:14 112:18
  131:18 153:6
  164:5 168:7
  171:19 192:17
  192:18 194:17
  194:18 195:6,13
  208:3 244:22
  245:17 252:5,10
  258:22 259:17
  259:20 260:2,13
  308:25 309:6,11
  317:1
conversations
  33:8 40:1 87:21
  94:22 95:6
  244:15 308:11
  317:3
convert 52:22
  56:18
converted 56:24
  57:15 102:6
convertible 56:11
  176:17 177:24
  181:13,15 182:6
  185:14
convoluted 78:6
  79:11

copied 184:19
  211:20 230:4
  266:6
copies 124:14
  126:19,24 235:9
  282:24
copy 15:10 44:17
  49:17 90:15,18
  167:19,20
  177:12,14
  184:15 187:24
  188:10 201:12
  210:18,21 211:1
  211:7,16,25
  212:12,24
  213:10 224:3
  228:4,5 291:5
Cornell 2:15 27:7
  28:18 29:5,23
  29:23 30:1,5,7
  31:21,24 32:2
  32:11,14,25
  35:6,15,20
  37:22,25 59:25
  101:8 102:25
  112:16 113:4
  118:14 120:15
  121:18,22,24
  252:13 263:14
  263:22
Cornell's 121:24
corporate 9:6
  12:8
correct 28:1 39:22
  46:2,2 48:8,12
  50:19 51:8,11
  57:16 61:1
  65:10 69:7 70:6
  71:14 72:15
  73:18,24 74:9
  74:21 77:12
  78:4 79:3,5 81:8
  82:25 83:7
  91:18,21 93:8
  93:13,21,24
  94:14,18,22
  95:12,14,15
  99:14,18,21
  100:1,6,10,15
  101:18 103:16
  103:17,23 104:1
  104:4,9,16,17
  105:13,15
  106:17 107:22
  109:3,5,14,23
  110:1,24 111:1
  111:4,8,20,24

112:4 114:22
  115:10 116:23
  117:16 118:17
  118:22,25 119:4
  119:10 120:19
  122:19 123:13
  123:14 124:7
  126:7 142:24,25
  143:8 144:2,9
  144:13 146:9,14
  146:19 147:6
  150:5 157:3,4
  157:16 158:5,11
  158:16 159:4
  160:14,22,23
  161:24 163:24
  165:17 166:5,17
  167:1,5,9
  168:15,20,22
  169:17 171:15
  171:20 173:10
  173:14,18,22
  174:1,9 176:7
  179:15 181:22
  182:6 183:3,7,8
  186:5,9,14
  188:21,24 190:6
  190:12 191:15
  191:18 193:3,5
  194:1 198:23
  201:11,16,22
  202:12,15,20
  205:9 206:16,19
  207:13,14,15
  209:5,25 210:8
  210:20 216:8,13
  216:15,20,23
  217:3,6,12,15
  217:18 219:20
  223:5,25 224:16
  225:15 226:17
  226:21 228:5,25
  229:3,8 230:2
  231:20,22 232:1
  233:13 235:15
  235:18 236:19
  236:22 237:15
  240:25 241:3
  242:12,15
  243:12,20 249:1
  255:13,16,21,24
  258:3 259:15
  260:9,16 264:5
  264:6,17,18,18
  265:5,7,20,24
  265:25 266:8,25
  267:24 270:14

270:15,18
  273:17,21,24
  274:6,9,21
  277:1,6 278:7
  279:6 282:11
  286:22,23 289:8
  290:15,18
  294:14 295:20
  295:24 296:1,10
  296:15 305:15
  305:15 307:8,13
  307:17 308:7
  309:17,24 310:2
  310:14 311:11
  312:5
corrected 117:4
  117:19 195:19
  196:3,5,5,8,14
  196:16 207:12
  264:11
correcting 196:18
  301:21
corrections 189:2
  189:21 192:19
corrective 116:1
  117:7
correctly 66:13
  161:21
correspondence
  20:1 21:13
  117:7
corresponding
  116:1 184:17
costs 83:7
cough 19:25
coughing 287:3
counsel 13:23
  14:11,22 22:7
  41:25 136:3,18
  139:18 148:4
  175:14 189:2
  230:6 231:11,15
  274:17 290:9
  319:11,14
count 9:2
countersigned
  44:23,24 45:9
  48:15
couple 10:13
  34:23,24 40:6
  45:13 47:10
  66:17 67:6
  105:2 113:3
  155:18 308:25
  309:3
coupon 56:15
course 18:8 33:9

35:10 37:6,16
  39:25 40:5 56:5
  86:20 102:24
  138:22 160:3,21
  181:16 247:13
  277:15
court 1:1 5:12,17
  6:5 83:20
cover 205:23
coverage 36:14,16
  37:1,3,8
covering 77:17
co-defendants
  144:12
co-director
  114:12
co-manager 23:11
  48:11,17 49:4
  72:3,6,22 201:1
  201:2,5 202:1
co-managing
  201:17 203:1
co-portfolio
  113:17 114:5
  203:23 247:14
create 48:25
  52:19 113:1
created 18:8
  23:10 52:16
  98:12 99:1
  149:20,24 150:2
  267:17,24 269:8
  276:16,18
  277:19 282:9
  284:20 286:9,9
  286:13,18 295:5
creating 103:10
  262:2,2
credit 240:13
credited 122:7
CROSS 3:4
crossed 47:11
cull 13:24 14:25
currently 8:9 46:7
customary 42:12
  263:19
cut 88:20 127:3
  212:14,18,23
  280:18 316:4
C-H-Y-S 228:17
C.S.R 319:20

_____
        D
_____
D 5:24 214:11,16
  256:13,18
daily 69:22
  283:21 284:1,12

284:16
Darcy 140:21
darn 246:14
date 5:5 72:25
  73:12,14,17,23
  95:15 115:23
  116:16 117:4,19
  154:2 157:19
  191:2,3,12,21
  191:21 192:7,13
  192:21 194:7,9
  198:13,25 199:4
  199:4,8,18
  200:5 250:16
  251:1,4,13
  269:10 270:22
  270:24 295:12
  295:14,15,17,18
  295:19 319:9
dated 44:4 91:17
  111:23 117:14
  139:24 157:7
  170:1,2 173:8
  180:1 206:19
  224:1 228:1
  250:12,16,22
  253:16 267:2
  270:17 300:5
  305:15 312:24
Davidson 10:2,11
day 85:24 197:22
  198:25 209:11
  280:7 318:1,5
days 23:17,19
  33:23 69:25
  112:7 197:22
  207:8 276:4
  277:18
DeAGAZIO 2:4
  167:24
deal 17:4 31:4
  32:14,15,15
  35:22,23 39:8
  39:18,23 40:9
  68:3 101:9
  106:2,3 108:2
  118:9 121:18,23
  122:22 152:23
  152:23 154:14
  154:14 158:2,2
  175:25 177:22
  180:4 184:1
  185:3 195:4
  196:7,11,12,13
  214:9 228:20
  259:8 260:5
  261:11 263:1,6

263:8,8 270:12
  314:19 315:14
  315:15 317:8
dealer 28:16
dealers 32:17
dealing 132:17,19
  137:20 138:15
  138:24 193:22
deals 28:17 30:3,7
  32:16 34:6
  35:21 36:13
  40:25 47:24
  84:16 87:2
  99:13 101:3,11
  101:12 102:25
  103:2,3,3,6,16
  103:17 104:7
  105:1 107:7,11
  107:12,14
  108:14,23 109:3
  109:18 114:7
  151:18 152:13
  152:13,14,16
  153:18 154:9,22
  156:3 269:19
  312:13 315:18
  315:21,22,23,24
  316:19
dealt 39:11 50:9
  129:25 137:14
  137:16 179:4
debenture 52:16
  52:17 56:24
  269:19
debentures 51:2
  52:15,20,21,23
  56:11,14,18
  57:15 84:15
  178:16 307:12
deceased 10:2,10
  10:11
December 1:24
  5:5 98:1,4 99:11
  100:5,10 101:17
  103:15,22 104:7
  104:15,21 105:6
  106:9,14 107:7
  107:12,18 108:3
  123:12 179:15
  198:21,21 267:2
  269:11 290:18
  295:7,19,23
  296:23 299:4
decide 197:16
decided 79:18
  81:18 121:24,24
  205:11 206:3

209:3,17,22
decision 77:5
  112:8 127:16,25
  128:8 167:10
  197:17,18,20
  198:2,4,5 245:6
deduct 57:25 58:1
deducted 257:24
deducting 76:19
deduction 299:15
deemed 314:17
defendant 2:10
  15:6
defendants 1:14
  5:23 21:15
  90:23 134:12
  140:11
defined 48:8,17
  51:3 72:24 76:1
  76:2,2
defines 50:18
  73:20
definitely 94:19
  315:3
definition 310:24
DELAWARE 1:4
delegated 13:20
  14:15,23
delegating 14:9
delineated 218:15
delineating
  258:22 259:17
delineation
  261:17
delivery 253:12
demand 3:16 14:3
  14:5 20:12
demands 16:25
  137:22
demarkation
  153:24
deny 95:19,23
  96:2,6,15,23
department
  284:17
dependent 117:1
depends 26:11,13
  149:1 178:25
depiction 39:15
deploy 36:4
deployed 37:6
  38:16
deposed 12:25
deposited 257:25
deposition 1:7 5:2
  5:7 6:11 12:20
  213:13 246:14

271:17 272:10
  273:10 314:6
  318:18,20
depositions
  186:25
described 64:18
  72:2 87:5
descriptions
  152:23
designate 189:12
designated 212:11
despite 140:12
  158:9 168:10
destroy 42:13
destroyed 42:16
  43:7
detail 36:20 111:7
determination
  77:10 78:2
  81:12 196:25
determine 56:6,23
  57:3,12,13,22
  74:5,19 76:9
  81:8 82:23 83:4
determined 99:5
  114:1 210:14
determining
  55:24
detrimentally
  80:1
develop 31:6
differ 183:24
  217:22 245:18
  275:16 278:13
  282:4,17 289:9
  298:8 306:23
difference 50:22
  58:4 82:1
  107:24,25 235:2
  241:12 258:18
  259:18,18,19
  261:18
different 30:17,17
  83:22 87:13
  96:8 97:9
  107:20 155:14
  198:10 202:6
  214:4 232:19
  235:14 239:5
  243:20 245:14
  247:12 250:1
  254:6 258:11,23
  259:4,22,25
  261:11 265:21
differentiating
  260:14
differently 223:10

difficult 118:23
direct 3:4 6:2 67:3
  128:20 129:2,5
  130:3 141:24
  171:11 196:10
directed 16:18
  128:25 196:6
  214:22 274:17
  294:24
Directing 71:9
direction 122:4
  175:15 210:2
directions 130:4
directly 24:24
  46:3 70:6 86:23
  87:17 97:2
  137:6 167:17
director 113:24
  113:25 114:20
  115:13,16
  200:17,19,23
  203:16,22
directors 114:19
  115:2
disagree 281:15
  289:15
disassociation
  208:12
disbursement
  228:21 263:2
disclosed 298:15
discount 37:16
discovery 134:21
  226:7
discrepancy 242:2
discretion 60:5
  61:8 62:23 77:3
discuss 14:12
  15:15 19:15
  21:3 22:9 33:9
  244:16 252:20
  253:10,11,12
  309:13 310:13
  311:10 313:24
discussed 14:11
  14:19,20,21
  29:18 31:2 32:3
  32:10,18 65:15
  87:9,10,11,15
  93:16,19 143:12
  244:17 246:8
  309:18
discussing 29:20
  120:17 244:23
  246:15
discussion 14:4
  24:15 45:15

80:22 112:24
162:4 245:9,12
245:13,21 253:6
258:15 259:3
290:11 309:15
309:16
discussions 42:1
246:13,20
258:20
dispute 252:13,17
252:24,25
289:13
disputes 12:21
dissolve 8:15
distinction 245:3
distinguish
244:25
distinguished
75:15
distinguishing
75:12,14
distributed 235:8
Distribution
37:24
District 1:1,1 5:12
5:13
divide 309:22
dividing 305:22
307:7 312:3
313:11
division 307:16
308:3,12 309:7
309:17 310:4,13
311:10
Dockery 1:12
11:2 187:21
document 3:16,17
13:19 14:2,5,20
14:22 15:1,10
15:21 16:25
18:9 20:12
22:22 34:6
39:24 40:4,8,15
40:17,22 41:20
41:23 42:5,8,23
42:25 43:6,24
44:10,14,21
45:8 50:10 71:7
86:5 87:24 91:1
108:14 111:16
137:22 138:20
138:23 139:3,23
139:25 140:4,6
140:11,17
141:12,15,24
142:1,5,19
143:3,6 144:8

148:5,14,15
157:6 173:8,17
174:3,14,23
175:2,5 179:22
179:23 182:12
183:1,15,22
188:22 190:14
192:3 195:15,15
199:4 202:19
204:10,23 205:7
206:1,14 208:15
211:14 213:4,5
213:23 218:6
224:17 225:19
227:6,8,12,18
227:20,25 229:6
230:16 235:21
236:5 239:1
240:4,14 242:4
243:14,16,18
247:12 249:9
254:22,24
255:22 257:13
258:13 259:1,12
260:8,10,11
261:12,14
266:17,23 267:6
267:17 268:6,18
268:21,23 269:5
269:7,7,14,23
270:12,16,21,21
270:24 271:10
271:13,16
273:15,22 274:8
274:11,19,24
275:10,18 276:3
276:15,17,21
277:1,5,13,17
278:8 279:4,5
280:12,20 281:9
281:10,13,17,19
282:6,8,15
283:4,20 284:3
284:14,19,20,21
284:24 285:4,7
285:13,21 286:4
286:6,7,8,21
287:6 288:3,20
289:15,18 290:1
290:23,24
291:11,20
292:11 294:17
295:2,4 298:1
300:5 301:2,4
302:19 303:8,23
304:2,5,19
306:11,14 311:1

313:20
documentation
42:22 61:14
139:16 148:2
229:16 236:9,12
documented
39:14
documents 5:1
13:19,25 14:10
14:24,25 15:16
16:1,16,17,24
17:13,17,18,21
18:2,17,25 19:7
19:15,16,18,19
20:2,17 21:1,14
21:20 22:3,11
22:16,21,23
23:2 42:25 86:2
86:3,6 115:18
137:23 138:4,12
138:17 139:6,9
139:20 141:16
147:17 150:7,9
150:18,22,22,25
151:6,13,14,18
151:19 152:4,8
152:11,12,15,20
152:22 155:3
156:8 157:25
158:2,14 159:4
185:3 203:4,4,5
203:6,9,13,15
203:17,18,25
204:1,2,5,7,12
204:15,16 221:4
221:6,22,22
235:10 247:8,9
247:19,19 248:2
248:10,20,21
249:21 250:9,11
257:5 270:9
272:16 273:6
275:7 278:24
280:9 281:20
284:6,7,10
287:15,16,21
296:9 300:2
doing 15:16 17:9
27:2,8 34:5,12
60:2 101:9
102:25 128:17
295:23
dollar 36:23,25
37:2 38:9 53:19
55:12 58:11
60:11,18 63:5
74:6 87:4 89:1,1

292:17
dollars 33:24,25
35:9 36:3,6,7,10
37:6,9,12,15,18
38:16,18,19,20
38:22,25 54:8
54:11,13 55:11
55:14,17 76:15
275:13 298:17
domiciled 66:21
double 72:20
75:19,22,23
76:8 214:11,16
216:12,15,19,22
217:2,5,11,14
217:17 222:5
doubt 113:9
183:24 263:14
264:8
downstairs 125:5
DO1663 240:2
draft 193:23,23
195:22,23,23
230:9
drafted 91:12
93:13 111:19
174:23 231:24
232:25 233:12
274:2 307:2
drafts 42:7,11,13
42:16,19,25
43:7,9,12,16,23
44:3,8
draw 146:25
147:1
drawing 232:5,14
234:18 316:1
due 299:15
duly 6:1
duplicates 219:7
221:16,23,25
222:4
duplication 218:3
duties 115:15
127:22
D-A-V-I-D-S-O...
10:12
D-O-C-K-E-R-Y
11:3
D1662 240:15

---
E
---
E 2:1,1 3:12 4:1
5:24,24 172:14
172:21 181:19
191:24 319:1,1
earlier 32:13

44:12 52:9
64:11 84:23
87:6 101:1
104:24 128:3
139:4 152:14
161:15 200:15
208:1 264:10
284:21 307:12
314:13
early 27:5 29:6,11
198:1 293:13,13
earned 50:23
84:16 116:12
312:13
easier 34:13
easily 107:1
East 27:20 28:3
easy 154:24
Ed 305:19
edits 192:19
effect 64:14 88:7
effective 11:15
72:25 73:12,14
73:17,23 101:5
103:8 112:2
115:23 116:16
117:19 154:2
200:6
effectuate 101:13
121:8
effectuated
101:15 120:23
121:1,2
efforts 20:16
296:10
Eicke 31:19
eight 37:11 134:7
either 17:22 20:15
28:24 40:13
42:9 43:12
102:8 106:10
122:16,17
130:11,14,20
131:8 132:23
137:3,7,11
149:17,17
153:22 189:17
195:23 211:2,4
211:7 238:16
243:22 262:9
269:23 292:23
298:20 301:24
elects 72:21
element 52:14
elements 39:10,13
40:5 52:23
116:25

employed 24:1
  46:5,13,15,17
  46:20,22 296:3
employee 202:4,7
  202:8 319:11,13
employer 201:20
employment 84:7
ended 82:10
ends 80:16 83:13
  110:11 180:16
  245:23
enforce 100:9,13
  100:16
enforcement
  13:13
enter 23:10 39:5
entered 39:18
  40:9 64:16
  161:13 162:20
entertainment
  27:10
entities 115:13
entitle 235:25
  239:17 264:8,12
  264:16
entitled 37:25
  38:18 39:7
  53:23 55:19
  65:19,20 66:14
  66:25 72:22
  74:7,20 77:24
  79:23 80:3
  81:12 82:11
  97:15 116:9,22
  119:9 120:9
  122:2,8,18
  123:3 124:2
  157:9 181:5,8,9
  182:4 183:2,10
  183:17 184:24
  185:7,13 186:1
  187:3,8 215:13
  215:23 216:6
  220:17 222:10
  222:15,21 223:8
  223:23 224:15
  224:23 225:2
  226:1,4,20,25
  227:5 232:1,9
  232:11 233:2,20
  234:2,16 237:19
  238:19 243:11
  243:11 265:13
  265:15 266:8
  280:21 306:14
  317:9,25 318:4
  318:10

entitlement
  116:20,21 120:2
  127:23 153:19
  163:1 181:22
  208:2 234:23
  252:20 265:21
entitlements
  118:10
entitles 52:2
entity 23:10 35:19
  37:13 67:2
equal 49:5 73:21
  257:23
equity 37:24
  47:11 187:8
error 54:22
escrow 143:24
  144:5 145:21
  146:6,14,19
  148:20,21,23
  149:7,8,14,20
  149:24 150:2
  151:9 157:2
  158:3,4,8
  210:25 211:22
  213:11 257:25
escrowee 149:4
Esq 1:12,12 2:3,4
  2:8,15
ESQS 2:8
essentially 24:23
  47:13
establish 268:6
established 271:9
  274:1 294:16
  300:20,22
estimating 113:9
et 5:12
Eu 98:9 109:14,21
  110:23 111:3,13
  311:17 312:12
  314:11 315:19
event 37:21 71:13
  71:25 72:12,12
  91:9 115:20
  147:16 168:3
  210:22 218:9
  222:20 270:11
  273:15 286:21
events 209:11
eventually 127:12
  127:15
everybody 96:19
everyday 269:8
evidence 134:22
evidenced 88:22
  163:10 164:20

