## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

BUDD LARNER, P.C.
Michael M. Rosenbaum, Esq. (MR-6304)
150 John F. Kennedy Parkway, CN1000
Short Hills, New Jersey 07078-0999
(973) 379-4800
Attorneys for Plaintiffs

| | |
|---|---|
| YORKVILLE ADVISORS MANAGEMENT, LLC, a Delaware limited liability company; HIGHGATE HOUSE FUNDS, LTD., a Cayman Islands exempted company,      Plaintiffs, <br><br> vs. <br><br> ADAM S. GOTTBETTER; HH ADVISORS, LLC, a New York limited liability company; GOTTBETTER AND PARTNERS LLP, a New York limited liability partnership; JASON RIMLAND, ESQ.; TIM L. DOCKERY, ESQ., and MICHAEL CHORSKE,      Defendants. | Civil Action No. 06-5212 (JAG) <br><br><br> **CERTIFICATION OF SERVICE** |

I, Michael M. Rosenbaum, of full age, hereby certify as follows:

1. On January 8, 2007, I caused the within Reply Memorandum of law in Further Support of Application for Preliminary Injunction and in Opposition to Defendants Cross-Motion to Dismiss; Reply Affidavit of Michael M. Rosenbaum; Reply Affidavit of Mark Angelo, Reply Affidavit of Edward Schinik, Certification of Service and Affidavit Binder containing the Affidavits of Walter Bukowski, Michael D'Ecclesiis, Gerald Eicke, Alexander Fainberg Hamid Fashandi, Jonathan Feniak, David Fine, Antony Ghee, David Gonzaelz, Edward Herman, Philip Ho, George Kanakis, Brian Keane, David Kopp, Christopher Maloney, Troy Rillo, Michael

1

Rosselli, and Certification of Matt Beckman to be filed electronically via Pacer with the United States District Court pursuant to Local Rules of Federal Civil Procedure 7.1.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
MICHAEL M. ROSENBAUM

DATED: January 8, 2007

2