## BUDD LARNER
A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NJ 07078-2703
973.379.4800
FAX 973.379.7734
www.buddlarner.com

DIRECT DIAL (973) 315-4403

January 8, 2007

VIA ELECTRONIC FILING

Clerk, United States District Court
Martin Luther King, Jr. Federal
    Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

        Re:   Yorkville Advisors Management, LLC, et al.
              v. Adam S. Gottbetter, et al.
              Docket No.06-52112 (JAG)

Dear Sir:

        On behalf of plaintiffs, enclosed for filing are the
following:

        1.    Reply Memorandum of Law in Further Support of
              Application for Preliminary Injunction and in
              Opposition to Defendants' Cross-Motion to Dismiss;

        2.    Reply Affidavit of Michael M. Rosenbaum;

        3.    Reply Affidavit of Mark Angelo;

        4.    Reply Affidavit of Edward Schinik; and

        5.    Affidavit Binder containing the following:

                    Affidavit of Walter Bukowski
                    Affidavit of Michael D'Ecclesiis
                    Affidavit of Gerald Eicke
                    Affidavit of Alexander Fainberg
                    Affidavit of Hamid Fashandi
                    Affidavit of Jonathan Feniak
                    Affidavit of David Fine

NEW YORK          CHERRY HILL          SHORT HILLS          PHILADELPHIA          ATLANTA

BUDD LARNER

A PROFESSIONAL CORPORATION


Clerk, United States District Court
January 8, 2007
Page 2


Affidavit of Antony Ghee
Affidavit of David Gonzalez
Affidavit of Edward Herman
Affidavit of Philip Ho
Affidavit of George Kanakis
Affidavit of Brian Keane
Affidavit of David Kopp
Affidavit of Christopher Maloney
Affidavit of Troy Rillo
Affidavit of Michael Rosselli
Certification of Matt Beckman

Very truly yours,

MICHAEL M. ROSENBAUM

MMR/ch
Enclosures
cc:  August Venturini, Esq.
     (via ECF and via hand delivery 1/9/07)
     Hon. Joseph A. Greenaway, Jr., U.S.D.J.
     (via hand delivery, 1/9/07)