  164:21
evidently 60:1
  269:11
exact 124:11
exactly 22:7 30:8
  39:21 91:16
  101:21 105:18
  133:1 209:8
  220:5 239:2
  249:4 310:18
  312:8
EXAMINATION
  6:2
example 36:9 38:9
  38:16 79:14
  81:5 87:5 89:1,2
  122:12 127:17
  263:18
examples 79:22
Excel 284:18,18
excellent 34:1,10
  263:3 308:13
exception 66:18
  67:6 121:17
exceptions 59:14
  62:22 66:18
  121:16 122:21
  122:21
excess 183:19
  222:18
Exchange 165:20
  167:1,5,9,14
  168:1 192:1
excuse 19:25
  39:12 40:3 42:7
  48:4 51:17
  52:18 53:1
  55:24 58:7
  71:16,24 98:15
  129:19 143:11
  157:11 164:21
  196:13 203:6
  215:12
excused 318:19
execute 164:11
  170:12 210:16
executed 125:14
  125:19,20,25
  126:4,6,10
  127:9 157:25
  158:14 198:14
  210:19 214:5
  216:2 248:1
Executive 251:18
EXEMPTED 1:5
exercise 235:24
  236:1 239:18

exhibit 3:22 44:20
  47:21 89:4,5,6,7
  89:9,15,18,21
  89:23 90:6,6,10
  90:13,19 91:1,5
  91:6,7 111:15
  111:19 117:23
  133:25 134:8,16
  144:23 146:1
  157:6,6 162:16
  162:16 164:21
  170:2 172:14,21
  179:18 181:19
  191:24 198:8
  201:10 207:6
  211:17,17 222:4
  224:2 229:25
  232:8 250:20
  257:3 262:13,18
  282:20,20,20
  284:15 285:1
  290:3,15 292:25
  293:9,11,17,23
  297:1,2 298:2
  300:18,24
  303:21,21
  304:13 305:12
exhibits 89:14
  208:7 254:14
existed 22:21
  276:16 284:25
exists 206:1
expenses 51:4
  55:21,22 57:6
  58:2 84:18
  164:23 257:19
  305:24
expensive 263:24
experience 23:13
  23:20 24:2,4
  47:7
experienced
  268:14
expert 77:15
  82:17 253:23
explain 24:21
  52:1 58:10
explained 36:12
  64:9 215:14
explaining 181:12
  316:14
explanation 6:8
explanatory
  184:21
explicitly 112:20
express 113:14
expressed 112:17

  163:19
expression 112:23
extent 13:5 74:23
  92:25 135:5
  202:17
eyes 273:12
E-I-C-K-E 31:19
e-mail 3:19,21,24
  4:6 88:17 117:8
  117:13,18,22
  139:23 141:4
  144:10 146:1,12
  146:14,16
  147:20 148:6
  173:9 192:22
  210:24 211:9,11
  211:16,20 212:3
  212:7,9,10,14
  212:15,18,22
  213:5,8,10
  224:1,5 228:1
  231:23,24 232:6
  232:7,8 233:18
  233:21,25 234:2
  234:16 255:20
  256:2 262:19,24
  264:20,20 265:7
  265:10,11
  305:14,18 307:5
  307:9 309:5,21
  309:24 310:8,9
  311:19 312:5,24
  312:24 313:12
  313:15,23 316:2
  316:6
e-mails 13:25
  14:17 16:2,18
  20:1 21:13 88:2
  88:7,9 137:23
  312:16

          F
F 5:8 51:1 76:1
  319:1
face-to-face 29:15
fact 55:16 84:14
  88:4 90:18
  93:10 101:7
  165:24 167:11
  175:5 205:5
  227:10 239:13
  243:8 248:18,19
  253:19 260:1
  288:10 297:4
  298:15
facts 287:24 288:2
factual 205:16

278:2
fair 9:15 23:22
 39:14,14 41:11
 78:15 79:7
 139:15,15
 174:13 180:5
 185:18 206:1
 241:6 246:14
 269:22
faith 41:18
fall 121:15
false 113:1
falsify 112:21
familiar 132:18
 178:4
far 186:4,7 277:22
fashion 48:24
fast 33:13
faster 219:15
father 10:22
 11:10
fault 309:10,10,10
fax 3:20 132:24
 157:7,16
February 7:24
 300:5
fee 12:21 35:7,16
 35:21 38:1,7,13
 51:20,20 52:10
 52:11,12,16,20
 53:6,7,21 54:4,6
 55:14,19 65:25
 76:20 81:20
 82:12,14 84:14
 84:15 116:12
 228:19,20,24
 229:6,9,10,11
 229:13,18,21
 231:19 233:15
 234:14,24 235:4
 242:11 243:15
 243:17,20,23
 244:24,25
 249:15 252:13
 252:17,25
 256:23 257:10
 257:23 258:5,8
 258:9,11,19,23
 259:3,8,22,23
 259:24,25 260:5
 260:7,14,23,23
 261:7,22 262:21
 263:1,4,14,16
 263:20,22,23,25
 264:25 289:12
feeder 115:3,7,7
 200:21,24

feeders 76:4 115:1
 115:4,9 200:21
feel 135:10,21
 136:4
fees 20:7 36:4
 51:19 52:13,19
 58:18,19,21,23
 58:24,24 67:10
 67:10,11,15,20
 67:21 84:20,21
 88:5 116:24
 245:5,14,17,18
 257:19 261:18
 263:10,24
 264:22 287:14
 298:19,22
 305:20 309:7
fellow 18:16
 77:22
felt 19:16 135:3
 135:20
fence 170:25
fencing 171:2
fiction 165:8,9,16
field 9:10
figure 35:12
 261:24
figured 261:13
 266:15,22
 304:11
file 90:15 164:20
 179:9 208:5
filed 85:23 101:4
 101:11 103:4
 104:25 105:4
 106:22 177:7,10
 177:17 179:7,8
 179:10,12,19
 180:8 190:5,9
 190:11,17,19
 191:7,20,25
 192:9 193:3,25
 194:6 195:1
 252:9 293:1
files 140:5 147:17
 147:17 199:17
 208:5 257:6
filing 83:19,20
 102:21 172:10
 191:5 192:13
filings 172:12
filled 241:10
final 194:25
 197:17,18,20
 218:7 275:15
finalized 198:5
 315:16 316:5

finally 156:24
 266:15 315:7
finance 9:7 12:8
 12:15 26:6 27:3
 29:20
financed 122:4,8
 152:15
financial 34:21
 35:1 39:3 60:24
financially 319:14
financing 27:8
 28:25 30:1,2
 31:24 32:3,11
 174:8 176:5,16
 176:18 178:18
 181:6 185:8
 189:23
financings 173:14
 178:10
find 14:10 15:16
 18:17 28:17,24
 89:8 107:23
 114:5,7 134:4
 197:25 201:13
 211:7 275:4
 293:11,18 299:6
fine 82:22 85:5
 98:7 155:14
 169:13 194:8
 203:3,3 213:7
 213:17 253:5
 256:1 282:14
 287:22,24
 289:20 305:6
finish 77:1 81:24
 81:25 138:9,14
 140:10 153:7
 174:22 209:21
 221:19 242:6
 245:11 262:22
 262:22 265:18
 280:8 286:16
 287:16 308:20
 318:2
finished 181:12
 292:1
firm 7:23 8:1,2,11
 8:21,25 9:5,6,11
 9:20,24 11:8,9
 11:12,14,21
 20:4 21:18
 31:11,11 42:9
 46:24 143:21
 144:5 146:13
 187:10,23 188:1
 188:2 268:24
 269:6

firms 12:5
first 5:25 8:5 10:9
 20:12 23:23
 26:17,17 27:5
 29:16 35:5
 46:22 47:8
 49:12 50:15
 51:7 53:20
 54:25 55:8
 57:10,11 62:1
 66:2,12 75:5
 77:14 78:8,9,14
 78:23 89:5,9
 90:6,10,19 91:1
 92:2,2 94:3,11
 101:2 108:23
 109:15,18
 110:23 111:7
 112:1,3,3,8,10
 116:5 119:23
 120:8 133:17
 143:9 145:8,10
 157:8,20 163:20
 164:10 173:7
 182:2 206:7
 209:3 214:10,11
 214:13,16,16
 217:24 221:8
 235:17 236:18
 240:17 241:3
 250:6,11 262:6
 268:10,20 269:2
 275:12,20 276:2
 282:15,16
 285:19 310:10
 311:15,18,21
 312:12 314:21
 315:18
fit 120:13,16
 121:13
five 21:10 22:9,12
 22:16,19 35:4
 37:4 38:24
 56:14 64:11
 71:17 76:3
 94:21 120:16
 121:13 122:9,10
 122:13,16,17,22
 123:4,17,25
 124:10 125:13
 126:13 130:22
 153:18 154:9,21
 156:3 208:23
 246:3 267:6
 279:24 280:25
 293:13 313:21
 314:3,5 317:22

fixed 51:19
flipping 45:4
 217:10
floor 5:25 24:13
flow 31:4 32:14
 32:15,15
flowing 240:10
focus 72:17
 141:21 151:7
following 35:13
 36:2 72:4
follows 6:1 228:22
footnote 184:14
 184:17,19,21
footnotes 184:17
foregoing 319:6
forget 80:9
 176:10 187:2,14
 239:8
forgive 315:2
form 15:12 17:2
 17:14 25:23
 26:21 39:21
 51:14 58:16
 63:8 69:2 77:13
 83:17 96:10
 127:11,19
 129:13,23
 164:14 181:2
 197:1 215:7
 236:8,14,16
 241:9 243:4
 253:9 254:22
 267:11 295:25
 297:6
formal 131:17
 291:9
formality 39:24
 309:18
formally 41:13
 98:13
formation 115:18
formed 23:14,16
 25:7,8,9 197:14
forth 49:14 160:3
 160:22 189:6
 249:8 269:13
 298:1,1 312:16
 319:9
forward 33:13
 70:22
found 17:17 22:12
 294:2
foundation 268:6
 271:9 294:16
four 71:10,10
 72:8 117:23

122:17 123:4
124:10 126:13
153:17 154:9,21
156:3 173:12
180:20 235:14
235:14 245:24
250:8 254:16
280:19,25
**fourth** 38:2,5,12
49:13 159:20
179:12 180:9
194:7 235:23
**Fragga** 262:25
**frame** 92:8 95:17
96:5 100:6
103:10 159:10
179:1 194:15
**framework**
120:11
**free** 6:8 102:17
**fresh** 214:24
**friend** 47:4
**Frogga** 228:1
263:5
**front** 19:21 47:21
90:8 145:16
199:3 221:4
250:6
**FRST** 305:25
**fulfilled** 256:6
**full** 157:20,24
158:14
**fully** 148:3
**function** 126:14
**fund** 23:12,16,20
23:21,24 29:23
33:22,23 34:1,4
34:12 35:9,19
38:15 52:18
53:12,13,14
54:7,7,12,14
55:20,21,23
57:6 59:10 60:1
60:4 61:12,19
67:7,12,16
68:15 74:8,11
75:2,10 79:19
80:2 81:19,21
82:17,19,20,23
82:24 83:5
84:16 110:10
112:13,14 113:4
113:24 114:12
114:19,21,23,25
115:8,10,10
120:14 180:23
180:24,24 181:2

181:13,14,14
185:15 200:23
203:14 204:2,7
283:13 299:10
**funding** 28:18
29:23 30:5
60:11
**funds** 1:5 23:12
23:14 41:8
47:11,12 51:1,3
51:6,21,22 52:2
52:5,7,25 72:22
73:22 74:2 76:1
76:1,4,10 78:20
78:20,22 91:21
98:16 115:16
116:12 143:8
174:9 189:22
200:24 201:1,18
202:1 203:1,11
203:12,17,18,21
203:22,23
204:15 247:9
266:25 267:15
267:19,23 268:2
270:17 278:6,14
279:6 285:9
291:9
**Fund's** 77:24 83:6
283:14 290:6,17
**further** 33:21
163:10 280:12
319:10
**future** 74:19
101:7

_____

**G**

G 5:24 20:5
257:19
**gain** 56:19,23
**gains** 57:14,21
283:15
**game** 246:14
**gathering** 13:18
**Gator** 85:3 100:24
317:10
**general** 14:22
15:23 20:19,24
68:5 78:19
95:16 178:5
**generalize** 109:17
**generally** 9:4 17:9
58:13 66:9,9
109:3 148:20,20
**generate** 58:21,23
**generated** 38:15
38:17 121:18,22

122:7
**generating** 122:7
**gentleman** 28:12
**Gentlemen** 262:4
**getting** 15:20 24:9
95:7,25 115:21
131:1 235:13,17
**give** 6:8,9 9:2 10:7
15:1 19:17
20:14 22:24
23:3 24:24 27:1
33:22,25 36:20
37:23 85:13
111:17 123:5
130:3,4 138:8
140:10 147:24
167:19,20
186:25 206:25
211:16 216:12
237:8 240:13
263:13 264:7
268:7,8 289:21
296:18 303:2
306:12 315:22
317:21
**given** 17:21,23
18:3 57:2 59:15
79:17 81:6
82:25 83:5
98:16 99:18
107:10 131:10
136:15 152:10
163:19 207:21
210:2 220:11
257:6 260:1
284:11 287:25
288:10 296:17
297:4 298:6,6
**gives** 204:5,13
**giving** 87:17
113:11 155:11
171:15,18 208:5
210:18 213:15
236:22 237:2
287:20,23
**glad** 159:17
**go** 7:9 14:8,17
16:1,1 19:20
23:7 26:21,24
37:10 38:4
47:23 50:13
55:23 56:13
58:16 61:7 62:5
63:12,18,18
64:6,7,8 71:6
77:22 80:25
84:11 87:10

88:1 97:25
102:10 103:8
106:25 108:13
110:3 111:6,14
125:4 127:7
130:8,21 131:11
143:2 147:3
159:16 162:6
196:24 213:25
214:20 219:15
240:10 247:5
274:12 275:17
286:17 308:21
308:21 314:4
317:17,24
**goes** 51:17 63:9
260:24 263:4
**going** 17:10,10,20
33:19 35:5,14
36:11 37:19,20
38:2,6,6 55:13
58:21 64:12
70:14,21 71:4
80:12 83:12
85:18 87:25
98:6 100:20
101:6 102:16
111:17 113:1,2
117:8,12 118:7
118:8 124:21,23
125:6 131:10,16
138:7 145:1
157:8 158:13
159:19 164:13
171:1 172:20
174:5 180:15
186:3,7,12,18
186:22 202:18
204:10 205:23
230:22 239:8
240:20 245:4,22
249:10 253:2
254:10 262:7
264:2,3 268:16
270:20 275:3,6
275:24 276:22
277:24 278:23
289:23 293:14
293:18,21
298:18,19,21
299:5 302:7
303:6 308:19
310:19 311:3
312:15 314:4,8
315:13 316:22
318:16
**Goldberg** 8:4

**gonna** 51:13
**good** 5:19 6:3
17:11 29:8
34:15,15,15,15
41:18 68:6
76:13 282:19
305:10
**Goodwin** 11:2
**Gottbetter** 1:8,9
1:11 2:14 3:6
5:11,14,24 6:3
7:24,25 8:2,4,8
8:8,10,11,18,19
8:22 9:1,11,18
9:21 10:16,20
10:20,21 11:17
12:6,11 20:4
30:10 31:23
46:15,24 79:5
121:21 130:15
136:23 140:18
143:19,23
145:19 146:5,12
146:18 147:18
149:6,17 150:4
150:11 157:21
180:21,21 181:4
181:21 182:3
183:2,17 184:15
184:18,24 185:6
185:12,25
186:14 187:7
188:1,3,12
197:3,4,4,7,11
198:14 199:10
204:24 211:1,21
222:16 228:14
250:9 262:9
268:19 271:14
283:5 290:4,15
292:15 301:24
304:21 306:15
311:23 313:1
**gotten** 40:24
140:4
**graduate** 7:13
**graduated** 7:21
**Grand** 30:14
31:12,12
**grounds** 134:19
135:15 136:8,12
213:2,3 278:17
278:18
**group** 45:19
123:25 126:13
**guess** 6:25 11:25
12:1 19:15

25:15 43:2
48:14 85:25
113:22 184:4
225:16 227:3
228:12 284:18
293:2
**guessing** 184:3
185:2
**guidance** 138:21
**guise** 231:15
**guys** 155:10
186:25 277:7
**G&P** 143:18,23
145:19 146:4,5
149:17 157:22
158:1,1
**G&P's** 145:23
**G-O-O-D-W-I-N**
11:2

_____ **H** _____
**H** 1:20 3:12 4:1
319:3,20
**HA** 23:7
**half** 8:21,25 280:7
**halfway** 75:25
**hand** 33:19
**handle** 114:9
126:22
**handled** 100:21
119:12 248:11
**handling** 163:11
**hands** 41:19 55:17
**handshake** 41:2
**handwriting**
49:18,21,23,25
253:23
**happen** 113:3
129:14,16
258:24
**happened** 30:9
32:24 39:15
122:1 129:17
130:19 131:7
151:3 165:25
168:18 245:7
253:17 261:19
**happens** 71:13
191:5 263:4
**happy** 46:12
301:9
**hard** 282:3
**head** 6:5 297:19
**heading** 174:7
**headings** 286:7
**hear** 109:15
132:22 149:22

172:19 222:7
271:6,8
**hearing** 226:10,11
226:12
**heck** 303:20
**hedge** 23:20
180:23,24
**held** 1:22 5:7 14:4
24:15 45:15
80:22 145:20,22
146:18 150:6
152:15 245:21
290:11
**help** 13:25 28:24
33:22 81:19
113:5 121:19
227:23 293:14
293:15 298:21
**hereinbefore**
319:9
**hey** 131:15
**he'll** 145:5 209:9
279:25 280:4
**HH** 1:9 23:8,9,14
36:8 37:12
44:23 45:10,16
45:17,24 46:17
46:21 48:12,14
48:17 49:4
63:18 64:6 65:6
66:14 68:11
69:11 70:6 72:3
77:1 86:24
87:17 88:12
92:10 95:9,24
101:24 106:6
107:15 108:6
119:16 121:3
123:12 124:2
127:13 149:18
150:3 163:2,13
170:6 171:12
172:1 215:12
317:2,8
**HHA** 20:3 44:4
46:4 97:3,15
98:2 99:10,25
100:6 102:5
104:9,11,15
106:7,14 145:22
147:18
**HHA's** 38:22
85:14 100:22
105:11 118:17
119:1 257:6
**HHH** 215:12
**HH&A** 79:16

**hiding** 184:7
**Highgate** 1:5 20:3
23:11,17,21
35:20 37:21
38:3,6 41:8
53:16,17,19
55:11,13,24
56:6,10,22
57:12 59:3,11
59:12,24 60:2
60:12,13,14,21
60:23 61:18
62:14,19 64:17
65:9 67:3,23
74:11 75:2,10
75:12 76:4,9,10
76:15,16 77:4,7
77:7,10,22 78:1
79:3 81:7,9
91:21 95:8
99:21,25 100:4
103:16,23 104:4
104:20 106:4,13
106:22 110:10
112:14,15 113:4
113:15,16,19,25
114:12,18 120:1
120:9 121:3,23
122:1,3,8 123:7
123:11 125:22
125:24 126:3,10
126:20,25
129:10 134:15
143:8 151:12,15
152:3,14,21
153:8,17 154:1
154:5,7,20
156:2 157:23,23
157:24 160:2,2
160:8,13,20,20
160:25 165:2,6
165:7,10,16,21
166:5,9,17,20
167:15 168:2,11
168:12,13,21,22
169:4,5,16,19
169:23,25 170:5
170:9,11,13,24
171:9,23,24
174:8 175:6,6
188:15 189:5,12
189:22 194:12
194:20 196:18
199:17 200:8,10
200:12,18,20,23
201:1,3,18
202:2 203:1,5,6

203:9,10,11,12
203:14,16,18,21
203:22,23 204:2
204:7,15 205:11
206:4 207:17,21
207:23 208:12
208:15,21
210:17,18 211:1
211:7,20,23,25
212:10,11,24
213:10 235:8,13
236:23 237:19
238:15,23 247:9
247:13,14,20,24
248:20 252:4
257:6 266:24
267:8,14,15,19
267:22,23 268:1
269:15,24
270:17 278:5,14
279:6 282:15
283:11,13,14
284:5 285:9
287:13 289:6
290:6,17 291:6
291:9 297:5
298:16 299:8,10
305:23
**Highgate's** 81:7,9
106:9 205:8
270:2 284:8,11
287:14 291:5
296:9,15,19,24
297:24 298:5
299:23 300:3
**Highgate/Charys**
161:1
**highlighted**
306:19
**Hills** 1:23 2:5 5:9
**hire** 12:4
**hired** 13:23 14:24
16:1,2,9
**hold** 84:11,11,11
108:20 150:8,9
150:17 151:13
152:3,7,10,11
155:2 260:19
263:6 277:7
280:21
**holder** 102:19
235:25 239:18
**holding** 27:6
146:13 148:21
149:4,11 151:8
151:18 157:1
160:7

**holiday** 198:2
**Homework** 255:7
**honestly** 178:13
238:11
**hope** 112:22
**hosted** 30:13
**hour** 32:8 70:15
280:7 317:17
318:7
**hours** 69:21
272:12,14
**hour-and-a-half**
32:9 317:17
318:3,7
**House** 1:5 20:3
23:11,17,21
53:16,17,19
55:13,24 56:6
56:22 59:3,12
65:9 67:3,23
74:11 75:2,10
75:12 76:4,9,10
76:15,16 77:4,7
77:10,23 78:1
79:3 91:21
99:21,25 100:4
112:15 125:22
134:15 143:8
157:23 174:8
175:6,7 188:15
189:12,22
200:23 201:1,18
203:1,11,12,14
203:16,18,21,22
203:23 204:2,7
204:15 211:23
247:9,13,14,20
247:24 248:20
266:24 267:8,19
267:22,23 268:2
270:17 278:6,14
279:6 285:9
290:6,17 291:9
**House's** 95:8
106:22 267:14
267:15
**how's** 17:10
**hundred** 184:24
187:4
**hundreds** 13:24
**hurry** 262:15
**hyphenated** 82:8
**hypothetical**
58:11 60:11,18
62:2 63:5 66:5
68:4 76:14
77:14 78:13

| | | | | |
|---|---|---|---|---|
| 79:2,14 105:17 | 164:1 | 111:11 185:5 | interactions 17:7 | 180:25 |
| 192:15 205:14 | **inappropriate** | 269:13,18,20,23 | **intercompany** | **involving** 13:11 |
| 205:16 241:23 | 176:1 212:16,20 | 270:6 298:8 | 113:7 | **Irrelevant** 167:6 |
| **hypothetically** | **incentive** 38:13 | 303:3 | **interest** 56:10,11 | **irrespective** 121:7 |
| 53:18 64:1 66:3 | 52:12 55:19 | **informed** 137:21 | 56:16 63:21 | **Island** 114:19 |
| 78:9 | 81:20,22 82:12 | **initial** 27:24 130:9 | 67:4 79:18 | **ISLANDS** 1:5 |
| | 82:14 116:12 | **initials** 224:12 | 86:23 88:3 | **issuance** 99:2 |
| **_____ I _____** | **incidental** 305:24 | 234:6,9 | 118:13 150:23 | 109:10,14 |
| **ICU** 305:25 | **include** 51:18 | **injunction** 252:9 | 153:1 156:9,11 | 134:13,15 |
| 312:12 | 60:3 82:3 | **inner** 112:16 | 164:22 170:19 | 312:14 314:16 |
| **idea** 29:8 103:4 | 102:18 | **input** 19:17 | 171:25 188:12 | **issue** 68:21 69:10 |
| 134:22,23,23 | **included** 60:13 | **inserted** 251:3 | 299:2,3,14 | 70:5 92:9 119:8 |
| 238:24 251:6,11 | 61:11 107:4 | **insignificant** | **interested** 32:17 | 119:15 151:8 |
| 251:14,16 254:3 | 122:13 185:17 | 84:19 165:18 | 34:9,19 319:14 | 152:5 196:16 |
| 277:18 | 185:21 299:8 | **instance** 18:20 | **interesting** 55:1 | 231:7 235:3 |
| **ideas** 30:17 32:16 | 310:22 311:9 | 61:15,17 99:7 | 159:14 251:15 | 238:12,13 242:8 |
| **Ident** 3:14 4:3 | **includes** 79:1 | **instances** 86:23 | **interference** | 250:19 264:14 |
| **identification** 5:1 | 304:14 307:12 | 113:3 181:21 | 24:10 | 305:25 307:7,16 |
| 249:22 290:2 | **including** 20:6 | **instruct** 136:6 | **internally** 267:18 | 308:2 312:11 |
| **identified** 284:6 | 21:16 51:1,19 | 142:2 148:2 | **interpretation** | 313:4 |
| **identify** 5:15 | 79:20 116:10 | 173:23 174:10 | 110:19 | **issued** 58:12 59:6 |
| 134:11 | 134:14 152:24 | 182:22 186:15 | **Interrogatories** | 59:9 60:13,20 |
| **ii** 72:18 | 163:11 203:15 | 193:10 212:25 | 4:8,9 133:7,8 | 63:6 64:17,18 |
| **illustration** 54:3 | 310:12 | 246:10,17 | **Interrogatory** | 65:4,9 67:15,21 |
| 54:14 | **inconvenience** | 248:13 274:14 | 134:19 | 76:16 79:2 |
| **imagine** 48:25 | 252:18 253:3 | 274:22 278:11 | **intrinsic** 82:7 | 88:12 95:8 97:6 |
| 79:21 119:5 | **incorrect** 109:7 | 278:15 279:11 | **introduce** 26:15 | 97:15 98:1,12 |
| **immediately** | 109:24 110:20 | 281:14,25 | **introduced** 28:20 | 98:13,15,23 |
| 116:2 | 114:22 206:24 | 285:25 289:18 | 29:3 47:3 | 99:6,7,10,16,25 |
| **impact** 56:20 | 266:7 267:12 | 302:23 303:2,12 | **introducing** | 99:25 100:4,5 |
| **impacted** 80:1 | **increase** 49:11 | 304:9,22 305:1 | 263:21 | 100:22 104:1,3 |
| 245:5 | 68:24 69:1,9 | 313:19 | **introduction** 29:3 | 104:9,11,13,14 |
| **importance** 119:8 | 70:3 94:13 | **instructed** 59:8 | **invest** 35:8 114:2 | 104:20 106:4 |
| **important** 6:23 | **increasing** 85:8 | 199:13 298:25 | **invested** 53:10 | 107:8,9,15 |
| 68:17 95:4 | 87:16 92:8 95:6 | **instructing** 135:7 | 57:15 181:13 | 108:4,5,7 |
| 196:4 213:9 | 95:18 96:1,25 | 135:13,24 | **investment** 24:24 | 118:17 119:9 |
| 262:17 305:8 | **incurred** 51:5 | 182:15,20 | 36:17,18 45:19 | 120:1,7,9 123:8 |
| **impossibility** 99:1 | **independent** | 279:18 304:24 | 48:5,7 49:3 | 123:11,15 129:9 |
| 314:15 | 28:17 | **instruction** 20:22 | 50:25 51:20 | 143:7 149:16,17 |
| **improper** 93:2 | **INDEX** 3:1 | 20:24 23:3 | 52:4,25 53:1,19 | 160:8,13 161:14 |
| 288:4 | **indicate** 212:23 | 130:9,22,24 | 54:2,10 55:11 | 164:9 165:5,10 |
| **improperly** 253:2 | 237:18,19 256:3 | 131:8 136:16 | 56:4 58:12 59:3 | 165:16 166:5,7 |
| **inaccuracies** | **indicated** 118:6,7 | 142:6 164:7,8 | 67:8,12 76:14 | 166:8 167:8 |
| 189:2 193:22 | 176:8,10 307:11 | 164:18,19 | 118:13 120:14 | 168:12,14,22 |
| 194:12 | **indicates** 140:21 | 171:12,22 | 120:15 181:11 | 169:4,5 176:21 |
| **inaccuracy** 194:4 | 183:1 191:25 | 174:13 192:4 | 197:2,10 | 178:1 180:4 |
| 194:23 195:8,19 | **indicating** 117:7 | **instructions** 20:15 | **investments** 24:8 | 215:5 217:21 |
| 196:3 301:22 | 144:4 | 22:25 59:16 | 24:18,20 56:5,7 | 218:8,10,15 |
| **inaccurate** 189:12 | **indirectly** 46:4 | 138:8 175:25 | 57:2 73:22 74:1 | 232:18,22 |
| 189:14,17,21 | **individually** 44:24 | 210:1 305:4 | 296:9 | 234:12 238:23 |
| 207:9 221:1,7 | 45:10,18 48:16 | **intend** 124:25 | **involve** 55:5 | 239:10 249:25 |
| 222:17,19 | 48:20,23 | 125:1 | 114:13 | 250:1 252:4 |
| 259:11 282:11 | **induced** 64:10 | **intended** 40:8 | **involved** 13:14 | 253:16 256:7,12 |
| 300:15 | **industry** 47:9,14 | **intent** 40:11 | 23:4 25:2,20 | 256:12,17,21,22 |
| **inaccurately** | **inexperienced** | **intentionally** | 72:13 132:10 | 270:14 276:6,9 |
| 187:13 | 268:11 | 142:5,20 163:25 | 157:23 231:7,15 | 276:11,12,14 |
| **inadvertently** | **information** | **interact** 17:12 | **involvement** | 305:22 307:8,17 |

308:3,12 309:17
311:15,20,25
312:4,25 313:12
313:25 314:12
314:12,14,22
315:4,8,17,20
316:2
issuer 263:16
issues 32:10
102:25 118:1,9
305:21 309:3,8
312:3,13
issuing 97:2
item 22:9 93:25
94:11 118:14
items 54:6 84:17
91:15 94:21,23
97:5 118:2,12
208:22 312:11
IV 72:20

_____ J _____

J 2:15
January 3:19,20
11:16 29:6
64:15 73:5,9,13
73:14 74:9
77:25 78:4,4
81:11 111:23
112:2,6 115:21
115:23,24
117:15,16
118:16 119:1,13
119:18 120:19
124:6 127:21
150:11,19 151:5
151:13 152:2
154:19 156:1,23
157:7,18 160:24
165:25 168:8
169:14,15,15,20
170:2,2,3,4,9,11
170:23,23
171:10 176:13
198:1,19,21,22
198:24 199:5,17
199:20,23 200:1
200:3,11 206:20
206:21,25
207:10,11,12,17
208:13 209:25
210:6,15 216:1
223:7,14,16
270:22,24 276:6
276:10,17
281:21 282:16
286:15,20 291:7

308:24 310:3
Jason 1:12 2:14
10:3 11:1,11
13:22 14:16
17:13,17,22
18:16 129:25
130:3,4,11
131:9,23 132:9
132:16
Jerry 31:19
Jersey 1:1,22,24
2:5 5:5,9,13
34:2 83:21
319:5
JFK 1:23 2:4
JMR 225:11
job 114:5
John 5:8
Jr 251:18
judge 317:19
318:12,14
July 70:12 74:14
74:17 75:3,5
78:21,24 95:10
97:8 101:25
102:21 104:12
162:4 163:7
164:6 171:13,20
208:4 209:2,24
210:2,11 281:19
317:7
June 46:21 68:13
70:10 73:5,24
74:13,13 75:3,5
78:21,24 89:5
90:7,19 91:9,10
91:18 92:15,17
92:18,23 93:4,8
93:10,13,20
94:17,19,24,25
95:4 97:25
101:24 102:21
115:21 117:4,4
117:14,14
139:24 140:22
146:12,23
147:19 148:6
161:13 162:4,21
162:21,24 163:7
164:5 169:3
171:13 173:9
208:4 209:2,24
210:2,11,24
224:1 226:16,23
231:23 233:19
235:3 250:20,22
251:2 253:16

255:20 256:1,6
264:20 265:7
280:21 305:24
309:20 310:7,7
310:9 317:7

_____ K _____

Kaplan 7:24,25
8:6,7,8,11,18,22
8:25 9:11,17
11:17
keep 70:21 71:4
122:25 159:19
187:12 193:7
232:19 265:16
268:16 270:6
316:21
Ken 11:1
Kennedy 5:8
kept 247:15 270:3
keys 33:20
kind 28:22 112:21
132:11
kingdom 33:20
knew 17:9 130:23
132:25
know 6:14,22,23
6:24,24,24
10:12 11:24
12:1 15:4 16:7
16:10 17:3
18:23 21:19
22:2,3,11,14,15
22:17 23:9 29:1
29:7 30:24
31:20 41:20
42:15,17 43:14
48:22 49:24
50:4 54:22
59:19 64:3
65:15 68:6
70:18 73:12
74:16 75:2,11
80:7 82:17 85:3
88:14 89:10
90:4 91:2,6
104:18 106:7,10
106:10,11
112:15 113:18
113:21 115:1,12
120:5 121:12
125:3 126:16,21
127:6,7 128:16
128:18,24
131:17,18,19,20
132:1 133:1
134:25 135:6

137:2,16,17
147:16 148:5,8
148:15,16,17,18
148:19 156:7
157:3 167:12,16
167:17 170:22
170:25 172:3,7
174:16,17
178:13,20
179:21,25 180:6
180:7 181:25
182:25 183:6,16
183:21 185:2,20
185:22 187:19
187:22 189:4,10
189:15,17,18,19
190:9,14,14,21
191:2,3,22
192:15,21,22
194:7,9,13
196:9,23 199:2
199:5,7,11,18
199:21,21,21,22
199:24,25 200:2
200:4,25 202:18
203:4,13,14
205:13 212:2,5
212:15 214:8
215:5 218:4,25
219:9 221:25
224:22 225:16
225:17,25
226:25 227:1,3
227:20 228:8,22
229:16,20 235:1
235:5 236:6
238:22 241:10
241:13,25 242:1
242:1,16,21,23
242:25 243:8,18
245:8 246:14
248:3 249:5
251:5,7,8,12,13
251:13,21,22
252:16,25 253:1
253:5,19,22,24
254:8,11 256:9
256:25 260:9
261:3,6 263:5
272:13 276:9,13
276:15,16 277:2
277:4,12,20
284:25 286:3,7
286:8,10 287:4
287:5,7,10
288:20,21,23
289:3,4,4

292:22 295:5
299:18 303:8,8
304:17 305:18
308:17 310:10
310:19 317:3
knowing 100:19
knowledge 15:14
42:10 47:19
50:3,5 59:21
61:17 62:20
82:19 99:8,23
101:16 104:5
105:6 129:20
172:9 173:16
177:5 178:12
188:9 190:18
191:16 196:15
196:20 204:4
228:15 242:20
248:24 253:14
253:17 264:23
275:2,8,22
276:23 278:25
279:2 280:10
282:5,7,11,18
287:7 288:4,14
288:18
known 24:22 67:2
78:21,24 180:24
knows 276:17
285:13
K-A-P-L-A-N 8:6

_____ L _____

L 1:12
labeled 270:17
laid 35:4 52:9
language 98:7
large 214:6
Larner 1:23 2:3
5:8
LaRu 98:9 109:14
109:21 111:3,13
311:18 312:12
late 125:3 308:24
launch 33:22
law 7:9,11,15,21
9:5,6,11,17
21:18 31:11
42:9 143:21
144:5 146:13
lawyer 10:23,24
13:24 16:2 25:5
26:10 28:24
lawyers 8:25 9:23
9:25 10:15,17
10:19

lead 33:11 97:10 134:21 209:11
leading 197:23
learned 131:19,21 132:2 226:14 305:25
leave 44:19 197:17 198:3 205:11 206:3 293:13 314:5
leaving 37:11 279:24
leeway 317:21
left 49:19 55:9 64:15 80:19 150:10,11,19 152:1,17 154:16 154:19 156:1 163:23,25 176:6 254:23 257:7 267:16 268:2 277:22 291:6 295:6
left-hand 266:23
legal 7:22 74:23 88:5 134:25 135:13,16,23 136:13 186:19 202:17 316:1
Lehigh 7:19
length 113:7
letter 3:18,25 47:20 111:22 112:1,4 115:21 116:10,19 117:9 118:3 124:19 132:24 146:23 147:5 160:4,6 160:22 161:20 161:25 164:3,21 168:8,11 169:3 169:14 170:1,1 204:21 230:1,5 230:7,9,18,24 231:3,10,18,18 231:21,25 232:24 233:13 235:5,12,15 236:22 237:1,5 237:7,18 238:9 238:15 242:9 243:2 249:11 256:24 266:5,6
letterhead 44:21 45:8
letters 133:2 137:24

let's 19:20 23:7 33:13 35:8,12 49:2 50:13 53:18 54:1,13 56:3,13 57:25 60:17,17 62:5 62:13 66:8 67:5 72:17 77:6 79:8 80:10 91:17 97:25 105:8,23 106:12 108:13 122:22 143:2,2 145:4 147:3 149:2,2 153:23 159:16,19 162:6 162:9 163:4 173:7 179:5 182:15 196:24 200:20 201:6,9 204:22 205:4,6 205:8,25 213:25 214:3,9 231:16 235:7 239:12 249:7 263:15 264:5 269:2 281:8 285:12 286:12 293:15 298:22 305:9,24 308:6 309:14 316:20
level 263:7
Levnson 7:25 8:9 8:17,18,22 9:1 11:18
liabilities 83:8
liability 1:4,10,11 49:1
License 1:21 319:21
limitation 51:2,18
limited 1:4,10,11 17:8 20:6 21:16 51:4 116:11 122:5 134:14 174:9 180:22 203:15 266:25 267:20 270:17 305:8
line 55:4 75:18,25 75:25 76:3 112:3 153:24 257:21 309:9
lines 252:24
linkage 310:1
linked 97:5
list 281:11
listed 188:16

256:24
listen 103:21 195:20 226:9 285:16,16
listening 204:24 205:1 278:21 285:18
lists 281:5 288:11
literally 33:23
litigate 9:13 12:17
litigation 9:7 13:18 18:9 19:2 19:3 42:18 126:1,11 210:20 231:8 252:6 253:8 271:19 277:16 283:6 290:25
litigator 289:1
little 24:9 36:22 47:23 71:6 72:4 75:18,20 76:8 86:1,24 87:2 98:10 116:4,11 219:15 305:21 315:9
live 269:7
LLC 1:4,10 5:11 45:16,24 48:18 51:22 67:3 157:23,24 160:2 160:20 257:23 306:14
LLP 1:11 157:21
load 34:12
locate 14:23
located 5:4,8
long 30:24 32:6 71:2 261:23 272:11,22 304:23
longer 30:13 32:8 46:22 119:7
longshore 9:8
look 15:4 18:2 19:7 20:17 28:24 42:19,21 71:16 74:7 82:24 83:1,6 96:9 108:24 109:18 110:9,23 111:7,15 117:22 119:23 120:8 133:9,12 137:23 138:4,17 140:13 145:15 146:1 162:9,13 163:20

164:10 173:2,7 173:12,19 174:7 181:18 184:6 198:9 207:6 211:2,13 212:9 216:11,11,19,22 217:2,11,14 224:1 230:21 231:16 239:7 250:2,15 257:10 257:21 270:23 280:11,11 282:19 285:6 291:19 292:16 292:19 298:22 300:20 303:1 311:18 312:12 312:21 314:21 315:18
looked 20:12 21:20 22:3 217:9 250:8 273:6
looking 14:9 16:16,17,17 17:18 30:6,6 32:15 40:7 71:7 208:19 217:8 236:25 239:6 278:6 286:25 290:14 291:14 299:9
loose 299:20
lose 38:20
loss 56:19,23 78:2
losses 57:14,22 283:15
lot 103:6 122:21 127:21 241:15
lots 150:7 151:18 245:7
lower 254:23
lunch 29:14 69:21 112:19 125:4,8 280:7
LuRu 110:23 314:11 315:19
L-E-V-N-S-O-N 8:9

_____
M
_____

M 2:3,14 5:24 232:15
Madison 5:25
major 231:7
making 24:8,18 35:4 56:4 73:14

130:9 131:7 245:2 297:12,15
man 307:20
manage 23:12,24 27:1
managed 41:9
management 1:4 5:11 20:4 23:14 24:4,6 35:18 37:14 38:7 44:22 46:16 51:18,20 52:11 54:4,6 228:25 257:23
manager 52:5 113:17 114:5 203:23 247:14 283:13 289:1
manages 38:8 55:20 60:1
managing 23:20 45:10 53:15
maneuver 261:24
manner 194:3
Manning 21:17
March 315:15,17
margin 49:18,19 49:20 50:1
mark 26:22,25 27:5,15 28:5,20 29:5 30:23 31:5 32:14,16 33:7 33:15,19 35:3 37:14,15 39:1,8 39:11,13,19,23 39:24 40:1,4,10 40:13,21 41:2,7 41:12,21 52:15 64:9 65:16 66:25 79:17,21 80:6 81:18 84:3 84:22 86:21 87:9,15 88:21 97:6 100:19 101:13,15 102:15 104:11 106:24 111:23 112:12,24 113:2 114:7 117:1,13 120:22 121:4 123:19 157:7 161:8,11 162:4 163:7,9 197:23 215:13 249:18 249:19 258:16 260:13 262:10 284:2 299:18,19

302:4 307:4
308:11 309:6
312:16 317:11
marked 5:1 44:20
172:20 229:25
249:21,23,24
290:1 291:23
292:8 305:12
market 56:19
291:23 292:8
301:16 302:4
Mark's 30:16
35:19 38:8,15
114:8,8 122:4
Martin 21:18
master 76:5 115:1
115:2,8,9,10
180:22 181:4
185:12 200:21
200:22,23
Masters 181:21
182:4 183:2,17
184:15,18
185:25 187:7
188:3 197:8,12
Master's 188:12
match 34:15
material 159:25
160:2,18,20
Matt 112:18
matter 1:19 13:1
13:3 23:4 139:6
161:6 213:24
314:7
matters 12:19
13:6,11
mean 18:6 19:1
20:18 24:21
35:2 36:15
50:22 60:3
102:16 103:7
106:23 114:24
120:25 121:1
135:1 163:8
165:2 166:10,11
178:25 218:17
219:19 227:7
228:8 233:1
258:24 271:20
273:11 289:3
292:12 295:10
310:25
meaning 51:5
72:21 113:25
144:12 147:17
149:5 150:3
295:14

means 48:7 50:19
148:23 178:14
226:16 273:12
286:8 288:21
289:3,4,5,5,8
305:4 316:7,9
316:10
meant 23:9 313:9
313:16 316:13
316:16,18,18
mechanics 253:11
meet 12:2 19:14
27:4 47:2
272:11
meeting 27:6,14
27:15,24 28:3
29:6,14,14,15
29:16 30:10,11
30:12,19,20,24
31:2,12,23 32:4
32:6,20,25 33:5
34:16 85:11
87:10 92:14,17
92:19,23 93:4
309:1
meetings 34:23,24
40:6 87:14
115:19
member 45:10
115:2
members 45:17
45:18,21
memo 89:6 90:7
90:19 91:10,10
91:12,15 92:2
92:22 93:3,8,10
93:13,16 94:3
94:12,22 116:1
311:19
memoranda 20:1
memorandum
20:1 21:13
97:10
memorialize
209:3,18,22
memorialized
208:25 209:1
memorializing
208:22
memory 29:5
memos 85:12
97:12,19,23
mention 101:7
mentioned 46:24
52:15 113:13
118:2 187:7
243:1 261:13

310:25
mentioning 29:4
met 27:5,8 29:9
47:8 69:20
272:8
Michael 1:13 2:3
5:20 130:11
131:9 132:16
143:12,15,15
195:21,22
232:15 234:5
250:1 263:6
265:17
mid 8:1
middle 65:16 68:8
68:21 84:23
88:18 117:23
midpoint 37:8
million 33:24,25
35:9,12 36:3,6,7
36:10,23 37:5,9
37:11,11,15,17
38:9,16,18,19
38:19,22,25
53:19 54:8
55:11,12,14
58:11 60:11,11
60:18 63:5
76:15 87:4
88:25 89:1
175:7 183:19
184:24 187:4
188:16 189:6,13
189:22 194:13
194:20,23
196:19 215:22
219:22 222:18
223:2,24 224:16
229:3 252:3,21
252:21,22 267:9
270:13 273:16
273:20 274:6,20
275:10 281:5,23
285:10,10,22
291:23 292:8,17
297:25 298:16
million-and-a-h...
37:18
mine 13:12 24:11
31:25 47:4
49:24 144:17
211:13 294:2
306:12
ministerial 231:9
231:12
Minnesota 66:20
66:21 67:2

minute 10:7
167:21 253:21
289:21 317:21
317:24
minutes 70:15
80:21 132:15
138:1 180:13
197:6 223:18
279:20,22,23
309:3 313:21
314:3,5 316:23
Mirman 28:12,13
28:14,15,20,23
29:2,4,7 30:15
30:22 31:9 32:1
32:1 263:21,23
mischaracteriza...
94:1 283:17
mischaracterize
96:14 162:2
mischaracterizes
168:17 249:3
283:18
mischaracterizi...
94:2 202:3
265:16
mislead 238:5
misleading 154:23
221:1,7,14
233:8 237:25
238:2
misreading
233:25
missed 271:5
301:10
missing 10:8,12
184:15
misstating 146:21
146:22
mistake 223:19
264:11,19 265:6
266:10
Mister 29:9 44:13
225:3 251:7
misunderstand
132:14
misunderstandi...
82:1
mixing 114:4
Moda 101:11
model 82:7
moment 71:18
75:9 143:3
191:24 257:10
273:1
moments 191:14
310:15,17

monetize 68:19
money 24:25
25:18 34:4,11
35:4,6 36:12
37:19,21 38:3,6
38:7,12 41:19
64:12 98:21
114:10 164:24
263:5
monies 41:6 99:18
257:25
month 77:9 82:10
82:11 198:16
monthly 113:10
months 40:3
68:16 72:24
73:17 74:8,16
75:4,6 77:25
78:3,23 81:11
101:6,11 103:5
103:5 116:16
162:21,24 171:5
210:6
Moran 1:20 5:17
319:3,20
morning 5:19 6:3
215:15 263:18
314:13
Morris 21:17
motion 186:8
mouth 268:17
287:1
move 136:16
138:5 193:11
279:19 299:21
305:7 314:2
moved 299:20
multiple 87:7
119:21
MWC 224:12
232:15 234:6
M-I-R-M-A-N
28:13

---

**N**

N 1:18 2:1 50:1
name 5:3,14,20,22
8:5,10 15:25
16:3,3,5,20
28:13 59:7,9
60:20 67:22
68:10,11,17
69:11,11 77:23
79:3 81:8 84:24
85:14 87:17
88:12 92:10
95:8,9,25 97:7

97:15 98:1
99:21 100:22
101:24 102:5,5
102:18 104:4,9
104:15 105:10
105:11 106:6,8
106:9,15,22
107:15 108:6
118:17 119:1,10
119:15 120:1
127:3,13 129:10
160:13 161:14
163:2,14 165:5
165:6,10,16,20
166:3,4,5,8,17
166:20 167:14
168:1,14 169:5
170:19 171:5,13
172:1 208:3
250:5 317:2,8
**named** 10:9 28:12
215:10
**names** 101:4,10
103:4 121:12
125:15 253:12
**nap** 214:20
**Nationwide** 5:4
**nature** 205:17
**NAV** 82:3,9,13
113:9 287:17
**near** 102:1
**necessarily** 30:4
85:11 89:15
299:25
**necessary** 194:4
208:6
**neck** 182:25
**need** 70:23,24
86:18 128:5
131:15 133:22
135:6 136:19
156:10 161:3
164:25 184:6
204:10 210:11
210:13,15 213:6
317:15
**needed** 16:10
59:23 60:6
62:24 84:20
120:24 153:13
189:2 208:22
299:21 316:4
**needs** 30:1,2
127:7
**negotiate** 40:5
**negotiated** 39:13
179:4,20 180:5

263:20,25
**negotiating** 34:20
**neither** 122:3
319:10,13
**net** 49:5 50:15,18
50:22 57:21
73:21 113:15
**never** 12:18 61:12
61:13 65:3
120:18 144:8
145:20 146:18
148:14 168:11
168:13,21 169:3
177:16 187:16
202:8,22 213:4
225:19,22 243:8
247:25 260:4
261:13,19 263:7
265:11 277:13
281:10,20
284:21,23 286:6
287:13 288:21
291:3 298:4
309:10,12,14,16
309:18
**nevertheless**
190:3 196:5
206:2 208:14
**new** 1:1,10,11,22
1:24 2:5,9,9 5:5
5:9,13,25,25 7:7
7:11 27:19
105:20 198:6
319:4
**night** 306:1
**nobody's** 309:10
**nods** 6:5
**Nope** 317:15
**normal** 160:3,21
**normally** 13:6,7
83:21 268:9
**Notary** 1:22 6:1
319:3
**notated** 44:15
**note** 13:5 66:1
78:13 79:6
92:24 125:2
212:13 217:23
220:6 221:14
268:4 271:8
272:2,17 293:3
316:12
**noted** 206:11
**notes** 1:18 19:25
19:25 21:12
50:8 176:9
**notice** 73:13 112:7

206:14,19,21,22
206:25 207:7,8
207:11,12,21
208:11 209:4
247:25 250:18
250:22
**notification**
128:19
**notify** 128:1,8,14
128:21 129:2,6
178:17
**notifying** 117:1
128:18
**notwithstanding**
169:2 187:2
190:3 222:8
**November** 3:17
44:5,21 63:17
98:10 112:11
118:15 126:2
143:7 161:25
162:13,20
163:18 164:3
166:7,10,11,12
167:3 189:23
228:2 245:4
250:12 251:3,12
253:16 254:6
262:24 289:5
298:15 315:11
315:15
**number** 5:13
19:24 20:21,22
21:10 22:9,12
22:16,18 26:5
30:24 39:1 41:4
45:5 66:18
83:14 84:1
90:23 105:17
115:1 122:5
125:11 133:10
180:17,20
183:16 185:7,13
185:16 200:25
200:25 214:6
216:12 220:10
237:9 245:24
246:3 255:9,19
258:24,25
292:14,17,21
294:11,11,20,21
295:1 301:15,18
301:19,19,23,24
302:1,3,9,11,22
303:9,18,20,22
304:13 306:17
**numbered** 89:10

92:2 94:11
184:18
**numbers** 198:11
219:11 220:7
241:10 307:4
**numeral** 48:4
49:14
**numerous** 208:1

------

**O**

**O** 5:24
**oath** 142:19
159:13
**object** 25:22
26:20 39:20
58:15 74:22
96:10 105:14,16
136:12 164:13
202:16 205:12
205:14,16 287:4
**objected** 135:1
**objecting** 134:18
**objection** 13:5
15:11 17:2,14
21:22 51:14
61:20 63:8
64:21 66:2 68:3
69:2 77:13 78:5
78:11,13 79:4,7
89:13 90:12
92:25 93:22
96:4,19 100:12
106:19 109:4,6
109:22 111:9
114:14 127:11
127:19 129:13
129:22 149:12
153:20 168:23
169:6 170:8,14
170:16 171:21
174:22 178:11
178:19 185:19
188:18,20
192:14 195:14
201:21 206:10
206:17 207:24
208:17 209:6,16
210:7 211:4
212:1,6,14,25
215:7 217:24
219:17 221:14
221:15,20 222:2
226:6 238:25
241:22 243:4,21
246:10 249:2
253:9 259:14
260:17 267:11

268:5 269:25
271:8 272:3,18
274:7,10,22
276:8 279:11
281:25 283:16
285:12 287:2
290:19 291:25
292:10 293:4
295:10,25 296:2
296:5 297:6
300:17 302:23
303:10,12
304:16 307:18
307:24 309:25
310:16 313:14
314:1 316:13
**objectionable**
307:21
**objections** 6:16
83:17 134:25
278:21
**obligations** 157:3
158:3
**obtain** 269:20
**obtained** 64:16
**obviously** 7:16
10:23 18:7
74:12,24 135:1
136:25 140:20
146:21 148:19
173:8 193:24
202:19 229:3
252:18 259:18
282:5
**occasions** 67:7
86:25 87:6
105:2 119:21
**occur** 312:15
314:18
**occurred** 32:21
70:9 95:9,14
130:1 132:25
191:17 192:25
193:2,24 194:6
314:18
**October** 172:11
172:15,21 175:6
176:6,14 179:14
180:1 188:7
190:17 191:1,11
192:1,12 195:7
195:8 196:17
230:1 231:18
232:24 233:12
235:4,11 236:21
237:1,5,17
238:14 242:8

243:2 249:11
256:23 266:5
308:10
odd 184:25
offer 33:12,14,15
114:9
offered 34:1
152:22
office 5:7 16:12
17:8 27:16
29:17 34:2,10
69:21 114:9
236:4,15 248:11
248:14 251:9
283:22
officer 113:18
200:12 251:18
offices 1:23 28:2
145:22,23
269:21
officially 11:9
40:23 126:16
offset 164:24
offsetting 83:8
84:18
offshore 114:18
115:7,8
Oh 76:3 108:21
125:2 176:24
237:11 241:17
257:15 264:6
280:18 293:20
okay 6:19,21 7:4,9
7:21 8:24 9:9,20
10:6,23,25
11:17,23 12:19
13:17 14:2,12
15:15 16:13,20
17:7 18:11
19:20 22:15
23:7,9,13 25:17
26:22 27:13,17
29:9,18 30:9
31:1,22 32:10
32:20 33:13,18
34:8 36:22 39:4
39:17 40:12,17
41:6,23 42:1,7
44:16 46:5 47:7
47:16,20 48:2
49:17 50:11,13
50:18 51:16,25
53:2,14 54:1,15
54:19 55:15,18
56:3,16 57:1,10
58:4,7,17,22
60:7,10,23 64:2

64:4 65:8 68:13
68:23 69:23
70:9,13 71:3,5,6
71:16,20 72:11
73:15,20 74:12
75:7,21,24 76:6
76:6,13 77:6
83:10 85:3 91:1
93:7,18 94:20
94:20 95:3,5,13
97:12,24 100:8
100:23 102:3
104:18 105:9
106:12 108:23
109:1 111:25
115:20 116:3
117:3,22 123:7
123:20 125:23
130:21 131:11
131:17 132:4,21
136:17,22
140:16 143:1
144:11 145:14
147:3 157:5
159:2,8 160:16
166:15 169:11
172:10 173:7,12
176:20,25 177:4
177:19,21 178:1
180:11 181:4
182:22 184:23
188:14 190:21
191:8 195:2
196:24 197:16
198:7 207:19
210:5 215:1
216:19 219:5
224:22 228:10
229:10,20,24
235:1 237:17
240:19 242:3,7
248:18 250:7,11
250:14,17
251:15 253:5,14
253:19 255:19
257:1,8,16
260:12 263:15
265:6 266:19
267:13,19 269:2
269:9 270:8,11
270:20 271:18
271:23 272:15
276:5 277:22
281:1,4 282:2
282:14 284:13
285:1 290:14
291:10 292:19

293:24,25 294:7
294:24 295:17
296:14,25
302:13 305:11
305:17 306:3
307:10 317:16
old 11:23 47:16
omit 160:1,19
once 35:20 43:5
127:9 151:12
ones 121:11
166:18 219:3
256:17
one's 68:16
ongoing 15:22
26:3
onshore 115:7
open 30:13 85:3
100:23 287:1
307:16 308:2
317:13
opened 68:15
opening 55:4
317:10
operate 77:8
operating 58:2
operation 34:2,11
34:11
opinion 7:1
136:14
opportunity
213:16 287:23
opposed 67:15
option 277:23
oral 106:16 163:8
171:4,11,14,22
172:7 209:1,18
209:23
orally 137:18
order 66:21 74:5
82:20,22 83:4
84:21 220:8
252:9 299:21
ordinary 247:13
organization
112:25 128:21
129:6,24 132:2
132:6 138:15,24
139:5,10 141:16
origin 148:15
original 143:7
150:3,7,8,9,17
150:21,25
151:14 152:4,20
153:9 154:8,21
155:2 156:3,9
156:19 158:2,24

159:4 160:7
166:18 168:11
168:14,21 224:6
282:23
originally 122:3
157:25 158:14
168:12 169:4
190:9,11
originals 149:11
150:5 152:21
originated 122:4
152:15
ou 197:25
outside 14:24
160:2,21 231:11
outstanding
178:15
overlook 240:20
overly 134:19
overrule 175:24
overstated 298:16
299:10
overstating
112:12 113:15
overwhelming
128:5
owed 164:24
305:21 306:19
306:24
owned 189:22
owner 45:23 46:3
105:12 175:7
188:16 189:6,13
194:13,20
196:18
owners 46:1
ownership 267:9
owns 27:18 28:15
Oxford 98:9,22
108:24 109:10
109:14,19,21
119:23 120:9
163:20 164:10
311:17 312:12
314:11 315:19
o'clock 83:25
293:13

_____
        P
_____
P 1:18 2:1,1 20:5
303:20
package 217:21
218:10,14,19,22
219:3,23 220:2
222:4,17
packaged 219:1
220:4

page 19:22,23
44:15 45:1,3
47:24 49:15
50:1,8 71:10,17
72:8 108:19,20
108:21 111:3
134:6 145:16
157:8,21 173:12
214:13,16
235:20,23
236:19 237:7
239:4,7 240:1
240:17 241:3
250:6,6,13
254:7 257:11,12
267:5,6 280:15
280:21,22
282:16 285:19
285:22 288:9
291:19 292:12
306:4,6,10,13
pages 45:5 184:16
184:20 217:10
220:7 280:20
paid 20:7 35:23
36:6 52:6 55:14
57:7 82:11,21
88:4,8 215:16
215:21 229:21
261:7 263:22
pain 182:24
paper 99:1 156:19
173:4
paperwork
126:22 127:6
paragraph 47:24
48:3 50:14 71:9
71:17,23 72:8
76:8 108:16,19
108:22 109:20
110:9,11 116:4
116:5 145:2,2
145:15,16
157:20 159:20
160:16 162:9,13
168:10 169:3
241:2 257:19
paralegals 10:18
paraphrase 48:3
83:18
paraphrasing
101:19,21
187:13
Pardon 125:17
141:1
paren 157:22
parens 157:23

DOERNER & GOLDBERG, INC.                                            973-740-1100
5 Becker Farm Road * Roseland, NJ 07068            1161 Broad St. * Ste. 110 * Shrewsbury, NJ 07702

258:2
Park 2:9
Parkway 1:23 2:4
5:8
part 27:6 29:6,11
34:12,13 40:1
51:7,12 52:24
58:18 67:15,21
74:20 78:9,14
101:23 109:15
112:1,5,16,25
116:24 123:25
127:21,22
156:18 164:19
168:19 189:20
199:16 205:15
206:6,7 208:4,6
239:21 252:21
252:21 266:9
283:17 285:6
287:2 310:4
partial 259:11
partially 59:1
259:11
participated
176:17
participation 70:4
particular 53:11
55:12 56:7
82:25 87:2
92:14 106:2
190:15 311:1
312:11
particularly
244:2
parties 5:16 26:15
99:6 319:12
partner 8:16
11:14,21 167:23
partners 1:11
2:15 5:24 8:2,10
8:23 9:21 10:16
11:6,8,9 12:7,11
30:16 31:17
143:19 145:20
146:5,13,18
147:18 149:6
150:4 157:21
188:1 211:1,22
partnership 1:12
34:7,15
parts 87:22
party 13:14 40:1
263:21 309:5
passing 41:19
97:9
patient 219:13,13

Paul 10:20,21
11:10
Pause 71:19 75:8
140:15 145:13
167:22 172:13
pay 48:11,14 49:4
52:21 72:2,5
84:21 257:22
paying 265:2
payment 72:2
payout 49:5,8,10
72:23
pays 57:13
pending 291:17
309:4
Pennsylvania
7:20
people 30:21,23
31:21 42:21
55:6 138:16
261:5 262:12
282:15
peoples 253:12
percent 35:7,16
35:21,24,25,25
36:1,2,5,6,14,25
37:2,7,10,14
38:7,9,10,14,14
38:14,17,19,23
49:11,13 50:15
51:11,19,20
52:8,9,11,12
53:6,7,9,20 54:4
54:6,16,23,24
55:8,8,14,16,19
55:20 56:14,15
57:4,13 58:5
63:9,11,16,17
63:18,20,22,25
64:6,6,7,8,18,19
64:20,25 65:5,6
65:6,7,12,12,13
65:19,20,21,24
65:24 68:9,9,25
69:4,10 70:5
76:17,22,25
77:1,2,7,11
79:14,16,18
81:6 84:5,17,17
85:9,9 86:22
87:16,23 88:3,4
88:7,11 92:4
93:21 94:14
95:7,18 96:2,25
116:11,12,15
120:10 124:2
127:3 156:11,20

170:18 216:5
219:22 222:23
223:2,8,20,21
223:22,24 225:2
225:3,9 226:4
226:15,21 227:5
227:10,11,19,19
228:21 229:2,7
229:8,11,13,18
243:15,17,20,24
244:7,17 257:23
258:6,12 259:8
259:12 260:5,7
261:9,11,14,15
261:15,16,16
263:1,8,9,10,11
263:11,17,17,18
263:20,23,25
264:2,3,13,25
299:2
percentage 49:5,9
49:10 63:21,23
66:14 68:1,25
69:9 72:23
73:16 74:6
77:24 79:23
85:9 87:16 92:3
93:21 94:13
95:7,18 96:2,25
122:2 215:22
220:16,17
245:14
perform 159:25
160:18
performance
305:23
performing
115:15
perimeter 120:16
perimeters 120:13
121:14
period 56:5,8 57:2
69:16 70:1,3
72:24 77:16,16
99:10,14,17
108:8 116:15
119:17 282:13
309:1
permission
151:11,16 152:2
152:7,10 153:5
153:8,13,15
154:7,20 155:2
155:9,10 156:2
159:21,25
160:18,25 161:8
163:19 169:16

170:4,11,12,17
170:21,24 171:4
171:8 172:3,8
permitted 276:25
person 10:9 14:16
15:25 25:5 26:8
50:9 104:10
126:23 127:2
personal 48:25
173:16 275:2,8
276:23 278:24
280:9 287:7
288:4,14,18
personally 67:1
256:9 269:3
pertain 119:22
phone 69:22
309:2,13
photocopies 283:1
283:3
physical 98:25
physically 98:12
98:25
pick 19:23 123:24
picked 220:8
piece 38:23
156:19 163:25
173:4 209:13
pile 162:11
pipes 24:23 25:7
25:20 26:3
pitch 36:3
place 41:22 189:3
319:8
placement 12:4
plain 87:3 88:24
plaintiff 2:6 12:24
164:21
plaintiffs 1:6 5:21
Plaintiff's 250:24
play 13:18 79:15
played 299:20
playing 311:25
313:4
please 24:21 31:2
84:8 102:11
103:13 105:22
108:1 110:15
124:15 136:16
138:5 142:3,17
142:22 145:9,11
147:7 155:12,20
165:11 169:1
195:21 201:8
207:5 223:12
230:22 233:7
252:11 257:1

262:4 266:16
286:16 291:20
292:3 297:17,22
301:7 302:25
303:13 305:7
313:2,22 314:2
pleased 266:15
plenty 93:23
plot 288:6
plural 91:7
plus 83:8 112:24
point 46:25 84:8,8
92:2 93:20
97:13,21 117:5
128:10 219:1
240:9 262:17
294:24 302:25
310:6
pointed 64:11
194:19
points 37:4 49:11
49:12 240:14
policy 43:5 59:25
79:15
polite 186:25
pool 27:1
portfolio 24:7
270:5 283:21,21
284:1,9,11,12
284:16 288:25
portfolios 24:5,6
portion 24:16
79:9 80:4
105:25 158:19
170:5 225:3,8
229:12 243:19
252:25 258:19
317:2
position 121:25
159:15 186:19
298:4
positions 113:4
270:7 305:23
positive 23:6 29:5
82:9 301:14
possession 42:8
possible 29:20
187:20
possibly 185:2
277:20 297:8
practical 88:20
practice 7:6,7
59:22
precise 33:14
199:18 200:19
200:20 201:7,9
precisely 95:14

preface 193:17
prefer 71:4
preference 106:5
  107:3
preferred 176:18
  177:25 181:13
  181:15 185:14
prefunctery 231:8
premise 41:2
  193:16
preparation
  271:17 272:9
  283:6
prepare 117:25
  118:7,8 236:3,4
  241:5,8 254:19
  268:21,23 272:4
prepared 40:18
  126:3 199:9,15
  236:7 251:9
  254:13,25 255:2
  255:5 268:18,24
  269:5 270:12
  273:5 274:1
  283:22 284:17
preparing 271:20
PRESENT 2:12
presented 89:13
president 143:13
press 171:1
pressing 210:13
  210:15
pressure 101:12
  101:23,25
  102:13,20 103:6
  128:4
presumably 276:6
presume 6:17,22
  251:20
pretend 302:16
pretty 17:10,20
previous 22:8
  93:2 155:22
previously 42:23
  97:17 119:12
  138:13,18
  171:25 181:7
  210:10
price 36:18,24
  236:1 239:18
  257:24
primarily 311:17
primary 202:25
principle 181:1
printed 269:10
prior 5:2 14:9
  18:22 33:5,24

62:17 73:23
  94:25 95:4
  126:1 156:17,18
  168:17 191:5,6
  191:17 253:7
  271:19
private 13:6 23:21
  47:11 180:23
privilege 246:11
  272:23 273:10
privileged 273:7
probably 25:15
  55:4 103:5
  251:9
problems 101:8
proceed 5:18
proceedings 1:19
  13:14
process 39:4
  219:15
produce 20:25
  124:14,24,25
  125:1 139:3,6
  141:23 142:5,20
  205:20
produced 18:3
  22:13 139:9,25
  140:1,7,11
  141:13 142:1
  147:6,19 148:7
  148:9,11 227:6
  254:23
product 194:25
production 15:22
  44:8
Productions 5:4
Professional 1:21
  319:5
proffer 287:12,25
profit 56:20 57:3
  57:4,5,23 58:1,2
  58:5 69:9 70:4
  76:9 77:11 78:2
  79:2 80:4 81:10
  81:22 82:6,15
  92:3 93:21 95:7
  95:18 96:1,25
profitable 83:5
profits 38:15 49:6
  50:16,19,22
  51:12 55:20,24
  56:6 72:23
  73:16,21,21
  74:8,10 75:2,10
  77:25 78:20,22
  79:24 82:12,16
  82:19,20,23

116:13,15
project 16:10,14
promise 34:10
  239:21
prompted 26:18
proper 93:1
  222:11
properly 278:7
property 9:8
proposed 34:17
  133:8
propounded
  133:8
provide 34:3
  112:7 219:25
  220:1
provided 87:1
  111:11 116:10
  151:19 189:1
  219:24 247:9
  270:9 283:23
  284:1,19 299:3
providing 210:21
provision 77:9
  84:9
public 1:22 24:18
  24:24,25 25:1,8
  25:9,11,14,20
  26:2,7 27:3,7,16
  319:3
published 282:16
  282:16
pull 261:24 262:1
pulled 103:2
  105:1,5
pulling 273:12
purchase 150:18
  235:25 239:18
  240:24 257:24
purchased 47:13
  52:17,18 67:15
  185:14,15
purports 279:4,5
  300:11
purpose 96:19,21
  202:25 230:8
  282:8
purposes 54:14
pursuant 72:4,18
  72:19 88:21
  98:2 121:4
  123:18 141:16
  143:25 146:8
  157:2 158:3
  177:22 179:19
  180:4
put 13:25 24:12

39:19 67:5
  79:19 83:21
  91:3 116:8
  126:12 151:19
  159:12 199:3
  214:2 218:21
  221:4 254:7
  262:23 270:5
  305:5,19
putting 204:13
  213:7
P-1 3:16 14:5
P-14 3:22
P-16 3:23
P-2 3:17 163:19
P-22 3:24
P-23 229:25
  249:11
P-26 3:25
P-28 4:5
P-3 3:18
P-30 4:6
P-4 3:19 117:12
  117:13
P-42 4:7
P-44 4:8
P-45 4:9
P-47 4:10 249:19
  249:21,24
  256:12
P-47A 249:20,21
  249:24 255:9
  256:13,18
P-47B 249:20,21
  249:25
P-47C 249:20,22
  249:25
P-48 4:11 290:1
  290:15 291:20
  297:1,24 298:9
P-49 298:9
P-5 3:20 117:13
P-7 3:21 227:25
P.C 1:23 2:3
p.m 83:25 125:7
  125:10 180:16
  180:20 245:23
  246:2 289:24
  290:13 318:17
  318:18
P01435 294:8
  295:3
P0147 280:12,14
  280:16
P01477 281:2
P01483 3:22
  285:6

**Q**

quarter 29:13
  32:22 46:22
  179:12 180:9
  311:16,21
question 6:4,17
  6:18,18,21
  14:19 18:14
  26:1 43:13,20
  43:22 45:6,7
  46:8 52:5 55:2
  56:1,2 58:25
  62:9,17,18
  65:17,18 66:5
  66:13 67:19
  68:6,7 77:21
  78:6,15,16,18
  78:25 79:7,12
  81:25 83:3
  84:22 87:13,14
  87:21,23 91:25
  92:1,10,22 93:1
  94:3,7,9,11
  96:12,16,21,22
  98:18 100:14
  101:22 102:12
  102:12 103:11
  103:18,20,22
  105:17,20
  107:10,20,21,25
  108:1 109:16
  110:19 118:21
  128:7 129:4
  131:4 132:1,15
  133:4,10,13
  134:2,2,4,5,11
  134:16 135:3,9
  135:10,22 136:4
  138:3,8,9,14
  139:14 141:23
  145:5,8,10
  147:5 148:17
  150:16 151:17
  151:23 152:6
  153:12 154:6,6
  154:11,23 155:7
  155:11,12,15,17
  155:25 156:6,8
  157:13 166:15
  168:21 169:1,7
  170:3,10,22
  171:1,7 172:5,6
  173:21,24 174:4
  174:17 175:4,11
  175:13 176:3
  178:14,21
  181:25 182:2,3

182:8,11,18,21 182:23 183:5,10 184:2,7 187:16 188:23 189:8,8 193:8,14,17,17 194:21 195:16 197:5,9 203:7,8 203:13 205:13 205:15,16,25 206:6,8 208:8,9 208:10,18 209:14,21 212:17,21 213:6 221:11,14 222:8 222:10,12 225:24 226:9 230:17 233:3,4 233:6,9 237:22 237:24 238:7,14 245:11 246:24 254:16 256:20 260:3,12 262:23 263:3 264:15 271:3,5 272:6 274:4 277:4,9 277:11,25 278:1 278:3,10 280:3 281:22,22,24 282:23 283:18 283:19 285:16 287:25 288:4 291:10,16 292:2 292:4 295:16 300:24 302:5,8 302:12,14,21 303:7,14,16,17 304:7 307:23 308:1,13,19 310:20 313:17 313:22

**questioning** 55:5

**questions** 6:15 19:17 45:14 71:22 107:24 133:17,19,24 142:3,17,22 147:8 157:8 159:13 174:21 187:1 250:3 268:5

**quick** 230:21 291:10

**quite** 26:5 41:3 266:14

**quote** 19:24 50:22 71:25 72:4 116:5,17 134:11

143:11,23 144:1 145:19,23 146:8 157:21 158:4 159:24 160:17 173:13 224:9 235:24 257:21 262:25 273:13 305:18 312:2 313:25

**quoting** 146:5

---

**R**

**R** 1:18,18 2:1 5:24 319:1

**raise** 34:3

**raised** 25:18 242:8

**raising** 34:11 114:10 238:13

**random** 19:24 21:9

**Rapfogel** 10:3,5 11:1

**rate** 56:12 113:15

**Ray** 143:12,13 251:18,20,22 252:6,8 253:13 263:20

**Ray's** 251:21 253:20,22

**reached** 88:10

**reacquainted** 29:10

**reaction** 34:8

**read** 24:16 48:2 71:17 79:8,9 95:22 105:23,25 107:25 116:17 116:21 140:8,9 144:1,1,25 145:2,7,11,14 145:24 146:9 155:23 157:9 158:5,19 163:6 183:25 184:10 184:11,16 188:19 202:10 219:4 230:10,16 230:17,19,22 239:12,13,13,15 239:19,21,23 258:2 275:6 278:24 280:9 288:24 289:2,15 302:19 310:20 311:8 312:7

**reading** 91:4

116:7 159:22 204:25,25 205:1 205:2 232:7,11 239:14 275:7 312:2

**ready** 84:2 157:12 290:14

**real** 62:5,10 174:3 175:3 176:2 182:17 183:5 280:2 303:14,15 313:22

**reality** 84:18 88:6 101:10

**realize** 82:6

**realized** 36:9 82:2 82:3,13,15,20

**really** 17:4 28:6 74:16 77:4 151:7 183:25 219:10

**reask** 135:9 155:25

**reason** 42:24 59:21 98:10 121:20 128:25 133:5 139:8 150:3,4 181:18 183:23 217:22 228:13 229:12 241:11 256:11 256:14 298:8 306:23

**reasonably** 134:20

**reasons** 41:4 196:22,23

**reassignment** 242:24

**recall** 29:4,19 43:11 69:16 95:11 97:22 98:8 105:7 112:20 115:14 115:15 125:16 125:18 126:5,17 127:1 130:9,12 130:16,17 131:7 131:8 132:3 133:2 137:19 139:1 176:24 192:16 195:4 198:13,16 210:21 223:15 227:22 229:19 229:23 244:15 244:20 245:2,16

248:17 250:20 258:21 259:16 260:4 261:17 312:8 315:4

**recalling** 244:21

**receive** 24:25 36:2 38:10 41:6 59:2 59:4 65:23,24 67:25 152:2 156:2,13 160:25 161:5 169:16 171:8 187:24 188:6 211:9 255:21 265:19 296:24 298:19

**received** 51:21 52:25 56:10 77:23 118:17 119:1 156:17 161:7 181:15 188:10 212:11 222:23 242:21 249:21 264:25 265:4,23 290:1 297:1,2

**receives** 52:1

**receiving** 163:12 212:12

**recess** 83:15 125:8 180:18 245:25 289:25

**recipient** 146:12

**recited** 160:17

**recognized** 264:11

**recollection** 7:1 28:9 29:12 32:21 33:16 41:10 95:20 98:5 99:12,22 108:11 113:23 114:17,21 115:6 115:11 117:6 118:12 123:6 124:11 129:7 130:7 132:8 160:15 177:7 179:11 188:25 190:1 195:10 200:22 204:5 210:18 223:16 225:6,7 244:6 254:20 259:7,9 259:10 264:24 312:10

**recommendations** 114:1

**record** 14:3,4 24:14,15 45:15 63:20,23 80:13 80:22,24 81:2,4 83:11,13,25 116:8 125:7,10 167:23 171:3 180:16,19 195:25 197:3 202:10 204:13 213:8 214:21,23 214:24 220:7 245:21,23 246:2 246:5 249:6 269:18 270:3,7 275:7 280:10 289:24 290:10 290:11,13 302:20 318:14 318:17

**records** 62:15 269:14,24 270:2 287:14

**RECROSS** 3:4

**REDIRECT** 3:4

**reduced** 51:4 84:5 86:25 87:8

**reengaged** 28:6

**Refco** 112:23

**refer** 88:2 91:5 145:1

**referenced** 92:18 161:23

**references** 92:17

**referencing** 184:14

**referred** 55:22 161:19 162:2 227:18

**referring** 76:3 108:15 143:16 227:21 312:9 316:3

**refers** 72:7 84:13 92:3,23 93:4 94:12 141:3 181:20 182:3 224:5 238:10

**reflect** 39:6 40:9 41:3 194:4 212:3 213:8 287:15,16

**reflected** 270:12 299:17,19 300:2

**reflecting** 85:13 87:20 88:9 267:9

reflective 39:18 219:24
reflects 91:14 161:12 175:5 229:17 274:19 300:14
refresh 254:20
refuse 147:9
refusing 142:8,8
refute 287:23 288:2 305:5
regard 22:18 37:5 39:9 60:8 74:10 74:15,15 75:1,4 75:5 87:23 88:22 101:9 152:25 192:19 192:20 201:17 229:9 243:24 245:5 247:7 283:20 312:18
regarding 20:22 24:4 42:22 66:6 91:21 97:6 189:2 309:6
regardless 265:1
regards 86:15 151:9
registered 1:21 68:19 81:7 165:19 166:24 166:25 167:4,8 167:13,25,25 177:22 319:5
registrant 178:9
registration 101:4 101:10 102:17 102:22 103:2,4 103:8 104:19,25 105:3,4,11,12 106:8,13,15,21 107:4 172:16,22 173:13 175:20 177:1,5,9,17 178:4,8,18 179:7,9,17,18 180:3,8 181:20 184:1,5,20 185:4,18,24,24 185:25 187:10 187:15,17,20,24 188:6,7,11,13 189:3,7 190:5 190:19,24 191:2 191:6,12,20,23 192:9,20 193:1 193:2,23,23,25

194:5 195:9 196:16,21
registrations 177:2
regulatory 101:8
reintroduced 28:6 28:11
reissuance 138:16 243:1
reissue 129:20 130:5 132:6,12 132:23 137:4 138:25 211:24 231:17 250:19
reissued 21:19 127:9,18,20 128:2 129:9 131:2 134:14,15 141:8 161:1 251:4,25 253:7
reiterate 242:11
reject 213:16
relate 118:1 284:10
related 95:6 309:8
relates 93:24 188:11 195:8 245:12 284:8 314:18
relating 20:7 244:25 296:9
relationship 11:12 11:20 23:23 28:19,22 29:2 30:17 31:6 40:21 41:14,18 52:2 71:13 73:4 73:8 111:15 112:2,9 113:16 163:15 196:25 202:23,24 206:16 207:22
relative 319:11,13
relatively 307:6
relaying 192:17
relevance 186:7 186:18
relevant 111:12 167:7 261:20
rely 86:6 155:21
remaining 36:1 63:15 64:5 76:25 94:20
remember 10:13 10:14 12:3 31:16,19 33:17 69:19 95:13

120:5 125:15 128:10,12 130:2 161:20 216:3 225:18,19,21 230:24 245:8,9 245:10 254:18 258:17 259:2,20 260:1,9,13 311:6 315:2
remembering 225:23
remotely 307:21
renewed 155:9
repeat 65:18 73:7 83:3 101:20 147:23 149:21 203:7 209:17 308:1 313:10
repeating 61:5 101:19,20
rephrase 77:21 154:18 164:2
report 283:22
reporter 1:20,21 5:17 6:5 24:16 79:9 105:25 158:19 249:24 319:4,5,20
represent 5:16,20 5:23 220:9
representation 91:2 220:11 297:3
representative 141:7 154:1
represented 61:13
request 15:17 18:9,18 20:17 21:1,21 22:4,12 22:22 42:23 44:1 138:19,25 139:17 141:8,12 141:17 143:24 146:6 148:3 256:7 266:16
requested 21:1 24:16 42:22 68:8 79:9 105:25 139:7,16 158:19 194:5
requesting 132:6 211:24
requests 13:19 21:4 44:14,15 138:21 140:12
require 178:8
required 88:23

177:5,21 311:16 315:12
requirement 107:5 176:25 178:17
requires 258:2
reserved 83:17
resident 66:20
resign 200:10
resignation 200:6 200:7 247:25
resigned 150:21 151:12 281:21 286:15,19
resolutions 203:16
resolved 252:17 253:3
respect 17:13 24:3 26:9 51:6,22,25 67:19 73:22 74:1 75:10 99:10 105:3 107:11 109:18 123:22 126:6 134:13 150:24 151:24 153:10 160:12 163:20 164:9 169:14,17 211:22,23 273:1
response 137:22 141:12 149:5 247:16
responsibilities 23:24 115:19 148:19
responsibility 13:20 14:10,17 14:23 114:8,13 149:6
responsible 269:17
responsive 13:19 14:10 15:17 16:24 18:17 20:17 21:20 22:4,12,16
rest 110:4
restate 150:16 155:24
restructure 103:3 105:1
result 30:9 31:22 32:24 42:5 79:21 87:14 181:5 185:8 189:23 192:10

242:23,25 252:6 296:10
resulted 37:22
resulting 79:24
retain 153:9,17 154:8,20 156:3 156:11 158:1 165:1,2
retained 156:18
retitle 131:10 171:5,12,23,25 250:21
retitled 68:10 101:24 102:15 102:23 123:17 127:13 128:4 208:2 243:7 310:5 315:4
retitling 130:1 132:17 137:14 253:11
return 24:25 38:17 59:23,24 62:24 63:2 79:20,21 80:2 81:20,21 82:2,2 82:3,9 112:12 112:21 113:5 121:19 151:14 151:14 152:19 298:16
returned 150:25 151:5 156:25 198:6 309:12
returning 153:2
returns 113:1
reveal 135:6
revenue 50:23 51:17 52:24
revenues 51:25 52:3
review 19:18 21:2 53:2 85:6 91:17 138:23 144:15 144:18,20 177:9 184:1,21 185:3 187:9,12,15 191:6 195:15 230:13,18 231:1
reviewed 18:24 41:23 144:17 187:10,17,19,22 188:15 193:24
reviewing 17:19 18:22 42:2,5
reviews 151:20
revised 224:9

re-ask 96:22
  168:24,25 169:1
Rich 167:19,24
  291:19
RICHARD 2:4
ridiculous 278:21
right 6:14 9:15
  10:15 13:4,17
  14:8 18:10
  19:10 20:14
  22:24 27:23
  37:1 39:12
  44:16 45:13
  47:1,20 49:8,18
  49:19 50:1,21
  51:10 54:18
  57:8 58:10
  60:17 62:17
  71:12,21 73:3
  74:12,18 76:24
  84:2 87:19
  89:16 90:6,21
  91:23 92:6
  98:14 103:7
  107:22 108:9,12
  109:13 111:2,6
  115:20 116:19
  117:18 118:6
  119:5,13,25
  121:17 122:10
  123:2,2 125:4
  128:5 133:20,21
  134:4 136:12
  167:4 172:4
  178:7 185:23
  192:8 193:18
  204:13 205:4
  207:15 210:23
  214:1 216:9
  217:14 218:1
  224:19 226:23
  228:12,16 229:5
  229:24 230:7
  231:4 235:20
  236:25 237:6
  239:12 241:5
  243:18 247:2
  255:8 257:9
  262:5,6 264:19
  267:2 269:12
  273:12 275:1
  285:3 291:4
  292:3 293:8
  294:3,4,11
  295:22 300:12
  301:15 303:19
  306:22 307:15

311:7 315:25
  317:16 318:13
right-hand
  198:10
Rillo 2:15 3:25
  31:20 48:21
  50:6,10 176:8
  230:2,8 231:10
  247:10,21 248:1
  248:5,14,22,25
  266:6 312:17
Rimland 1:12
  2:14 3:21 10:3
  11:1,11,23,25
  12:2 13:22
  14:13,16,21,24
  15:2,6,9,16,19
  15:21 16:19
  17:13,22 20:15
  20:24 21:4,19
  22:9,25 44:6,13
  129:25 130:3,4
  130:11 131:1,9
  131:23 137:3,13
  138:19 139:23
  140:21 141:7,10
  141:19,23,25
  142:7,20 143:6
  144:4 146:2,11
  147:6 148:6
  149:3 187:21
  188:10,14,23
  189:1,11,16,19
  190:25 191:4,13
  192:11,16
  193:21 194:2,11
  194:17,22,24
  195:18,18 196:2
  196:7,10,11
  199:12,14
  210:24 211:19
  213:9 224:2,14
  224:22 225:5,9
  225:12,25
  226:24 227:9,13
  227:17 228:1
  229:6 230:12,20
  231:2,24 232:17
  232:21,25
  233:12 234:11
  235:2 237:18
  241:6,9 244:1,2
  244:4,13 250:18
  253:15 254:12
  255:1,20 256:5
  262:20,24 265:6
  265:8 309:21

Rimland's 4:7
  144:18,22,23
  158:9 173:9
  190:4 191:19
  225:14 231:23
  256:1 264:20
  310:7
rip 156:20
river 240:10,11
  240:13
Rivera 2:13 5:3,4
  24:9,12 80:12
  80:16,21,25
  81:3 83:12,24
  125:6,9 180:15
  180:19 245:22
  246:1 289:23
  290:9,12 318:16
road 68:20
Robert 10:2,11
role 13:18
rolled 315:5,6
Roman 48:3
  49:14
room 30:22
Roseland 5:5
Rosenbaum 2:3
  3:8 5:2,19,20
  6:2 15:19 18:10
  19:3 20:23
  24:14 33:3
  44:11 45:2 62:4
  62:7 64:22 68:5
  70:16 77:18
  78:10 80:14,18
  81:1 86:7,11
  89:16,25 90:2,5
  90:14,17,24
  96:9 104:23
  105:21 107:17
  108:9 110:17
  118:23 124:13
  124:18,23
  133:16,20 134:3
  134:9 135:8,15
  135:18,25 136:8
  136:11,17 138:2
  138:7 140:3
  141:1,18,22
  142:4,7,12,15
  142:18,23 143:1
  147:4,9,13
  148:10 155:4
  159:12 161:17
  161:22 165:13
  166:19 173:25
  174:5,12,16,24

175:19,23 176:4
  180:14 182:9,14
  182:19,24 183:6
  183:12 186:12
  186:17,22 188:2
  188:5 190:16
  193:12,16,20
  195:17,24
  197:19 202:22
  204:9,20 205:18
  209:8 211:6,10
  212:18 213:2,7
  213:15,20,24
  214:14 215:9
  217:25 218:4,23
  219:8,12 220:4
  221:9,17,21
  222:7,13 223:11
  224:19 226:8,12
  235:11 237:23
  238:2,6 239:2,6
  239:11,15
  240:12,19
  241:24 246:12
  249:4,18 254:17
  255:5 257:13
  262:5 263:3
  265:16 266:10
  268:7,11,16
  271:4,11,25
  272:19,24,25
  273:4,11 274:3
  274:24 275:3,23
  278:1,17,20
  279:1,8,13,17
  279:21,25 280:4
  280:14 281:3,17
  282:2,25 285:15
  285:20 286:25
  287:8,11,20
  288:15 289:20
  292:1,5,18
  293:5,16,19
  294:4,18 296:22
  300:19 302:7,10
  302:15 303:1,6
  303:15 304:11
  304:20,22 305:3
  307:20 308:20
  310:18 311:2,7
  312:8 313:18
  314:4 316:15
  317:16,23 318:2
  318:6,11,15
routinely 247:8
rues 266:15
rule 66:22,24

rules 6:15 83:22
run 41:21
running 23:20
  40:24
rush 101:2
R-A-P-F-O-G-...
  10:5
R-I-M-L-A-N-D
  10:3
R.P.R 319:20

———————
        S
———————
S 1:8,9,18 2:1
  3:12 4:1 5:11
sale 56:24 57:14
  72:13 79:24
Sanurco 108:24
  109:19 110:24
  111:7 119:23
  120:8 163:21
  164:9 311:17
  312:12 315:7,19
sat 197:22
satisfied 240:19
save 168:3 274:13
saw 16:11 17:8
  20:11 194:25
  195:22 218:10
  265:11 271:16
  272:16 273:5
  276:2 277:13
  283:20
saying 20:20 54:9
  59:1 61:15,16
  64:4,11 70:7
  86:2 102:3
  112:20 123:7
  131:9 144:7
  150:24 155:9
  156:16 163:17
  164:2,15 204:23
  205:5 210:25
  221:18 223:22
  231:10 264:21
  266:1 293:25
  300:12,13
says 48:2,4 50:1
  50:22 51:9
  63:20 71:22,25
  72:4 73:15,25
  84:9 87:24
  112:4 116:5
  134:11 141:2
  143:6,9,10,11
  143:18,23
  144:10 145:19
  146:4,15,16,17

146:20 149:3
157:21 158:20
159:20,24 160:7
160:17 162:25
173:15,16,19,20
174:2,2,8,11,11
175:1,1 183:22
188:21 190:16
190:17 201:4,24
211:11 213:11
218:6 224:7,9
224:16,20 228:6
231:21 232:8,12
232:13 233:15
233:18,19,21,23
233:24 235:15
235:17,19,23,24
236:18 237:1,16
238:15,17,18
239:1,3,11
240:24 243:15
243:17,19 249:6
256:2 257:21
258:10 259:12
260:8,10,11
262:19,25
265:12,14,19,20
265:22 266:24
267:6,15,19,23
268:1 270:19
275:16,19,19
276:20,23 277:1
277:23 278:5,7
278:13 279:2,6
279:10 282:4
285:15 288:3,9
288:21,23
290:20,21,22
291:22 294:14
295:6,21 301:7
302:3 304:18,18
304:19 307:9,9
312:2 313:6,7,8
313:8,12,23
**schedules** 224:8
**Scholes** 82:8
**school** 7:10,11,15
  7:21
**Scores** 27:6,9,10
  27:14,14,25
  28:2
**Scott** 10:3,5 11:1
**scratch** 191:17
**screening** 21:2
**scribner** 40:15
**search** 16:19
**SEC** 12:25 13:6

13:11 172:11,16
172:23 177:1
178:4,9,17,17
180:8 190:6,11
193:25 196:17
**second** 9:2 29:12
  32:21 36:11
  37:18 67:6 75:7
  78:14 145:12
  157:20 167:21
  168:10 169:2
  233:22 236:19
  237:6 257:1
  258:1 281:7,8
  311:15 318:1,5
**secondly** 77:15
  169:13,13
**secretary** 241:19
**section** 72:2,5,7,7
  72:18,19 76:3
  162:2 240:1
**securities** 9:7,10
  9:16 12:8,9,13
  24:5,6,7 47:9,13
  100:24 165:20
  166:25,25 167:5
  167:9,14 168:1
  181:5,9,17,22
  182:6 191:25
  270:22 305:22
  307:7,11,17
  308:3,12 309:7
  309:17 310:12
  310:22,23,24,25
  311:9,20 312:3
  312:9,25 313:11
  313:16,25
  314:11,21 315:1
  315:3,8,19
  316:13,16,18
  317:10,14
**security** 20:4 25:1
  51:3
**SEDA** 37:23
  84:15
**SEDAs** 52:14
**see** 15:24 20:9
  42:24 44:24
  45:2,11 49:6,19
  49:20,20 50:7
  51:23 71:10
  73:1 85:4 86:17
  87:9 89:18 91:9
  92:18 100:24
  110:4 116:4
  117:24 118:3
  132:4 134:3,16

136:22 140:22
140:22 141:4,11
141:14 146:2
151:17 159:21
159:22 160:4
172:23 177:12
184:17 190:11
192:2,5,6,7
195:15 198:10
211:10 214:4,11
214:17 215:17
217:21 218:14
224:6,10 227:23
228:2,17 234:3
234:4,6,7 236:1
237:3,7,12
249:16 250:12
261:23 266:24
267:3 270:23,24
276:5,11 277:22
277:23 278:4
281:8 285:12,15
286:6 288:11
291:22 292:7,7
292:9,14,21
294:8,21,25
295:1,7,9,12,15
295:17,18
298:23 300:24
301:15,18,19
302:3,9,11,21
303:9,11,18,19
303:25 305:9,20
306:1,2,15,19
306:20,21
310:11
**seeing** 43:11
**seen** 14:6 18:7
  140:17 144:8
  148:14 168:4
  172:25 174:23
  177:14,16
  188:15 213:4
  225:19,22 227:8
  243:5,7,8
  247:10,20,25
  248:22,25
  256:16 271:13
  277:17 281:9,10
  281:20 282:21
  283:4 284:21
  285:3,13 286:6
  286:14,19
  288:21 290:23
  290:24 291:1
  295:2,4 298:7
  305:19 310:9

**selected** 184:16
**sell** 56:19 101:5
  102:1 121:25
**selling** 85:4
  100:25
**send** 120:3 124:18
  125:2 126:19,24
  127:4,5,6
  152:22 156:20
  157:24 158:13
  158:24 159:2
  169:9 211:25
  213:9 248:4,10
  248:14
**sending** 17:18
**sense** 31:5 303:3
**sent** 90:18 112:3
  115:25 117:6
  133:2 150:20
  156:8 157:7,15
  157:16 167:23
  168:11,13,19,21
  169:3 191:6
  210:24 212:24
  224:2 233:19
  309:21
**sentence** 117:24
  143:9 239:23
**separate** 145:23
**separation** 310:4
**September** 64:9
  286:9,14,19
  289:6
**sequence** 209:11
**served** 173:3
**serving** 144:5
**set** 49:14 114:18
  114:25 120:11
  157:25 158:14
  160:3,22 189:6
  249:7 269:13
  298:1,1 319:9
**Settled** 240:23
**seven** 38:17,19
  68:16 134:5
  171:5 184:24
  187:4 228:21
  262:14 291:23
  292:8
**shake** 297:18,18
**share** 36:25 37:2
  60:8 61:9 63:3,7
  68:9 74:10 75:3
  82:12
**shareholder** 45:22
  315:13
**shares** 37:25

68:18 82:5 99:2
  101:5 102:1,6,7
  102:14,16
  177:24,25 182:4
  183:3,11,16,19
  183:23 184:25
  185:8,13,16
  186:1 187:3
  236:19 237:14
  238:23 239:19
  240:25 241:21
  242:12 307:12
  314:16 317:11
**Shaunna** 1:20
  5:17 302:19
  319:3,20
**sheet** 4:11 290:7
  290:18 291:5,9
  296:15,24 297:5
  297:14,23 300:9
  300:13 302:3
**short** 1:23 2:5 5:8
  145:6
**shorten** 51:10
**shortfall** 110:10
  298:18,24 299:6
  299:10
**Shorthand** 1:20
  319:4,20
**shoulder** 212:9
**show** 14:2 16:25
  18:18 44:16,20
  61:18 85:16,18
  86:4 108:13
  117:8,13 133:6
  133:23,23
  138:23 139:19
  144:22 157:5,6
  166:14 167:18
  167:24 168:5,5
  169:22 172:10
  172:14,20 198:7
  207:3 211:19
  212:8,10 219:21
  227:25 229:25
  232:3 242:3
  249:10 257:2
  262:12 266:17
  270:20 281:23
  284:15 285:22
  290:3 292:25
  301:7 305:11
  306:12
**showed** 177:20
  179:18 183:15
  191:24 243:14
  243:16 256:18

265:4,12,22
284:20 297:24
300:5
showing 45:7
117:12 139:22
139:22 174:24
174:25 195:1
212:22 249:23
270:21 283:14
287:21 288:24
293:17
shown 18:21,21
227:12 300:2
shows 185:25
205:20 214:19
228:5 267:8,13
270:24 273:15
273:20 274:5,6
274:20 275:10
281:15 285:9
286:1 297:24
306:4,18,22
shut 268:17
sic 101:12
side 198:10
266:24
sign 20:5 48:19
203:5,17,21
204:3,14 205:8
207:20 208:14
248:19
signature 45:3
205:21 251:19
251:21 253:20
253:22 254:1
signatures 41:12
signed 40:18,23
41:9,21,24 43:6
64:13 135:2
136:2,25 157:15
169:21,22
171:14,18 199:2
199:3,6,8 205:9
206:2,13 207:16
221:7 223:6,14
230:14,18,22
231:1,3 247:8
247:12,20,23
248:15 251:15
254:3,6 312:17
312:17 315:10
significant 210:22
signing 48:23
115:17
simple 36:23
101:15 156:6
178:20 189:8

252:12 256:20
simplistically 40:8
simply 35:3
single 238:21
sir 7:5,17 8:14
9:12,14,19
10:24 11:5,19
12:14,16 14:7
16:3,22 19:22
20:10,13 22:1
23:25 24:11
25:4,12,24
27:22 32:23
40:16 44:5,18
45:12 46:10,18
47:22 48:1,10
48:13 49:7,16
49:22 50:17,20
53:8 56:25
65:22 67:24
68:12 70:20
71:8,11,15,20
71:24 72:10,16
73:2,10,19
76:12 78:25
86:3 90:9 91:11
91:13 93:6,9
94:15 99:12
101:20 102:11
103:24 104:2
108:25 109:12
111:1,5,16,21
115:25 116:18
117:21 122:15
131:5 134:6,17
140:19,23,25
141:5 143:20,22
144:3,14 145:18
145:25 146:3
147:23 157:14
162:18 164:4
168:9 171:2
172:24 173:6
176:15 177:11
177:13 178:3,6
179:6,16 184:22
187:5,11 192:7
197:15 198:12
198:15,17 202:3
203:2 205:1
206:24 207:2
211:18 214:18
215:4 216:14,16
216:18,24 217:1
217:4,7,10,13
224:4,13 227:16
228:18 232:13

233:14,17,22
234:8,10,18,21
234:25 235:16
235:22 236:2,20
237:9 240:16
242:5 246:6
249:17 250:10
255:18 257:18
266:16,20 267:1
271:1 274:16
283:7 285:8
286:16 287:2
289:13 290:8,16
293:22 294:10
300:5 301:3
305:16 306:7,9
306:21
sit 71:1 213:13
sitting 197:23
247:11
situations 88:23
six 10:17,19 11:4
11:6 66:23
68:16 74:16
75:6,25 78:23
94:21 120:12,16
121:13 122:9,10
122:14,22
123:25 130:23
152:25 208:24
210:6 280:20,25
size 179:1
Sky 30:14 31:14
32:4
slash 50:2
Sloan 85:4 100:24
317:10,14
small 307:6
sold 67:2 82:5
102:7 103:9
113:4 121:18
317:11
sole 45:23
somebody 10:12
30:22 40:12
256:6
somewhat 17:8
108:15
soon 124:22
sorry 8:7,12 10:4
13:2 15:18 17:6
18:15 23:8 38:3
45:6 48:6 51:17
61:16 72:18
73:6 74:6,13
81:22 84:12
89:8,11 95:21

107:10 116:20
117:14 118:7
123:10 124:8
125:20 129:19
130:4 134:23
137:9 149:21
150:9 158:17
162:22 166:11
167:19 168:13
172:18 179:8
185:24 189:9
191:10,17
196:25 201:6
202:13 205:3
211:17 212:9
214:15 215:1
217:25 218:12
223:3 237:11
242:24 251:8
255:15 261:23
273:18 280:13
280:24 283:11
283:12,25
286:24 289:6
291:18,19
301:23
sort 14:18 25:1
32:18 40:24
85:2 113:8
114:2 277:7
sounded 69:6
source 29:23 30:7
34:5
sourced 30:3
sources 28:18
35:23
sourcing 34:14
speak 27:24
195:25 246:23
252:7 309:2
speaking 66:2,3
109:3 121:21
148:21 292:6
speaks 110:5,7
174:3,14 175:9
175:17,22
181:24 182:8,12
188:22 192:4
202:19 211:15
212:16 213:5
224:18 240:4
255:23 273:22
274:8,11,25
275:19 276:22
278:9 281:14
288:3 289:18
292:11 303:23

304:3,5 313:15
313:20
special 124:1
specialize 9:16
specific 20:20,21
21:3 23:2 31:4
32:16 44:9,14
59:5 66:4,6,8
68:3 103:12
171:24 179:2
185:7 194:9
198:13 245:16
258:22 260:2
316:25
specifically 14:14
20:21 22:10,18
43:25 44:2
73:25 132:3
258:7
specifics 34:21
speculate 6:25
31:18 59:18
65:2
speculating 50:12
59:17 253:18
speculative 80:7
spent 34:19
spin 61:3,4
spite 55:16 61:3
split 8:1 36:8
37:12
Spncer 45:19,21
45:22
spoke 69:22 97:19
104:8 118:18
195:18 204:1
246:22,25 252:8
306:1 308:18
spoken 251:24
252:2
spreadsheet 86:25
87:8 284:19
Spring 28:9 29:11
stamp 198:11
216:12 220:7
237:8,11 254:23
294:8
stamped 3:22
214:11 236:10
236:12
Standby 37:24
stands 37:23
start 35:10 48:6
72:19 89:12
166:16 197:1
242:25 268:5
started 7:23 8:12

19:4 33:23 35:20 40:20,24 41:13,18 49:10 113:11 126:2 210:20
starting 47:24 68:18 74:8 117:24
starts 159:20
state 1:22 7:7,8 23:22 41:11 51:17 66:19 74:24 78:11 206:1 207:15 241:7 249:6 269:22 319:4
stated 152:13 227:7
statement 60:16 61:12 81:15 102:18 105:11 105:12 106:8,22 107:4 118:8 140:10 148:22 172:16,22 173:13 175:20 177:10,17 179:8 179:9,17,19 180:3,5 181:20 184:1,5,20 185:4,18,18,25 187:10,15,17,20 187:24 188:7,8 188:11,13 189:3 189:7 190:5,19 191:2,6,13,20 191:23 192:9,20 193:2,23,25 194:5,12 195:9 196:17,18,21 297:1,12,16 301:21
statements 60:25 102:22 103:2,8 104:19,25 105:4 106:13,15 178:5 178:8 180:8 283:14
states 1:1 5:12 7:6 27:12
stating 232:20
Station 30:14 31:12,13
stayed 8:22
stenographic 1:18
stenographically 319:8

step 63:21 66:12
Stephen 2:13 5:3
stepping 69:7
stick 318:7
stock 24:8 36:24 51:2 52:13,23 56:18,19,24 57:14 58:24 84:14 100:25 103:9 150:18 181:16,16 239:19
stocks 178:15
stood 309:2
stop 102:25
story 261:11
street 27:20 28:3 112:19
strike 24:3 25:7 59:20 100:3,3 103:15 125:25 153:16 190:24 203:13 274:5 295:1
structure 24:23 34:6 66:22 101:10 103:1 114:7 200:21
structured 24:18 24:20 26:6 27:3
Studios 108:24 109:18 110:23
subdivide 143:25 146:7
subject 6:16 21:2 53:15 93:16 119:2 186:8 299:13 314:19 317:9
submitted 89:22 89:24 91:8 144:11,12
subsequently 200:8,9 310:5
substance 246:21 252:24
subtract 54:24
subtracted 54:22
sufficient 195:12
suggest 184:9
suggested 29:7
summaries 151:20
summarize 185:4
summarized 209:12
summary 117:25 208:19 283:21

284:1,12,16,20
summer 26:23 27:25 33:9
summit 30:12,19 30:20
supposed 277:8 309:1 314:14
sure 12:1 16:6 23:5 32:8 41:20 41:21 53:4 57:11 66:5 70:17 83:4 89:20 90:2 96:21 105:18 110:6 115:3 117:2 139:17 141:11 143:4 153:24 163:18 169:2 189:10 205:19 230:21 230:23 254:24 278:6 279:3 289:22 291:12 301:9,9,13
swear 5:17 311:3
sworn 6:1 135:19 147:12,14
system 254:24
S-C-H-O-L-E-S 82:8
S-E-D-A 37:23 52:14
S-P-N-C-E-R 45:20

**T**

T 1:18,18 3:12 4:1 5:24,24,24,24 319:1,1
tab 257:14,17
table 261:6
tabs 282:23
tail 72:23 73:16 73:20 116:15
tails 78:7
take 6:5 25:13 37:16 55:7,8 61:9 66:12 67:1 70:16,19 79:18 80:10 123:5 124:16 125:4 127:2,7 130:5 133:9,12 140:13 145:12,15 146:1 147:13 148:13 154:4 159:15 160:1,19 164:17

167:21 173:7 175:15 180:13 180:14 183:4 184:6 189:3 204:18 209:12 211:2,13 214:20 214:21 222:16 224:1 230:19 231:16 250:2 257:10 282:19 285:6,24 288:7 288:15 291:19 294:1,1 298:22 314:6 315:13 317:8
taken 1:19 6:12 12:20 25:11 83:15 125:8 180:18 208:23 245:25 269:13 269:23 289:25 298:4 319:7
takes 52:8,9,10,11 52:12,13 288:10 288:11
takings 87:7
talk 13:7,8 33:10 66:8 109:20 111:2,14 149:2 179:5 235:7 239:21 249:7 257:9 305:24 308:6,22,23 312:19,19 317:18
talking 18:8 29:24 30:16 40:24 62:2,4,10 67:14 68:3,4 78:6,7,8 78:8 98:14,15 98:20 105:19 108:16 110:13 120:12 121:7 154:16 155:8 165:25 166:2,2 187:25 195:22 228:16 285:19 285:20 313:10
talks 71:12 109:2 109:9,13,20 110:9,9 228:23 311:19 312:25
tape 80:15,17,20 83:13 84:1 125:10 180:16 180:20 245:23 246:2

technically 23:16 23:18 41:1 314:17
technology 47:12
telephone 132:24 192:22 309:5
tell 6:19,23 29:18 31:1 33:14 47:1 59:15 61:25 69:24 75:16 86:12 90:5 93:7 93:9,12,15,15 95:15 117:9 124:19,22 125:23 126:2,9 137:7,11 139:2 139:5 141:15 168:25 185:23 186:6,11,12,17 186:18 189:25 191:21 194:11 194:18 195:3 196:12 209:9 212:7,15 214:3 218:11 219:10 221:16 222:3 225:17 226:24 227:2 236:5 243:6 246:21,22 252:10 253:25 256:22 262:9,13 275:17 277:20 287:10 289:9,11 297:4,15 298:13 304:7 316:10 317:18
telling 61:21 62:13 122:19 123:3 146:11 148:10 158:13 192:13 211:20 211:21 218:5 231:13 243:10 277:14 300:16 301:4 305:17 312:10
temporary 16:9
ten 19:23 37:9 44:15 45:1 70:15 112:7 180:13
terminate 72:21 73:8 112:2,9 206:23
terminated 71:14 73:4
termination 3:18

72:1,25 73:18 73:23 74:21 111:14 115:23 117:20 118:3 154:3 156:17,18 206:15 207:22 208:7 209:5
**terms** 33:15 34:17 72:6 205:13
**testified** 20:19 41:16,17 42:23 44:12 64:23 84:23 96:23 101:1 102:13,23 104:24 128:3 138:18 139:4 161:15 168:18 171:17,25 181:7 185:1 199:7 200:14 208:1 209:7,9 210:10 223:9,18 249:5 253:13,21 254:21 261:9 264:10 272:19 272:22 301:3 313:21 314:13
**testifies** 6:1
**testify** 74:24 101:22 213:13 213:19,21 223:11 228:8 261:10 276:18 276:19,22,24 277:2,12 282:10 282:13 286:4 287:22 288:19
**testifying** 209:10 305:1
**testimony** 43:3 62:23,25 76:12 97:4,11 108:10 131:5,6 147:14 161:20 162:1,5 163:5 168:17 187:6,11,13 192:16 194:2 203:2 246:15 249:3 283:18 311:6 319:7
**thank** 86:10 111:18 117:11 134:1 139:21 140:14 144:24 193:20 201:14 221:13 224:19 227:24 240:21

242:3 245:20 249:14 257:4 266:18 271:15 279:8 282:19 303:19 305:13
**thanks** 303:21
**theoretical** 80:7 87:4 89:1
**Theoretically** 66:10
**Theresa** 228:1 263:5
**thing** 14:18 57:11 91:3 114:3 145:1,3,7,11 184:10 195:5 268:10 287:5 314:23 315:9
**things** 12:12 31:3 56:21 83:1 86:19 87:9 93:12,23 112:21 114:4 118:11 194:19 245:4,7
**think** 8:13 10:7 15:9 18:24 30:22 32:13,18 33:1 43:10 54:5 54:21 60:25 65:9 73:25 78:7 78:17,24 79:7 79:11 80:6 81:25 83:21,22 86:1,16 89:4 97:4 108:10 112:10 113:20 114:22 115:25 124:21 131:14 131:15 132:15 133:3,18,20 134:24 135:5,12 155:17 156:15 159:9 161:19 162:6 166:8,10 178:23 181:12 186:3 196:3 198:4 205:13,21 206:5,24 207:2 207:19 208:10 208:13,18,18 223:9 235:7 243:22 247:17 252:14,23 254:12 259:24 262:2 275:12 280:6 287:4 289:12,17

294:15 307:19 307:22 310:21
**third** 37:20 159:19 235:20 267:5 309:5
**thorough** 117:25 118:8
**thought** 16:24 29:8 61:4,24 64:24,25 69:5 103:19 111:12 118:2,3 213:9 247:6
**thousand** 184:25 205:19,22
**thousands** 13:25
**three** 13:11 40:3 49:12,15 50:1,8 69:21 71:18 72:7,7,8 78:25 80:21 87:1 97:19,23 104:7 107:7,12 108:4 108:14,23 109:18 110:5,8 110:13,14,22,25 115:13,16 118:18 119:2 122:20,25 124:1 125:11 136:10 163:11 180:17 187:3 235:14 254:16 267:6 280:25 306:10 312:10 315:18 316:18,23
**three-and-a-half** 36:5 38:25 272:14
**throw** 42:13 43:4
**Thursday** 1:24
**ticker** 277:23
**tie** 86:17
**till** 64:15 205:2 316:5
**TIM** 1:12
**time** 5:6,15 9:25 20:11 23:23 28:16 31:9 41:3 47:6 52:15 63:24 68:23 69:14,15 70:1,3 75:11 76:10 77:11,16 80:13 80:14,18,19 81:4,10,18 82:25 83:5,13

83:25 85:8,10 88:10,15 92:8 92:13 95:9,17 96:1,5 97:1,24 98:24 99:10,14 99:17 100:6 101:2,16 102:5 102:15 103:10 103:14,19 104:6 107:6,16 108:2 119:13,17 124:12 125:2,7 125:10 126:1 138:11 141:6 142:21 147:11 147:15 153:25 154:7,10,17,18 155:19 156:1 159:10 160:24 168:3 169:9,14 169:24 170:3,20 170:22 172:4 178:25 179:14 180:16,20 182:16 191:11 191:11 194:7,15 196:7 209:3,24 210:3,5,12,15 210:19 213:14 222:16 226:2,16 226:19 227:22 230:19 231:7 233:22 245:4,23 246:2 248:1,5 248:15,15 252:8 262:6 268:8,8 274:4,13 275:6 275:20 276:2,5 278:19,21 279:16,18 280:8 287:4,6,9 289:24 290:13 293:13 299:4 302:8 303:7 305:8 307:3 308:9,9 309:1 314:9,10 315:14 318:17 319:8
**timeliness** 128:25
**times** 26:14,15,15 27:23 78:25 102:24 110:25 122:1 136:10 148:1 155:18 208:1 254:16
**timing** 176:12
**Timothy** 11:2

**tired** 214:25
**tiring** 71:1
**title** 67:22 77:23 102:18 163:13 254:7
**titled** 106:6 163:2 170:19 173:13 280:15 298:1
**today** 5:5,14 8:3 11:10 24:22 123:9,12 142:11 142:14 147:12 172:5 177:14,16 247:11 260:25 262:6,16 265:11 272:10 289:13 305:25
**Todd** 16:4,5,20,23 16:23 17:4,7,22 18:17 20:15,25 21:4,20 22:10 23:1 44:6,13,14 138:20
**told** 35:3 39:2,8 40:12 46:1 103:3 106:3 112:24 127:1 130:20 137:19 184:3 186:21 189:4,11,16,20 190:5,25 191:14 194:17 195:19 196:2,11 224:23 228:11 231:4,6 231:17 244:1 252:12 256:6 298:7,17 299:5 302:18
**tomorrow** 124:20 124:22,24,25 141:21 204:17 205:20,24 255:3 255:4 265:9
**top** 53:22 59:23 59:24 60:3 63:9 76:23 212:14,19 215:14 222:24 228:2 240:10
**topic** 314:3
**total** 49:13 216:10 219:16,19 220:10,12,13,18 220:22,22,24 221:24 222:1,9 222:18 255:9,16
**totalled** 255:8
**totals** 225:15

| | | | | |
|---|---|---|---|---|
| 242:12 | 224:8 | 291:20 292:12 | 168:25 172:2 | 82:7,7,24 83:6 |
| trace 7:22 | translate 241:19 | 297:12 | 189:7 203:8 | 270:24 274:21 |
| trading 24:7 | tremendous 128:4 | tying 303:7 | 220:17 222:9 | 288:12 292:8 |
| 102:17 | trial 83:17 | type 9:4,16 12:6 | 224:25 238:11 | 297:25 298:5 |
| trans 127:17 | trick 260:20,21,25 | 12:10,19 27:9 | 238:12 263:12 | 304:14 |
| transaction 20:8 | 261:1 | 29:14 30:12 | 268:1 279:3 | valued 275:11,11 |
| 26:7,13 29:19 | tricking 268:14 | 87:3 88:24 | 297:9,11,13 | 275:12,13,14,15 |
| 36:24,24 37:22 | tricky 98:11 | 176:16 178:18 | 313:15 | 289:6 300:15 |
| 40:2 42:13 | tried 233:11 | 181:9 195:5 | understanding | values 52:22 |
| 60:19 62:3,11 | 260:20,25 | 199:13 269:3 | 55:10 56:9 57:9 | vanilla 87:3 88:24 |
| 62:16 63:5,6,10 | 308:13,23 309:4 | 284:23 | 72:9 73:3 74:25 | variety 103:16 |
| 66:4,7,24 87:4 | tripple 72:18,20 | typed 199:12 | 75:1 76:7,22 | various 86:6 |
| 98:6,7,9 104:22 | 222:5 | 241:9 | 82:21 86:21 | 99:17 181:22 |
| 109:21 111:3 | Troy 2:15 39:8,14 | types 12:12 26:9 | 100:20 148:25 | vein 309:4 |
| 120:14 149:1,3 | 39:25 40:12 | 31:3 67:20 | 149:5 151:2,4 | Venturini 2:8,8 |
| 150:10,21 159:3 | 41:3 234:12 | 114:2 138:17 | 159:7 169:8 | 5:22,23 13:4,23 |
| 169:12 176:21 | true 60:16 61:12 | 178:15 181:22 | 184:13 203:20 | 15:8,10,11,18 |
| 177:2 178:2 | 81:14 150:6 | typically 35:22 | 215:15,24 216:1 | 15:21 16:19 |
| 179:1,3,19 | 175:16 207:18 | 36:13 60:20 | 216:4 222:22 | 17:2,14,23 18:4 |
| 183:11,18 | 319:6 | typo 112:5 115:22 | 223:7,13,15 | 18:6,11,22,25 |
| 192:10 215:11 | trust 145:21 | 117:7 241:14,15 | 225:1 227:4 | 19:1,9,14 20:18 |
| 215:21 223:17 | trusted 307:3 | 241:17,24 | 243:23,25 244:8 | 21:6,11,22,25 |
| 229:22 234:20 | truthfulness | typographically | 244:9,14 299:7 | 22:5,17,23 23:1 |
| 244:10,11,24 | 277:19 | 241:20 | 299:19 312:23 | 25:22 26:20 |
| 245:13,19 260:8 | try 260:21 261:1 | _____ | understands | 33:1 39:20 |
| 270:3 309:4 | 269:20 270:6 | **U** | 155:5 | 41:15,25 42:5 |
| 314:25 315:2,9 | 287:23 315:1 | _____ | understood 98:19 | 42:15 43:9,10 |
| 315:10,12 | trying 107:23 | U 292:25 293:9,11 | 98:19 | 43:15,17,21,23 |
| transactions 20:6 | 109:17 113:10 | 293:17,23 298:2 | unduly 134:20 | 43:25 44:3,7,9 |
| 26:9 28:23 | 170:25 197:25 | 303:21,21 | United 1:1 5:12 | 45:1,4,25 46:7,9 |
| 29:20,22 30:18 | 225:18,18 247:6 | 304:13 | 27:11 | 51:13 54:21 |
| 31:3,4,5 32:16 | 261:24 262:1 | Uh-huh 36:21 | University 7:19 | 55:3 58:15 |
| 33:10 34:13,22 | 312:18 317:20 | 257:20 269:16 | unnecessary 43:7 | 59:18 61:20,22 |
| 40:25 57:19 | turn 23:1 40:14 | uh-huhs 6:6 | unrealized 82:2 | 62:1,6,16 63:8 |
| 58:17 62:20 | 89:3 128:1 | ultimately 39:5 | 82:13,15 283:15 | 64:21 66:1 68:2 |
| 64:16 66:13,19 | 235:20 237:6 | 57:1 129:8 | updates 15:20 | 69:2 70:14,18 |
| 67:9 68:18 | 239:4,7 267:5 | 242:15,17 | 17:17 | 70:21,24 71:5 |
| 97:20 103:23 | turned 18:19,25 | underlying 82:5 | upper 266:23 | 73:6 74:22 |
| 104:1 107:9 | 19:8,12 22:16 | 99:3 101:6 | 267:16 268:2 | 77:13,20 78:5 |
| 108:18 110:5,8 | 22:23 | 102:2 177:24,25 | 270:16 295:6 | 78:12,17 79:4,6 |
| 110:13,14,22,24 | turns 259:10 | 181:16 182:5,5 | use 35:12 54:3 | 79:10 80:10,23 |
| 113:6,7,8 | two 10:17 19:24 | 185:13 317:12 | 59:22 60:23 | 81:13,24 83:11 |
| 119:23 120:8,12 | 20:21,22 33:23 | underscore | 62:24 63:1 | 83:16 85:17 |
| 122:3,6,6,17,25 | 37:11 47:24,24 | 248:21 | 293:21 316:24 | 86:9 89:12 90:1 |
| 123:17,23 | 54:6 71:7 75:19 | understand 6:10 | usual 86:20 | 90:3,12,16,21 |
| 124:10 150:7 | 75:19,20,20 | 6:17,18,22 | usually 42:13 | 90:25 91:4 |
| 151:21 152:12 | 76:4,8 84:1 | 13:10 26:1 | utter 276:25 | 92:20,24 93:22 |
| 152:25 157:22 | 87:22 94:21,21 | 46:11 56:2 | _____ | 94:1,8 95:21 |
| 158:1,15,21 | 97:5 101:8 | 57:11 62:21 | **V** | 96:4,7,13,20 |
| 163:12 228:17 | 102:24 105:18 | 64:1 76:6 77:19 | _____ | 100:2,12 104:22 |
| 269:15 270:3,4 | 107:24 114:4 | 77:20 78:18 | V 72:20,21 | 105:14,16,23 |
| 316:3 | 115:9 116:25 | 79:11 89:17 | vacation 198:4 | 106:1,19 107:16 |
| transcript 262:11 | 118:2 130:13,25 | 98:17 99:4 | vague 86:2 134:20 | 107:19 108:7,12 |
| 319:7 | 132:23 167:21 | 100:2 103:18 | valuation 270:21 | 109:4,6,22,24 |
| transfer 107:2 | 200:21,25 207:8 | 105:18 110:2,18 | 274:20 286:1,4 | 110:3,15,18 |
| 121:25 170:24 | 235:14 258:25 | 120:25 148:23 | 288:6 299:1 | 111:9 114:14 |
| transferred 107:1 | 275:14 289:21 | 149:23 151:17 | value 37:12,15 | 118:20 123:10 |
| | | 151:23 153:24 | 60:4 81:18 82:4 | |

DOERNER & GOLDBERG, INC.                                              973-740-1100
5 Becker Farm Road * Roseland, NJ 07068          1161 Broad St. * Ste. 110 * Shrewsbury, NJ 07702

124:16,21
127:11,19
129:13,22 133:3
133:14,18 134:8
134:24 135:5,12
135:16,23 136:2
136:6,9,15,19
137:5,9,25
138:5,10,21
139:13 140:1,24
141:20 142:2,6
142:10,13,16,21
142:25 144:7
145:4,9 147:7
147:11,15,21
148:8,12 149:12
150:13 153:11
153:20 155:1,8
155:13,21 156:5
156:15 158:17
159:9,14,17
161:15,19 162:8
164:13 165:11
166:18 167:2,12
167:16 168:16
168:23 169:6,18
170:8,14,16
171:16,21
172:18 173:15
173:19,23 174:2
174:10,14,20
175:1,3,9,12,17
175:21 176:2
178:11,19,23
179:21,24
180:12 181:23
182:7,12,17,22
183:4,9,14
185:9,11,19
186:3,6,10,15
186:21,24
187:25 188:4,18
188:20,22 190:8
190:13 192:3,6
192:14 193:5,10
193:13,18
195:14,21
197:18 201:13
201:21 202:16
204:18 205:12
206:5,10,17
207:24 208:17
209:6,10,16
210:7,9 211:4,8
211:14 212:1,6
212:13,20,25
213:3,12,18,22

214:13 215:7
217:23 218:2,7
218:12,16,21,25
219:6,10,14,17
220:2,6,14
221:8,11,13,19
222:2,11 223:1
223:9 224:17
226:6,10 230:5
230:15 233:7
234:5 235:10
237:21,25 238:4
238:25 239:4,9
239:14 240:4,7
240:9,11,21
241:22 243:4,21
246:9,10,17,20
246:23,25 248:6
248:8 249:2
253:9 254:15
255:7,22 257:12
259:6,14 260:17
261:3 262:4,10
262:14 264:15
265:17 266:3
267:11 268:4,9
268:13 269:25
271:2,7,15,21
271:24 272:2,5
272:9,17,21
273:2,9,13,19
273:22,25 274:7
274:10,14,17,22
275:1,5,18,21
275:25 276:8,13
276:21 277:3,10
277:15,24 278:2
278:8,11,15,18
278:23 279:7,9
279:11,15,19,23
280:2,6,13,16
281:2,7,13,25
282:22 283:2,16
283:25 285:12
285:18,24 286:3
286:24 287:3,10
287:18 288:1,7
288:9,13,17
289:10,17,22
290:19 291:16
291:24 292:3,10
292:16,19 293:3
293:7,10,12,18
293:20 294:2,5
294:15,19,23
295:8,10,17,25
296:2,5,11,21

297:6,8 300:17
300:21 302:5,13
302:23 303:4,10
303:12,23 304:2
304:5,9,16,20
304:24 305:7
306:5,10,16
307:18,22,24
309:25 310:16
310:23 311:5,12
313:2,8,14,19
314:1,8 316:12
316:17,23
317:20,25 318:4
318:9,13
**Venturini's** 21:2
85:23 86:5 89:4
89:23 90:11
134:23,23
147:10 293:1
298:2 303:21
**veracity** 277:18
**verbal** 137:2
**verbally** 6:4 124:6
**verbatim** 312:7
**verified** 172:15
**versus** 5:11 83:7
88:24 258:23
**vertical** 50:2
**video** 5:4 77:22
**Videographer**
2:13
**VIDEOTAPED**
1:7
**view** 226:3,20
231:19
**volunteer** 238:7
**vs** 1:8

---

**W**

**wait** 74:19 75:19
102:16 204:25
205:2 273:25
281:7,8
**waiting** 38:5
41:12 103:7
**waived** 273:4
**waiver** 272:22,25
**waiving** 83:19
**walk** 62:11 314:5
**walking** 112:19
317:18
**want** 6:25 11:25
31:18 36:18
44:18 47:23
53:2 62:7 63:22
63:24 64:2 65:1

70:16,19,21
71:21 76:13
84:24 94:8
102:22 105:10
107:2 111:14
112:25 113:21
119:6 122:24
124:18 138:8
145:6,7 147:4
147:23,24
168:24 170:21
171:3 172:3,7
181:24 184:10
184:12 196:9
202:10 203:7
205:18,22 211:6
213:13,16,21
214:20 220:23
224:7 230:19
238:6,8 239:20
240:12 241:16
245:8 246:7
247:2 250:2
252:14 257:2
262:2,8,11,15
266:11,12 271:6
271:7 273:7
275:5 278:6
279:3,19 287:22
287:24 289:8
292:11,16
294:19,23
302:16 304:23
308:17 313:9,15
313:24 316:10
317:3,22
**wanted** 26:25
31:5 39:25
41:20 61:10
67:17 77:2
112:1 127:14
246:4 247:16
252:16 296:17
296:18 297:3
299:22 310:13
311:10
**wants** 230:16
240:9 308:22
**warrant** 36:14,16
36:25 37:3,7,12
62:14 65:14
67:22 88:25
101:24 105:4
150:8 156:19,21
167:24,25
168:12,12,14,18
168:22 169:5,9

169:10,17
171:23 205:10
205:10 206:2,3
206:13 221:2
224:9 235:18,24
235:25 236:9,18
237:6,14 238:19
238:21,22
239:10,12,17
240:24 241:6,8
243:19 245:18
254:22 258:8,11
275:11
**warrants** 4:5,10
21:18,19 36:12
36:13 37:2,5,9
37:16 51:2
52:12 58:8,12
58:24 59:2,6,9
59:23 60:4,9,12
60:13,19,20,24
61:9,11,18
62:19,24 63:1,2
63:3,6,7,11,12
63:16 64:5,15
64:18 65:3,8,21
66:15 67:1,4,8,9
67:10,14,21
68:1,9,16,19
69:11 70:5
76:15,16 77:23
78:3 79:2,14,19
79:20,21,24
80:2,4 81:6,10
81:17 82:4,5,6
84:4,5,15,21,24
85:14 86:22,23
87:5,7,17 88:11
88:21,24 92:9
95:8,25 97:2,6
97:14 98:1,8,11
98:15,23 99:3,9
99:16,20,24
100:4,20,21
101:6 102:2,4
102:14,19 104:1
104:3,8,11,13
104:20,21
105:13 106:4,6
106:8,13,23,24
107:1,3,8,14
108:4,5 109:2
109:10,14
118:17 119:1,6
119:9,15 120:1
120:7,16,23
121:2,9 122:1,9

122:18 123:4,8
123:12,15,16,17
124:1,3,5
125:13,19
126:12 127:2,4
127:5,8,12,17
127:23,24
128:16 129:9,21
130:1,6,6,23
131:2,2,10
132:7,13,18,24
134:14,15 137:4
137:15 138:16
138:25 141:8
143:7,24,25
144:6 145:20,22
146:6,7,14,18
149:4,7,9,13,20
149:25 150:2,5
151:10 153:1,2
153:3,9,17
154:8,21 156:3
156:9,11,23
157:2 158:8,25
159:11 160:8,11
160:13 161:1,10
161:13 162:25
163:11,13,22
164:9,11,22
165:1,3,6 166:4
166:4,16 170:5
170:6,13,18,25
171:4,12,24
175:7 176:20
177:25 178:1,16
181:9,14,15
182:5,5 185:15
188:17 189:6,13
189:23 194:13
194:21,24
196:19 198:8
208:2 210:12,17
211:23,24
214:19 215:2,6
215:14,17,18,19
215:23 216:7,10
216:11 217:20
218:8,10,13
219:2,16,18
220:18,20,25
221:24 222:19
222:24,25 223:4
223:23 224:7,15
224:24 226:1,5
226:21,25
229:12,18
231:16,20 232:1

232:12,17,21
233:16,20 234:3
234:11,23 235:2
235:4,8,14,18
236:1,3,4,7,15
236:17,23 237:2
237:20 238:10
238:16,17
242:18,19,21
243:1,3,6,24
244:19,21 245:1
245:15 248:23
248:23,24 249:7
249:10,15,16,25
250:1,19,21
251:4,16,25
252:3,22 253:1
253:7,15 254:13
254:13 255:9,10
255:14,17,20
256:7,11,12,16
256:22,24
258:19,23 259:4
259:23,25 260:5
260:15 261:16
261:18 263:11
264:4,9,13,17
265:1,3,13,20
265:23,24 266:2
266:7 267:10
269:19 270:13
273:16,16,20
274:6,20,21
275:10,11
281:12,16,23
285:10,10,23
286:2 287:13
288:12 289:7
291:15,22 292:7
292:22 297:25
298:4,23 299:1
299:7,9,11,14
299:15,16,20
300:14,18 301:4
301:8,16,17
302:4,18 303:5
304:14 307:12
309:22,23 310:3
310:14,21
311:10,14,14
315:16 317:3,5
317:8,9,12
wasn't 28:2 62:10
68:17 77:4
84:20 87:3
92:16 96:20
99:2 113:2

139:25 140:4
141:22,25 142:1
148:11,17 152:5
153:13 169:19
170:8 185:22
195:11 285:20
299:5 312:14
314:15
waste 147:15
182:15 213:14
275:6
wasting 138:10
142:21 147:11
278:19,20
279:15,17 280:8
287:6,8 314:9
314:10
watch 317:11
water 266:16
way 35:5 36:11
37:18,20 38:2,6
38:12 49:17
52:19 59:23
61:13,14 64:17
65:11,23 67:20
73:11 75:22
79:13 86:16
100:18 112:19
113:13 114:6
118:14 131:14
155:14 171:24
178:22 194:24
210:23 233:10
240:10 273:6
282:3 289:15
317:13
ways 35:4 38:24
64:11 298:17,17
299:6
Wednesday 272:7
272:8
week 16:12,14
69:20 157:24
261:9
weekly 87:10
weeks 34:20,24
69:25 308:25
welcome 144:25
255:10
went 7:15,16 9:23
33:21 46:23
54:23 77:3,4,6,7
79:16 84:22
100:19 136:23
140:21 246:5
weren't 13:13
98:11,13,23

149:14,16,17
151:8 157:1
200:12,17,18
299:23 316:4
we'll 6:17,22 71:6
107:8,13 111:13
116:3 121:8
124:16 125:1
155:6,6 167:21
168:6 169:22
175:25 183:4
195:4 204:18
211:10 219:12
239:7 249:5
255:1,4 274:12
275:17 282:2
285:24 288:7
301:19 317:18
318:11
we're 17:17,18
26:14 50:21
62:1,2 63:25
66:2 67:13 70:2
80:12 81:3
83:12,18,19,24
87:24 98:6
120:12 121:6
125:6,9 131:9
131:16 180:15
195:22 245:22
246:1 275:3,6
278:19,20
279:24 280:5
285:19 289:23
290:9,12 311:25
318:16
we've 44:20 70:14
136:9 138:5
249:23 300:20
302:24 303:13
305:11
White 140:21
146:2 148:7
wholesale 57:18
wisely 316:24
wish 6:8 116:5,8
withdraw 25:8
94:9,9,10
107:10
withdrawn 177:8
179:12 190:7,10
190:20,22
196:21 249:5
withdrew 103:21
withhold 141:16
148:2
witness 3:4 5:14

5:18 13:10,12
13:15,16 24:11
33:4 43:19
70:20,23 77:15
93:1 96:10
110:16,21 136:3
141:21 142:3,10
142:13,16,17,22
147:8,12 165:12
230:15 238:1,3
238:5 261:5
268:14 274:1
278:24 281:8
288:18 293:24
305:1 308:22
313:3 318:1,5
318:19
wool 273:12
word 148:13
183:5 263:12,15
276:25 278:4
285:24 288:7,10
288:11,15
300:24 311:25
313:4 316:2
words 33:20
74:18 215:18
251:17 252:14
313:1
work 9:4,7,9 12:6
12:9,10 15:15
16:8 40:18,20
40:22 46:23
208:7 295:23
299:5
worked 7:23
47:10,12 62:12
88:6 157:22
158:15,21
working 16:13
39:5 40:21,25
41:1,18 163:15
201:19,25
283:11,12,12
284:4 296:4
worth 37:17
220:12
wouldn't 18:22
66:24,25,25
80:3 128:17,25
186:19 244:3
258:13,25
312:19
wrap 168:7
316:20
write 50:7 119:14
230:7

writing 41:4 84:6
86:12 87:8
88:15,16 97:14
120:3,19 137:18
161:11
writings 85:12,14
85:22 87:20
88:15,19,20
written 39:6 40:3
40:8 93:8,10
98:8 132:5
135:19 140:24
159:21,24
160:18,25
169:16 170:4,11
170:12,21,24
171:8,14 172:3
172:8 201:4
206:14 251:17
286:11
wrong 61:5,5,25
218:11
wrote 90:3 141:7
230:1

**X**

X 3:12 4:1
X100213700 1:21
319:21

**Y**

YAM 35:16,17
36:9 44:4 62:23
63:19 65:7,11
65:19,23 77:2,4
84:18 88:4
121:24 167:10
215:13 228:24
229:7,21 263:4
263:6 265:2
YAM's 263:6
yeah 10:1 19:4
24:12 25:10
31:14 36:19
39:22 41:17
44:11 59:6
66:11 68:15
74:3 78:12 81:1
85:10 86:11
117:16 134:9,10
152:18 154:4
166:14,19,22
173:5 188:5
197:19,21
201:13 207:3,6
231:14 235:11
237:10,11

239:25 240:24
244:3 249:13
250:22,25
266:21,24
267:21 269:1
280:18 288:25
292:18 293:7
300:7 318:15
year 35:10,11,14
37:7 49:13
50:15 64:14
116:13 126:18
177:17 216:3
230:1 298:20
years 27:2 34:5
47:15 49:12
yellow 306:20
yesterday 85:24
85:24,24 90:18
271:23 272:4,7
272:9 273:6
293:1
York 1:10,11 2:9
2:9 5:25,25 7:7
7:12 27:19
198:6
Yorkville 1:4 5:10
23:23 24:1
26:18 35:18
37:13 40:19
41:8,9 44:22
45:9 48:8,9 49:3
50:16,24,24,24
51:5,6,12,21
52:1,3,4,6,8,9
52:10,11,12,13
52:19,21,22,24
53:5,14,20 54:2
54:16,23 55:18
57:4,13 58:8,20
58:21,23 59:2
59:22 60:1 61:8
63:1 64:8,20
67:25 71:14
72:1,14,14 73:4
73:9 75:13 81:7
84:4 111:23
112:9 116:23
117:2 119:7,15
125:24 126:3,10
126:20,25
127:14 129:11
150:11,19,20
151:12,15,20
152:2,3,11,19
152:20,23 153:8
153:15,16 154:8

154:19,20 156:1
156:2,10,25
164:23,25 165:4
168:19 176:6
197:17 200:7
201:2,3,5,10,10
201:16,19,25
202:4,5,11,14
202:21,25
205:11 206:15
206:22 207:22
208:12,21 209:4
210:22 228:24
230:6 252:13,15
253:1 257:22
260:24 261:8
264:1 283:13
284:2,5,17,24
287:14 295:24
296:4,4 298:20
299:11,12,12
306:14 307:3
310:5
Yorkville's 55:17
59:7 63:7 79:18
127:3 261:15
269:21,24
283:22 299:13
299:17,24
Yorkville/High...
198:3
young 13:24
your's 90:25

**Z**

Zeros 112:24

**$**

$1,742,000 304:14
$1,742,541 292:9
301:16 302:2
303:9,22
$100,000 53:24
$169,577 275:16
$182,277 275:15
$20,000 54:17
$216,970 275:13
$320,000 38:11
$395,203 275:12
$400,000 241:20
$5,084 306:19,24
$560,000 38:23
$600,000 56:17
$7,456,000 116:14
$700,000 38:10

**0**

0 78:4
00 295:1
01483 285:22
288:9
04 29:11,11,13
32:22 40:22
44:21 161:25
162:16,20
163:18 164:3
05 68:14 70:10
94:17,24 97:25
98:1,3,4,10
99:11,11 100:5
100:5,10 101:16
101:17 103:5,14
103:15,15,22,22
104:6,7,15,21
104:21 105:6,6
106:9,10,14
107:6,7,12,18
108:3,3 143:7
162:5,22,24
166:10 171:20
172:4 189:23
198:21 209:3,24
251:4,13 253:16
254:6 262:24
267:3 290:18
295:7,19,23
296:23 299:4
307:17 308:3
309:20 315:4,11
315:23,24 316:3
06 64:15 73:5,9
74:9,15 75:4
77:25 78:4
117:16 118:16
119:2,14,18
120:19 123:13
124:6 126:2
139:24 140:22
148:6 150:12,19
151:5,13 152:2
154:19 156:1
157:18 160:24
162:21 166:1,8
166:12 167:3
169:15 172:11
172:15 173:9
175:6 176:6,13
179:5,15 180:9
181:6 188:7
191:1 192:1,12
195:7 196:17
197:14 198:22
209:25 210:6,16
216:1 223:7

226:17,24
250:20,23
253:16 256:23
270:23,25 276:7
276:10,17
282:17 289:6
291:7 305:15
308:10,10
309:20 310:14
315:5,6,15,17
315:20 316:4,5
06-5212 1:2 5:13
0643 214:11,17
216:12
0653 216:15
0683 216:19
07 74:14,16 75:4,6
78:21,23
07078 2:5
0714 216:22
0764 217:2
0775 217:5
08 74:17 75:5
0805 217:11
0838 217:15
0868 217:17

**1**

1 3:17 44:21 89:6
90:7,19 91:9,18
99:11,11 228:2
262:24
1st 11:16 91:10
92:15,17,19,23
93:4,8,11,13,20
94:17,19,24,25
95:4 102:21,21
118:15 181:3
197:15
1,742,541 294:14
294:21 295:1
302:22
1.4 38:19,22
298:16
1.7 292:17
1.742,541 292:21
1:25 125:10
10 35:7,16,21,25
36:5 52:8,9 53:6
53:7,9,20 54:23
54:24 55:8,16
216:5 222:23
223:2,8,20,22
223:23 226:15
227:5,10,19
229:8 243:24
244:7,17 259:8

261:9,15,16
263:8,9,10,11
263:17,18,23
264:1,3,13,25
**10/26/06** 3:25
**10:14** 1:25 5:6
**100** 49:11
**100,000** 216:6,10
223:4,23,24
224:24 243:11
264:17
**10169** 2:9
**11** 9:3 108:21
117:14 145:2,15
266:23
**11th** 3:19 117:14
117:15,16
118:16 119:2,14
119:18 120:19
206:20,21 207:1
207:12
**11/17/06** 4:10
**11:31** 80:16
**11:32** 81:4
**11:34** 83:13
**12** 9:3 56:14,14
75:4 83:25
108:19,20 111:3
**12th** 5:25
**12/14/05** 270:18
**12/31/05** 4:11
290:7 291:5
296:15,20 297:5
300:10
**12:42** 125:7
**13** 282:20,20,20
**13th** 3:20 157:7
157:18 160:24
168:8 169:3,14
169:15,15 170:2
170:2,4,9,12,23
170:23 171:10
199:23
**135,000** 232:1,9
234:3
**135,200** 224:15,23
225:14 226:1,25
232:12,23
233:20 234:13
235:2 255:10,13
255:16 256:7,22
264:13 265:12
265:19,24
**14** 284:15 285:1
**14th** 139:24
140:22 146:12
146:23 147:19

148:6 173:9
210:24 224:2
231:24 250:23
251:2 255:20
256:2 264:20
265:7 267:3
269:11 310:8,9
**140** 49:12
**1435** 301:2
**148** 297:2
**15** 24:8 35:10
184:19
**150** 1:23 2:4 5:8
**16** 184:19 257:3
**16th** 143:7
**17** 162:21 172:15
257:11,12
**17th** 172:22 175:6
176:6,14 180:1
188:7 190:17
191:1,12 192:1
192:12 195:7,9
196:17 250:12
251:4,12
**175,200** 225:15
**177,920** 237:2
240:25
**179,000** 241:13,20
**18** 72:24 73:17
74:8 77:9,25
78:3 81:11
116:16
**19th** 73:14,24
74:9,14 77:25
81:11 112:6
115:24 117:4
169:20 170:3
200:1,3,11
281:21 305:15
308:10 312:25
**1992** 7:14,22
**1993** 7:24 8:12
24:19 25:3
**1996** 8:1

____ **2** ____

**2** 38:7,9 44:20
47:21 51:19
52:10 54:3,6,16
55:8,14 162:16
201:10 240:1
**2A** 162:9,13
**2S** 162:3
**2-A-1** 48:3 50:14
55:22 84:13
162:15,17
**2.1** 235:24 237:7

237:15 239:3,6
239:13,17 240:1
241:2
**2.7** 36:7
**2:20** 180:16
**2:30** 180:20
**20** 33:25 35:10,24
35:25 36:6 37:9
38:13,14,14,17
38:18 51:20
52:11 55:19,19
57:4,13 58:5
63:9,11 64:5,18
64:25 65:4,13
65:20 76:22
79:14 116:11
223:20 225:2,3
225:8 226:4,21
227:11,19
**20,000** 216:23
217:3,6,12,15
217:17
**200,000** 222:25
225:16 226:4
231:20 233:16
235:3 242:12
243:11 249:16
256:24 264:9
**2000** 8:12,12
65:16 95:1
**2003** 8:1,20,21
9:21 25:14,19
25:20 27:6,21
29:6
**2004** 3:17 23:17
26:23 27:25
28:6,7,10 35:14
44:5 63:17
64:10 118:15
314:20
**2005** 46:21 47:6
62:23 68:8,22
79:15 84:23
89:6 90:7 91:10
94:19 95:4
102:24 104:12
112:11 116:13
161:9 163:7
171:13 208:4
210:3,11 245:4
250:12 269:11
298:15 300:8
305:20,22 307:8
307:17 308:4,12
309:17 311:20
312:4,14,25
313:12,25

314:12,14,19,25
315:3 317:7
**2006** 1:24 5:6
46:22 73:14
78:21 128:11
172:22 176:19
177:18 179:13
181:3 183:18
197:15 198:19
198:24 281:18
281:19,21,21
286:9,15,15,19
286:20 300:6
311:16,21
312:15 314:18
314:24
**2007** 75:11 76:10
77:11 305:24
**2008** 75:11 76:11
77:12 78:24
**21** 1:24 123:13
**21st** 5:6
**210,000** 228:23
**212** 2:10
**22** 300:5 305:12
**22nd** 238:15
**230** 2:9
**24** 219:22
**240,000** 63:15
219:2,16,20
220:13,20
221:24 222:9
**249** 4:10
**25** 36:13 37:8
214:4,4
**26th** 230:1 231:18
232:24 233:12
235:4,11 236:22
237:1,5,17
238:15 242:9
243:2 249:11
256:23 266:5
308:10
**28** 198:8 222:4
**289** 4:11

____ **3** ____

**3** 111:15,19
145:16 183:19
184:24 229:2
**3,715,846** 183:2
183:23 186:1
**3.2** 37:15
**3:34** 245:23
**3:44** 246:2
**30** 36:25 37:2,7
138:1 139:23

146:1 211:17
224:2 232:8
250:20,24 309:3
**30s** 12:1
**300,000** 37:1
60:12,19 63:6
63:12 76:16
87:5
**31** 270:23,25
290:18 295:7,19
295:23
**35** 35:9,12 36:3,13
37:5,8 38:8,16
**379-4800** 2:5
**39-years-old**
47:18

____ **4** ____

**4** 3:8,16,17,18,19
3:20,21,22,23
3:24,25 4:5,6,7
4:8,9 207:6
**4A** 72:2,18,19
**4B** 71:17,23 75:23
76:8
**4-A-1** 72:5
**4-B-1** 71:18
**4-B-2** 75:17
**4:25** 289:24
**4:35** 290:13
**40** 36:2 37:14
38:10,23 49:10
50:15 51:11
63:16,17,20,25
64:6,6,19 65:6
65:12,21,24
68:9 69:3,10
70:4,4,4 76:25
79:16 84:4,16
85:9 86:22
93:21 94:13
120:10 156:11
170:18 225:15
**40,000** 214:19
215:2,2,6
216:13,15,20
**400,000** 237:14,20
238:10,16,19,23
239:10,18
241:12,21
**41** 108:14
**42** 144:23
**43** 86:5
**44** 68:25 116:14
133:10,11 299:2
**44.4** 49:13 63:22
68:9,25 69:3,10

70:5 84:17 85:9
87:16,23 88:3,4
88:6,11 92:4
93:21 94:14
95:7,18 96:2,25
116:11,15 124:2
127:2 299:14
444,800 238:17
45 133:25 134:8
  279:20,21,23
46 108:22 134:3
47 280:18
47A 254:14
48 290:3,5 300:18
  300:25 301:4
  302:19
488 5:24

---
**5**
5 157:6,6 164:22
  170:2
5/19/06 3:24
5:01 318:17,18
5:01p.m 318:21
50 25:15 56:4,7
  57:2,18 66:22
504 66:24 120:13
509,000 289:7,7,7
51 108:19 109:20
56th 27:20 28:3
57 110:9
59 110:9

---
**6**
6 162:23,24
6/14/06 4:6
60 35:11 63:18
  64:7,19 65:7,12
  65:19,23 76:17
  77:2,7,11 79:18
  81:6 156:20
60,000 63:12 64:6
60/40 156:20
6163 237:11
69 110:11

---
**7**
7 49:15 227:25
  229:2,7,11,13
  229:18 243:15
  243:17,20
  257:23 258:5,12
  259:12 260:4,6
  261:8,11,14,15
  261:16 262:18
  263:1,11,16,20
  263:25

70 35:11
74 275:13
77 281:4

---
**8**
8 263:17
80 36:1 65:6 76:25
826-6800 2:10
88,960 235:18
  236:1,19,23

---
**9**
9 263:17
9th 73:13 111:23
  112:3 115:21
  117:4 199:20
  207:10,11,17
  208:13 209:25
  210:15
905,00 289:7
96 8:17
973 2:5

DOERNER & GOLDBERG, INC.                                973-740-1100
5 Becker Farm Road * Roseland, NJ 07068        1161 Broad St. * Ste. 110 * Shrewsbury, NJ 07702